# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT 18  AM 10: 39
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

STEVEN SCHUSSLER and SCHUSSLER CREATIVE, INC.

vs

J. FRANK WEBSTER, aka "MR. HOT DOG," aka "UNCLE FRANK"

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV 2016 IEG - AJB



TO: (Name and Address of Defendant)

J. FRANK WEBSTER, aka "MR. HOT DOG," aka "UNCLE FRANK"
1502 Via Elisa Drive
El Cajon, CA  92021

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

JAMES P. COLLINS, JR. (SBN 47608)
COTKIN & COLLINS, A PROFESSIONAL CORPORATION
200 West Santa Ana Blvd., Suite 800
P.O. Box 22005
Santa Ana, CA 92702-2005

Telephone: (714) 835-2330
Facsimile: (714) 835-2209

An answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

OCT 1 8 2007
DATE

By  L. OSARNO , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S