```
JAMES P. COLLINS, JR. (SBN 47608)
COTKIN & COLLINS
A PROFESSIONAL CORPORATION
200 West Santa Ana Blvd., Suite 800
P.O. Box 22005
Santa Ana, CA 92702-2005
Telephone: (714) 835-2330
Facsimile: (714) 835-2209
Email: jpc@cclawfirm.cc
```

FILED
2007 OCT 18 AM 10:38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Plaintiffs STEVEN SCHUSSLER and SCHUSSLER CREATIVE, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHUSSLER and SCHUSSLER CREATIVE, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> J. FRANK WEBSTER, aka "MR. HOT DOG," aka "UNCLE FRANK," <br><br> Defendants. | Case No. <br> **'07 CV 2016 IEG    AJB** <br><br> NOTICE OF PARTY WITH FINANCIAL INTEREST |

Plaintiff Schussler Creative, Inc. is a privately held corporation. It does not have a parent corporation.

DATED: October 17, 2007        COTKIN & COLLINS
                              A PROFESSIONAL CORPORATION

                        By  /s/ James P. Collins
                              _____
                              James P. Collins, Jr.
                              Attorneys for Plaintiffs
                              STEVEN SCHUSSLER and SCHUSSLER
                              CREATIVE, INC.