James P. Collins, Jr., Esq. (#47608)
COTKIN & COLLINS, A.P.C.
200 West Santa Ana Boulevard, Suite 800
Santa Ana, California 92701
Phone:       (714) 835-2330
Facsimile:   (714) 835-2209

Attorneys for Plaintiffs.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHUSSLER and SCHUSSLER CREATIVE, INC.<br><br>          Plaintiffs,<br><br>     vs.<br><br>J. FRANK WEBSTER, aka "MR. HOT DOG," aka "UNCLE FRANK"<br><br>          Defendant. | Case No.: 07-CV-2016-IEG<br><br>**DECLARATION BY PRIVATE INVESTIGATOR DAVID VACCA RE: SERVICE OF TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

I, DAVID VACCA, declare and state as follows:

1.  I am a California licensed Private Investigator, employed with the investigation firm of Knowles & Vacca, Inc. (License# 19011). I have personal first-hand knowledge of the facts set forth herein, and if called upon, I could and would testify competently thereto.

- 1 -

2. <u>On October 29, 2007 at 7:25 PM</u>, I visited the home of defendant J. FRANK WEBSTER at 1502 Via Elisa, El Cajon, California 92021 and personally served MR. WEBSTER with the plaintiff's Application for Temporary Restraining Order and Notice of Motion and Motion for Preliminary Injunction; Points and Authorities; Declaration of Schussler; Proposed Order; Pro Hac vice Application; Notice of Party With Financial Interest, Summons and Complaint in this matter. I noted three vehicles parked in MR. WEBSTER'S driveway – two white pick up trucks and a blue Scion mini-SUV. For approximately ten minutes, I had to knock numerous times on WEBSTER'S front door and shine a flashlight in the windows to get WEBSTER and his son to answer the door to personally serve WEBSTER.

3. <u>On October 31, 2007 at approximately 7:05 PM</u>, I visited the home of defendant J. FRANK WEBSTER at 1502 Via Elisa, El Cajon, California 92021 for the purpose of delivering the Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction issued in this matter. I noted the same three vehicles parked in the driveway as two nights prior. I noted a light on in a room on the north side of the

house. I noted green l.e.d. lights from a stereo or other type of electronic equipment in the front room of the home. I knocked on the door numerous times, and aimed my flashlight on the windows and front door. No one exited the home. No one acknowledged my presence. I believed someone was in the home and he or she was refusing to answer the front door probably because of my visit two nights prior. I placed a copy of the Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction between the front door and the front screen door at 7:20 PM. I left the premises without incident.

4. I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct this 1st day of November 2007 in Santa Ana, California.

_____
DAVID VACCA