```
 1  JAMES P. COLLINS, JR. (SBN 47608)
    COTKIN & COLLINS
 2  A PROFESSIONAL CORPORATION
    200 West Santa Ana Blvd., Suite 800
 3  P.O. Box 22005
    Santa Ana, CA 92702-2005
 4  Telephone:  (714) 835-2330
    Facsimile:  (714) 835-2209
 5  Email: jpc@cclawfirm.cc

 6
    DAVID T. SCHULTZ (Minnesota State Bar #169730
 7  MASLON EDELMAN BORMAN & BRAND LLP
    3300 Wells Fargo Center
 8  90 South Seventh Street
    Minneapolis, MN  55402-4140
 9  Telephone: (612)672-8200
    Facsimile:  (612) 672-8397
10  Email: David.Schultz@maslon.com

11
    Attorneys for Plaintiffs STEVEN SCHUSSLER
12  and SCHUSSLER CREATIVE, INC.
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| STEVEN SCHUSSLER and SCHUSSLER CREATIVE, INC., Plaintiffs, vs. J. FRANK WEBSTER, aka "MR. HOT DOG," aka "UNCLE FRANK," Defendants. | Case No. 07CV2016IEG AJB<br><br>DECLARATION OF JAMES P. COLLINS, JR. RE FURTHER SERVICE OF TRO ON DEFENDANT WEBSTER<br><br>DATE: November 13, 2007<br>TIME:  10:30 a.m.<br>COURTROOM:    1 |
|---|---|

I, JAMES P. COLLINS, JR. do declare and state as follows:

1.  I am an attorney at law duly licensed to practice

-1-

1  in the State of California and admitted to practice in the
2  Southern District of the United States District Court.  I
3  am a shareholder, officer, and director of Cotkin &
4  Collins, a professional corporation, counsel for plaintiffs
5  STEVEN SCHUSSLER and SCHUSSLER CREATIVE, INC. in this
6  action.  If called to the stand, I could and would
7  competently testify to the truth of the following facts.
8       2.  On October 31, 2007, my firm hired a private
9  investigator to personally serve defendant J. FRANK WEBSTER
10 ("WEBSTER") with a copy of the court's TEMPORARY
11 RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY
12 INJUNCTION (the "TRO"), which was issued by the court on
13 October 31, 2007.  As shown by the Declaration of
14 California licensed private investigator David Vacca
15 ("Vacca") filed with this court on November 2, 2007,
16 Mr. Vacca went to the personal residence of WEBSTER on
17 October 31, 2007 at approximately 7:05 p.m.  He saw the
18 same vehicles parked in the driveway of the home that he
19 had seen two nights earlier when he personally served
20 WEBSTER with the Application for the TRO and other papers.
21 He believed someone was in the home, knocked on the door
22 numerous times, but no one came to the door.  Mr. Vacca
23 concluded that the person or persons inside the home were
24 refusing to come to the door because he had personally
25 served WEBSTER with other papers two nights previously.
26 Therefore, Mr. Vacca left the TRO between the front door
27 and the front screen door of the WEBSTER residence. (See
28 Vacca Declaration filed November 2, 2007.)

3. Thereafter, in order to be absolutely certain that WEBSTER did in fact recive the TRO, Declarant arranged to have a copy of the TRO delivered to WEBSTER's residence by FedEx shipment. Delivery of the TRO was completed by FedEx on November 5, 2007 at 9:07 a.m. Attached hereto as Exhibit "A" is a true and correct copy of the FedEx tracking update for the envelope containing the TRO, showing it was delivered to 1502 Via Elisa Drive, El Cajon, California on November 5, 2007 at 9:07 a.m. That is where WEBSTER resides.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 5th day of November 2007, in the City of Santa Ana, County of Orange, State of California.

_____
JAMES P. COLLINS, JR.

-3-

# EXHIBIT A

**SUE BYRD - FedEx Shipment 790374693262 Delivered**

| | |
|---|---|
| From: | <TrackingUpdates@fedex.com> |
| To: | <sib@cclawfirm.cc> |
| Date: | 11/5/2007 9:14 AM |
| Subject: | FedEx Shipment 790374693262 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | COTKIN & COLLINS |
| Name: | JAMES P. COLLINS, JR. |
| E-mail: | sib@cclawfirm.cc |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | SCHUSSLER V. WEBSTER |
| Ship (P/U) date: | Nov 3, 2007 |
| Delivery date: | Nov 5, 2007 9:07 AM |
| Sign for by: | Signature Release on file |
| Delivered to: | Residence |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Residential Delivery |
| | Deliver Weekday |
| | Weekend Pick-Up |

Tracking number:        790374693262

Shipper Information
JAMES P. COLLINS, JR.
COTKIN & COLLINS
200 W. SANTA ANA BLVD;SUITE 800
SANTA ANA
CA
US
92701

Recipient Information
J. FRANK WEBSTER
1502 VIA ELISA DR
EL CAJON
CA
US
920213557

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:12 AM CST on 11/05/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

EXHIBIT __A__

- 4 -

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, SUSAN BYRD, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 200 West Santa Ana Blvd., Suite 800, Santa Ana, California 92701.

On November 5, 2007, I served the foregoing **DECLARATION OF JAMES P. COLLINS, JR. RE FURTHER SERVICE OF TRO ON DEFENDANT WEBSTER** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

J. FRANK WEBSTER
1502 VIA ELISA DRIVE
EL CAJON, CA  92021

[✓] **BY FIRST CLASS MAIL:** I placed such envelope for deposit in the U.S. Mail for service by the United States Postal Service, with first-class postage thereon fully prepaid. I am readily familiar with my employer's practice for the collection and processing of mail. Under that practice, envelopes would be deposited with the U.S. Postal Service that same day, with first class postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown in this proof of service.

**BY FACSIMILE:** I caused the document to be transmitted by a facsimile machine compliant with Rule 2003 of the California Rules of Court to the offices of the addressees at the telephone numbers shown on the service list.

**BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the offices of the addressees.

**BY FEDERAL EXPRESS:** I am readily familiar with my employer's practice for the collection and processing of FedEx packages. Under that practice, packages would be deposited with FedEx that same day, with overnight delivery charges thereon fully prepaid, in the ordinary course of business.

[✓] **(Federal Courts Only)** I declare that I am employed in the office of a member of the court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed ~~on~~ November 5, 2007, at Santa Ana, California.

/s/ Susan Byrd
SUSAN BYRD

220825-1.wpd