**Response to:**

FILED
07 NOV -9 PM 2: 10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: POC   DEPUTY

United States District Court

Southern District of California

**NUNC PRO TUNC**
**NOV - 7 2007**

Case No.: No. 07CV2016IEG AJB

**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

Steven Schussler and

Schussler Creative, Inc.

    Plaintiffs

  vs.

J Frank Webster, AKA "Mr. Hot Dog",

AKA "Uncle Frank"

    Defendant

---

    As I am old, sick, unemployed and broke, I petition the court for assistance in properly representing myself in this matter.

1. Whether Schussler et al actually own the legal rights to our concept, name and URL remains to be proven and I request this Temporary Restraining Order be vacated until such time a final ruling is made in this matter.

2. I question the fairness of awarding this restraining order without having a hearing first as Mr. Schussler is continuing to present himself as the owner of OUR business concept, name and URL's to the public through the press yet we are to be silenced for doing the same thing?

3. I freely admit to contacting most of the entities listed in Mr. Schussler's complaint but there are some errors in his pleading, which we will address during the hearing on the 13th of November.

4. I am an honorable man and a permanent court order is totally unnecessary. However, this begs the question: If Mr. Schussler is free to continue telling one and all that it is his concept, name and URL, are we also free to discuss this case with the media?

5. Plaintiffs may have convinced Judge Gonzalez of the likelihood of success in this matter but that was without any input from the defendant.

6. There is an even greater likelihood of irreparable damage to the Defendant, should Mr. Schussler prevail, especially without having heard what we have to say regarding this matter. This is 30 years of our life's work at stake here, meant to be our gift to the people of San Diego County.

7. The balance of hardship actually favors the Defendant as I can not afford or attract legal representation, am in poor health and unable to competently represent myself.

8. If indeed public policy favors this injunction, it's because it's been a one sided story so far.

Dated this 7th day of November, 2007

*/s/ Frank Webster*

Frank Webster