```
 1  JAMES P. COLLINS, JR. (SBN 47608)
    COTKIN & COLLINS
 2  A PROFESSIONAL CORPORATION
    200 West Santa Ana Blvd., Suite 800
 3  P.O. Box 22005
    Santa Ana, CA 92702-2005
 4  Telephone:  (714) 835-2330
    Facsimile:  (714) 835-2209
 5  Email: jpc@cotkincollins.com

 6  DAVID T. SCHULTZ (Minnesota State Bar #169730)
    MASLON EDELMAN BORMAN & BRAND LLP
 7  3300 Wells Fargo Center
    90 South Seventh Street
 8  Minneapolis, MN  55402-4140
    Telephone: (612)672-8200
 9  Facsimile:  (612) 672-8397
    Email: David.Schultz@maslon.com
10
    Attorneys for Plaintiffs STEVEN SCHUSSLER
11  and SCHUSSLER CREATIVE, INC.
```

12                UNITED STATES DISTRICT COURT

13                SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHUSSLER and SCHUSSLER CREATIVE, INC., | Case No. 07CV2016IEG AJB |
| Plaintiffs, | **NOTICE OF CHANGE OF E-MAIL ADDRESS** |
| vs. | |
| J. FRANK WEBSTER, aka "MR. HOT DOG," aka "UNCLE FRANK," | |
| Defendants. | |

    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF THE COURT:

    PLEASE TAKE NOTICE that on December 4, 2007, the e-mail address of James P. Collins, Jr. of Cotkin & Collins, one of the attorneys for Plaintiffs, STEVEN

///
///

```
 1  SCHUSSLER and SCHUSSLER CREATIVE, INC., has been changed to
 2  the following:  jpc@cotkincollins.com
 3       Mr. Collins' address, telephone and facsimile numbers
 4  are unchanged.
 5
 6  DATED: December 4, 2007    JAMES P. COLLINS, JR.
                               COTKIN & COLLINS
 7                             A PROFESSIONAL CORPORATION
 8                             DAVID T. SCHULTZ
                               MASLON EDELMAN BORMAN & BRAND LLP
 9
10
11                       By    _____
                               James P. Collins, Jr.
12                             Attorneys for Plaintiffs
                               STEVEN SCHUSSLER and SCHUSSLER
13                             CREATIVE, INC.
14
```

-2-

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, SUSAN BYRD, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 200 West Santa Ana Blvd., Suite 800, Santa Ana, California 92701.

On December 4, 2007, I served the foregoing **NOTICE OF CHANGE OF E-MAIL ADDRESS** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

J. FRANK WEBSTER                    DEFENDANT
1502 VIA ELISA DRIVE
EL CAJON, CA  92021

| | |
|---|---|
| ✓ | **BY FIRST CLASS MAIL:** I placed such envelope for deposit in the U.S. Mail for service by the United States Postal Service, with first-class postage thereon fully prepaid. I am readily familiar with my employer's practice for the collection and processing of mail. Under that practice, envelopes would be deposited with the U.S. Postal Service that same day, with first class postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown in this proof of service. |
| | **BY FACSIMILE:** I caused the document to be transmitted by a facsimile machine compliant with Rule 2003 of the California Rules of Court to the offices of the addressees at the telephone numbers shown on the service list. |
| | **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the offices of the addressees. |
| | **BY FEDERAL EXPRESS:** I am readily familiar with my employer's practice for the collection and processing of FedEx packages. Under that practice, packages would be deposited with FedEx that same day, with overnight delivery charges thereon fully prepaid, in the ordinary course of business. |
| ✓ | **(Federal Courts Only)** I declare that I am employed in the office of a member of the court at whose direction this service was made. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on December 4, 2007, at Santa Ana, California.

*/s/ Susan Byrd*
SUSAN BYRD