**United States District Court**

**Southern District of California**

FILED

07 DEC -7 AM 10: 16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT CALIFORNIA

BY_____ DEPUTY

Steven Schussler and Schussler Creative, Inc,

Plaintiff,

vs

J Frank Webster, Mr. Hot Dog, Uncle Frank,

Defendant

**Response to**: Summons in a Civil Action

**Case No.** 07 CV 2016IEG (r

Complaint for Monetary Damages (Tort),
Injunctive Relief; Demand For Jury

Answer

## The Parties

4. Whether we are currently operating a business using the hot dog collection or currently selling anything is absolutely none of Plaintiff's business. And it is not a requirement in seeking a Trademark according to the US Patent & Trademark Office.

Registering a Trademark isn't necessary either if you have used the Trademark all along, which we have, and which Mr. Schussler is well aware of (**Exhibit 1**).

And we do and have operated a number of hot dog businesses in relation to our collection, yet again, none of Mr. Schussler's business.

We have spent 31 years of our lives in preparing to build our combination restaurant, museum, hall of fame, gallery and gift shop, and as we have not yet raised the money, we are not open to the public, again, none of plaintiff's business (**Exhibit 2**).

Finally, we no longer own the collection, the related projects (Lamborweenie, The Great American Hot Dog Machines, The Woodie Weenie Wagon, our newsletter, blogs, archives and files or any of the other properties accrued through our efforts in this endeavor as they have all been sold to a long term supporter, who wishes to remain anonymous, for their safekeeping, as much of this world class collection was donated by several hundred contributors and it really belongs to all of them.

**Factual Background**

9. WE have been developing our concept since at least 1978 (**Exhibit 3**) and plan on opening 1 (**One**) outlet, period.

13. In fact, we have yet to see this message (Schussler's Cease & Desist letter or any thing else from his attorneys) as we do not open emails from people we do not know. It may be in our spam file (unopened) and if we find it there, we will deliver it to the Court's computer expert for verification at the appropriate time. Furthermore, since Mr. Schussler paid absolutely no attention to BOTH of OUR Cease & Desist demand letters, his is totally irrelevant.

18. We HAVE NOT contacted officials in Kansas City regarding Mr. Schussler.

19. Our allegations relating to Mr. Schussler are 100% correct and factual, which we will prove to the legal standards of this court when given the opportunity.

21. If anything, Mr. Schussler's false statements constitute illegal and unjustified interference with OUR business relationships and have injured OUR reputation and have damaged, disrupted and caused undue delay to OUR (The Hot Dog Hall Of Fame's) business affairs.

**Count I**

**(Defamation)**

23. We stand by our assertion that Mr. Schussler is a "liar, thief and con man" and that he has, indeed attempted to usurp the intellectual property, concept, name and URL of The Hot Dog Hall Of Fame and that these statements will be proven in court. They are neither false nor defamatory.

27. Mr. Schussler's actions have cost us far more than we could possibly have cost him, especially since he is attempting to use this court to legally take our own intellectual property from us, developed over the past 30 years (**Exhibit 4**).

**Count II**

**(Tortious Interference with Prospective Economic Advantage)**

33. We are acting with the express purpose of protecting OUR intellectual property while Mr. Schussler's motives are quite suspect as this all started when he met us in 2000, despite his claims to have been developing the concept for the past TEN years.

## Count III

### (Tortious Interference with Contract)

36. Schussler, et al have valuable and competitively advantageous contractual relations with its business partners and associates ONLY if he actually owns the right to the name, etc, which he does not, and which we will also demonstrate in court.

Furthermore, we contacted RED Development to warn (not threaten) them about this situation as they have a legal duty to protect their investors and contacted the Mayor of Sparks, Nevada to alert them of possible future legal activities to protect the citizens of Sparks.

## Count IV

### (Injunctive Relief)

41. As we stated in court previously, we contacted MOST of the parties mentioned with the intent of bringing this matter into court, which it has done. No further action by this Court is required and we ask to have the Restraining Order lifted as unnecessary.

## Count V

### (Declaratory Relief)

43. Mr. Schussler may have APPLIED for a Trademark but we have contacted the US Patent and Trademark Office and are currently in the process of

a. Disputing Mr. Schussler's right to said Trademark (Hot Dog Hall Of Fame) and

b. Registering our own Trademark (The Hot Dog Hall Of Fame)

## PRAYER FOR RELIEF

Wherefore Defendant prays for judgment against the plaintiff as follows:

-3-

1. Immediate dismissal of this suit as totally groundless, without merit and frivolous, a complete waste of the Court and the taxpayer's time and money.

1. Award of general, special and exemplary damages on Counts I, II, and III according to proof at the time of trial (**Exhibit 5**).

2. Cancellation of the permanent injunction against speaking out about Mr. Schussler's attempted use of the court system to steal our intellectual property.

3. We petition the Court to declare that the defendant (J Frank Webster, Uncle Frank, Mr. Hot Dog) to be the legal owner of our own intellectual properties, concepts, names, good reputation and URLs.

4. For such other and further relief as the Court deems just and equitable.

Dated this 6$^h$ day of December, 2007

**J Frank Webster**
**President**
**The Hot Dog Hall Of Fame**

-4-

Exhibit 1

**US Trademark and Patent Office web site excerpts**:

**From the FAQ file:**

A trademark includes any word, name, symbol, or device, or any combination used, **or intended to be used**, in commerce to identify and distinguish the goods of one manufacturer or seller from goods manufactured or sold by others, and to indicate the source of the goods. In short, a trademark is a brand name.

A service mark is any word, name, symbol, device, or any combination, used, or intended to be used, in commerce, to identify and distinguish the services of one provider from the services provided by others, and to indicate the source of the services.

**From the web site's Basic Facts file:**

**Is registration of my mark required?**

**No.** You can establish rights in a mark based on legitimate use of the mark. However, owning a federal trademark registration on the Principal Register provides several advantages, e.g.,

- constructive notice to the public of the registrant's claim of ownership of the mark;
- a legal presumption of the registrant's ownership of the mark and the registrant's exclusive right to use the mark nationwide on or in connection with the goods and/or services listed in the registration;
- the ability to bring an action concerning the mark in federal court;
- the use of the U.S registration as a basis to obtain registration in foreign countries; and
- the ability to file the U.S. registration with the U.S. Customs Service to prevent importation of infringing foreign goods.

**A Brief History of The Hot Dog Hall Of Fame**

I grew up as a military brat, crisscrossing the US numerous times in the **50's** and **60's**, long before the Interstate freeways were finished and the fast food chains took over. My dad was a serious chili dog freak and although my palate was too unsophisticated and immature to appreciate them at the time, some of my most vivid memories are of us stopping by literally dozens of early day drive-ins and roadside stands in his pursuit of excellence in a bun.

In high school and college, I studied **Architectural Design** and had planned on taking up the construction trade but life, the war in Viet Nam, a wife and kid changed everything and I eventually found my way into the wiener trade, generally an honorable profession peopled with a wide array of colorful characters (what's not to like?).

And as a military brat (and later, as a member of the US Navy), I traveled all over the US (**32** states or so), lived in **6** of them, traveled all over the world (Japan, Taiwan, Singapore, Hong Kong, Viet Nam, Australia, Thailand, New Zealand, England, France, Italy, Germany, Rhodes, even Communist Yugoslavia), I started grade school in Okinawa and graduated from high school in Turkey. I mention all of this as I ultimately decided that I liked San Diego the best and one day promised myself I'd live here. It only took us **30** years to make it back…

We didn't come empty handed either as we brought a spectacular, world class collection with us as well as being hard working, industrious people (my son recently got his MBA, works in the aerospace industry and my wife is working on her BS degree after a fairly long and successful career in the restaurant business).

Sometime in the first year or so (**1976 - 1977**) of my new career, people started giving us all kinds of hot dog related things such as an old Oscar Mayer Wienermobile piggy bank here, a clipping from the newspaper there, etc.

At first, I was just mildly amused and threw it all onto a shelf in the garage…

After a while, it got out of control so I started sorting it out and boxing it up.

I still didn't pay too much attention to it and the boxes really started stacking up.

Sometime around **1978** or **1979**, I decided to get organized with it and inventoried it all.

At that time, there were nearly **1,000** pieces and it took up every square inch of table and counter tops, a fair chunk of the house's wall space and the entire living room floor.

I was beginning to think there was something to this but had to put it all away, this time stored to protect it from damage, dust, moisture, UV, infestation, skin oils from handling, theft, etc (we have lost several items over time).

It percolated around in my brain for some time, until I was sitting at the counter in the **Denny's** right across the highway from Marriott's Great America in Silicon Valley, waiting for the wife to get off of work and noticed the menu on the wall behind the counter, taped up there so the waitresses could refer to the new menu (and prices).

It was a handsome, full color, laminated menu (we collect them too) but what drew my attention was the full page of photos of their new, larger burgers. I realized that I had just been handed the solution.

The menu touted their "**Hamburger Hall Of Fame**" and I knew exactly what I had to do…

Part of an architect's psychological makeup is the desire to leave something behind; to build something great, something of lasting value, something the world will remember him by and I had just found mine!

In **1982**, we finally found a hot dog trophy which would allow us to present **The First Annual "Frankie" Awards for Hot Dog Excellence**, which we did, that July, **National Hot Dog Month**.

And the flood of donations continued; accelerated in fact...

In **1996**, shortly after we got our first PC, we started our book **"Hot Dogs In A Cold World"** and then realized that we had the software (Page Maker) to produce a print edition of a newsletter.

A few months later, we launched **"The Frankfurter Chronicles"** (The Newsletter with Relish).

Until that time, we had maintained an extremely low profile as we were very wary of someone ripping us off (it had happened a number of times over the years, even from major companies, whose names you'd recognize).

For instance, the print and email version of the newsletter were BY INVITATION ONLY, our web site also has no Meta-Tags which would help everyone find it, nor is it registered with any of the search engines, (they are all for our supporters ONLY) and our blogs are also available ONLY to a select few  friends, contributors and  supporters.

In **1996**, we also participated in **"Hall Of Fame Hall Of Fame"** a gathering of **54** Halls Of Fame at San Francisco's beautiful (and new) Center for the Arts at Yerba Buena Gardens.

Life long hot dog lover **Herb Caen** of the **San Francisco Chronicle** had urged us to "surface", to let the world know about us, to participate in Hall Of Fame Hall Of Fame and we were told that we literally stole the show...

There were literally dozens of article written about it, everything from the local (Bay Area) newspapers to **CNN** and **The Associated Press** and that may have been the beginning of the end and the reason we're here in court today.

In **2000**, we made the most serious tactical blunder ever and approached an up-and-coming restaurant super star **Steve Schussler**, Founder of the **Rainforest Café** chain.

Frankly, we admired his accomplishments, creating a fantastic something out of nothing and emailed to introduce ourselves, hoping he'd see the promise of what we were doing and maybe give us a hand in bringing it to life.

We traded maybe **60** emails about our plans and I saved them to disk, just in case (we'd been ripped off before)...

When we met him at the Grand Opening of the newest Rainforest Café at San Francisco's Fisherman's Wharf, (he had invited us to meet him there), he was an hour late, immediately tried to buy the collection, told us he owned Chicago's **Gold Coast Hot Dogs**, then said he has a warehouse full of stuff and was going to do it without us.

His exact words were "We don't need you..."

Which begs several questions:

Why did he offer to meet us?

Why didn't he tell us he had already come up with the concept (which he now legally swears came to him in **1997**)?

And why did he abandon the URL's he had one of his minions register shortly after we met in **2000**?

And if it was his concept, name, intellectual property, etc, why did he wait another **7** years until trying again?

And why didn't he immediately serve US with a "Cease & Desist" if it was his concept, etc?

Before we get too far down the line here, I should mention that we were in and out of the hot dog business a number of times over the years.

We fielded a number of weenie mobiles (**Frank's Quality Franks, The Great American Hot Dog Machines, 1 through 5,** the latest, our **Woodie Weenie Wagon**) of various designs and degrees of success, we took over a small (**23 seat**) hot dog stand ("**Hot Diggidy Dogs & Great Burgers Too**"), on Silicon Valley's El Camino Real (with **4** parking spots, there were fist fights in the parking lot), and we also helped a number of our friends launch and promote their new hot dog businesses, etc.

All along, our goal has been to eventually provide a permanent home for this wonderful, world class collection.

Besides the only time it has ever been seen in total, when we lived on **Franck Avenue**, in the late **70's** or so, we displayed a few dozen items at the weenie stand on the El Camino, and then there are the several dozen pieces we loaned to Center for the Arts for HOFHOF but mainly, it's sat in boxes, year after year, waiting for the day...

**The Ebay Years:**

Over the years, we got contributions from hundreds of people all over the US but that changed when we discovered the internet and Ebay. Now we could find (and buy) those items we'd only heard about before.

Of course, we paid dearly for some of them and quickly realized we were bidding on things that used to get tossed away at the end of a neighborhood garage sale or sold for pennies on the dollar. Now we were bidding against the entire US for these items and it wasn't pretty at first, sometimes paying several times more than an item was worth.

But the collection grew and grew and we eventually had to build a shed out back to protect the household items we'd had to displace. And around that time, we started telling people that we lived in **The Wiener Warehouse**...

**A Mature Collection:**

That all came to a screeching halt in early **1999,** when the wife noticed an inch thick stack of postal money order receipts, amounting to thousands of dollars and promised me grievous bodily injury if she caught me on Ebay again.

And I didn't really have the time as I was spending an hour a day there and besides, we were getting ready to move.

This Spring (**2007**) I took a final dip in Ebay and picked up several dozen items (for just over **$700**) but that's all there was, our collection only lacks half a dozen "must have" items, a fully mature collection which we're proud of.

**Our gift to the people of San Diego:**

Over the years, we've discussed providing this wonderful collection a permanent home with **The Donald (Trump), The Smithsonian** (they've written that they'd love to have it), **Frankfort, Indiana** (Home of The Frankfort Indiana Hot Dog Festival) and **Armour, South Dakota** both approached us about moving there, we offered it to New York City restaurateur **Danny Meyer** and we had also approached **Coney Island,** and the **New York City Library,** etc.

Those scenarios were all in case we were unable to make it happen by ourselves but what we would really like to do is ultimately donate the entire collection, as our present, to San Diego, our new home. With the restaurant, gallery and gift shop, it will eventually be self supporting and a world famous tourist destination...

**OUR DEFINITION:**

**THE HOT DOG HALL OF FAME** will be a combination

- **HALL OF FAME** which will celebrate hot doggers everywhere and
  - Present **The Frankie Awards for Hot Dog Excellence** (since 1982)
  - Publish "**The Frankfurter Chronicles**"
  - Create promotional items and vehicles (**Lamborweenie**) and
  - Create a database from the archives

- **MUSEUM** to display this wonderful, world class collection of Hot Dog
  - Art
  - Collectibles
  - Cookware
  - Clothing
  - Historical artifacts
  - Memorabilia
  - Promotionals
  - Toys, etc

- **RESTAURANT** which will proudly feature **The World's Best Hot Dogs**
  - Chicago style hot dogs
  - New York style hot dogs
  - West Coast style hot dogs
  - Daily sausage specials from our extensive collection of recipes

- **GALLERY** featuring a number of local artist's hot dog related works on consignment
  - Paintings
  - Sculpture
  - Numerous other mediums

- **GIFT SHOP** with a full line of hot dog merchandise
  - T-shirts
  - Bumper stickers
  - Numerous novelty hot dog items
  - Our book ("**Hot Dogs In A Cold World**")
  - Gift certificates, etc

**THE HOT DOG HALL OF FAME: A Local Landmark, National Treasure & World Famous Tourist Destination...**

**DEFINITION:**

**Wikipedia:**

Hall Of Fame

A hall of fame (sometimes HOF) is a type of museum established for any a field of endeavor to honor **individuals (emphasis ours)** of noteworthy achievement in that field.

In some cases, these halls of fame consist of actual halls or museums which enshrine **the honorees** with sculptures, plaques, and displays of memorabilia.

In other cases, the hall of fame is more figurative, and simply consists of a list of names of **noteworthy individuals** maintained by an organization.

**Dictionary.com:**

Hall of Fame

1. A national shrine in New York City commemorating the **names of outstanding Americans**.

2. A room, building, etc., set aside to honor **outstanding individuals** in any profession, locality, nation, or the like.

3. A number of **individuals** acclaimed as outstanding in a particular profession, field of endeavor, locality, or the like.

**American Heritage Dictionary:**

Hall of Fame

1. A group of **persons** judged outstanding, as in a sport or profession.

2. A building housing memorial items honoring **illustrious persons**.

**WordNet:**

Hall of Fame

A building containing trophies honoring **famous people**

**NOTE:** As referenced by Mr. Schussler's attorneys, neither the Corner Bar in Rockford, Michigan, or the Vienna sausage company's use of the term (or any others'), "Hot Dog Hall Of Fame" does not also refer to the name of their businesses but we are properly **"The Hot Dog Hall Of Fame"** through previous, current and future usage.

And we are a **true** Hall Of Fame, not just a collection of items (more properly, a museum, as used by Mr. Schussler) and unlike his collection, ours has been donated by hundreds of hot dog lovers from all across the United States and each item will be properly annotated when placed on display.

This is about the people, **not** the collection and we've made a career out of popularizing the people in this field.

# HALLS OF FAME:

## General

- Hall of Fame for Great Americans
- Walhalla temple

## Music halls of fame

- Alabama Music Hall of Fame
- Alabama Jazz Hall of Fame
- Big Band and Jazz Hall of Fame
- Blues Hall of Fame
- Buffalo Music Hall of Fame
- Canadian Music Hall of Fame
- Country Music Hall of Fame
- Dance Music Hall of Fame
- Down Beat Jazz Hall of Fame
- Gospel Music Hall of Fame
- Grammy Hall of Fame (for recordings)
- Grammy Lifetime Achievement Award (for people)
- International Polka Music Hall of Fame
- National Band Association Hall of Fame of Distinguished Band Conductors
- Nashville Songwriters Foundation
- Polka Hall of Fame
- Rockabilly Hall of Fame
- Rock and Roll Hall of Fame
- Songwriters Hall of Fame
- UK Music Hall of Fame
- Vocal Group Hall of Fame

## Show business halls of fame

- American Theatre Hall of Fame
- Broadcaster's Hall of Fame
- Mascot Hall of Fame
- Television Hall of Fame

## Sports halls of fame

- Alabama Sports Hall of Fame
- Alberta Sports Hall of Fame
- American Bowling Congress
- Americas Cup Hall of Fame
- Australian Cricket Hall of Fame
- Australian Football (soccer) Hall of Fame
- Australian Football Hall of Fame (Australian rules football)
- Australian Racing Hall of Fame
- Australian Rugby League Hall of Fame
- Basketball Hall of Fame
- Bay Area Sports Hall of Fame

- BC Sports Hall of Fame
- Billiard Congress of America Hall of Fame
- Boston Red Sox Hall of Fame
- British Rugby League Hall of Fame
- British Softball Hall of Fame
- Canadian Amateur Wrestling Hall of Fame
- Canadian Baseball Hall of Fame
- Canadian Basketball Hall of Fame
- Canadian Curling Hall of Fame
- Canadian Football Hall of Fame
- Canadian Horse Racing Hall of Fame
- Canadian Lacrosse Hall of Fame
- Canadian Motorsport Hall of Fame
- Canadian Rodeo Hall of Fame
- Canadian Sports Hall of Fame
- Cincinnati Reds Hall of Fame
- College Baseball Hall of Fame
- College Football Hall of Fame
- Colorado Sports Hall of Fame
- English Football Hall of Fame
- Georgia Sports Hall of Fame
- Green Bay Packers Hall of Fame
- Hockey Hall of Fame
- International Bowling Museum and Hall of Fame
- International Boxing Hall of Fame
- International Game Fishing Hall of Fame
- International Gymnastics Hall of Fame
- International Jewish Sports Hall of Fame
- International Motorsports Hall of Fame
- International Rugby Hall of Fame
- International Surfing Hall of Fame
- International Swimming Hall of Fame
- International Tennis Hall of Fame
- International Women's Sports Hall of Fame
- IRB Hall of Fame (International Rugby Board)
- Japanese Baseball Hall of Fame
- Lethbridge Sports Hall of Fame
- Michigan Sports Hall of Fame
- Mobile Sports Hall of Fame
- Motorsports Hall of Fame of America
- Mountain Bike Hall of Fame
- NASCAR Hall of Fame *(to be completed in 2009)*
- National Baseball Hall of Fame and Museum
- National Dirt Late Model Hall of Fame
- National Distance Running Hall of Fame
- National Italian American Sports Hall of Fame
- National Lacrosse Hall of Fame
- National Lacrosse League Hall of Fame (Indoor Lacrosse)
- National Midget Auto Racing Hall of Fame
- National Museum of Racing and Hall of Fame (USA Thoroughbred Horse Racing)
- National Soccer Hall of Fame

- National Softball Hall of Fame
- National Sprint Car Hall of Fame
- National Surfing/Wrestling "Ironman" Hall of Fame
- National Track & Field Hall of Fame
- National Wrestling Hall of Fame
- North Carolina Sports Hall of Fame
- Norwich City F.C. Hall of Fame
- Off-road Motorsports Hall of Fame
- Ontario Lacrosse Hall of Fame
- Polo Museum and Hall of Fame
- Professional Women Bowlers Hall of Fame
- Professional Wrestling Hall of Fame
- Pro Football Hall of Fame
- ProRodeo Hall of Fame
- Raymond Sports Hall of Fame
- San Diego Hall of Fame
- St. Louis Cardinals Hall of Fame Museum
- Scotland Football Hall of Fame
- Scottish Sports Hall of Fame
- Towson University Hall of Fame
- United States Bicycling Hall of Fame
- United States Hockey Hall of Fame
- United States National Ski Hall of Fame and Museum
- U.S. Figure Skating Hall of Fame
- U.S. Olympic Hall of Fame
- U.S. Weightlifting Hall of Fame
- Virginia Sports Hall of Fame
- Volleyball Hall of Fame
- WCW Hall of Fame
- Welsh Sports Hall of Fame
- Wisconsin Hockey Hall of Fame
- WWE Hall of Fame
- World Figure Skating Hall of Fame
- World Golf Hall of Fame
- Women's Basketball Hall of Fame

**Other halls of fame**

- AIAS Hall of Fame
- Alabama Hall of Fame
- AVN Hall of Fame
- American Quarter Horse Hall of Fame
- American Theatre Hall of Fame
- Astronaut Hall of Fame
- Australian Stockman's Hall of Fame
- Australian Television Logie Hall of Fame
- Automotive Hall of Fame
- Buffalo Jewish Hall of Fame[1]
- California Social Work Hall of Distinction
- Canadian Business Hall of Fame
- Canadian Cartoonist Hall of Fame

- Canadian Medical Hall of Fame
- Canadian News Hall of Fame
- Chairmaker's Hall of Fame at the Windsor Institute
- Christian Hall of Fame
- Circus Hall of Fame
- Georgia Hall of Fame
- Insurance Hall of Fame
- International Space Hall of Fame
- Jewish-American Hall of Fame[2]
- Military Intelligence Hall of Fame
- Movieland Star Hall of Fame (see Gloria Estefan)
- National Agricultural Center and Hall of Fame
- National Aviation Hall of Fame
- National Cowboy Hall of Fame
- National Inventors Hall of Fame
- National Mining Hall of Fame
- National Museum of Dance and Hall of Fame
- National Toy Hall of Fame
- National Women's Hall of Fame
- North Dakota Cowboy Hall of Fame
- Radio Hall of Fame
- Robot Hall of Fame
- Science Fiction Museum and Hall of Fame
- Texas Cowboy Hall of Fame
- World Chess Hall of Fame

Exhibit 3

**JOHN N. POPE, JR.**
ATTORNEY AT LAW
1625 THE ALAMEDA
SUITE 512
SAN JOSE, CALIFORNIA 95126
TELEPHONE 292-6155

Page Two
June 1, 1978
Mr. Junius (Jim) McKelvey

Your refusal to cooperate as requested above **June 1, 1978** result in legal action for injunctive relief at a substantial cost to all concerned.

Your earliest reply will therefore be appreciated.

Yours very truly,

JOHN N. POPE, JR.

Mr. Junius (Jim) McKelvey
1097 White Road
Santa Clara, California 95051

RE:  **John A. Webster, The Great American Hot Dog**

Dear Mr. McKelvey:

I represent Mr. John A. Webster, with whom you became briefly associated in April or 1978 in the hot dog business.

It is my understanding that Ms. Stella Kapogianius of 1616 Hollenbeck, Sunnyvale, California, acting as your agent, breached your agreement with Mr. Webster on May 8, 1978, by causing to have filed with the Santa Clara County Clerk's office the fictitious name "Great American Hot Dog Machine", file number 037338, giving your address as owner.

The demand is hereby made for the abandonment of said fictitious name by Ms. Kapogianius within ten days from this date as evidenced by an endorsed, filed copy of said abandonment delivered to my client in care of this office, together with your acknowledgment that Mr. Webster alone has exclusive right to use the name "The Great American Hot Dog Machine", "Great American Hot Dog Machine", and any similar name and the names "Hot Dog Hall of Fame" and "Hot Dogs in the Cold World", and like similar names.  Upon your performance within the above specified time, Mr. Webster assures me that he will promptly refund the $50.00 you paid to him, and deliver the trike and welded steel cage all within five days thereafter.  He shall also alone assume and hold you harmless from the business debts in the approximate sum of $12,000.00.

Page Two
June 1, 1978
Mr. Junius (Jim) McKelvey


Your refusal to cooperate as requested above may well
result in legal action for injunctive relief at a substantial
cost to all concerned.

Your earliest reply will therefore be appreciated.

                          Yours very truly,



                          JOHN N. POPE, JR.

JNP/wg

cc:  Mr. John A. Webster



# The National Hot Dog & Sausage Council

November 20, 1980

Mr. Jay F. Webster
1760 Franck Street
Santa Clara, California  95051

Dear Mr. Webster:

We were delighted to learn about your venture---The Great
American Hot Dog Machine, and Hot Dog Hall of Fame and
Museum and wish you every success in establishing your
restaurant.

Enclosed are a few of the items we discussed which will
give you better insight into the Council's work.

We just finished visiting Vienna Sausage Company, 2501 N.
Damen, Chicago 60647, and learning about what makes a real
"Chicago Style Hot Dog."  You may wish to contact them for
their publicity kit and further information.

If we can be of further assistance to you, let us know.
And please keep in touch as time permits.

Sincerely,

Frances Altman
Executive Secretary


Enclosures

THE HOT DOG HALL OF FAME
1760 Frank Avenue
Santa Clara, California 95051
(408) 246-8224

January 6, 1981

Mr. Marvin Mohn, President
Doggy Diners, Inc.
4700 Telegraph Avenue
Oakland, California 94609

Dear Mr. Mohn:

I would like to acquire one of your Dog heads to be included in my collection of Hot Dog Art, which I have been collecting since 1976. I plan to feature the collection in my museum; the Hot Dog Hall of Fame. I belive your logo to be a beautiful piece of Hot Dog Art, and I would enclose it in its own wood and glass cabinet, with an appropriate brass plaque.

In addition, I have hundreds of hot dog artifacts, everything from lapel pins to a 10 foot fiberglass hot dog. I also have a hot dog piggy bank, radio, music box, a model of the Oscar Meyer Weiner wagon, a 3 foot inflatable hot dog, a 6 foot paper mache hot dog, jig saw hot dog puzzels, a weiner whistle, framed artwork, records, platters, books, soap, magic tricks, napkins, placemats and squeeze toys.

You asked why you haven't heard of The Hot Dog Hall of Fame? That is because I am a perfectionist by nature and have deliberately maintained a low profile until I am ready to announce our grand opening. The Hot Dog Hall of Fame will have red, white and blue anwnings, hardwood paneling, brass rails, and casablanca style fans.

Thank you for the opportunity to present my concept to you and for your attention to my request.

Sincerely,

J. Frank Webster
President

JFW:asap
Enclosures

**JOHN N. POPE, JR.**
ATTORNEY AT LAW
1625 THE ALAMEDA·SUITE 512
SAN JOSE, CALIFORNIA 95126
TELEPHONE (408) 292-6155

November 18, 1982

Mr. and Mrs. Alexander Warner          Ms. Vickie Blindert
164 Commercial Street                  978 E. Evelyn
Sunnyvale, California  94086           Sunnyvale, California  94086

Dear Mr. and Mrs. Warner and Ms. Blindert:

I represent J. Frank Webster, doing business as "The Great American
Hot Dog Machine". Mr. Webster has informed me that you have attemp-
ted to misappropriate his business name by using same at your hot
dog stands located at Maud and Mathilda, Sunnyvale, and at Green-
briar, and that you have filed a fictitious name statement at the
Santa Clara County Clerk's Office on September 30, 1982. As you
have previously been advised, Mr. Webster filed the same name with
the County Clerk on May 12, 1978 and, at this time, is seriously
considering legal action to enjoin said use and to seek substantial
damages unless you immediately abandon said name and remove it from
all of your hot dog stands. Your compliance with this demand will
be expected within the next seven (7) days.

Yours very truly,

JOHN N. POPE, JR.

JNP:lma

cc: Client



GLENN W. HOFFMANN, PRESIDENT
100 SKYPORT DRIVE, SAN JOSE, CA 95115
(408) 947-8654

August 31, 1983


Mr. J. Frank Webster
THE HOT DOG HALL OF FAME
1320 Westmont Avenue
Campbell, CA 95008

Dear Mr. Webster:

KTEH thanks you for organizing the group of volunteers from THE HOT DOG
HALL OF FAME to help us with our summer pledge festival.  We know the role
of coordinator can be demanding and we appreciate your special effort.
Without phone volunteers we would have no pledge and our financial
situation would be desperate indeed!

Enclosed are Certificates of Appreciation for each member of the group who
signed the attendance sheet.  Could you see that they receive this small
thank-you on our behalf?

We hope that your experience with KTEH was satisfying.  We certainly
enjoyed having your volunteers join us for the evening.  Unless you prefer
otherwise, we will keep THE HOT DOG HALL OF FAME on our contact list for
future pledge periods.

Again, thank you for your help and for supporting KTEH.

Sincerely,

Trixie Johnson
Volunteer Coordinator


TJ:jh

Enclosures



April 10, 1990

Mr. J. Frank Webster
P O Box 658
Fairfield, CA  94533

Dear Mr. Webster:

Mr. Trump has received your letter inquiring about his
interest in bringing the Hot Dog Hall of Fame to New York
City.

While he appreciates your bringing this opportunity to his
attention, regretfully, it is of no interest to him at the
present time.

Thank you for writing Mr. Trump.  We wish you much success
in your endeavors.

Sincerely,

Norma I. Foerderer
Assistant to the President

NF:lr

**THE TRUMP ORGANIZATION**
**725 FIFTH AVENUE · NEW YORK, N.Y. 10022   212·832·2000   TELEX·427715**



December 5, 1993



J. Frank Webster
Hot-Dog Hall of Fame
P.O. Box 658
Fairfield, California  94533

Dear Mr. Webster:

I am currently writing a book about the history of The
American Drive-In Restaurant and got your name from Harvey
Kaplan in New York (make silver jewelry).

Within this publication, I will be including a brief sidebar
on the hot-dog, it's history, folklore, etc.  Approximately
5-800 words.

If there is any way you could assist me with relevant
information and or photographs, I would be greatly indebted.
My problem is, all materials must be in by the end of
January.  My publisher, Motorbooks International, gets all
the stuff at the end of February--so I'm caught in a race
for time.

If there is any advice you could give, please feel free to
call me during the day (collect if need be).  I thank you in
advance for your time!

Sincerely,

Michael Witzel



**MICHAEL KARL WITZEL**

1427 GOEBEL CIRCLE, WICHITA, KANSAS 67207   (316)-687-5887

**THE WHITE HOUSE**

WASHINGTON

January 26, 1995

Mr. J. Frank Webster
President
The Hot Dog Hall of Fame
Post Office Box 658
Fairfield, California 94533

Dear Mr. Webster:

Thank you for your interest in meeting with President Clinton. He does appreciate your offer and is sorry he will be unable to speak with you.

Unfortunately, the tremendous demands on the President as he works to move our country forward do not give him the opportunity to meet with as many people as he would like.

On behalf of the President, thank you again for your invitation. Your continued interest, input and support are deeply appreciated.

Sincerely,

William M. Webster, IV
Director of Scheduling and Advance

WMW/inj



(206) 441-0435
88 Virginia, Unit #2
Seattle, Washington 98101

April 16, 1996

Uncle Frank
The Frankfurter Chronicles
P.O. Box 658
Fairfield, California 94533

Dear Uncle Frank,

You have my permission to publish my Sausage Salad recipe,
but call it Weenie Salad.

You must credit the cookbook from which the recipe comes,
THE FRUGAL GOURMET.

I wish you well.

Cordially,

Jeffrey L. Smith
JLS/pew

Exhibit 4

**OUR MEDIA RESUME**

**BOOKS, NEWSPAPERS & MAGAZINES**

1) "The Great American Hot Dog Machine"
**Nightwire**
**The De Anza College Newspaper**
**Beth Peters**
**March 1977**
Our first exposure to the media.

2) "San Jose's Great Wiener War is just heating up"
**The San Jose Mercury News**
**Mark Saylor**
**1978**
Uncle Frank (before he was Uncle Frank) mediates hot dog dispute, curbs bad publicity surrounding **"Wienergate"**

3) "Fairfield Hot Dog King-This man's wild about franks"
**The Daily Republic**
**Cathy Pool**
**July 1988**
Great article, best one to date, good photo of Uncle Frank

4) "Flash: Man bites dog"
**The Daily Republic**
**Debbie Minnema**
**15 February 1989**
Several page food feature with several parts to the article including photo a great photo of Uncle Frank, another, smaller photo of Postman Bites Dog, recipes, history and trivia.
This article was also printed in **"The Tempest"**, Solano Community College's newspaper 9 Feb 1989

5) "Hot Doggin'"
**The Daily Republic**
Small photo feature with caption to announce **PBS TV** feature.
Date/writer uncertain (file photo).
Uncle Frank invites you over for a kraut dog served on a silver platter to commemorate **National Frankfurters & Sauer Kraut Week.**

6) "Hot Diggity"
**'Another frankfurter eatery to open soon'**
**The Vacaville Reporter**
**Cynthia Roberts**
**Reporter Business Editor**
**10 July 1989**
Fabulous Franks in Vacaville ~ **"Frankie"** presented during the interview.
Great photo and smaller one above the header on section front page

**HALL OF FAME HALL OF FAME ARTICLES:**
At last count, there were over **50** articles (and a piece for CNN) about this wonderful show but we have only seen the following:

7) "Museums That Make Their Mark"
**The San Francisco Chronicle**
**Jerry Carroll**
**22 November 1996**

8) "Hot Dog Hall Frankly Fantastic"
**The Daily Republic**
**Matt Pelken**

**30 November 1996**
Color photo (smaller version above the header on front page), good article

**9) Hall Monitor"**
**The Oakland Tribune**
**Susan Young**
**November 1996 (?)**

**10) "Alternative Culture Revisited"**
**The Associated Press**
**December 1996**

**11) "Their 15 Minutes of Fame" / "He's Wienerdom's Top Dog"**
**Anita Amirrezvani**
**Contra Costa Times**
**6 December 1996**
Our very favorite article (sidebar) about us.

**12) "Hall of Fame that honors the same has little shame"**
**James O. Clifford**
**The Associated Press**
**9 December 1996**

**13) "Bay City Best"**
**San Francisco Examiner Magazine**
**George Powell**
**5 January 1997**

**14) "Halls of Fame: They're the Greatest"**
**The Washington Post**
**Megan Rosenfeld**
**12 August 1998**

**15) "A Place to Relish... The Hot Dog Hall Of Fame"**
**Out West ~ The newspaper that roams**
**Chuck Woodbury**
**Editor**
**Winter 1997**

Two other **Out West** articles:

**16) "He's a Hog for Dogs"**

**17) "Weenie News Hot Off The Grill"**

**19) "On a Mission from Dog"**
**Tracie Cone**
**The West**
**The San Jose Mercury News Sunday Magazine**
**19 July 1998**
Extremely funny article, great color photos.

**20) "Online auction popular way to collect"**
**Pat King**
**The Daily Republic**
**Date uncertain (early 1999)**
Article about eBay with large color photo of **Uncle Frank** wearing his hot dog apron and surrounded by a large number of items from the collection. Front Page Saturday Edition in color. Can't beat that!

21) "Hot Dogs Are Us"
**Donald Dale Jackson**
**Smithsonian Magazine**
**July 1999**
We are deeply honored to have been included in Mr. Jackson's last article before he retired. This article traced the history of the hot dog and mentioned most of the current players.  Nine full pages, a large number of photos.

22) "Frankly, to big fan, every dog has every day"
**Peter Rowe**
**The San Diego Union Tribune**
**1 January 2004**
Welcome to San Diego!

23) "Hot Diggity Dog"
**American Profile Magazine**
**Marti Attoun**
**July 2005**

**BOOKS:**

**1) "The American Drive In"**
**Michael Karl Witzel**
**Motorbooks International**
**1994**

We provided the basic research for the hot dog segment.

This great book is still available in stores, online and by mail order.

**2) "Little Museums"**
**Lynne Arany & Archie Hobson**

(We wrote the blurb):

 "The book lists hundreds of small museums by state and even though we keep track of such things, we were amazed by the thoroughness of the research.... It has something for everyone and will soon be a treasured addition to any reference library."

**J. Frank Webster**
**The Hot Dog Hall of Fame**

**RADIO APPEARANCES & PROMO STUNTS, ETC** (all dates approximate)

1) "KSJO Eats It Week" (1978)

2) Our First Guinness World Record Attempt (1979)

3) Our Second Guinness World Record Attempt (1979)

4) "National Frankfurters & Sauer Kraut Week" (1980)

5) "National Hot Dog Month" (1980)

6) "KFAT / KSJO Softball Tournament & Weenie Roast" (1981)

7) Capitol Gold - London - Paul Coyte - 9 August 2005

8) Radio Dublin - Johnny - 12 August 2005

9) The Gary Burbank Show in Cincinnati - 15 August 2005

10) KPRI FM 102.1 in San Diego - Madison - 18 August 2005

**TELEVISION:**

**1) "Mark Thompson's Neighborhood Weather"**
**Channel 11**
San Jose, Ca.
**July 1983 (?)**
**5th Annual Frankie Awards & Cook Out** at our friend **John Crawford's** house.
We have a photo of this event but missed taping it on the TV.
**Mark Thompson** is the guy on the **Guinness World Records** program if the name seems familiar.

**2) KTEH**
**Channel 54**
**San Jose (PBS)**
Fundraising Week
**1985 (?)**
Catered the entire week and manned the phone bank the last day.

**3) "Weird TV"**
**Fox Television Network**
**1991 (?)**
**Chuck Cirino** brings his quirky style of video to **La Casa Weenie.**
"Not for the faint of heart..." **Roger Ebert**

**4) "Best of the Worst"**
Network
**1993 (?)**
Program cancelled shortly after segment was shot and it never aired.

**5) "Hall Of Fame Hall Of Fame"**
**CNN**
**December 1996**
We missed this one entirely but a friend in Nevada told us about seeing it.

**6) "Neat Stuff"**
**At the Hall Of Fame Hall Of Fame**
**Oregon Public Broadcasting (OPB)**
A **PBS** Subsidiary
Shown on **The Learning Channel**
**May 1997**

Exhibit 5

**What this has cost us (so far):**

- The Woodie Weenie Wagon project - unfinished / **$30K** into it / budget lost - **$30K**
- Orders cancelled for 2nd and 3rd mobile units (**$100K**)
- Lamborweenie - **$10K** plus my labor
- The Great American Hot Dog Machine stuff - **$20K**
- The tools - **$30K** approximately, maybe more

**Incalculables:**

- The whole project, **31** years of our work (I'll never get the necessary funding without our name, etc)
- The collection (thousands of pieces)
- Loss of time / money spent on this frivolous lawsuit
- Archives / files / disks / **30** years of research
- The newsletter & blogs
- Our good reputation

**The psychological aspects:**

- **Depression** – I've watched a dream turn into a living nightmare over the past **7** years (since we met)
- **Hyper-tension** – This is exacerbating my condition and I hear my heart beating in my ears all of the time
- **Stress** – It's constant and unrelenting now
- **Loss of sleep** - I'm already an insomniac and this sure isn't helping
- **Loss of pleasure** – I experience high anxiety when I go online to see what Schussler is doing to us now…
- **Overwhelming fear** - It took me **4** weeks to force myself to read the complaint (I was literally paralyzed)
- **Insulting** and **derogatory assumptions** in the letter from Attorney Cotkin (which he has sworn to even though he wasn't here) when his operative failed to deliver the papers. It was Halloween night, we were there but the lights were off (we don't observe this holiday), or I could have been picking up the wife at school, I might have been napping (I'm old), the Boy may have had his door closed in his room as he has a recording studio in there and the dog didn't even "go off" as he would have, if he had heard anything.