cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHUSSLER; SCHUSSLER CREATIVE, INC., <br><br>             Plaintiff, <br><br> v. <br><br> J. FRANK WEBSTER, aka, MR. HOT DOG, aka, UNCLE FRANK, <br><br>             Defendant. | Civil No.07cv2016 IEG (AJB) <br><br> ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On December 19, 2007, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were James. P. Collins, Esq., David Schultz, Esq. and Steve Schussler on behalf of plaintiff; and J. Frank Webster appearing pro se.

The case did not settle. The parties are ready to proceed with litigation.

The Court waives the requirement under Rule 26 for a meet and confer of the parties and orders that discovery commence forthwith. The parties will make their Rule 26(a) disclosures by January 25, 2008 and the Court will hold a telephonic Case Management Conference for *February 8, 2008 at 9:30 a.m., p.s.t*. Plaintiff's counsel will make arrangements for the conference call.

The parties also agreed to plaintiff's deposition on *February 25, 2008 at 9:00 a.m.* The parties request that the deposition proceed in the courthouse and their request is granted. The parties should report to Courtroom A on the date and time set with a court reporter and videographer to proceed with

the deposition. The Court herewith grants plaintiff's counsel request for permission to bring a video camera into the courthouse for purposes of the deposition proceedings.

At the Case Management Conference on February 8, 2008, the Court will review the status of discovery at that time, reconfirm the deposition setting, and set further dates and deadlines as appropriate.

IT IS SO ORDERED.

DATED: December 19, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court