JAMES P. COLLINS, JR. (SBN 47608)
COTKIN & COLLINS
A PROFESSIONAL CORPORATION
200 West Santa Ana Blvd., Suite 800
P.O. Box 22005
Santa Ana, CA 92702-2005
Telephone:  (714) 835-2330
Facsimile:  (714) 835-2209
Email: jpc@cotkincollins.com

DAVID T. SCHULTZ (Minnesota State Bar #169730)
MASLON EDELMAN BORMAN & BRAND LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone: (612)672-8200
Facsimile:  (612) 672-8397
Email: David.Schultz@maslon.com

Attorneys for Plaintiffs STEVEN SCHUSSLER
and SCHUSSLER CREATIVE, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHUSSLER and SCHUSSLER CREATIVE, INC.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>J. FRANK WEBSTER, aka "MR. HOT DOG," aka "UNCLE FRANK,"<br><br>        Defendants. | Case No. 07CV2016IEG AJB<br><br>PLAINTIFFS' INITIAL RULE 26(a)(1) DISCLOSURES |

For their disclosure under *Federal Rule of Civil Procedure* 26(a)(1), Plaintiffs Steven Schussler and Schussler Creative, Inc. state the following:

**A.   Fact Witnesses:**

The following individuals are believed to have discoverable information regarding the facts alleged in

-1-

Plaintiffs' Complaint:

1. Steven Schussler
   Schussler Creative, Inc.
   858 Decatur Ave. N.
   Golden Valley, MN 55427
   (763) 746-3700

   Mr. Schussler is knowledgeable about the development of the Hot Dog Hall of Fame ("HDHF"), the trademark application for the HDHF, the facts supporting the claim of defamation and tortious interference and the general dispute between the parties.

2. Kari Honoroff
   Schussler Creative, Inc.

   Ms. Honoroff is knowledgeable about the development of the Hot Dog Hall of Fame ("HDHF"), the trademark application for the HDHF, the facts supporting the claim of tortious interference and defamation and the dispute between the parties

3. Jeff Bornmann
   Schussler Creative, Inc.

4. Helmut Lange
   Schussler Creative, Inc.

5. Kim Anderson
   Schussler Creative, Inc.

```
 1      6.   Jimmy Rittenberg,
 2           P.O. Box 10466
 3           Chicago, IL
 4
 5      7.   Greg Alstad
 6           4238 Aldrich Avenue South
 7           Minneapolis, MN 55409
 8
 9      8.   Rick Turnquist
10           c/o Island Moorings Yacht Club
11           3500 Island Moorings Parkway
12           Slip # 129
13           Port Arkansas, TX 78373
14
15      Witnesses 3-8 are knowledgeable about the development
16 of the HDHF and facts supporting the claim of defamation.
17 Mr. Rittenberg is also knowledgeable about the trademark
18 application for the HDHF.
19
20      9.   Dave Claflin
21           RED Development
22           4717 Central
23           Kansas City, MO 64112
24           (816) 876-2547
25
26      10.  Steve Graham
27           RED Development
28
```

11.  Dan Lowe
     RED Development

12.  Bill Schultz
     RED Development

13.  Mayor Geno Martini
     Mayor of Sparks, Nevada

14.  Adam Mayberry
     City Official of Sparks, Nevada

Witnesses 9-13 are knowledgeable about the facts supporting the claims of tortious interference and defamation.

B.  **Description by Category of Documents Relevant to the Disputed Facts that Are in Plaintiffs' Possession:**

1.  Communications between Steven Schussler and J. Frank Webster.
2.  Communications between Schussler Creative and RED Development regarding Defendant's defamatory emails.
3.  Communications between RED Development and the City of Sparks, Nevada.
4.  Communications between Steven Schussler and

///

business associates regarding the Hot Dog Hall of Fame
   5. Documents related to business transactions including contractual agreements between Schussler Creative, RED Development and other business partners regarding the development of the Hot Dog Hall of Fame.
   6. Documents related to development of the concept of the Hot dog Hall of Fame.
   7. Documents related to Schussler Creative's trademark application.

The above documents are kept by Schussler Creative, Inc. in Golden Valley, Minnesota or RED Development, LLC in Kansas City, Missouri. These documents are kept by these entities in the regular course of business.

**C.   Damages Estimate:**
   Plaintiffs have requested general, special and exemplary damages. Plaintiffs' reputation and business have been damaged in an amount to be determined, but in excess of $75,000. Plaintiffs have also requested declaratory and injunctive relief.

**D.   Insurance Agreement:**
   Not Applicable

**E.   Right to Supplement:**
   The above disclosures are based upon the information

-5-

1  now readily available to Plaintiffs, which has not fully
2  completed its investigation into the facts of this case and
3  reserves the right to amend, change or supplement the above
4  information as required by the Federal Rules of Civil
5  Procedure and by any order entered by the Court.

7  DATED:   January 25, 2008.

>       JAMES P. COLLINS, JR.
>       COTKIN & COLLINS
>       A PROFESSIONAL CORPORATION
>
>       DAVID T. SCHULTZ
>       MASLON EDELMAN BORMAN & BRAND, LLP
>
>
>       By  /s/ James P. Collins, Jr.
>       James P. Collins, Jr.
>       Attorneys for Plaintiffs
>       STEVEN SCHUSSLER and SCHUSSLER
>       CREATIVE, INC.

222562-1.wpd

-6-

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, SUSAN BYRD, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 200 West Santa Ana Blvd., Suite 800, Santa Ana, California 92701.

On January 25, 2008, I served the foregoing PLAINTIFFS' INITIAL RULE 26(a)(1) DISCLOSURES on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| J. FRANK WEBSTER<br>1502 VIA ELISA DRIVE<br>EL CAJON, CA  92021 | DEFENDANT<br>mr.hotdog@cox.net<br>619 328-5893 |

| | |
|---|---|
| ✓ | **BY FIRST CLASS MAIL:**  I placed such envelope for deposit in the U.S. Mail for service by the United States Postal Service, with first-class postage thereon fully prepaid.  I am readily familiar with my employer's practice for the collection and processing of mail.  Under that practice, envelopes would be deposited with the U.S. Postal Service that same day, with first class postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown in this proof of service. |
| | **BY FACSIMILE:**  I caused the document to be transmitted by a facsimile machine compliant with Rule 2003 of the California Rules of Court to the offices of the addressees at the telephone numbers shown on the service list. |
| | **BY HAND DELIVERY:**  I caused such envelope to be delivered by hand to the offices of the addressees. |
| | **BY FEDERAL EXPRESS:**  I am readily familiar with my employer's practice for the collection and processing of FedEx packages.  Under that practice, packages would be deposited with FedEx that same day, with overnight delivery charges thereon fully prepaid, in the ordinary course of business. |
| X | **(Federal Courts Only)**  I declare that I am employed in the office of a member of the court at whose direction this service was made. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on January 25, 2008, at Santa Ana, California.

*Susan Byrd*
SUSAN BYRD