cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHUSSLER; SCHUSSLER CREATIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> J. FRANK WEBSTER, aka, MR. HOT DOG, aka, UNCLE FRANK, <br><br> Defendant. | Civil No.07cv2016 IEG (AJB) <br><br> ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

On February 8, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Phil Collins, Esq. and David Schultz, Esq. on behalf of plaintiff and Jay Frank Webster, appearing pro se.

The Court and counsel discussed the disclosure process to date and the pending deposition of plaintiff. Mr. Webster has not made his disclosures to date over some confusion of what was required. Now that he has seen the plaintiff's disclosures, he is clear, and he will send out his disclosures today.

The *February 25, 2008, 9:00 a.m.* deposition of plaintiff is confirmed. Plaintiff has sent appropriate notice including a document production request. Following discussion, Mr. Webster understands his obligations to produce information called for to the extent it is in his position or available to him to access. He also understands that he may respond, where appropriate, that the information is unavailable or does not exist.

1    The Court urged Mr. Webster to contact plaintiff's counsel if there are questions about the
2 documents requested in advance of the deposition date so that the deposition can proceed smoothly.  In
3 that some of the information called for may be proprietary, the parties will work out a protective order.
4 In the meantime, the Court orders that any documents produced by Mr. Webster will be subject to this
5 Court's order that it be deemed proprietary, confidential, and for attorney's eyes only until a protective
6 order is entered or the Court provides otherwise.

7    The Court sets another telephonic Case Management Conference for ***March 12, 2008 at 9:00***
8 ***a.m.***  Counsel for plaintiff shall initiate the conference call.  This will follow the deposition proceedings,
9 and at that point, final dates and deadlines will be set.

10    There is also a potential issue with regard to Mr. Webster's military records.  Mr. Webster
11 indicates that he will not be using his Vietnam veteran status as evidence in the case given its lack of
12 relevance.  To the extent, however, that some relevance claim can be made by the plaintiffs that the
13 military records based upon some other assertion as to the liability or damage aspects of the case, the
14 Court will later rule on Mr. Webster's need to sign an authorization for the release of such information.
15 The extent to which that issue may be present, may be ripe, will be reviewed at the March 12, 2008
16 conference.

17    IT IS SO ORDERED.

19 DATED:  February 12, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court