1  JAMES P. COLLINS, JR. (SBN 47608)
   COTKIN & COLLINS
2  A PROFESSIONAL CORPORATION
   200 West Santa Ana Blvd., Suite 800
3  P.O. Box 22005
   Santa Ana, CA 92702-2005
4  Telephone: (714) 835-2330
   Facsimile: (714) 835-2209
5  Email: jpc@cotkincollins.com

6
   DAVID T. SCHULTZ (Minnesota State Bar #169730)
7  MASLON EDELMAN BORMAN & BRAND LLP
   3300 Wells Fargo Center
8  90 South Seventh Street
   Minneapolis, MN 55402-4140
9  Telephone: (612)672-8200
   Facsimile: (612) 672-8397
10 Email: David.Schultz@maslon.com

11
   Attorneys for Plaintiffs STEVEN SCHUSSLER
12 and SCHUSSLER CREATIVE, INC.

13                  UNITED STATES DISTRICT COURT

14               SOUTHERN DISTRICT OF CALIFORNIA

15 STEVEN SCHUSSLER and            Case No. 07CV2016IEG AJB
   SCHUSSLER CREATIVE, INC.,
16
                   Plaintiffs,     **JOINT MOTION TO CONTINUE**
17                                 **DATE OF STATUS CONFERENCE;**
                                   **DECLARATION OF JAMES P.**
18       vs.                       **COLLINS; [PROPOSED] ORDER**

19 J. FRANK WEBSTER, aka "MR.
   HOT DOG," aka "UNCLE
20 FRANK,"

21                   Defendants.

22

23     **TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND TO ALL**

24 **PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

25     COME NOW, Plaintiffs STEVEN SCHUSSLER and SCHUSSLER

26 CREATIVE, INC., and Defendant J. FRANK WEBSTER, and hereby

27 jointly move to continue the date of the telephonic status

28 conference in the above-captioned matter as follows:

1       A telephonic status conference is currently scheduled

2 for March 12, 2008 at 9:00 a.m.  It will be very

3 inconvenient for Plaintiffs' lead counsel, David T. Schultz

4 to participate in the status conference because he will be

5 out of state on a planed family vacation with his wife and

6 children the entire week of March 12, 2008. Therefore, the

7 parties have agreed to ask the court to reschedule the

8 telephonic status conference to March 26, 2008 at 1:30 p.m.

9       WHEREFORE, Plaintiffs STEVEN SCHUSSLER and SCHUSSLER

10 CREATIVE, INC. and Defendant J. FRANK WEBSTER jointly move

11 for an order moving the telephonic status conference to

12 March 26, 2008 at 1:30 p.m.

13

14                        Respectfully submitted,

15

16 DATED: March 4, 2008

17                        COTKIN & COLLINS
                           A PROFESSIONAL CORPORATION

18                       By

19                        JAMES P. COLLINS,JR. ESQ.

20                        Attorneys for Plaintiffs,
                       STEVEN SCHUSSLER and SCHUSSLER

21                        CREATIVE, INC.

22                        Respectfully submitted,

23

24 DATED: March __, 2008

25                       By

26                        J. Frank Webster
                       1902 Via Elisa

27                        El Cajon, CA 92021

28

223443-1.wpd

                       -2-

## DECLARATION OF JAMES P. COLLINS, JR.

I, JAMES P. COLLINS, JR., do hereby declare and state as follows:

1.    I am an attorney at law duly licensed to practice in the State of California and admitted to practice in the Southern District of the United States District Court.  I am a shareholder, officer, and director of Cotkin & Collins, a professional corporation, co-counsel for plaintiffs STEVEN SCHUSSLER and SCHUSSLER CREATIVE, INC. in this action.  If called to the stand, I could and would competently testify to the truth of the following facts.

2.    Minnesota attorney DAVID T. SCHULTZ's Pro Hac Vice Application was submitted by Plaintiffs and approved by Deputy Clerk J. Hathaway on October 31, 2007. A true and correct copy of the Pro Hac Vice Application is attached to this Declaration as Exhibit "A" and incorporated herein.

3.    Attorney SCHULTZ is lead counsel for the Plaintiffs.  Mr. SHULTZ has plans to be out of state the entire week of March 12, 2008 on a family vacation with his wife and children.  It would be very inconvenient for him to participate in the telephonic status conference currently scheduled for March 12, 2008 at 9:00 a.m.  Mr. Schultz will be Plaintiffs' trial counsel and it is very important that he participate in the status conference.

4.    Defendant J. Frank Webster has agreed to reschedule the status conference to March 26, 2008 at 1:30 p.m.

5.    On February 29, 2008 I informed the Clerk of this

1  Court of the parties' request to reschedule the status

2  conference.   The clerk advised me March 26, 2008 at 1:30

3  p.m. would be an available date for the status conference

4  and asked me to file a Joint Motion asking the Court to

5  change it to that date.

6       I declare under penalty of perjury under the laws of

7  the United States of America that the foregoing is true and

8  correct and that this Declaration was executed this 4th day

9  of March 2008, in the City of Santa Ana, County of Orange,

10  State of California.

11

12  _____

   JAMES P. COLLINS, JR.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Steven Schussler and Schussler Creative, Inc.,
     Plaintiff

vs.

J. Frank Webster, a/k/a "Mr. Hot Dog", a/k/a "Uncle Frank",
     Defendant

Case No. 07 CV2016 IEG AJB

**PRO HAC VICE APPLICATION**

Plaintiffs
Party Represented

I, David T. Schultz (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: Maslon Edelman Borman & Brand, LLP
Street address: 3300 Wells Fargo Center, 90 South Seventh Street
City, State, ZIP: Minneapolis, MN 55402-4140
Phone number: (612) 672-8200

**FILED**

OCT 31 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

That on October 18, 2005 (Date) I was admitted to practice before District Courts of Minnesota (Name of Court) and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I [ ] have) [X] have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____

Case number _____ Date of application _____

Application ☐ granted ☐ denied

I declare under penalty of perjury that the foregoing is true and correct.

_David T. Schultz_ (Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

James P. Collins, Jr. (Name)    (714) 835-2330 (Telephone)
Cotkin & Collins (Firm)
200 West Santa Ana Boulevard, #800 (Street)   Santa Ana (City)   92701 (Zip code)

_David T. Schultz_
Signature of Applicant

# EXHIBIT "A"

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.



RECEIVED

OCT 31 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

W. Samuel Hamrick, Jr.
Clerk of Court

By Deputy Clerk

J. HATHAWAY

Received $180.00 for Court Library fee

_____ Deputy Clerk

**Pro Hac Vice**    (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**    $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

8/7/07