cal_____

1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN SCHUSSLER; SCHUSSLER CREATIVE, INC., | ) ) ) | Civil No.07cv2016 IEG (AJB) |
| Plaintiff, | ) ) | ORDER GRANTING JOINT MOTION TO |
| v. | ) ) ) | CONTINUE SETTLEMENT STATUS CONFERENC E |
| J. FRANK WEBSTER, aka, MR. HOT DOG, aka, UNCLE FRANK, | ) ) ) | |
| Defendant. | ) ) | |

For good case shown, the Court hereby grants the parties Joint Motion to continue the telephonic Settlement Status Conference from March 12, 2008 to **March 26, 2008 at 2:00 p.m.**  Counsel for plaintiff shall initiate the conference call.

IT IS SO ORDERED.

DATED:  March 7, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court