cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHUSSLER; SCHUSSLER CREATIVE, INC., <br><br>　　　　　　Plaintiff, <br><br>v. <br><br>J. FRANK WEBSTER, aka, MR. HOT DOG, aka, UNCLE FRANK, <br><br>　　　　　　Defendant. | Civil No.07cv2016 IEG (AJB) <br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

On March 26, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Phil Collins, Esq. and David Schultz, Esq. on behalf of plaintiff; Frank Webster on behalf of defendant.

Counsel report that all fact discovery is now complete. Plaintiff intends to file a Motion for Summary Judgment before the end of April 2008. This might resolve all issues in the case or at least limit or focus the issues for trial. Rather than set a traditional schedule at this point, the Court sets another telephonic Case Management Conference for *June 24, 2008 at 9:00 a.m.* Plaintiff's counsel will initiate the call.

///

///

///

1  It is anticipated that the motion for summary judgment should be ruled upon by that time and the
2  Court can schedule the final pretrial conference and any further proceedings with precision.
3  IT IS SO ORDERED.

5  DATED: March 27, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court