```
 1  JAMES P. COLLINS, JR. (SBN 47608)
    COTKIN & COLLINS
 2  A PROFESSIONAL CORPORATION
    200 West Santa Ana Blvd., Suite 800
 3  P.O. Box 22005
    Santa Ana, CA 92702-2005
 4  Telephone:  (714) 835-2330
    Facsimile:  (714) 835-2209
 5  Email: jpc@cotkincollins.com

 6

    DAVID T. SCHULTZ (MN NO. 169730)
 7  JOLYNN M. MARKISON (MN NO. 0386876)
    JOHN K. DARDA (MN NO. 0388298)
 8  MASLON EDELMAN BORMAN & BRAND LLP
    3300 Wells Fargo Center
 9  90 South 7th Street
    Minneapolis, MN  55402-4140
10  Telephone: (612)672-8200
    Facsimile:  (612) 672-8397
11  Email:   david.schultz@maslon.com
             jolynn.markison@maslon.com
12           john.darda@maslon.com

13  Attorneys for Plaintiffs STEVEN SCHUSSLER
    and SCHUSSLER CREATIVE, INC.
14
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| STEVEN SCHUSSLER and SCHUSSLER CREATIVE, INC., Plaintiffs, vs. J. FRANK WEBSTER, aka "MR. HOT DOG," aka "UNCLE FRANK," Defendants. | Case No. 07CV2016IEG (AJB) PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION DATE: August 18, 2008 TIME: 10:30 a.m. COURTROOM: 1 |
|---|---|

TO DEFENDANT J. FRANK WEBSTER, AKA "MKR. HOT DOG," AKA "UNCLE FRANK" ("WEBSTER"):

PLEASE TAKE NOTICE that on August 18, 2008, at 10:30 a.m., in Courtroom 1 before the Honorable Irma E. Gonzales, at the Edward T. Schwartz Courthouse, 940 Front Street, San

1  Diego, California, Plaintiffs STEVEN SCHUSSLER and
2  SCHUSSLER CREATIVE, INC. Will move the court pursuant to
3  Fed. R. Civ P. 56(a) and Fed. R. Civ P. 56(a) 57 for
4  Summary Judgment on their claims for declaratory relief,
5  defamation, tortious interference with contract, and
6  tortious interference with prospective business relations.
7       This Motion is based upon all files, pleadings, and
8  documents of record, the Declarations of Steven Schussler
9  and David T. Schultz, the exhibits attached to the
10 Declarations, Plaintiffs' Memorandum of Points and
11 Authorities in Support of Motion for Summary Judgment, and
12 Plaintiffs' Statement of Undisputed Facts in Support of
13 Motion for Summary Judgment.

15 DATED: June 26, 2008    JAMES P. COLLINS, JR.
                           COTKIN & COLLINS
16                         A PROFESSIONAL CORPORATION

17                         DAVID T. SCHULTZ
                           MASLON EDELMAN BORMAN & BRAND LLP

20                         By /s/ James P. Collins
                           James P. Collins, Jr.
21                         Attorneys for Plaintiffs
                           STEVEN SCHUSSLER and SCHUSSLER
22                         CREATIVE, INC.