

**The spark:** Mural from a long defunct San Francisco weenie stand (from the archives)

**Jeff Smith: The Frugal Gourmet**

**1939 - 2004**

Despite the controversy that put an end to Mr. Smith's popular TV show and a career spanning several decades, we pay our respects to a kind and generous man who was always open and accessible to us.

We had a years long correspondence with Mr. Smith and always found him to be warm and cordial (he gave us the recipe for **3 Weenie Salad** but insisted we rename it to avoid possible legal complications with his publishers).

We won't repeat the allegations here but we lost a friend and will miss him.

He is survived by his wife, Patricia, and two sons.



Autographed photo of **Little Oscar** found on Ebay

DEFT 000006

**Pink's in the news:**

Did you happen to catch the recent episode of "Street Smarts" (I know, I know, it's a program aimed squarely at the MTV crowd but I was channel surfing through when I noticed it) where they used **Pink's Famous Chili Dogs** in LA as a backdrop while they asked questions on the sidewalk in front of the place?

And **Vera Babb** of the Pink's organization emails to tell us to keep our eyes open for an article on Pink's in this month's issue of **INC Magazine** and another piece in this month's issue of **Cigar Aficionado Magazine**...

Note: I couldn't find either magazine at several newsstands here in the big city, who would have imagined...

**Reno 911:**

Some of you may remember a photo my brother **Jim** sent us several years ago.

It featured him standing in front of his favorite weenie stand in **Reno**.

Out front, there's a large sign advertising their specialty: **Dog & a draft, Buck & a half**...

If you look closely, you can see that same sign in several episodes of **Comedy Central's "Reno 911"**.

It's an aerial view, ostensibly taken from the police chopper.

**The Jimmy Kimmel Show:**

Did you happen to catch the recent episode of **The Jimmy Kimmel Show** where his **Uncle Frank** auditioned to take over the role of spokesman for **Ball Park's Grill Master Franks**?

That's the same product that their current spokesman (**Larry Joe Campbell**) promotes with the "**Be big. Be Meaty. Be Frank**" commercials...

**Larry Joe** was a guest on the show that night (which I caught purely by accident as I'm never up that late) and he says that they've already shown 5 of 33 commercials they've already filmed for the campaign.

It was all an elaborate ruse and they "**Punk'd**" Jimmy's Uncle Frank and made him think he was going to get the job (he was horrible at it).

**Yet another variation:**

A pair of Polish brothers move to the U.S. and are living in New York City. They wanted to fit into American society so they watched the inhabitants very closely and tried to do the things other New Yorkers do. One day they're wandering around mid-town Manhattan at lunchtime, and they spot a hot dog vendor. Brother 1 turns to brother 2 and says, "They eat dogs in America? Do you think we should try some?" Brother 2 replies, "Well, we want to be like other Americans, I think we should try it". So they each order a hot dog, then go sit on the curb to eat. Brother 1 unwraps his, looks at , makes a face, and turns to his brother and says, "What part did you get?"

**Hear Kid Cary Live on the air:**

Las Vegas 3 time hot dog eating champ **Kid Cary** (**Cary De Grosa**) dropped us a line the other day to pass along to all of you.

He's doing a radio gig that can be heard on the internet every Wednesday night at **10:00 PM EST** at www.klav1230am.com .

He says to click "On air" once you get to the site.

**Stupid Comfort Inn commercial:**

DEFT 000007

Have you seen the TV commercial for Choice Hotels featuring Johnny Cash singing "I've been everywhere, man, I've been everywhere..."?

It also features a wild weenie truck in front of the Leaning Tower of Pisa so naturally I spent several hours looking for it on the internet:

I searched all sorts of variations such as hot dog, stand, truck, cart, vendor, leaning tower, Pisa, Piazza de Miracolo, etc and couldn't find an image we could use here (maybe next issue).

---

## "Hot Dog Vendor": The Movie

The Johnny Knoxville (MTV's "Jackass") project "Hot Dog Vendor" at Paramount Pictures, finally has a writer, Sheldon Turner, who is responsible for some of Hollywood's most anticipated films. Among Turner's work are "The Longest Yard" which attracted Adam Sandler.

The movie will center on the rivalry between a pair of hot dog vendors in downtown Los Angeles.

Knoxville will play the ex-con forced into the business by his parole officer.

The two eventually join forces to take on a common enemy, the equivalent of the Donald Trump of the hot dog vending world.

Coming soon (sometime in 2005) to theaters everywhere.

Note: We requested an interview with Mr. Knoxville through his official web site but it "bounced back" as undeliverable...

---

## Recent additions to the collection:

We recently added an oval window Harry Bentley Bradley designed Oscar Mayer Wienermobile to the collection, which we acquired from John Masters in Kansas. As you may remember, John has an awesome Wienermobile collection, probably the most complete anywhere.

And we also added a great set of 5 vintage hot dog buttons, donated by our friend Hamburger Harry.

Harry, of course, is The Big Cheese over at The International Hamburger Hall Of Fame.

Now we'll have to have something made to use them on...

---

It's always great to add an item to an already world class collection but more importantly, a great excuse to mention some of our friends again...

---

DEFT 000008



Long ago, in a galaxy far, far away: Uncle Frank (on the right) and an old friend (Wienerschnitzel's previous mascot Der Wiener Dog)

WeenieGrams:

1) 37 foot long hot dog may be world's longest

2) Hot Dog Heavens on "Food Crazy" on The Travel Channel II

3) New Yorker cartoon courtesy of Alan Pesetsky

4) The 89th Annual Nathan's Hot Dog Eating Contest @ Coney Island

5) The 23rd Annual Frankie Awards for Hot Dog Excellence I

6) The 23rd Annual Frankie Awards for Hot Dog Excellence II

A few hot links:

www.faudbrestaurant.com

www.georgesconeyisland.com

www.media.tas.gov.au/release.php?id=11817

DEFT 000009

**154**



**Outback: The World's Largest Hot Dog Chain**

**Curioser and curioser: Korean Leader Claims Hamburger Credit**

North Korean leader **Kim Jong Il** is being credited with introducing hamburgers to his country.

A state-run newspaper says the burgers were introduced in **2000** as a way to provide "quality" food to college students.

The government has even built a hamburger plant.

Some observers see the report as a curious development for North Korea, where U.S. consumerism is routinely criticized in the official media.

In fact, people often refer to Coca Cola as the "cesspool water of American capitalism".

Hamburgers are getting a better reception though.

Their name in North Korea translates to "double bread with meat."

DEFT 000010



Courtesy of Alan Pesetsky

**Spankly Freaking** (Our obligatory editorial comments, etc):

The **5th of July** marks the start of our **29th year** in the weenie racket.

For those of you unfamiliar with the story, I got pretty drunk at a vegetarian friend's **4th of July** party in 1976 (he served veggie dogs only), woke up with a massive hangover the next day and I also knew that I was going into the sausage trade...

The friend, **John Crawford**, passed away while sitting on his couch one sunny Friday afternoon almost 10 years ago now at age 48.

Although John might disagree with me, I can't help but think that the lack of serious protein in his diet might have had something to do with it as he pursued a far more vigorous and healthier lifestyle than Old Uncle Frank as he didn't drink and was a landscaper / gardener by trade...

**How Uncle Frank spent his National Hot Dog Month:**

It was a very low key National **Hot Dog Month** for us this year, with half a dozen **WeenieGrams**, **The Frankie Awards** (very late this year, on the 15th of July), the Italian sausage pizza experiment on the 3rd (for some strange reason, the Boy had never had a sausage pizza before), we did **The Great Johnsonville Brat Experiment II** (the Boy had to admit that he liked this despite his aversion to onions in almost any form and his general ambivalence to the great ales of the world, unlike his dear ol' dad), on the 4th after watching the Nathan's contest, we passed along several related articles (courtesy of Alan Pesetsky), and a great photo courtesy of Marti Marek, one of Uncle Frank's buddies from the war, a "teaser" for this issue (with the Wienerschnitzel guy above), we looked at a potential restaurant location near the ocean on the 8th (too small, restrictive regulations, etc), we had a small gathering on the 9th (Lee and his family came over for 3 **Weenie Salad** with baked beans, potato salad, deviled eggs, corn on the cob and Bananas Foster on the grill, followed up with Heineken, a batch of margaritas and Chivas Regal), on the 10th, Boy and I visited our local **Dog Out** in the mall for a couple of great dogs and left a $5 tip, I stopped by the local **Wienerschnitzel** for a chili cheese dog, kraut dog, easy on the kraut and a small fries, no salt earlier in the month, tried to eat there again a second time on the 13th but they were so messed up organization-wise, that I left in disgust without bothering to get my money back, stopped at another location in Pacific Beach on the 14th, passed along a few cartoons on the 17th, had some of our great chili cheese dogs on the 18th, met with **Best Bunz** owner and **Executive Chef James Footit** on the 19th, **Burgermeister Kirk Fletcher** came over for dinner on the 20th (Beer can chicken, baby red potatoes with rosemary, garlic and olive oil baked in the oven and green peas) and since he'd missed our **NHDM** get together earlier this month, we gave him the 2 left-over dogs from when we had the chili dogs a few days earlier to take home and cook for himself (and a few tomatoes, zucchini, etc from The Darla's garden), I dropped by the mall once again on the 24th for another great hot dog at **The Dog Out**, we had our **Italian sausage sandwiches** for dinner again on the 26th, the same day those wonderful vintage hot dog buttons arrived (thanks once again, **Harry!**), was actually able to eat at **Wienerschnitzel** a third time on the 28th and finally, I stopped by **The Dog Out** again on the 30th, while the wife and I were out doing a bit of shopping, a total of almost 30 events, meals, messages, etc this year.

Some years, we've been known to schedule activities for virtually every day of the month but this was a fairly leisurely paced month compared to adding in another 15 or 20 media things, a huge cookout/car show/awards ceremony/etc like we've been known to do in the

DEFT 000011

**156**

past...

And **The Darla** did her **National Hot Dog Month** bit at work too.

On the **3rd**, they had fireworks and a cookout for **600** or so at **Steele Canyon Golf Club**, including hot dogs, burgers, etc.

On the **4th**, they had a massive cookout (for **1500**) at **La Jolla Country Club** with corn dogs, hot dogs (**Hebrew Nationals**), steak, chicken, ribs, tri-tip, etc and their own huge fireworks display as well. The corn dogs were by **Oscar Mayer** (we'll get around to educating them later)...

The wife says it's the best fireworks display she's ever seen and as they were firing it off from the golf course, the Clubhouse literally shook.

The Club is located right above downtown La Jolla, on a fairly tall hill and staff, members and guests could also watch the fireworks from up the coast at the **Del Mar Fairgrounds**, from right on the water in La Jolla (**Humphrey's by-the-Bay**) and from just over the ridge at **Sea World**.

There was a big band playing by the Club's pool, a merry-go-round, a ferris wheel, clowns, jugglers, fortune tellers, various other rides and amusements and needless to say, traffic approached Friday afternoon rush hour proportions at midnight, when I went to pick her up.

We also heard **Buster's** radio ad for **National Hot Dog Month** and discovered that **Wienerschnitzel** also saluted the occasion in their TV ads.

All in all, it was another excellent **National Hot Dog Month**, take a bow, all of you!



**With Relish,**

**Tio Francisco**



www.thehotdoghalloffame.com

DEFT 000012

**157**

**From:**    "Uncle Frank" <hotdog@abac.com>
**Date:**    9/30/2005 11:02 AM
**Subject:**   The Frankfurter Chronicles - The Newsletter with Relish - July 2005



Another vintage photo courtesy of **The National Hot Dog & Sausage Council**



**NATIONAL HOT DOG MONTH 2005:**

This year is the **89th Annual Nathan's Hot Dog Eating Contest at Coney Island** and **The 23rd Annual Frankie Awards for Hot Dog Excellence.**

And of course, the last weekend of the month also means it's time for the **Frankfort Indiana Hot Dog Festival...**

On the **30th of June**, we got an early morning call from **Chris Masterson** telling us that **Eric "Badlands" Booker** had just eaten 22 hot dogs to qualify for this year's Nathan's contest. We should point out that he had eaten 29 hot dogs to qualify the year before.

And there was a rerun of last year's contest on **ESPN2**, also on the **30th** (they ran it again on the **1st**)...

Nathan's contest was shown on **ESPN** early on the morning of the **4th** and will be replayed on **ESPN2** at least 3 more times on that day alone.

We had our home made corn dogs (with 3 different mustards for dipping) for lunch shortly after the contest was over. We had been meaning to have them for several days after we saw a segment about corn dogs on **"A Taste of America"** (a rerun) a couple of nights earlier.

Finally, we sent out a total of **7 WeenieGrams** this month, finally got around to presenting The **Frankie Awards**, etc...

See a complete listing of the various **WeenieGrams** and our other **National Hot Dog Month** activities below (we are nothing if not thorough).

---

**About The Nathan's Annual Hot Dog Eating Contest @ Coney Island:**

Over the last few years, we've heard a considerable amount of backlash about the contest being dominated by the Japanese and specifically the

DEFT 000013

**158**

current champ Kobayashi.

Much of it would fall under the category of xenophobia, of course, but there is also a more valid complaint beneath it all as it must surely be dis-heartening to the up and coming championship eaters knowing that they will one day have to face down the sport's veritable **900 lb gorilla**.

Our solution: Cap it (5 wins in a row gives him Lifetime Achievement status, make up an appropriate award and retire him from the contest)...

---

### The Linkery: Artisan San Diego Cuisine

We first heard of The Linkery when we saw a review in **The San Diego Reader**, e-mailed to introduce ourselves and stopped by to check it out

The Linkery was founded by **Jay Porter** who had taught himself sausage making during college and their specialty is home made sausages (they grind out 3 different ones on a daily basis) but their real focus is high quality local ingredients, all freshly prepared. There are a total of **3** chefs and an in-house bakery for their breads, buns and biscuits. The Linkery is located in a nice little neighborhood close to **Balboa Park**.

On our visit, I had the sausage plate, the wife had the shrimp taco and we also had a couple of the Mexican Cokes (they're made the old way, with sugar instead of corn syrup) in the half liter glass bottles. The food was excellent, especially the sausages (try the Andouille), the cheeses on the side and the multi-grain bread. As it was only our first visit, we won't go on and on about it (the way we normally do) and we will follow up with a wider tasting all across the menu next issue...

See their web site here: www.thelinkery.com

They have their own e-mail based newsletter as well and you can sign up for it on the site.

---

### OUR STANDARD QUESTIONNAIRE:

**Jay Porter**
**Proprietor**
**The Linkery**

**TFC)** What led you into the business (what did you do before this)?

**Jay:** Most recently I was a project manager for a "design services" firm which managed more or less random projects for consumer electronics firms and industrial technology companies.

Before that, I've been a tech writer, advertising executive, law school dropout, and aspiring rock and roll star.

**TFC)** What's your favorite brand of hot dog and what do you put on it?

**Jay:** My favorite *brand* of hot dog is a Hebrew National (regular size), microwaved on a bun, with no fixins at all -- better to taste the dog.

My favorite class of hot dogs are Grillimakkara from Finland -- mmmmmm.

My favorite hot dogs in general are bacon-wrapped franks off carts in Tijuana, topped with mustard and ketchup and salsa and grilled onions. (In tribute to the Revolucion dog, we serve a late-nite menu which includes a sausage sandwich in this style).

**TFC)** Do you have a favorite childhood hot dog memory?

**Jay:** My favorite hot dog memories are not from childhood.

Perhaps eating some sort of white hot dog at 4am outside of Kitty O'Sheas in Sydney, in a crowd of about 100 other people as the bar closed.

Or eating the aforementioned Mexi-dog at 10am with my Dad on a random side street in downtown TJ -- I wanted to see if they were as good in daylight as they are in the wee hours (they are.)

**TFC)** Do you have a favorite hot dog stand or restaurant (maybe from childhood, and other than one of your own, and please tell us about it)?

**Jay:** Favorite hot dog stand is the "Essen & Trinken" stand in the Centerstaadt (sp?) in the heart of Vienna. Kasekrainers, oozing cheese, served late into the night, with cans of great beer. You can get them on a plate or "in hot dog", where the dog is inserted into a roll which has been toasted from the inside out on a hot spike. We actually found European spike toasters so we could serve them the same way.

**TFC)** Do you have a favorite hot dog recipe or joke you'd share with our readers?

**Jay:** I never joke about sausage.

**TFC)** What are your plans for the future (we're not asking for anything revelatory so much as a general direction like... do you plan to open another restaurant, write a book, that sort of thing...).

DEFT_000014

**Jay:** Once we fully establish the Linkery as a local institution, we'll probably open another restaurant specializing in some other kind of hand made cuisine. Hand made cuisine is our philosophical focus, and sausage is an ideal way for us to express that.

**TFC)** For the car guys (a fair percentage of our readers, myself included): what's your favorite set of wheels?

**Jay:** For several years in the mid-90's I drove a 1970 Lincoln Continental 2-door hardtop, no post, gold, with a 460. The car was nearly 20 ft long -- are there any lengthier 2-doors out there? I loved it and cherish its memory to this day. It took me to Vegas, San Francisco, Ensenada, no problem. I bought it from a Finnish friend and sold it to some German kids. It's a worldly vehicle.

**TFC)** Got an amusing hot dog story to tell?

**Jay:** I never joke about sausage.

**TFC)** Is there a question we should have asked you (what do you feel is important to say)?

**Jay:** Nah, I feel the love.



My lunch @ Woodie's Chili Dogs: Like a lot of other SoCal taco & weenie stands, Woodie's has no indoor seating...

**A MESSAGE FROM THE CORN DOG QUEEN:**

Hi Uncle Frank,

Can you and Mrs. Frank come to Dallas on October 1 and be Celebrity Judges at the World Famous Corn Dog Festival?

I am going to debut my Coconut Corn Dogs.

FRIED.

I haven't heard back from Rachel Ray.

Yet.

Gwen

www.corndogfestival.com

DEFT 000015

**160**

Appreciate the offer but we don't get around much anymore.

Take lots of pix so we can use a few in the newsletter...

**With Relish,**

**Uncle Frank**

---

**Uncle Frank**

I just HAD to ask. It would be so cool to have you guys come and we would get to meet you.

We will take lots of pictures, Wienerschnitzel is going to sponsor us and now I am working on a parade permit.

I do not know an experienced parade marshal, as required by the City.

But I will meet one.

Hopefully.

Soon.

And Port-O-Lets.

Geez Louise, Uncle Frank, why in the world do I do this to myself, ****** every year?

For the love of wieners?

You keep me inspired,

**Gwen**

---

**Hello Frank**

Do you know the recipe for the chili sauce they use at **The Hot Grill** in Clifton NJ?

I'm from New Jersey but have lived in El Cajon, CA for 25 years.

I still haven't found anything like the "Jersey" Hot Texas Weiner.

Cheers,

**Keith McGuinness**

---

**QUOTE DU JOUR:**

"A hot dog is a cartridge filled with the sweepings of abattoirs."

**H.L. Mencken**

---

**TUBESTEAK TV:**

1) Rachel Ray's "30 Minute Meals" on TV Food Network ("Boardwalk Bites"):

We caught a recent episode of this program where she makes oven baked corn dogs (?), a fairly colorful cole slaw and something else.

Get the recipe here: http://www.foodnetwork.com/food/cooking/recipe/0,,FOOD_9936_31184,00.html

DEFT 000016

2) "Rachel Ray's Ballpark Cafe" on TV Food Network:

This program is just like every other program about America's Great National Pastime and The Noble Frankfurter.

They visit all of the standard ballparks you'd expect to see and include every tired old cliché you'd expect from her (we're not fans).

She discusses the difference between dogs from The Big Apple, The Windy City, etc and tosses in the standard frankfurter factoids, etc.

And there is a possibility that we reviewed this previously but my mind was kind and merciful enough to allow me to forget it.

It's an hour long program and the hot dog segment is approximately 20 minutes into it.

We suspect they will play this program at least once more in the near future so take a look at your TV Guide...

3) "If you buy me a hamburger, I will gladly repay you on Tuesday..."

Seen the latest ad for the Carl's Jr chain featuring Popeye's old pal J. Wellington Wimpy?

They tout a chicken sandwich of some sort (it's not important to me as I really don't care much for chicken).

The ad points out that Wimpy has eaten 15 burgers a day for the last 73 years or 399, 675 burgers.

That doesn't factor in Leap Years (or another 270 burgers) for an actual minimum of 399,945 burgers, not that I did the math or anything...

And speaking of Carl's Jr, have you heard their recent radio spot where the guy wants to return a chicken he bought because "It doesn't do anything; my dog at least greets me and is happy to see me..." and the announcer asks "Are you saying the chicken hurt your feelings?"

I mention this as it seems like so many people are running around today whose emotions are evidently so fragile that a chicken can hurt their precious feelings. All I can (civilly) say to these mindless twits is: Get a life, grow a set of cojones and grow freaking up...

Recent WeenieGrams:

1) Happy National Hot Dog Month 2005

2) Happy National Hot Dog Month 2005 - II

3) ComParrot

4) Kobayashi dominates Nathan's Hot Dog Eating Contest 5th year in a row

5) Adam @ Home

6) Mutts by Patrick McDonnell

7) The 2005 Frankie Awards for Hot Dog Excellence

A few hot links:

www.americanprofile.com/issues/20050626/20050626_4660.asp

www.francorpconnect.com/between-the-buns-franchise-information-319.html

www.signonsandiego.com/uniontrib/20050706/news_lz1f06foodday.html

www.lordcheez.com

COLLECTABLE CORNER:

Thanks once again to our old friend Hamburger Harry of The International Hamburger Hall Of Fame for the great weenie figure.

It's called a Smax Hot Dawg and it's by Mattel.

DEFT 000017

it's packaged in a clear plastic bubble (so I can't open it up and play with it and destroy the packaging), there's an instruction booklet enclosed, there are 23 other characters (including **Burger Brain** and **Fry Baby**) and it's rated for 4 year olds and up (so I'm good)...

I have no idea what it actually does and unless I find another one that I can open, I guess I never will know.

And the Boy attended that huge comic book convention in San Diego's new Convention Center this month and found us a couple more hot dog related items, the first a **Demon Dogs T-Shirt** and the other a hot dog detective figure made from resin and comic book to go along with it ...



Idle hands and all that...

**HOW UNCLE FRANK SPENT NATIONAL HOT DOG MONTH:**

**1 July:** WeenieGram (2) - Happy National Hot Dog Month I, II

**2 July:** WeenieGram - ComParrot

**4 July:** We watched the Nathan's contest, issued a **WeenieGram** about it and then had home made **corn dogs** for lunch

**5 July:** Today marks the start of our 29th year here in **The Wacky & Wonderful World Of Weenies**

**6 July:** WeenieGram - Adam @ Home

**8 July:** WeenieGram - Mutts by Patrick McDonnell,

I also stopped by Wienerschnitzel to pick up one of their burger character frisbees for **Hamburger Harry** (and one to see if the Rattweiler would finally get the concept of fetching), had a small bite to eat and tipped the counter person $5 (it IS National Hot Dog Month)...

**11 July:** We had Nathan's hot dogs at home for lunch (**Original Nathan's Beef Franks** with sheepskin casings, steam grilled in **Heineken**, served in a poppy seed roll with no preservatives and chopped onions, 3 types of mustard and catsup to choose from).

And these hot dogs (Nathan's Original Beef Franks) are now our default dog as they're the best we can find in the local supermarkets. Casper's (a Bay Area chain) was our best choice up north as they were readily available locally, so we used them for our meals at **La Casa Weenie**...

And while it doesn't rise to the level of a full-fledged **WeenieGram**, we sent out a few new pix of that hot dog shaped boat

We also caught an episode of **Rachel Ray's "30 Minute Meals"** on TV Food Network featuring her oven-baked corn dog recipe.

**13 July:** We stopped by **Woodie's Chili Dogs** (Chili Dog, O-Rings, Barq's Root Beer) for our lunch.

And we got a great addition to the collection courtesy of our old friend **Hamburger Harry** of **The International Hamburger Hall Of Fame**.

**14 July:** We read about a new local place (**The Linkery**), emailed to introduce ourselves and will make a trip over there soon to check it out..

**15 July:** We went shopping for the ingredients for **3 Weenie Salad** (recipe on the web site), which we'll have for dinner on Saturday or Sunday. We'll also have our **Italian Sausage Sandwiches** later in the month when Uncle Frank's college room mate (**John Horsley**) comes for

DEFT 000018

**163**

a visit.

**16 July:** The wife made preparations for the 3 Weenie Salad (I'm looking forward to it!)

**17 July:** I had 3 Weenie Salad for my dinner along with corn on the cob and pork & beans. The wife was at work so she missed it and as the Boy doesn't care much for it, I cooked him a couple of the Nathan's hot dogs. This recipe is on our web site and this time we used the Nathan's dogs, the last of the Schwarz Kielbasa we picked up when the Mission Valley Dog Out closed and some Old Wisconsin Bratwursts.

And **Chris Masterson** sent us a photo of his dinner tonight: 2 Ball Park Franks in sesame seed buns with Plochman's mustard, onions & relish.

**18 July:** We visited **The Linkery** for lunch.  See our mini-review above...

And the **"Frankie"** finally arrived late today, 3 full weeks after we ordered it. It was also without the onyx marble base (he is soooo fired)...

**19 July:** Took the **"Frankie"** to a local trophy shop to get it finished (marble base, brass plaque, engraving, etc)

**20 July:** We laid in supplies today for chili dogs later in the week.

The guy who is supposed to be putting the onyx marble base and brass plaque on The **"Frankie"** didn't call us back late yesterday or early today as he said he would do so it looks like we're looking around for another trophy shop to do our business with...

**21 July:** We updated the **"Frankie"** list today and this will be our 36th presentation in 23 years (approximately, as we may have lost track).

And when I looked at that number times approximately $75 per (we estimate it as somewhere in the neighborhood of $2700).

Then, when you factor in the postage, anywhere from $15 to $25 per...

And after visiting a trophy shop that said it had a gray marble base in stock (it turned out to be granite, was too large and hadn't been drilled to accept a trophy), I stopped by to ask the guy at the first shop why he didn't call me back like he said he would and he acted like it was no big deal, telling me that the onyx bases are available locally and that it'll take 2 or 3 days so it should be sometime in the middle of next week(!).

I reminded him that this has to happen during the month of July; that I need time to do ship the **"Frankie"** before I can announce this year's recipient but he still doesn't get it so it looks like we'll go through the phone book systematically until we find a shop that can do the job...

And the wife whipped up a batch of our chili for the chili dogs we'll be having this weekend.

**22 July:** This afternoon, the door bell rang and I looked out just in time to see the UPS guy leaving and a package on the front door step.

We weren't expecting a package so this was a complete surprise.

When I opened it up, the Bill of Lading indicated it was from a company in nearby Chula Vista, **Onyx Art** and that it was part of the **"Frankie"** that was evidently back-ordered (which is why it didn't come with the trophy itself).

When I inspected it, there was no hole drilled in it so there isn't a way to mount the trophy to it.

I called Onyx Art and talked to the guy there who said to bring it by and he'd give me one that had already been drilled.

Then I had to call the local trophy shop and tell them that I had the onyx base, locally produced no less (Mexico, actually) and that I'd be by late Monday afternoon for the plaque so we can get this sucker into the mail, almost 4 weeks late...

**25 July:** I made the trip to Onyx Art in Chula Vista (just above the border) this morning and it was a most informative visit.

Their marble comes from the Monterey area of Mexico and they tell me the onyx comes from Baja and that it's getting scarce.

They do absolutely beautiful work (see their web site here: www.onyxartinc.com ).

And we're now considering having them make us custom bases for The **"Frankie"** Awards next year.

I dropped the base off at the local (El Cajon) trophy shop and instead of the little brass tag being ready (I ordered it a week ago now), the kid behind the counter tells me to come back tomorrow, despite the fact that we had the conversation on Friday about how timing is so crucial as the shop up in Squarefield dropped the ball 3 plus weeks ago and I'll be lucky to get it delivered during National Hot Dog Month now...

When I got home, we had chili cheese dogs for lunch (it's the wife's day off).

We also sent the short list (finalists) of this year's Frankie nominees out to previous recipients for their confirmation.

**26 July:** With 4 more days left in National Hot Dog Month, we finally got The **"Frankie"** Award in the mail, wrote a WeenieGram announcing our selection and we're now waiting for the recipient to acknowledge receipt so we can announce it to the world.

Next year, we can guarantee you that it won't happen this way as we're going to take complete control of the process and have several years' worth of the trophy, the onyx bases and the engraved brass tags in our custody by the time the dust settles...

DEFT 000019

**29 July:** The **Frankie** Awards finally happened (Congratulations again to Alan Pesetsky of New York City), and we sent out a WeenieGram

to all of you announcing our selection.

And we had our Italian sausage sammies for dinner and Uncle Frank's old college room-mate **John Horsley** (SIU – Southern Illinois University), who is now living in Florida, is here for a vacation with his 14 year old daughter Ashley so they joined us for dinner...

**30 July:** And, as usual, it appears that this will be a last minute dash to get this thing edited and out on time (I should know better).

Pressing the "Send" button now...

**31 July:** I'm taking the rest of the month off...

---

**Spankly Freaking** (Our obligatory editorial comments, etc):

While doing a bit of online research, we discovered that we are not the original **Frankfurter Chronicles**.

In fact, we're not even the second periodical to use the name.

That honor belongs to a publication from Germany which discusses the variations of the name Folker (hold on a second, I just can't resist the temptation: Is that anything like "Meet the Folkers"? – Thanks, I feel much better now)....

Anyway, it appears that the Folkers or the Volkers, depending on how you spell it, lived near Frankfurt, sometime previous to **1451 AD or so.**

---

And we've decided to do a word count each issue from now on, but it'll be *after* the email is sent and no more last minute editing is possible.

Last month, the stats were: **11 pages, 161 paragraphs, 576 lines of text, 4391 words, 20,123 characters without spaces and 24,599 characters** with spaces, significantly less than the previous two issues.

And we should point out that all 3 issues we've done the word count on are still larger than the 10 page **National Hot Dog Month Spectacular**, of several years ago now, our largest print issue ever.

Additionally, the May issue took up **422 KB** of disk space and the June issue took up exactly **500 KB**...

---

As **La Casa Weenie** is considerably smaller now, perhaps less than two thirds the size of the house in Squarefield, we are even more crowded than before and it's simply impossible to find most things, even now, 2 full years since we moved in here.

And we are now at the stage of filing things away in what is jokingly called "the archeological method" (stacked in layers, according to time) and we have quite a few piles in almost every room here (which drives me crazy as I'm a minimalist by nature).

For instance, there's a fairly large pile of hot dog stuff that needs to be packed away here in the office, close to 65 items at a quick glance, with that large **Surf Dog** sign taking up a large amount of room in the garage and another pile on the fireplace mantel in the living room, etc.

I mention this as it's a (very) rough gauge of how the collection continues to grow, even when we don't have a lot of disposable income, don't really know many people here and don't get out to the stores the way we used to do.

This works out to less than 3 pieces a month over the last 25 months; good but nothing compared to what it used to be, partially because we've pretty much mined it dry but also because we refuse to play the Ebay game anymore and bid on things that would have sold for pennies at a yard sale previous to Ebay and also because once we get our doors open, our wonderful supporters, contributors and new customers will once again realize that that little something they hid in the attic years ago belongs with this marvelous, world class collection...

---

**Next month:** Last year, we reviewed **Morgan Spurlock's** documentary about eating at Mc Donalds every day for a month: **"Supersize Me".**

As you no doubt have seen, Mr. Spurlock has since went on to his own hourly cable program called **"30 Days"** and does various things such as living on minimum wage in Ohio for a month (Been there, done that!), convincing others to go on a steroid regimen for a month or live with American Muslims for the month and partner a straight man with a gay guy as room mates for a month...

We aim to see his bet and raise him one when we embark on the **"31 Days"** project next issue (no details as we don't want to spoil it for you)...

---

**With Relish,**

**Uncle Frank**

DEFT 000020

**165**



www.thehotdoghalloffame.com

DEFT 000021

**From:** "Uncle Frank" <hotdog@abac.com>
**Date:** 8/13/2006 9:35 AM
**Subject:** The Frankfurter Chronicles - The Newsletter with Relish - July 2006



All hail The King!



**The Shake Shack II: An email from Jim Wilson**

**Uncle Frank:**

**Bob the Chef** came into town from NJ, to spend some time at our place this weekend. It seemed like a good occasion to go to Shake Shack, to try out the burgers. I've been dying to try them, ever since our hot dog expedition.

They were as good as I'd hoped.

We got them with a single patty on a bun, with lettuce, tomato, and onion. The onion is chopped, and comes in a little plastic container.

Interestingly, the condiment station doesn't have mustard, which sort of makes sense, as not having mustard on the sandwich lets the taste of the meat stand on its own. They do have mayo and catsup. The meat is absolutely delicious. It tastes like it was done in the back yard, by a guy who takes his burgers very seriously. There's a very serious steak component to it, and it has a sweetish overtone to the taste, but not as though sugar was added. I think it's just that really fresh quality ground beef tastes that way.

My daughter's favorite neighborhood eatery is "Big Daddy's Diner", so we get takeout from there pretty often. Several times, I've ordered their burger, which is large and goes for about $8. It's so inferior to the Shake Shack burger's taste ($5), that they shouldn't both be called the same thing.

We also got side orders of fries, which were a bonus. They taste like typical really good fries, cooked in very fresh oil, and they're slightly crispy, without being browned, which I find novel compared to most others', which tend to be soggy.

We had the creamy root beer, which is as tasty with burgers as it was with dogs.

We got there after nightfall this time. There are strings of white lights above the immediate area around the building, but not over the fully-occupied surrounding tables and seating. At any given moment the line was about 60-80 people long. It was fairly magical to be surrounded by happy people enjoying being in a park at night. Bob and I compared it to being in a European pleasure garden, such as in Austria.

DEF1 000022

167

When we got to the head of the line at the order station, we saw The "Frankie" Award, proudly on display, right on the counter in front of us. Unfortunately, I neglected to bring the digicam with me. Next time, and in daylight, for sure.

Jim



Not an Antenna Weenie from Wienerschnitzel...

**Man relishes wonder dog**

**By Mike Peters**

**Greeley Tribune**

This is the story of an anniversary.

No, not a wedding anniversary or some company's anniversary.

This is likely the strangest and most bizarre anniversary you have ever heard of.

This is the hot dog anniversary for **Richard Carroll** of Milliken.

Five years ago, on **July 4**, Carroll was grilling some hot dogs for a family gathering, and he dropped one of them on the ground.

**Josh Severin**, a family member, quickly picked it up, and instead of merely brushing the hot dog off and putting it back on the grill as most men would do (remember the 5-second rule), he stuck it, lengthwise, on the radio antenna on Carroll's pickup truck.

That hot dog, after five years, after 80,000 miles, after rain and storm and sleet and hail, is still on that antenna.

And it's not a pleasant sight.

It's shrunken, this wonder hot dog, and it has turned black and kind of fuzzy and hard.

"It kind of makes you wonder," Carroll said this week, pausing to look at the shriveled symbol of picnics everywhere. "It kind of makes you wonder about all the hot dogs you've eaten over the years.. "

He doesn't remember what brand of hot dog it was. Whatever brand, there must have been enough preservatives in it to prevent it from simply rotting away and falling off.

Instead, it's stayed on the antenna of Carroll's 1992 GMC pickup, stuck right at the top.

DEFT 000023

**168**

"I kept thinking the birds would eat it, or the wind would blow it off on the highway," Carroll said. "But I've been on a lot of hunting trips with it, and it's been brushed against tree limbs and bushes, and it's still there."

Carroll, 52, is a native of Weld County and worked as a heavy equipment operator for the Colorado Department of Transportation for 22 years.

He said he'll leave the wonder dog on the antenna until it finally falls off, but it appears it's become part of the antenna now.

As for the 5-year anniversary of the hot dog, Carroll said there won't be anything special. They'll just have a barbecue like they always do on the Fourth of July.

Cook something on the grill and have a picnic.

But Carroll said he probably won't be serving hot dogs.

A tip o' the hat to **Chris Masterson** for pointing us at this story



Pink's Famous Chili Dogs National Hot Dog Month Special - Courtesy of Vera Babb

**TUBESTEAK TV:**

1) The 2006 Nathan's Hot Dog Eating Contest @ Coney Island:

2) American Eats: The Hot Dog

**Recent WeenieGrams:**

1) WeenieGram: The 25th Annual "Frankie" Awards for Hot Dog Excellence - The envelope please...

DEFT 000024

**169**

2) WeenieGram: Woman Trains to Become Champion Hot-Dog Eater

3) WeenieGram: From The New York Daily News

4) WeenieGram: Two new records at Koby Island (Coney Island)

5) WeenieGram: From The San Francisco Chronicle

6) WeenieGram: From The New York Daily News II

7) WeenieGram: "American Eats: The Hot Dog"

**A few hot links:**

www.mausfamouschilidogs.com

http://www.foodandwine.com/search/article.cfm?query=hot%20dog

http://www.foodandwine.com/articles/fast-food-redemption

http://www.letsbefrankdogs.com/

http://milwaukee.brewers.mlb.com/NASApp/mlb/news/article.jsp?ymd=20060727&content_id=1578614&vkey=news_mil&fext=.jsp&c_id=mil



At least enough on hand for next year...

**BK Stackers, McDonald's 69 cent / 42 ounce soft drink, Iranian wack jobs & Mr. Cheesesteak:**

Seen the TV ads for BK's new "Stackers" with meat, cheese and more meat (bacon) only? Remember the "Seinfeld" episode featuring Kramer and a "little person" (Mickey) fighting over a pair of sisters and fighting over which one gets to play VD in a medical diagnosis for interns?

The same guy is featured in these commercials and he's pretty good at playing a tough construction site foreman.

And I actually bought a McDonald's 42 ounce soft drink ($.69) despite swearing I'd never do it (it was very hot out and the wife was taking her time shopping so I walked next door and plunked the $.75 down and got some horrible lemonade in the soda machine (I won't do that again)...

And did you catch the fact that Iran's leaders want to abolish all foreign words from the language and pizza will now be called "elastic loaf"?

DEFT 000025

Finally, Harry M. Olivieri (90), co-creator of the Philadelphia cheesesteak passed away recently.

Mr. Olivieri and his older brother Pat had been operating a hot dog stand in 1930 and...

---

Spankly Freaking (Our obligatory editorial comments, etc):

NATIONAL HOT DOG MONTH 2006:

This month, we presented The "Frankie" Awards, issued 7 (a record?) WeenieGrams (mainly about the Nathan's Hot Dog Eating Contest), had a Maxwell Street Polish Sausage at Windy City Beef, had some Nathan's hot dogs here at La Casa Weenie, dropped by the local (EC) Wienerschnitzel (I had their All Beef Dog with kraut & mustard) and "took one for the troops" so to speak, we had our great Italian sausage sandwiches one night and the wife whipped up a batch of 3 Weenie Salad for dinner late in the month.

And while doing a bit of research for Oktoberfest at San Diego Yacht Club, the wife came up with a pair of new recipes we'll be trying soon.

Overall, it was deliberately low key and probably the easiest NHDM for us, ever.

Emulsified forcemeat and pink salt:

Last year's "Frankie" recipient Alan Pesetsky of New York City pointed us at a number of hot dog articles in various publications this NHDM, the best being one in the August issue of "Gourmet" by Michael Ruhlman (thanks!).

There was also an interesting side bar article about an attempt to make her own hot dogs at home by Maggie Ruggiero.

Our correspondent in the Great Pacific Northwest ("Frankie" recipient as well as the wife's cousin & family computer guru) Chris Masterson checks in to tell us what he did to commemorate National Hot Dog Month: "...hand-made deer sausage with sliced shallots, fresh carrots, steamed in red wine, seasoned with Johnny's and garlic powder, all veggies locally grown and organic..." Sounds great to us!

And this also marks our 30th year in our relentless pursuit of excellence in a bun...

All hail the King: About the photo at the top

Mr. Wiener shall now be known as King Wiener.

As you know, Mr. Wiener has sat in the corner of the living room at La Casa Weenie AKA The Wiener Warehouse (here and in Squarefield) for approximately the last 5 years or so as we're out of room and have been for quite some time. The gold plated plastic crown shown above was left at the yacht club recently and the garland looks enough like relish that we left it after the wife dressed him up for Christmas last year...

Hot dog!

And we got way, way ahead of the curve (that's where I like it, actually) and ordered 10 "Frankie" trophies (see photo above) and will acquire the onyx marble bases to go with them soon ("As God as my witness, the "Frankies" will never be late again...").

Hopefully, you've also had an excellent National Hot Dog Month as well...

One of the parts of this job is reading the numerous National Hot Dog Month articles and viewing almost as many TV programs about them as well and after a while, they all seem to be the same article or program with a different name attached to them. I'm not complaining, mind you, and we do archive them but the eyes do tend to glaze over and I am no longer clear on their titles or their authors, unfortunately...

And since many of you have also read a fair number of essentially the same article, year after year, we no longer routinely forward them (the newsletter and 7 WeenieGrams this month alone are very likely way more than you wanted to hear from us anyway).

I also mention this as we recently completely filled up a 250 MB Zip disk with nothing but hot dog articles, the newsletter and WeenieGrams and will soon start a second one. Of course, this does not include the older issues of the newsletter, etc from before we bought the Zip drive approximately 5 or 6 years ago (all of that stuff is on diskette), and all of the other stuff we didn't use to save (there was a lot of that stuff).

DEFT 000026

And it doesn't go back the 20 plus more years before the home computer and we have file cabinets full of that stuff, all waiting to be digitally transcribed some day (I don't envy the poor intern that gets assigned that dreary job).

**171**



With Relish,

Uncle Frank



www.thehotdoghalloffame.com

DEFT 000027

**172**

From:    "Mr.HotDog" <Mr.HotDog@Cox.Net>
Date:    9/27/2007 9:51 AM
Subject: The Frankfurter Chronicles - The Newsletter with Relish: July 2007



Wine & Wieners at New York's world famous Yankee Stadium: (left to right) the poster, the wine, the wieners and food & wine authority David Rosengarten

Special Report for The Frankfurter Chronicles from Yankee Stadium, The Bronx, New York

Hot Diggity, Dog Diggity: What Wine to Drink with Hot Dogs--Yes, Hot Dogs!

By Sharon Kapnick, Freelance wine and food writer and wine columnist for www.seniorwomen.com

In The Lou Gehrig Story, Gary Cooper (L. G.) asks Teresa Wright (his wife-to-be) what she wants to eat after he wins an overflowing armful of prizes for her-at a batting game, of course!--at Coney Island. In a celebratory mood, she replies, "Hot dogs and Champagne!"

Well, that's one possibility! But may I recommend hot dogs and crémant d'Alsace, a more affordable and appropriate pairing?

My husband, Frankie Award Winner Alan Pesetsky, and I recently had the opportunity to try some Alsace wines with hot dogs at Yankee Stadium to see how the French wines fare with good-old Yankee--well, Hebrew National, in this case--frankfurters. They did very well indeed.

And it's really no big surprise. They say what grows together goes together. In Alsace that would be the delicious sausages and wonderful wines the Alsatians produce. The best-known Alsatian dish is choucroute garnie, sauerkraut with sausage and other meats. (According to Wikipedia, the sausages include three kinds: Frankfurt (aka hot dogs), Strasbourg and Montbeliard.) With choucroute, the Alsatians typically drink white wines, including Pinot Gris, Gewürztraminer and Riesling. I'd also recommend sparkling wine for those, like me, who love bubbles. As a rule, whatever foods go with beer go with sparkling wine. The bubbles in both do the same job: cleanse and refresh your palate.

Of course, the topping you put on your hot dog--whether mustard, sauerkraut, relish, onions, ketchup, or any of the 486 other toppings likely to appear on Chicago dogs--will affect your choice of wine, so, as always, a little experimentation is in order. This is, however, a good place to start.

Lucien Albrecht Crémant d'Alsace, $16
Albert Mann Crémant d'Alsace, $19
Pierre Sparr, Crémant d'Alsace, $18
Albert Boxler 2004 Pinot Gris, $30
Domaine Zind Humbrecht 2005 Pinot Gris, $22
Hugel Gewürztraminer 2005, $14

Alsace Producers to Rely On: Lucien Albrecht, Albert Boxler, Paul Blanck, Hugel, Albert Mann, Ostertag, Pierre Sparr, Trimbach, Weinbach, Zind-Humbrecht

NOTES:

1) This event was sponsored by the Alsace Wine Council and featured 25 wines paired with hot dogs and sausages.

2) The game featured the Toronto Blue Jays vs the New York Yankees and Toronto won 3 - 2 after the Yankees blew a lead.

3) Sharon Kapnick's latest article: http://www.portfolio.com/culture-lifestyle/culture-inc/food-drink/2007/02/25/Wine-and-champagne-small-bottles

   

Frequent TFC contributor & "Frankie" recipient Alan Pesetsky (it's always nice to be able to put a face to a name), Howard G. Goldberg of The New York Times, food & wine writer Sharon Kapnick, the game and the billboard...

WEENIE NEWS:

1) MUSTARD YELLOW BELT STOLEN:

Aha!

I had been seeing correctly - The Mustard Yellow Belt's buckle was indeed a crudely adorned flat sheet of aluminum.

It turns out that 6-time World Hot Dog Eating Champ Takeru Kobayashi had loaned his belt to a museum and it subsequently turned up missing.

The only real problem is that it supposedly happened recently (the story is dated 28 June 2007) yet we mentioned it to the guys who created the Solid Gold Hot Dog for Long's Jewelers last year...

2) Ex-pol's dogging it

Last week, former Assemblyman Robert Straniere of Staten Island launched a new career selling frankfurters.

His New York City Hot Dog Company, which opened Monday at 105 Chambers St., on the corner of Church St., is the latest combatant in the haute wieners wars.

At the cheery takeout operation - there are just a few windowsill stools - say, buffalo ($5), American Wagyu ($6) and Hebrew National franks ($1.85) share menu space with a hot dog-stuffed knish ($3).

DEFT 000028

**173**

There are nearly two dozen toppings, from the banal (French's mustard, onions in sauce) to the risqué (wasabi sauce, blue cheese crumbles).

The New York Daily News

3) Cops Hot Dog It, Chase Wienermobile

Oh, I wish I were an Oscar Mayer ... car thief?

An Arizona Highway Patrol officer who ran the Wienermobile's plates as the vehicle traveled for a promotion briefly thought the giant hot dog on wheels was, well, hot.

The Wienermobile was on the road for a promotion in which contestants sing the Oscar Mayer jingle for a shot at appearing in a commercial and winning "American Idol" tickets.

The 27-foot-long, 11-foot-tall vehicle was in a construction zone in downtown Tucson Wednesday, slowing traffic.

Officer Kerey Lankow caught up to it and ran its "Y-U-M-M-Y" license plate to make sure it was street legal.

The plate came back as stolen.

Lankow pulled over the Wienermobile, and two more officers arrived to help.

It turns out someone had indeed stolen the "Y-U-M-M-Y" plate off the Wienermobile in Columbia, Mo., back in February.

Oscar Mayer officials reported the theft to police there, company spokeswoman Syd Lindner said.

The company got a replacement YUMMY plate that same month and notified police in Missouri, Lindner said.

But the plate still came back as stolen Wednesday, with no note that it was OK if found on Wienermobile itself.

A message left with the Columbia Police Department seeking to clear up the discrepancy wasn't returned.

Jeff Kendell, 23, of Salt Lake City, was a passenger - or "hot dogger" in Oscar Mayer lingo - in the rolling wiener.

Not missing a beat, Kendell handed out wiener whistles to the officers, who took a peek inside the Wienermobile and snapped pictures with digital cameras.

Arizona Highway Patrol spokesman Quest Mehr said Lankow is hearing plenty about it from his buddies.

"The officer, he's just like, 'I don't believe this is happening,'" Mehr said.

The Associated Press

4) Consumer Reports

Beer & Hot Dog Ratings

The July issue of Consumer Reports rates 23 brands of supermarket weenies and they also rated a number of "Lite" beers (what does that mean, anyway?)...

5) What if?

And last issue, we told you about Marilyn Vos Savant's column in "Parade" magazine where the question was posed: " What if Donald Trump had entered the weenie trade..."

Needless to say, she didn't print my entry but her column is posted on the web, if you want to look it up...

6) The Mini Page

This is a small (4 page) syndicated insert in our local paper and meant for the kids.

The whole issue was devoted to hot dogs but unfortunately, it isn't published online...

It was created by Betty Denham and features a little lesson in hot dog history, a few frankfurter factoids, 5 hot dog puzzles, how to say "Hot Dog" in Mexico, Poland, Sweden and Germany, a recipe for Wrap-N-Bake Hot Dogs, how to plan a picnic and food safety rules.

7) And there are a few sausage recipes in the August "Cuisine At Home" magazine (the wife subscribes to it)...

The article is on Page 28 and it's called "A World of Sausages"

It's 2 full pages of color pix and a very brief look at sausage in Germany, Italy, Poland, Spain and Mexico.

8) Be sure to check out the July 9th issue of "The New Yorker" for Forbidden Fare - When hot dogs came to Turkey by Orhan Pamuk.

We checked it out at the local Borders book store and it chronicles an 8 year old's discovery of hot dogs in Muslim Istanbul, Turkey in 1964, when such items of western cuisine were strictly forbidden by local custom, even if there isn't any pork involved. Having lived in Turkey at that time (and being Uncle Frank), this article was of particular interest to me but I'd neglected to bring my reading glasses with me. I read about a third of the 3 page memoir then gave up (and I'm not paying $5.95 plus tax for that one article - you're on your own here)...

9) Fourth of July Taste Test: Original Wheat Swaggles (The Ultimate Fun Roll) by Toufayan Bakeries.

These are bun cradles and we tried out on the Fourth of July, a few hours after the Nathan's contest.

We had made chili cheese dogs for dinner and I made it a point to check one of these out too (2 types of mustard, some chopped onions and a little Heinz Ketchup)....

We made our standard batch of chili dog chili (thanks again, Mom), slavished up some cheese and chopped some purple onions.

We used the supermarket version of the Nathan's Kosher dog (skinless, not what I would have chosen) and some Wonder Bread style hot dog buns (grill mine, please), several mustards, catsup, etc, etc, etc.

None of us really liked the bun cradles but to be fair, I should say that the oven never came up to temperature.

It was too doughy, too much bread, the texture was weird and it wasn't anything we'd buy again...

10) The Darwin Awards are out for this year and Fifth place goes to a guy we mentioned in The Frankfurter Chronicles last year.

These awards are given each year to bestow upon (the remains or estate of) that individual, who through single-minded self-sacrifice, has done the most to remove undesirable elements from the human gene pool.

This year's recipient: Robert Puelo, 32, was apparently being disorderly in a St. Louis market. When the clerk threatened to call the police, Puelo grabbed a hot dog, shoved it into his mouth and walked out without paying. Police found him unconscious in front of the store. Paramedics removed the six-inch wiener from his throat where it had choked him to death.

11) Our visit to Jimmy's Red Hots (East Coast Dogs with a West Coast Attitude):

We discovered their web site while doing a little online research.

The menu features foot long Zweigle dogs, White Hots and frozen custard with shakes and there's an online store for their T-shirts and ball caps, a little history of the place, etc on the web at DEFT 000029

We emailed owner Jim McCabe to say we'd stop by soon, flipped him a copy of the newsletter and pointed him at our web site, etc.

**174**

Unfortunately, when we got there, they were gone, with only the bamboo counter and mural painted on the wall left behind...

Their web site (it may be gone soon): http://jinuoixredhots.com/

And we have to mourn another great weenie stand falling victim to the insane price of real estate here in SoCal...

12) And the latest issue of "Better Homes & Gardens" has 2 hot dog recipes in it, one a Seashell Hot Dog Bake and the other Franks with Napa Slaw...



Thanks to Hamburger Harry - At least our third, maybe our fourth, and quite possibly even our fifth hot dog ball point pen variation...

**TUBESTEAK THEATER:**

1) Best of the Wurst

This is a 23 minute film about a Korean woman who leaves LA for Berlin and discovers their favorite snack food

See It here: www.ifilm.com/video/2677478

2) "Confessions of Boston Blackie" (1941)

For some reason, I've been watching a lot of old movies from the 30's, 40's, 50's and 60's lately and this one had a great hot dog quote: "That bullet... will fit your gun like a hot dog fits a Coney Island bun..."

**TUBESTEAK TV:**

1) "Ripley's Believe It or not"

Sci-Fi Channel

The Hot Dog Challenge

My brother Jim called from Ohio to point this program out to us (thanks, Bubba!).

They lay out 2 U-shaped troughs full of weenies (no buns) and the contest is 10 minutes long.

There was a lot of smack talk, the ref was a tall, gorgeous blonde woman, the contestants both hold numerous other eating records and we won't spoil it for you by telling you anything more.

2) "The Hungry Detective"

TV Food Network

This program is hosted by Chris Cognac, a retired cop and he visited Ben's Chili Bowl in Washington DC for this episode.

It's a 48 year old institution and local landmark, and their chili dog specialty is the "Half Smoke", a large sausage with natural casing, half pork, half beef.

When they venture into the kitchen, you see half a dozen vats of chili being cooked (their beanless chili for the chili cheese dog looks very similar to our own) and they also discuss their chili con carne.

They also mention a lot of late night calls from the Clinton White House (it seems to me that old Bill won't have much to do after the next election and he might make a good partner in a weenie stand...).

I do have to take off a point as they use Cheez Whiz on the chili cheese fries (I can't stand the stuff).

See their web site here: www.benschilibowl.com

3) "The Hungry Detective"

TV Food Network

"Chicago"

I only got to see the last minute or so of this episode but he checked out gyros, deep dish pizza and Chicago style hot dogs.

DEFT 000030

175

Hopefully, it'll show again soon so we can watch the entire program.

---

RECENT WEENIE GRAMS:

1) Kobayashi: "My jaw refused to fight"

2) The "Frankie" Awards for Hot Dog Excellence 2007

3) Nathan's Hot Dog Eating Contest at Coney Island

4) Chestnut takes the Mustard Yellow Belt

---

A FEW FUN LINKS:

1) http://www.pbneo.com/antimation_mov.php

2) http://www.hamburgeramerica.com/Trip_To_Butcher.mov

3) http://www.hamburgeramerica.com/Apple_Pan_Charles.mov

4) www.hotdogshopsaroundamerica.com

5) www.majorleagueeating.com

6) www.dogmagrill.com

7) www.frankthude.com

8) www.caspershotdogs.com

9) www.aidells.com

10) www.tanys.com

11) http://onaroliventures.com/

12) www.sabrett.com

13) www.thumann.com

---

IT'S BURGER TIME:

Carl's Jr's Teriyaki Burger with Grilled Pineapple:

I'm not much for sweet burgers but I had to try it anyway (do you know about the JolliBee chain from the Philippines with several California outlets?).

Mainly, the grilled pineapple ring and teriyaki sauce overwhelm the rest of the sandwich and that's all you really taste.

And they no longer serve the wedge cut fries so I might as well be eating at McDonald's, Burger King or any number of other fast food franchises.

I really used to be a big fan of this chain but I haven't eaten there once since they started selling their $6 Burgers.

And by now, you've invariably heard the terrible radio commercials about this latest concoction of theirs...

---

Spanky Freaking:

1) Uncle Frank's National Hot Dog Month festivities 2007:

It was a fairly low-key NHDM as we're dealing with a lot of other things but we produced 4 WeenieGrams, The 2007 "Frankie" Awards for Hot Dog Excellence, we watched the Nathan's Coney Island Hot Dog Eating Contest, we had Chili Cheese Dogs and taste-tested those Original Wheat Snuggles from Toufayan Bakeries later that day, we celebrated our 31st year in the Wonderful World Of Weenies (see item below), we had Chili Cheese Dogs (and Mexican Coke with cane sugar) with Neighbor Neal on the 8th, on the 10th, the wife and I dropped by Windy City Beef and had a couple of Polish sausages, fries, and a Pepsi and tipped very handsomely, we've been dealing with a ton of email (maybe more than we get during the rest of the year) and Weenie News, we had dogs again on the 23rd, my brother Jim and I had a great talk about various hot dog places around his neck of the woods he plans to visit soon (when his foot heals up and he can drive his bike again) and we're going to have to try one of the Alsatian wines and maybe our 3 Weenie Salad in the next few days, a total of over a dozen NHDM activities, clock me out. I'm done...

Update: Our local Bev-Mo had half a dozen wines from Alsace and we chose the Trimbach Pinot Gris Reserve ('02) which was $22.99 and the wife made some potato salad, deviled eggs and BBQ baked beans with the 3 Weenie Salad.

2) And we're celebrating our 31st year in the weenie trade today, 5 July 2007.

It all started at a Fourth of July party at our old friend John Crawford's house. John is no longer with us but he was a hard working, extremely literate landscaper (and Grateful Dead freak) who was also a vegetarian and the pathetic veggie dogs served at the party started me thinking. After I got over the massive hangover the next day, I knew what I was going to do although I didn't realize the path it would lead me down or the life long commitment it meant.

3) Thanks to Sharon Kapalch for the excellent article about wine and wiener pairings, to Alan Peretsky for several links and articles he pointed us at and to The Boy for the "Uh oh, Hot Dog!" audio clip from "Mad TV's" Bobby Lee (who used to work as a waiter in La Jolla)...

4) And thank you to Hamburger Harry of The International Hamburger Hall Of Fame for the hot dog in a bun shaped ball point pen above, a hot dog shaped squeaky dog toy and a pair of ceramic hot dog salt & pepper shakers that we didn't already have, a mean feat to pull off as we've collected this stuff for over 30 years now. Photo was taken on that picnic table kit we put together and finished with Golden Oak stain and varnish.

Later in the month, Harry did it again, sending us a 2nd version of a hot dog in a bun shaped cigarette lighter, the wife also found a few more pieces for the collection (and a couple for Hamburger Harry as well), a good month for us...

5) Finally, we should apologize to Steve and the guys at Meridian for not finishing our review of Hot Dog King.

We've been extremely distracted and promise to do better next issue...

---

With Relish,

Uncle Frank

DEFT 000031

**176**



www.thehotfootchalkoflame.com

DEFT 000032

**177**

**From:**    "Mr.HotDog" <Mr.HotDog@Cox.Net>
**To:**    "David Schultz" <David.Schultz@maslon.com>, "Nicole LaChapelle"
    <Nicole.LaChapelle@maslon.com>
**Date:**    2/19/2008 3:35 PM
**Subject:**    Re: REQUEST NO. 1 - The Frankfurter Chronicles (National Hot Dog Monthissues) - 8 out
    of approximately 80...

These 2 items can not be opened as they were done in **Aldus PageMaker** way back when and we no longer have the program.

I pointed this out in the most recent telephone conference.

It also says in the text of my response which you received today that they were included solely for the date of each file; the second issue (**PDW2**, which may only be a graphic done in another program we no longer have, **Broderbund Print Shop**) was saved to disk on **2 February 1996.**

What we know for certain is that the first issue was printed sometime after **Christmas of 1995** (it references a few hot dog related presents some of the contributors sent us) and before Issue 2, which was saved to the archives on **2 Feb 96.**

And the very last issue of the printed issue (TFC 24) of the newsletter (before we went totally digital) was saved to disk on whatever the date of the file indicates (I don't have access to it at the moment).

We still possess the master copies of the first version of the newsletter (most are printed on photo paper and are in surprisingly good shape for being 13 years old, although a few photos have been lost) and we mailed the requisite copies of them this morning.

As I can't open them (the original PageMaker or Print Shop files), I can't convert them to PDF (or anything else) and those 2 files were included only to delineate the dates of when the print version started and when it ended...

And I did make a copy of Issue 2, which I also mailed to you this morning.

Finally, as per our agreement during that last phone conference, we also sent every National Hot Dog Month issue, both digitally, which you have already received, and xeroxed copies of the original master copies of the printed version, mailed this morning...

With Relish,

Uncle Frank

DEFT 000033

**178**



Jo Ann Fitzgerald of Woofies in St. Louis. Paul Fitzgerald (The Top Dog) petitioned Mayor Dody to have the name of the road their popular hot dog stand is on changed from Woodson Road to Woofson Road.

---

**THE FRANKFURTER CHRONICLES**

*The Newsletter with Relish*

**J. Frank Webster**
*Editor*

**Darla Webster**
*Publisher*

**Moon Webster**
*His Boy Elroy*

---

"If we had known he eats at Doggy Diner, we never would have let him direct the movie..."     *"Burn Hollywood Burn"*

Read more about our new friend **Jeff Potocsnak** elsewhere in this issue. Again, we thank you for your most generous donation to **The Hot Dog Hall Of Fame**.

We told you about our efforts to reorganize the computer room, but there are a few other things we should also mention. As we told you last issue, we have filled up the shed we built out back last year. The pyramid in the middle of the kitchen is back, worse than ever. If we show up missing someday, it will be because we were buried under an avalanche of boxes full of hot dog stuff. Please tell the authorities where to look for our bodies.

We recently added some wonderful new software to the new computer as well. We have already told you about **Photo Shop**, which we use on this machine. We have now added a more recent version to the new computer system.

And we added a number of "plug-ins" (graphic effects) such as **Greg's Pool Filters** and our own favorite: Eye Candy.

And we are learning another program as well, **Paint Shop Pro**, which is similar to Photo Shop These programs are for our online projects primarily (the web site and online version of **The Frankfurter Chronicles**) but if you notice the "drop shadows" behind each photo and graphic in this issue, you will see some of what we have learned so far.

Finally, we have recently acquired a great set of close up lenses at a reasonable price through an online auction. This will allow us to finally begin the enormous task of photographing and cataloging the entire collection, something we should have done years ago. We will then scan every photo and edit them all for online use. All told, with film costs, developing and diskettes to store the images, we are looking at a fairly substantial outlay over the next year or so to achieve this important goal.

We are pleased to announce that we have recently acquired the oldest piece in the collection. However, it is a sausage item, not a hot dog. As you history buffs know, before the advent of the US Dollar shortly after the Civil War, banks printed their own currency, a situation rife with criminal possibilities. This most recent addition is a Civil War era One Cent Token which was issued by a sausage company in 1863. We paid $16 for it.

Mr. **Mike Cooper** who built Tubesteak City, the kinetic hot dog sculpture we have mentioned many times, has a new project called The Tubester. It is a slick piece of hot rod metal work and can be seen in installments in Street Rodder Magazine.

"A hundred thousand people saw my wiener last year..." Chris Koehler



**The Banana Bicycle Brigade**

It all began with a dream in 1994. Karen Redel of St. Louis had just built a paper mache mermaid to fit on a bike frame for an art class taught by noted artist Uriel Starbuck.

Redel, a school teacher, dreamt of hundreds of Art Bikes filling the streets and woke up with the name: The Banana Bicycle Brigade.

Since then, she and fellow Brigade members have built dozens of them; creations such as Willy the Wiener (left) by Chris Koehler, who is an electronics worker and one of the more mechanically inclined of the group of 20 plus members.

In addition, there are a sea-horse, dolphin, giraffe, elephant, flamingo, bull, triceratops and biplane.

Organized as a non-profit group, the Brigade has appeared in parades all over the country this last year.

The Brigade recently organized an event to donate Art Bikes to poor kids overseas called "Bikes to Bosnia."

**Willy the Wiener**

*Photo Courtesy of Harrod Blank*

**THE HOT DOG HALL OF FAME P.O. BOX 658 FAIRFIELD, CA. 94533**

DEFT 000034

**179**

From:    "Mr.HotDog" <Mr.HotDog@cox.Net>
Date:    2/17/2008 4:01 PM
Subject: The Frankfurter Chronicles  The Newsletter with Relish: February 2008



**Wink's Cheeseburger Factory (see article below)**

Restaurant In A Box: Wink's Cheeseburger Factory, The Hotdoggery, Daddy O's & Montana Steak Burgers

Everybody, Anthony Spadaro, Mr. Spadaro. everybody...

We discovered Mr. Spadaro's beautiful web site while researching something else and flipped him an email message to introduce ourselves.

Early the next morning, the phone rang and we spent maybe half an hour talking about our favorite food: sausages...

Mr. Spadaro is a sausage maker and his grandfather was also an old school sausage maker from way back

And we discovered that Mr. Spadaro lives less than 10 miles from here, near San Diego State University.

He moved here a couple of years ago (from New York State) and went through both of the major fires here (the first one was while he was dating his wife) and is quick to point out that the basic dome shaped forms of both Winks Cheeseburger Factory and The Hotdoggery are sprayed concrete, impervious to fire (although the cheese on the cheeseburger is foam and will burn, like the roof of that hotel in Las Vegas recently)...

Mr. Spadaro also tells us that he's considering opening a butcher shop / sausage factory here (we need one!).

Restaurant Conceptioneers:

Anthony Spadaro: a fourth generation sausage maker who created the restaurants' nitrate/hormone-free, organic food products and was a former National Franchiser.

Rich Peck: top notch ad man. having had McDonald's as a client and knowledge that extends to TV producing, specializing in architectural photorealistic visualization.

Jerry Eggers: ad man, copywriter, art director and TV producer.

Mr. Spadaro tells us that they will debut four new concepts next year and he has an airplane shaped concept in the works as well.

He adds that the current concepts represent 3 plus years on the old drawing table and that he previously came up with the concept for Goodburgers, the vegetarian burger chain from a few years ago.

Essentially, Restaurant In A Box is a compilation of 5 CD's tailored to assist you in all phases (The Business, Management, Marketing, Real Estate, Master Specs, etc) with four themes to choose from at the moment.

The renderings are very well done and the research appears to be thoughtful and comprehensive.

See all four of their great concepts here: www.restaurantinabox.com

DEFT 000035

**180**



Louie The Hot Dog King's Hot Dog Go Cart

The Jeep Wienermobile:

A Very Short History:

On Protesting Against the Wienermobile...

And we thought everyone loved the Wienermobile...

The Patty Duke Show's Theme Song Lyrics

Meet Cathy, who's lived most everywhere,
From Zanzibar to Barclay Square,
But Patty's only seen the sight,
A girl can see from Brooklyn Heights --
What a crazy pair!

But they're cousins,
Identical cousins all the way,
One pair of matching bookends,
Different as night and day.

Where Cathy adores a minuet,
The Ballet Russes, and crepe suzette,
Our Patty loves to rock and roll,
A hot dog makes her lose control --
What a wild duet!

Still, they're cousins,
Identical cousins and you'll find,
They laugh alike, they walk alike,
At times they even talk alike --

You can lose your mind,
When cousins are two of a kind.



From the US Patent & Trademark Office: This Wienermobile clone was given a patent on May 4, 1982. Inventors: Philip M. Elkins, Bernard M. Greene. We suspect this is that group from Venice Beach (archive photo above)...

Major accident kills one, sends I-75 traffic into communities

By Ronald Dupont Jr

Herald Editor

ALACHUA -- The finance department of Alachua County and High Springs, as well as the police department of the city of Alachua, were sketched this last Friday after a freon-Interstate 75 accident that killed one and created a

Hundreds of cars were diverted off I-75 and into Alachua and High Springs because of the accident and because of one that had occurred earlier in the morning on I-75 in Gainesville.

The one in Gainesville occurred around 5 a.m. and southbound I-75 traffic was being diverted onto U.S. 441 in Alachua when the second accident occurred near the Alachua interchange around 7 a.m.

A truck carrying hot dog meat hit a stopped Frito-Lay semi-truck carrying potato chips.

The crash killed the driver of the truck carrying hot dog meat when his truck and the other caught fire immediately after the crash. The man in the Frito-Lay truck got out of his truck in time.

But in front of that truck was a van carrying 12 people on their way to the V.A. Hospital in Gainesville. That van got hit from behind, and everyone needed treatment, some for serious injuries.

With a raging fire that melted part of the road, killed one, injured others and stopped traffic for hours, multiple government agencies got involved to deal with the emergency.

The Alachua Police Department was on the scene when the accident involving the two semi trucks occurred.

Officers immediately radioed for help, and fire rescue personnel from Alachua County and High Springs were sent to the scene.

But Alachua County already was at a major accident in Gainesville, said Megan Crandall, spokesperson for Alachua County Fire Rescue.

"The first challenge was that we were already working a significant accident to the south," she said. "The challenge was, 'What do we do if we have a house fire in Alachua at that time?'"

Alachua County solved this by moving fire rescue units around. But the next challenge came in fighting the fire itself.

With hundreds of cars backed up and wounded people walking around the scene, firefighters had to battle the fire while trying to get help to the injured.

To deal with the injured, multiple ambulances were brought to the scene and people were taken to Gainesville hospitals on backboards, two at a time in an ambulance.

While this was happening, Alachua County and High Springs firefighters were battling a blaze that was well-fueled.

In talking about the contents of the Frito-Lay truck, one firefighter said, "What do you have here? It's oil sealed in plastic sealed in cardboard boxes – all flammable."

Then the oil began oozing onto the ground, mixing with the spilled diesel fuel.

"It was just a messy, messy fire," Crandall said. "You always have the additional problem with a large-vehicle fire of fuel being on the ground."

High Springs Firefighter/EMT Jeff Evans said that he didn't even know what was in the other truck, with he and others thinking it was some sort of insulation.

"Between that and the diesel fuel and the oil, it made one heck of a mess," he said.

As firefighters got the blaze under control, Alachua police officers were dealing with the hundreds of cars that had been routed into the city.

Every officer on duty was at the accident, and two additional officers were called in. Alachua Police Chief Robert Jernigan found himself covering police calls within the city, then helping traffic to get through the city.

Evans had particular praise for the Alachua Police Department, saying that he remembers how quickly police got traffic off the southbound ramp so emergency vehicles could get up the ramp.

"They did a good job," he said. "They got the ramp cleared fast."

As Alachua was tending to its traffic problem, the same problem hit High Springs when traffic was diverted onto County Road 236 and routed by High Springs Community School through downtown High Springs.

The downtown area narrows to two tight lanes, making the problem even worse. Officers were used as human traffic lights to get people through quickly.

Hours after the fire had been put out, the effects of the fire were still being felt as local commuters had to deal with hundreds, if not thousands, of cars not usually in either city.

At the High Springs Fire Department, well into the early afternoon, firefighters were trying to clean the oil, diesel fuel and hot dog meat off their fire hoses so that the trucks would be ready for the next emergency.



Cason's Hot Dogs in Michigan   It's for sale ($34,950)

---

Arby's recent remake of the classic French Dip Sandwich:

I made the mistake of trying this abomination for lunch recently.

To start with, a French Dip does not have (or need) cheese.

As it's included in the price, the company makes even more profit when a customer tells them to hold the cheese.

And they now call their entire line of sandwiches "Arby's roasted subs" which is also a no no.

It not only makes the bun far less absorbent (the reason most of us like a good French Dip) but it imparts a sweet, distracting note to the sandwich as well.

A French Dip should be meat, bun and au jus, period.

---

DEFT 000037

**182**



1929 Ford Vending Truck in Brunswick, Maine

---

**Mr. foot long hot dog inventor**

Bud Light presents real American heroes
(real American heroes)
Today we salute you, Mr. foot long hot dog inventor
(Mr. foot long hot dog inventor)
When conventional wisdom said no one could make a hot dog longer than six inches, you dared to dream
(dared to dream)
You knew the limitations of a regular sized hot dog bun, and you ignored them
(can't stop me now)
You made a ten inch weiner, and people cheered
(oh!)
But you weren't satisfied, you said, "wait, I think I can still give you two more inches."
(gotta want it)
And so the foot long was born, so crack open an ice cold Bud Light Mr. hot dog hero, because you gave every one of our fondest wish: a bigger weiner.
(Thank you thank you thank you!)

---

**Frankfurter Fun Factoids:**

1) The creator of KC Masterpiece BBQ Sauce first hit the market with Mustkup (a mix of mustard and catsup) in the late 70's.

Fortunately, we seemed to have missed that one.

And after mulling it over in our minds, we think the name is still better than if they had called it Catstard...

Thanks to "BBQ with Bobble Flay" on TV Food Network

Episode: Getting Sauced

2) Benjamin Franklin supposedly brought mustard to America in 1758 (and Thomas Jefferson is credited with bringing in the French Fry)...

---



Japanese Weenie Wagon (no other info available)

---

Hello,

My name is Joel Goetz and I am the owner of American Dream Hot Dog Carts. We are a manufacturer and distributor of hot dog carts and accessories. We have been in the business for 20 years now. We also operate a full service state licensed commissary for our local clients.

DEFT 000038

your code about your hot dog, it could and I was surprised to find that you did not have a section devoted to making hot dog carts & supplies for your visitors that may be interested in getting into this lucrative business.

We would be very appreciative if you would include us in a list or page of hot dog cart manufacturers.

Please come take a look at our website and we'd be glad to get your opinion on how we are doing.

Also, your visitors might be interested in the fact that we have the largest and most current database of information regarding licensing hot dog carts and mobile food units.  Come take a look...

http://www.americandreamhotdogcarts.com/

I found that your website was so interesting that I have had it added to our online resources page in the "Other Misc" section.

You can find it here if you care to take a look: http://www.americandreamhotdogcarts.com/resources/

Thank you again,

Joel Goetz



He comes a hurtin' with his souped up sausage cart
With a great big bag of prechewed gum and a hub-cap for his heart
We wolf down meat by-products and choke down prechewed guns.
Good 'ole stinky wieiderests, he always brings us some...

**TUBESTEAK TV:**

1) "Man, you're cheap!"

"Beans are an extravagance..." as he sucks catsup out of a squirt bottle...

An ad for early tax refund checks (loans) from H & R Block

2) Major League Eaters Chowdown Super Bowl Half Time Show on Spike TV

Weapons of Mass Digestion: this event was held at the Fremont Street Experience in Reno

There were all of the familiar faces, of course, and one of them ate 61 hard boiled eggs (can't remember, hey, I'm old!) and the final event was whole spiral cut hams.

The winner was current world hot dog eating champ Joey Chestnut who ate 7.14 lbs of the stuff and was awarded a giant fork...

3) "How It's Made"

Discovery Channel

Episode title: Levels, Hot Dogs, Abrasive Grains & Sandpaper

This French series (dubbed into English in Canada) visits the John Morrell hot dog plant and they make skinless franks...



The Sausage Car (no other information)

DEFT 000039

184

**Frank quote:**

"That makes it as legal as eating a hot dog at a ball game..."

Sgt Joe Friday (Jack Webb)

"Dragnet 1968" (in color)

Episode title: The Squeeze



Al Diamondstein (aka Al Opalschwartz) sings his hit "Weenie Man" on the Weenie-a-phone at the Kent State Folk Festival, April 1987

Mr Frank Webster

We received your message and appreciate your taking the time to contact Pepperidge Farm.

At this time, there are no plans to bring back the Molasses Crisps Cookies.

However, we have forwarded your comments on to the appropriate department.

We appreciate feedback like yours because it helps us become aware of consumer preferences and concerns.

Thank you for visiting the Pepperidge Farm website.

**Pepperidge Farm Web Team**



Mike's Weenie Wagon - Google Photos

**A FEW HOT LINKS:**

1) Hot Dog University: http://www.vceb.com/videos/x166504/imgsNi9Aj

2) Hot Dog U's web site: http://www.hotdogu.com.

3) Another hot dog blog: http://hotdog.blog.dada.net/tag/news

4) Hot Dog Stands of New England: http://fotothis.com/view/HotDawg/20070201_hotdogstands

5) Hot Dog Tasting of 2007: http://milkthewebite.wordpress.com/2007/07/20/the-great-off-the-broiler-hot-dog-tasting-of-2007/

6) Usinger's Sausage in Milwaukee: http://www.usinger.com/

DEFT 000040

**185**



Hot Dog Slide at Vilence All Weather Golfland in Madison, Wisconsin (Home of Oscar Mayer)

RIP Lovie Yancey; Founder of Fatburger

Dennis McLellan

Los Angeles Times

Lovie Yancey, founder of the Fatburger restaurant chain, which began with a popular post-World War II hamburger stand in South Los Angeles, has died. She was 96.

. Yancey, who had pneumonia, died Jan. 26 at Olympia Medical Center in Los Angeles, said her daughter, Gwen Adair.

Yancey had already operated a restaurant in Tucson and was living in Los Angeles in the late 1940s when she began thinking about launching a new food business.

"I settled on hamburgers because they were the fastest-selling sandwich in America," she told the Wave newspaper in 1985.

Yancey launched her foray into fast food by partnering with Charles Simpson, who worked for a construction company and reportedly used scrap materials to build a three-stool hamburger stand on Western Avenue near Jefferson Boulevard.

Opened in 1947, the business was called Mr. Fatburger.

"The name of the store was my idea," Yancey said. "I wanted to get across the idea of a big burger with everything on it . . . a meal in itself."

In 1952, Yancey shed both her business partner and the "Mr." in the hamburger stand's name, and Fatburger was officially born.

"I think of that stand as like a little postwar survivor that's a tribute to the entrepreneurial spirit of an African American woman who really did usher in what became a very good model for a franchise business," Adriene Biondo, chairman of the Los Angeles Conservancy's Modern Committee, told The Times on Friday.

From the beginning, Yancey was a fixture at the original Fatburger, where customers, who included entertainers such as Redd Foxx and Ray Charles, could custom-order their burgers.

"I worked 16, 17 and 18 hours a day behind the counter, seven days a week," Yancey recalled in the 1985 interview. "I'd come home, catch a few hours of sleep and start all over again.

Adair said her mother "was always there to make sure things were done properly. Even when she was older, she'd sit and talk to the people. That was her life; she loved being around the business."

Yancey didn't start out operating an open-all-night hamburger stand, she said in the interview, "but as word got out how good the food was, we started getting requests from night shift and early morning workers -- bus drivers, mailmen, street sweepers -- to stay open longer."

In 1973, Yancey opened a Fatburger on La Cienega Boulevard in Beverly Hills, and it became a favorite destination for celebrity burger buffs.

"One night, there was some kind of awards [ceremony] and people came in limousines in their tuxes and everything," recalled Adair.

"They just closed the door, because they couldn't get any more people in there."

Over the years, Fatburger has been immortalized in a string of songs, movies and TV shows, including the sixties "Sanford and Son," the film "The Fast and the Furious" and the Ice Cube single "It Was a Good Day."

Fatburger even once made David Letterman's Top 10 list for things he'd miss most about leaving Los Angeles.

In 1981, Yancey began offering franchises in what was billed as "The Last Great Hamburger Stand."

By 1985, in addition to four company locations, there were 15 Fatburger franchise sites.

DEFT 000041

**186**



No specifics yet but we'll let you know...

**IT'S BURGER TIME!**

1) The Further Adventures of Jim, The King of Kleveland Heights:

My brother Jim continues to make up for lost time after being bedridden or in the hospital for most of last year and eventually having half of his foot amputated (from ications of his diabetes) This issue, he tells us about his trip to Cleveland's Brown Derby where he checked out their $8 burger (he liked it but didn't like the price).

2) Hamburger America's blog: http://hamburgeramerica.blogspot.com/
Hamburger America's web site: http://www.hamburgeramerica.com/
Both the book and film (and the blog and web site) are by film maker George Motz.

3) Draft Jack: http://www.draftjack.com/

4) Crazy Burgers On The Air: http://www.findstreamburger.com/TCDNews.htm



Cheeseburger in a can (Switzerland)...

**SPANKLY FREAKING:**

1) We're on our second order of T-shirts with a huge number of color combinations now available (we sent the first one to Sam The Cooking Guy). And we've gotten the first and second orders of embroidered baseball caps and will soon have a line of embroidered patches to sew on jackets, etc. Finally, we've started looking around for a bumpersticker / decal manufacturer.

2) This month's wav file is by Groucho Marx.

3) And we are pleased to announce that we have won our 10th Hamburger Helper Award (thank you very much!)

DEFT 000042

**187**

These stories are presented by the old Krink hamburger shady at The Monte Mexican hamburger with the Krink Inc converseance to the great tradition of... Surgerama

And you may have noticed the poster above that says Harry and mega-star Takera Kobayashi will square off to see who can eat the most Krystal Burgers in Chattanooga.

No specifics yet but we'll let you know as soon as he lets us know...

**4) What a long, strange trip it's been...**

Recently, we took a look at who we are (our wonderful contributors, actually) and were quite pleasantly surprised at what we discovered.

You're a great bunch of people and we're deeply honored to know you (well, most of you, anyway)...

What we didn't think about until later were our fallen comrades, 9 of them, and we should also mention them here.

1) First, there was my mom, Lucille Miller, who passed away last year (she was extremely invaluable in her generous support over the years).

2) Then there was our old friend Bobby Coma's mom, Betty Ellis, who was with us from the very start.

3) And we should also mention fellow hot dog lover Ken Erdman, Founder of The Business Card Museum.

4) Columnist Herb Caen of The San Francisco Chronicle went to the great newsroom in the sky several years ago.

5) Then there's an old hell raiser buddy from Uncle Frank's biker days: Turtle Tucker.

6) A few of you may remember Wild Bill McGinley from right here in El Cajon, who made a rather untimely exit on Thanksgiving Day, 2006.

7) And there was Russell Harvey, Founder of the Nations burger chain in the Bay Area who started out running a drive-in right next to Armijo High School in Fairfield.

"Happy Days" star Pat Morita (he played Arnold and was also Mr. Miyagi in the "The Karate Kid" movies) and Uncle Frank both went to good old Armijo HS.

And we tried to take over the drive-in when the owner defaulted to the IRS but...

8, 9) Finally, The Crawford Brothers, John and Mitchell are both gone (we got into the weenie trade after John's vegetarian hot dog cookout on the 4th of July 1976).

John passed away quietly one spring afternoon, sitting on his couch after work, of a heart attack at age 47...

Mitchell was robbed and murdered in Palo Alto (he was barely into his twenties and the case was never solved).

We deeply miss all of you...

5) Thanks to Alan Pasetsky, George Motz, Joel Gertz, Hamburger Harry, my brother Jim (J Wellington Webster?) & Anthony Spadaro...

With Relish,

Uncle Frank



WWW.HUMONGOUSHOTDOGS.COM

DEFT 000043

**From:** "Uncle Frank" <hotdog@abac.com>
**Date:** 11/22/2003 7:42 PM
**Subject:** The Frankfurter Chronicles - The Newsletter with Relish - Volume II, Issue I

We're baaaaack...

We've decided to bring back **The Frankfurter Chronicles** as my writing about hot dogs and food matters in general was spilling over into the **IMD Updates** (my automotive writings).

We will continue with **WeenieGrams** as well (for short messages that are time sensitive by their nature).

And we'll dig out the old logos for **The Frankfurter Chronicles** (if I can find them) and either rework them or come up with something new...



**Our culinary adventures in San Diego (so far):**

**WEENIE TIME:**

We've tasted the SoCal weenies; **Hoffy's** and **Dodger Dogs** (never order a hot dog at a casino)...

And on previous trips down here, we stopped at **Pink's** in LA and sampled a wide variety of their menu

On our first trip to Tecate recently, we came back the long way and had lunch at **The Ice Cream Place** in Cameron Corners.

It's in the middle of nowhere (Campo Road) and it's an eight sided little building painted in two tones of hot pink in a dirt lot beside the road.

We had their grilled **Hebrew National** dog with chili, cheese, chopped onions, fries and a soda (**$15** plus change for the 3 of us).

We've also tried out a few other local wieneries (all of them are technically in San Diego but it's **40 miles** across in some places):

**Woodies Chili Dogs:** Not bad, fairly priced, clean and personable staff, we'll be back...

**Surf Dogs:** Excellent design, friendly owners, will make another trip there soon

**Chicago On A Bun:** Great funky Chicago theme decor, food was prepared well

Uncle Frank did his duty and ate at **Wienerschnitzel** (once) and had the chili cheese dog, all beef dog (mustard & a little kraut), fries & soda...

And we aren't sure if these places are still in business but we plan on checking them out if they are (I see **Captain Franks** is gone): **Nathan's Famous, The New York Hot Dog,** the **Sabrett** truck at the corner of Balboa and Mercury in Kearny Mesa (all are also in San Diego) and the **Sabrett** cart on Garnet Ave. (in Pacific Beach).

And there are several local sausage purveyors on our list for the near future as well (also all in San Diego): **Caravan Market, Old Sausage Maker, Sausage King, Tarantino Meat Company & Tioli's.**

Finally, we've done a survey of what's available in the local supermarkets:

**Henry's: Sabretts** (skinless), Usinger's Bratwurst, **Old Wisconsin** Polishes, Brats and Cheddar Brats, **Gerhard's** Andouille, Smoked Chicken & Apple, Chicken with Basil & Pine Nuts, Chicken, Mushroom & Sun Dried Tomato, Chicken Provencal with Leeks. Henry's also carries several tofu or vegetarian dogs but who cares...

DEFT 000044

**189**

Ralph's: Nathan's, Hoffy's, Usinger Veal Brats, Hebrew National

Albertson's: Dodger Dogs

And like we pointed out recently, there are numerous bun options here, close to a dozen; most are generic, a couple are pretty good and of course we will miss certain Northern California selections in our new home...

14 September: We test drove the Old Wisconsin Polishes for lunch today (eh)...


## HAMBURGERS:

Since we moved here; we've had our first Rally's burger (several times, in fact, ask for Big Buford) and went to our first Fuddruckers in the Grossmont Center. We also stopped by Hamburger Hamlet (very upscale and pretty good), Tommy's (looked good but it was closed) and a place that looked great but was actually absolutely horrible: Hamburger Habit, all in the greater LA area, on several of our trips moving here.


### The Titan of Taste?

And I just had to try that disgusting new one-third pound Mc Donald's burger (it's the first time I've been to a Mc Donald's since we moved).

At the moment, I can't remember what it's called (The Mighty Maximus or something like that) but the "toasted European style Chabatta roll" (isn't that a "Star Wars" character?) is way too large, it was not toasted as advertised and it was coated in a lot of flour (what's with that?), the meat patty's texture, spicing and flavor wasn't anything to brag about (dogs may like it as it reminded me of a slab of cheap dog food or their Mc DLT's meat, another of their failures), there was only 1 slice of American cheese instead of a slice of Swiss and 2 slices of Cheddar as advertised, the tomato had not been properly manicured and was inedible, the lettuce quality was absurd and at $6.02 including fries & drink, I won't be back...

The slogan for this one is "Conquer your hunger" but what really happened is my appetite ran away yelping and howling and is now cowering over in the corner, whimpering and shivering.


## PHILADELPHIA CHEESE STEAK SANDWICHES:

First, we checked out that cheese steak place in the mall in EC (The Great Steak & Potato something), we recently had a cheese steak at a hole in the wall near El Cajon's new Civic Center called the Philly Steak Subs (it was only mediocre at best), and we couldn't get past the dirt at Balboa Cheese Steaks on College at University (we didn't eat there) and found a fair rendition (huge portions but...) at Drack's Philly Shack in Winter Garden or Lakeside (not sure exactly which one as they all run together at the edges around here) and we checked out another cheese steak place a block from the ocean in Mission Beach (it's definitely not THE ONE either)...

We discovered The Philadelphia Sandwich Company while we were driving around looking for the Workmen's Comp Clinic to have the Boy's hand examined (he got stung by a bee at work and his right hand got infected). This is the best we've had here so far. The place is clean, the service was good and the prices weren't too out of line ($16.50 for a large and small mushroom cheese steak with White American cheese, a basket of hot french fries and 2 medium fountain drinks and refills).

And we also cruised Garnet Avenue in Pacific Beach and discovered that that place we had tried to talk the guy into letting us take over (no cash down) had went belly up. It was also a cheese steak place when he listed it last year but then he went Mexican for a while.

We mean to make it up to Philly Frank's soon (in North County) and there's one other place in downtown SD on the list as well....


## MEXICAN:

So far we've eaten some fair to excellent Mexican food at: El Barrilito on E. Main, El Compadres at 2nd and I-8 (twice), The Tamale Factory next to the powder coaters on Greenfield (twice), at least 5 times at Por Favor all here in El Cajon (sadly, the quality fluctuates wildly), half a dozen times at Casa De Bandini in Old Town (always great), one of the Marieta's (the one on El Cajon Blvd), Rubio's Baja Grill several times (their specialty is the fish taco and the wife actually spent a few hours working there recently).

And we had wanted to eat Mexican food in Tecate but the only place that looked appealing to us had no open tables and we finally gave up.

And the Boy has checked out On The Border (a Chevy's clone and as he worked at Chevy's for 8 years as he paid his way through college...).

We all love good Mexican cooking and had to learn to fend for ourselves during our time in Squarefield and have been craving it for it here (in fact the Boy had Mexican 5 times in 1 week shortly after we got here).

We've also added a few new tricks to our bag since we got here such as a pretty mean green tomatillo salsa for our tamales.

## ITALIAN:

You may remember the recipe for Italian Sausage Sandwiches we sent last year (it's on the web site). Before we started working on it, I was not a fan of Italian sausage but this has changed all of that and we have it at least once a month now. We have also been working on a number of Italian recipes at home the last few years (we already do a serious, serious pizza and have been playing with the Calzone recipes lately) as well as the stuff we see on TV, mainly pasta dishes. I mention all of this as the wife got hired at a local Italian eatery yesterday and some of the stuff there looks absolutely wonderful. We will do our best to eat our way through the menu and talk the cooks out of their best recipes soon.

**Update:** The wife only worked there for 2 four hour shifts, where she made absolutely no money...

## GENERAL:

We've also checked out **DZ Akins Deli** (several times), **The Tin Fish** at the end of the Imperial Beach pier (the most southwest point in the continental United States), visited **The Valley House** in nearby Santee (Home of The Porker, an excellent pork tenderloin sandwich), had a pretty fair lunch at **Souplantation** and visited our local Chinese place called the **China Panda** or something like that (it's like a law that all of the local Chinese places have the word "Panda" in their names and also that all of the El Cajon residents, especially the women, have tattoos)...

The Boy also made it a point to check out the local **Hooter's** for us (he's been there often enough now that the girls should know him by name and he should have his own table) and **Dave & Busters** (it's a huge arcade/restaurant)...

And we recently drove by **The Studio Diner** to check it out (it's a very nice art deco stainless steel movie themed diner building), and we'll drop by for dinner soon and let you know how that went (they are in the process of building their web site or we'd send you there to check it out.

Our local Albertson's also has some excellent poppy and sesame seed rolls from their in-house bakery and we've become quite fond of them.

## SAM THE COOKING GUY:

San Diego is also fortunate to have an up and coming cooking show, one that appeals to guys who probably can't cook but are tired of the drive thru and are looking for a better way of doing things. It's hosted by Sam Zien and Sam has a pretty fair sense of humor (for one thing, he puts up with us). The show is full of visual sight gags as he toys with the camera and regularly pokes holes through "the fifth wall" as they say in TV lingo. Personally, we'd like to see the show get syndicated so you can see it on your local cable or satellite system but for now, all we can do is point you at his web site: www.thecookingguy.com

If you visit Sam's site, tell him Uncle Frank sent you...



**Mexican Beer & Appetizer Day** (Saturday, September the 13th - 6:00 PM @ La Casa Weenie)

**Our beer list (so far):**

Bohemia
Cerveza Caguama
Corona Extra
Dos Equis Amber
Dos Equis Special Lager
Negra Modelo
Pacifico Clara
San Lucas Special Lager
Tecate

**The menu:**

DEFT 000046

**191**

Darla's salsa fresca
Darla's home made guacamole
Fresh Chips (we make them ourselves, both corn and flour based)
Quesadillas (a thin layer of refried beans, topped with shredded Monterey Jack cheese and chopped green onions in grilled flour tortillas)
Nachos (home made chips each topped with refried beans, shredded Monterey Jack cheese, a small scoop of guacamole & sour cream)
Tamales (beef & pork with our own green tomatillo sauce)
Tortilla soup (even the Mexican chef at the country club likes Darla's version)

The purpose is to taste Mexican beers for the next time we go down into Mexico and to introduce our only friends here (both are from our days in Northern California) to each other, Lee (who lived down the street from us in Squarefield) and **Wild Bill** (who's actually a local, from right here in El Cajon but we met in Silicon Valley in the early 80's).

**Epilogue:** We tasted a total of **11** different beers (or slightly over 3 per person total) and I have to admit that the art of brewing Mexican beer has made great strides in the last 30 years or so and I enjoyed all of them.

Lee also brought over some **Sol** and **Modelo Special** (in the can).

Actually he brought a 12 pack of each but as we were tasting, he kept the other **11** of each in his car.

We tasted them in apparent random order (we would take turns choosing what we wanted to taste next).

We started out with the **Caguama**, which had the bouquet of a skunk, like Heineken and several other strong German beers.

Neither Wild Bill or Lee had had the **San Lucas** before.

And Darla pointed out that we didn't have a **Carta Blanca** (only because we didn't see it at the store).

Boy isn't a beer kind of guy and Darla doesn't like it at all so there were only the 4 of us doing the tasting: me, Wild Bill, Lee & his wife Melissa.

We interspersed each tasting with a little food to clean the palate and to keep us from getting drunk too quickly, at least to start with, but later on, it all seemed to blur together and the only thing we know for sure is the order we tasted the beer as the Boy lined the empty bottles (and 1 can) up in order on the back table and we know what order the food came in as the wife wasn't drinking either (someone had to be the adult).

We polished off a large batch of chips and Darla's salsa fresca, close to half a dozen large quesadillas, a couple of large plates of nachos and a steamed tamale each with Darla's excellent green tomatillo salsa.

Since Darla can't have the beans or cheese, she also served up small bowls of her wonderful tortilla soup to most everyone else (I was too full).

By the time we'd tasted **6 or 7** different beers (feeling no pain), Lee's 3 year old daughter was starting to get restless and her mom took her out in the back yard to run around a bit. We had mentioned all of the lizards sunning themselves on the 2 foot tall retaining wall and she climbed up there to check it out. Just about that time, the automatic sprinkler system kicked in, soaking her a bit, she freaked out, jumped down onto the back lawn, screaming bloody murder and running to mom for a little sympathy. Of course, the minute we all figured out what was going on, we all broke out laughing, making her mad at us as well (and I'd completely forgotten all about the sprinkler system and the automatic timer)...

A good time was had by (most) all...

**My own personal observations:**

Tecate, Modelo Special, Bohemia and San Lucas were bottom line acceptable (I'd drink them but they wouldn't be my first choice).

Caguama has the skunk like odor of Heineken but was an otherwise medium grade beer.

Negra Modelo, Corona, Sol, Pacifico and Dos Equis (both) were surprisingly good and will be my first choices. BEST 000047

**192**

None are classic German style; all are lighter but still as good as anything else I've ever had, a remarkable improvement over what I remember from almost 30 years ago, when they all made Pabst seem like a quality brew...

And we're having Wild Bill over again later this week (he's recuperating from dropping his ex-wife's car on his arm) and as there doesn't seem to
be a lot of good Chinese or Japanese food around here (there's a lot of it but it's all cheap, Americanized stuff from what we've seen and heard), we're having Darla's Cashew Chicken, Egg Flower Soup, Green Onion Pancakes with several dipping sauces and a nice tea of some sort.

We're also going to have a couple of different Chinese beers to go with it.

I already know them (Chinese beers) fairly well so it's only a tasting as far as Wild Bill is concerned...

**20 September:** I tracked down a quart bottle of **Carta Blanca** and after letting it sit in the refrigerator a couple of days to get down to exactly the right temperature, I gave it a try: not bad either.

Since the tasting and the Carta Blanca, I've looked around in the stores and haven't found another brand, bringing the total to **12** tasted.



**But wait, there's more...**

We've also done extensive beer tasting since we got here and almost all of the microbrews (except Sudwerks from Davis & Sacramento) that we grew to love in Northern California are also available here (**Gordon Biersch's Marzen** immediately comes to mind).

There are local beers we are in the process of tasting as well (and several microbrew festivals coming up in the very near future).

The **Karl Strauss** line seems especially promising and there are several other local area microbreweries we hope to visit soon.

I've tasted 3 of the semi-local micro-brewery's products, Karl Strauss' Summer something or other, a lager and a dark beer.

One thing we didn't care for was **Arrogant Bastard Ale** (great name but it was stale and also tasted like someone had put a cigarette out in it).



**Pink's: The sitcom?**

Last month, we were contacted by **Vera Babb** of the **Pink's** organization (**Pink's Famous Chili Dogs**) in Los Angeles.

Pink's had submitted an entry to a contest which would ultimately produce a "pilot" show in several categories (sitcoms, documentaries, etc) and would we be kind enough to point our correspondents (all of you) at the web site so you could cast your vote for Pink's (and 2 others).

We passed the message along and at least a few of you voted (and told us about it) and Pink's made it to the final round of **150** proposals.

A second round of voting ensued (and we passed the message along to you again) and Pink's placed in the **Top 5** finalists.

That's the good news but **Richard Pink** emailed to say that they had withdrawn from the contest to preserve their rights to the name (we know all about having to fight to protect a business name we've used for years, don't ask, you don't want to get me started about that), but that there might be another project in the future. Mr. Pink also says that the contest was great fun and that the promoters were very professional......



**It's the real thing!**

After 15 years of living in a place less than 20 miles from the Coca Cola factory but where the only Coke in glass bottles was the once a year Hot August Nights thing that the local supermarket chain did every summer ($3.50 for a 6 pack of the 7 ounce bottles), we are now at a place where we can get the complete **Crush** line (strawberry, orange and grape) in glass bottles at a fair price and we discovered that the local Sam's Club has Coke by the case (24) for $9.97(we can live with that)...

**193**

Boy recently bought some of the Henry Weinhard's excellent **Orange Cream Soda** home in the glass bottles and it tastes just like a favorite of mine since I was a kid: the Creamsicle. It's expensive but well worth doing, at least once every summer.

He also bought a 6 pack of **IBC's Tangerine Cream Soda** which is also quite good (and expensive) but the nod goes to the Weinhards as the definitely superior product.

And we've seen **Vernors** in the glass bottles here as well.

Additionally, **The Tamale Factory** (right down the street from here) also has the 16 ounce (Mexican) **Pepsi** in glass bottles.

Finally, being right across the border, we would expect to see a lot of Mexican sodas available here but so far we've only seen approximately half a dozen different ones (which we tried). Some were great (most of the **Penefiel** line) and some weren't very good at all (weird fruit flavors).

We've only been to a couple of Mexican markets so far and I suspect we will discover the motherlode of them in one of them soon.



**The never-ending saga of Rotisserie Hell:**

Three summers ago now, we bought Sears' top of the line 7 burner Kenmore gas grill, our first ever and for the most part, it's close to being the best investment we ever made. It does a wonderful job and we're eating a lot healthier because of it (I've discovered that certain vegetables are absolutely wonderful when they are grilled and eat a lot more of them now).

However, there is a major design flaw, one that the company simply doesn't see or chooses to ignore, rather than admit liability perhaps: the rotisserie motor units last us an average of approximately 7/8th's of a chicken and then burn out.

I could see that the mounting bracket was designed to hold the motor at an incorrect angle (causing it to bind up and making it very hard to turn) and reported that to the company the very first time we used it. We got halfway into our second chicken on that one before the rotisserie motor smoked itself. And I could feel the heat from the grill where the motor was located so that had to be a contributing factor (it held it too close to the body and should be moved outward, away from it at least an inch or two more).

After they replaced the motor and I had went all the way up the chain of command at Sears to tell them about the problem and that the bracket was designed poorly, the second motor went and we didn't even finish the chicken that time.

Again, I called, wrote, emailed and faxed Sears to no avail.

Sears at the local level pointed me at the headquarters who, being office types, told me to take the motor back to the local Sears and they'd replace it, choosing to be oblivious to the design flaw (who are they going to believe, some nut case in California or their own people?).

I even tried to go through Kenmore who told me that the rotisserie unit was subcontracted out to a company in Texas, Grand Hall.

By now, a year had went by and we'd had a total of 2 rotisserie chickens and I'd been through Sears several times and Kenmore once and had a dead rotisserie motor so I took it back again and got it replaced, explaining the situation to the people in the local Sears and no, it's not your fault and yes, I've been all the way to the top of the company several times, perhaps you can make them understand it.

I got a call from Chicago (their headquarters) from a nice PR type urging me to take it back. When I once again attempt to explain that it's a design problem, she told me to contact the local Sears and quickly got off of the phone...

And by this time, I had begun documenting it all with copies of everything including my phone records.

We went to Sears again to get another rotisserie motor, this time with the wife along as my witness. By then, they recognized me and gave me another motor, no problemo but the smarter ones saw me coming and left it to the low guy on the totem pole to deal with the big, mad guy.

Again, the motor smoked itself not even half way through the chicken and I was so mad that I couldn't see straight (don't even dare say "rotisserie chicken" to me).

DEFT 000049

**194**

After a fairly large number of phone calls to Sears and Kenmore, they put me in touch with the manufacturer (Grand Hall).

They lied to me and tried to say that they had nothing to do with the unit.

Then they told me that they didn't make it (what they didn't say was that they did, indeed, sell it).

After forcing them to admit that it did come through them (by now the guys at Kenmore were getting complaints and one of them was telling me how to deal with them), they admitted that it was their product line but they didn't have to deal with me and besides, they sub-contracted it out to a company in Taiwan.

I then asked them to put me in touch with that company so I could explain the problem and that's when all communications with them ceased.

As a final shot, I emailed them back to tell them that we were going to call in the local TV crew to show what happens when you cook a chicken on their rotisserie (it's not only a waste of our $69.95 but a fire and electrical shock hazard to boot)...

Months went by and it was rotisserie chicken weather again so I took the burned out motor back to Sears and discovered that they had actually redesigned the bracket (finally, after only 2 years!), got a new motor and bracket and took it home to have rotisserie chicken the next day.

Surprise, surprise, surprise!

It smoked itself halfway through again, it was still too close to the heat (even though they did move it out an inch and it's now at the correct angle) but it could also be that the motors weren't properly designed as well.

I again took the motor back to Sears and as it had been going on for quite some time, a manager they called in refused to deal with me until I got loud enough that everyone in the store stood frozen in their tracks, like a deer caught in a headlight.

Initially, he suggested that I take my business elsewhere but when I pointed out that the unit was designed specifically for this grill and that nothing anywhere else would fit, he agreed to refund the money and then I bought another one on the spot and took it home.

A week later, I was back with another burned out motor, which they again replaced. I also went to the highest manager there (that they would let me speak to) and she said she would talk to the company about the problem.

During the next 2 months, we moved here (El Cajon)and had no time for rotisserie chicken, then, in August, we decided to have rotisserie Cornish game hens and less than halfway through it (you can guess this by now, I'm sure)...

Again, we went back to Sears and allegedly, they are in contact with headquarters and no, they don't have any in stock.

This has been going on for over a month now

Soon, we're going to visit another Sears, exchange the motor (our receipt is dated May of this year and as there's a one year warranty, they have no choice but to honor it and give us another motor), and this time, we're going to carry through with our threat to bring the TV crew over for a little rotisserie chicken and see if that finally gets their attention.

As it stands now, we've been through 5 or 6 motors (I've lost count), a redesigned bracket (finally, after 2 years of talking until I was blue in the face), 4 chickens, 3 Cornish game hens, at least a dozen trips to Sears and easily a dozen letters, emails & phone calls. One of the guys who is very familiar with our problem at the store in Fairfield also tells us that there's a redesigned motor on the way but we haven't seen one yet.

For the most part, the local guys (except the ones here) have done the right thing and we recognize that it's not their fault but it is their (Sear's) problem and since no one seems to be dealing with it at the proper level - with the manufacturer(s), we're going to give them this one last chance before we "go medieval on their buttocks" (take it to a consumers group)...

They dealt with me squarely at first but like most major corporations, they're also very adept at passing the buck, credible deniability (a phrase and concept pioneered by Richard Nixon during the Watergate days and adopted by almost every company nowadays), effectively letting us "do the dangle" (leave us hanging) and nothing gets done and the problem is apparently never solved, it's just business as usual...

DEFT 000050

Location, location, location:

We've looked at 5 properties and possible restaurant deals here so far.

One was recently bought by new owners (that cute little barrel shaped drive-through in El Cajon), another possible multiple unit deal is no longer on the table (they are impossible to deal with and don't really know what they are doing and have no business being in the food racket), one is supposedly in the process of closing but we're not sure if that's true (an excellent, large location right on the ocean), another is still on the "possible" burner (a smaller place, also on the ocean) and the fifth is Plan B (a back up plan, in downtown El Cajon).

This is a big town so there'll be many more possibles as time goes by as we're here for good and in no hurry...



**It's Official!**

And we're now licensed San Diego County Food Handlers (#20717 & 20718) as the wife and I both took the mandatory 3 hour class at the Adult Education Center here in El Cajon the other night...

And we'll also soon become licensed Food Handling Managers (we'll be taking the online course at home in the very near future).



**The Credit Department:**

And we've added 5 hot dog songs (and 1 hamburger ditty) in **MP3** format to the collection, all courtesy of Alan Pesetsky of New York City: "Tar Paper Stomp" by Barbecue Joe & His Hotdogs, Buck Owen's **"Hot Dog"**, **"Too old to cut the mustard (anymore)"** by Rosemary Clooney and Marlene Dietrich, **"Frankfurter Sandwiches"** by Joanne & The Streamliners, **"Heart Dog Heart"** by Jim Nabors (yes, THAT Jim Nabors), and another called **"Weenie Roast"** but we're not sure who performed it.

And he sent us **"Hamburger Hop"** by Johnny Hicks & His Troubadours.

If you'd like any of these, we'll be glad to send them to you but should warn you that they take significant time to download.

And we have Uncle Frank's old college buddy **John Horsley** to thank for the pictures of Mel's Weenie Wagon and the menu scans.

John is also responsible for our VW addiction as he was the first guy we knew that was into the VW Bugs and we had a few good times in his while we were students at good old Southern Illinois University (1967-1969)...



**That's my story and I'm sticking to it...**

Lately, there's been a vicious rumor floating around that I've lost a lot of weight, maybe even 50 pounds and I want to clear the record right here and now: we don't have a scale so there's no way of knowing if I've lost any weight at all but I did have to punch 2 extra holes in my belt, a total of 6 notches less than before and also cut off about 6 inches from the end of it. I just don't understand how these things get started...



**Finally:**

We plan on constantly updating the new web site as well so please take a look every once in a while @ www.thehotdoghalloffame.com

We're working on a fun new section at the moment and hope to add it to the site in the next few weeks.

And we promise a lot of photos next issue (we're finally going to buy another digital camera).

We've missed several dozen possibly great shots recently and enough is enough.

And since this is email format, we promise to provide some great (but quick loading) small computer graphics (grayscale clip art) as well.

DEFT 000051

**196**

Finally, we haven't really settled on whether we'll be doing this on a monthly, bi-monthly or perhaps even quarterly basis yet but we should point out that the bulk of hot dog happenings is always in the summer and that it's fairly slim pickings the rest of the year so our best guess is that we'll do it on a quarterly basis.

Like Dan Hedeya's quirky, off beat, mobbed up and slightly menacing character on the excellent (but recently cancelled) series "Lucky" would say "If you need me, I will find you..."

And there will most likely be a monthly WeenieGram (or two); see you next time...

With Relish,

Uncle Frank

DEFT 000052

**197**

**From:**        "Mr.HotDog" <Mr.HotDog@Cox.Net>
**To:**          "David Schultz" <David.Schultz@maslon.com>, <jpc@cotkincollins.com>
**Date:**        2/18/2008 2:45 PM
**Subject:**     REQUEST NO. 1 - WeenieGrams (14 out of approximately 187)
**Attachments:** WeenieGram: Adios, National Hot Dog Month 2001; WeenieGram: Goodbye National Hot
                 Dog Month 2002; WeenieGram: Happy National Hot Dog Month 2005; WeenieGram: Happy
                 National Hot Dog Month 2005 - II; WeenieGram: Hello National Hot Dog Month!;
                 WeenieGram: Mr. Potato Head's debut on TV Food Network's "Couch Potato Weekend";
                 WeenieGram: National Hot Dog Month notes; WeenieGram: The "Frankie" Awards for Hot
                 Dog Excellence 2007; WeenieGram: The 1st Annual National Hot Dog Month Online
                 Spectacular; WeenieGram: The 2005 Frankie Awards for Hot Dog Excellence; WeenieGram:
                 The 21st Annual Frankie Awards for Hot Dog Excellence / Happy National Hot Dog Month;
                 WeenieGram: The 23rd Annual Frankie Awards for Hot Dog Excellence I; WeenieGram: The
                 23rd Annual Frankie Awards for Hot Dog Excellence II; WeenieGram: The 25th Annual
                 "Frankie" Awards for Hot Dog Excellence - The envelope please...

DEFT 000053

**198**

**From:** "Uncle Frank" <hotdog@abac.com>
**To:** <peter.rowe@uniontrib.com>
**Date:** 12/14/2003 9:48 PM
**Subject:** WeenieGram: Adios, National Hot Dog Month 2001



From the Ely (Nevada) News, courtesy of Chris Masterson

Or, how we spent National Hot Dog Month 2001:

**July 1st:**

**WeenieGram:** Our yearly National Hot Dog Month Address (some of you received this a day earlier)

**WeenieGram:** The 20th Annual Frankie Awards for Hot Dog Excellence.

**July 3rd:**

**WeenieGram:** The Today Show's hot dog eating contest the day before the Nathan's Coney Island event.

**July 4th:**

**WeenieGram:** Nathan's annual Coney Island Hot Dog Eating Contest (awesome!).

**WeenieGram:** Mustard (recipes, history, etc from The San Diego Union Tribune).

We also had kielbasa for lunch.

**July 6th:**

Hot dogs for lunch

**July 7th:**

Chili Cheese Dogs for dinner

**July 8th:**

DEFT 000054

Three Weenie Salad, Potato Salad, Deviled Eggs, Baked Beans and Corn on the Cob for dinner

**July 11th:**

Left over Kielbasa for lunch.

**July 19th:**

WeenieGram: Sausages, Sausages, Sausages (recipes, etc also from The San Diego Union Tribune).

**July 22nd:**

Rebroadcast of Pink's Famous Chili Dogs on "Extreme Cuisine" on the TV Food Network.

Jimmy Kimmel and Adam Corolla take over a push cart and offer such unique hot dog toppings as whipped cream and Captain Crunch cereal on "The Man Show". They also had a few other cute tricks up their sleeves, such as sneezing and coughing on a customer's hot dog and licking the utensils after using them...

**July 23rd:**

Family movie night: As it is now permanently Moon's choice because he's seen virtually every movie ever made now (we exaggerate, slightly), he chose "Saving Silverman" which has a rather painful hot dog cooking scene (see it for yourself, we're still too "shocked" to talk about it)...

And when we were grocery shopping today (they were out of that new Kielbasa we tried last week), we picked up a 5 pack of "Top Dogs" by Victor. These are skinless and I probably won't do more than try one but Moon likes this type of dog (large and skinless) so he can finish them off. I put them in the freezer as he is only off on Mondays and Thursdays so it may be next week sometime until we get around to trying them.

**July 24th:**

Hot Dog! Casper's for lunch today (grilled buns, chopped purple onions, mustard and catsup).

**July 28th:**

Hamburger Harry reminds us that today is National Hamburger Day and suggests everyone go out for a burger today (we did). As we are approaching geezerhood, we ordered the $1.99 Manager's Special at the local Mc D's (Double Cheeseburger, Small Fries - no salt - and a Small Soda), lunch for $2.13, tax included...

July is also National Ice Cream Month and this is also Frankfort Indiana Hot Dog Festival time, according to their slogan: "Always the last weekend in July".

**July 29th:**

I had a couple of (frozen) left-over Casper's hot dogs on the gas grill in a left-over hamburger bun for lunch today (with the usual, mustard, catsup and chopped onions), yet another variation on the old hamdogger...

**July 30th:**

According to publicist Vera Babb, Pink's Famous Chili Dogs in LA held their Chili Dogs for Charity event last week to celebrate their 62 years in the hot dog business and to commemorate National Hot Dog Month.

Pink's sold their Famous Hot Dogs for 62 cents for 62 minutes for 6 days at 6 p.m. between July 23 and 28.

Mayor James Hahn, Henry Winkler (The Fonz on "Happy Days") and Honorary Hollywood Mayor Johnny Grant kicked off the first day of the celebration by serving hot dogs from behind the counter at 6:00 p.m. on July 23. Other celebrities000055 included Chick Hearn, Laker Basketball announcer, John Spencer ("The West Wing"), and George Pennochio, entertainment reporter. One hundred percent of the proceeds were donated to a different charity each day.

**July 31st:**

**WeenieGram:** "Adios National Hot Dog Month"

During National Hot Dog Month this year, we've presented The Frankie Awards, sent half a dozen WeenieGrams, including our National Hot Dog Month Address, one about Nathan's Hot Dog Eating Contest at Coney Island, a great article about mustard, another about sausages, told you about several TV and movie sightings, had hot dogs or sausages a total of seven times and worked on Lamborweenie throughout most of the month (update soon).

For a change, we didn't do any radio, TV or newspaper things (the first time in years), I'm sure there are other things I am forgetting to mention (I remembered something earlier, but). We're taking the rest of the month off...

**With Relish,**

**Uncle Frank**



DEFT 000056

**201**

From:    "Uncle Frank" <hotdog@abac.com>
To:      <peter.rowe@uniontrib.com>
Date:    1/7/2004 8:34 AM
Subject: WeenieGram: Goodbye National Hot Dog Month 2002

OUR NATIONAL HOT DOG MONTH ACTIVITIES:

WeenieGrams:

1) The Frankie Awards for Hot Dog Excellence

2) Nathan's 4th of July Hot Dog Eating Contest at Coney Island

3) "Baseball, Hot Dogs & Apple Pie"

4) Introducing The Wienerman

5) The Condiment Packet Museum

6) "GUTBUSTERS"

7) Everyone, Kid Cary; Kid Cary, Everyone...

8) PETA protests The National Hot Dog & Sausage Council's Annual Hot Dog Feed at Congress

9) Hot Dog Cook Out results in huge forest fire, arrest

10) Hot Dog Vendor's Turf War at BART Stations

11) Doogie's - Where only the food is taken seriously

12) Goodbye National Hot Dog Month 2002


Hot Dog!

We also made it a point to honor **The Great American Hot Dog** by eating as many of them as we could possibly justify this month, 17 in my case, a few less for everyone else as I make my own lunch when they are at the club most of the week.

The List:

1) New Johnsonville Stadium Style Brats (twice)
2) Three Weenie Salad (we shared it with Thor, our neighbor across the street)
3) Italian Sausage Sandwiches
4) Chili Dogs (earlier in the month and again on the 18th)
5) Polish Sausage Sandwiches (on the 21st)
6) Hot dogs & Bratwursts (leftovers from the Three Weenie Salad on the 22nd)
7) Curbside Dogs: Go out for a weenie at a local stand and tip the vendor very, very well (in front of **Home Depot** on the 29th)
8) Home Made Corn Dogs on the 30th (we used Bar S Jumbo Beef Franks this time)


Plus:

There were several generous donations to the collection this year (thanks, **Pat & Kellye**)

And we showed you **John Master's** beautiful **1902 Curved Dash Olds** sitting next to the Oscar Mayer Wienermobile.


Anne Moore!

DEFT 000057

We also made several new friends, sent several other **WeenieGrams**, forwarded a few of our Hot Links, made several new

additions to Tubesteak TV, forwarded several hot dog related articles ("High Spots in a Nation of Hot-Dog Heavens", "A Tale of Two (foot) Hot Dogs", "Stuffing your self-esteem", "Gluttony's gladiators", "Grilling Great Hamburgers" and "The global burger"), and I'm sure there were a few various other messages, etc we've all mercifully forgotten by now.

That's it for me, I'm taking the rest of the month off...

---

With Relish,

Uncle Frank



DEFT 000058

203

From:    "Uncle Frank" <hotdog@abac.com>
Date:    9/19/2005 1:55 PM
Subject: WeenieGram: Happy National Hot Dog Month 2005

# WeenieGram
## The Frankfurter Chronicle Online

**It's Weenie Time!**

Just a brief reminder to set up your VCR's and DVR's for **Nathan's 89th Annual Hot Dog Eating Contest at Coney Island** on the **4th of July.**

**ESPN** will be broadcasting it live at **Noon EST** (your times will vary to as early as **9:00 AM** out here on the Left Coast).

We imagine that they'll also put together another **1** hour program about the contest like they did last year.

We watched it for our **4th** time a couple of days ago...

Later in the month, we'll present **The 23rd** or **24th Annual** (we lost track) **Frankie Awards for Hot Dog Excellence (Weenie Gram** to follow) and then there's the dozen other activities we'll be engaged in in the course of our duties this month...

And (always on the last weekend of the month) there's **The Frankfort Indiana Hot Dog Festival.**

Have a great **National Hot Dog Month,** drop us a line and let us know what you did to celebrate it...

**With Relish,**

**Uncle Frank**

DEFT 000059

From:     "Uncle Frank" <hotdog@abac.com>
Date:     9/16/2005 5:57 PM
Subject:  WeenieGram: Happy National Hot Dog Month 2005 - II

# WeenieGram
## The Frankfurter Chronicle Online

Shortly after we pressed the Send button for the previous **WeenieGram**, we got a message from **Richard Pink of Pink's Famous Chili Dogs.**

Mr. Pink emails to say that Pink's will be featured on **"Good Morning America"** with **Charles Osgood** an **CBS** this Sunday morning.

Mr. Pink also tells us that **Bobby Flay (TV Food Network)** will visit Pink's and speak about **National Hot Dog Month** and the **4 th of July.**

Check your local listings and set up your VCR's and DVR's for this one too.

And we'll be sending out at least a couple more **WeenieGrams** this month to tell you about the **Nathan's 4th of July Hot Dog Eating Contest** and another announcing the recipient of this year's **Frankie Award for Hot Dog Excellence;** stay tuned!

**With Relish,**

**Uncle Frank**

DEFT 000060

**205**

From:   "Uncle Frank" <hotdog@alisp.net>
Date:   7/17/2003 9:15 AM
Subject:  WeenieGram: Hello National Hot Dog Month!

# WeenieGram
## The Frankfurter Chronicle Online

**Happy National Hot Dog Month!**

As usual, we'll be tuning in to the **Nathan's Hot Dog Eating Contest** at Coney Island (Noon Eastern) on the 4th, we'll be trying out a couple of hot dog places here in the San Diego area and we'll wind up with **The Frankie Awards for Hot Dog Excellence** sometime later this month (nothing is certain at the moment), have a few weenies here at home, put out a few **WeenieGrams** and all of our other normal **NHDM** activities

We're still half moved in and scrambling to catch up but by the end of the month, we should be back up to speed.

**With Relish,**

**Uncle Frank**

DEFT 000061

**206**

**From:** "Uncle Frank" <hotdog@jccomp.com>
**Date:** 4/26/2002 5:21 AM
**Subject:** WeenieGram: Mr. Potato Head's debut on TV Food Network's "Couch Potato Weekend"

## WeenieGram
### The Frankfurter Chronicle Online

See our good friend **Mr. Potato Head (Jeff Potocsnak)** on a special 1 hour "Unwrapped" tomorrow evening at **9:00 PM EST (5:00 PM PST)**.

Be sure to check your local listings and set up your VCR.

**Be there or be square...**

We just saw the promo featuring him inviting us into **The Potato Room** (this is gonna be great!).

Jeff is also a previous **"Frankie"** Award winner for his most generous donation of **Frankie Frank, Mr. Potato Head's** mutant wiener relative.

He also kicked in a whole bunch of other goodies including a car, boat trailer & boat, various facial features like mustaches, hats, etc.

Then he donated the rare **1950's** box it came in as well, a most generous contribution.

Message to follow.

**With Relish,**

**Uncle Frank**

DEFT 000062

From:    "Uncle Frank" <hotdog@a1isp.net>
To:      hotdog@a1isp.net
Date:    9/9/2003 10:27 AM
Subject: WeenieGram: National Hot Dog Month notes

## WeenieGram
### The Frankfurter Chronicle Online

**How we spent our National Hot Dog Month:**

1) This morning **(July 1st)**, I counted **8** different types (potato, multi-grain, wheat, etc) and brand names (including Wonder Bread and the house brand) of hot dog buns at the local supermarket. That has to be a serious comment on how affluent we are as a society.

And on another shopping foray, I counted **7** different brands of corn dogs in the frozen food section at the local **Food 4 Less**.

And Ralph's had **14** different brand and types of hot dogs in their meat case.

2) Thanks to **PT** of **Catsup Soup Productions** for providing us a list of San Diego area hot dog stands, which we plan to check out this month.

We will also stop by the local Wienerschnitzel or the cart in front of Home Depot (the only **2** places in town), probably mix up a batch of home made corn dogs, some **3 Weenie Salad** and maybe some chili dogs here at home sometime during the month.

3) And on the **4th**, **The Mustard-Yellow Belt** went to defending hot dog eating champion **Takeru ("The Tsunami") Kobayashi** of Japan, who ate **44** hot dogs and buns in **12** minutes flat to retain his title in **Nathan's Annual Hot Dog Eating Contest** at **Coney Island**.

This was **6** hot dogs short of his astonishing record last year, but still more than adequate to defeat all challengers.

And that was also his third championship in **3** years, also a remarkable feat.

**Richard Dryman** points out that **William "Refrigerator" Perry** was also in this year's contest but dropped out after eating only **4** hot dogs...

4) I should also point out that today, the **5th of July**, marks the **27th** anniversary (1976 - 2003) of our being in the weenie trade.

5) Due to our recent move, we've bumped **The 22nd Annual Frankie Awards for Hot Dog Excellence** back to very late in the month.

We've been extremely busy and haven't been able to devote the proper time and attention to our duties lately...

And we had considered doing a combination **National Hot Dog Month, 22nd Annual Frankie Awards for Hot Dog Excellence Weenie Roast, Yard Sale & Hawaiian Shirt Day** to introduce ourselves to our new neighbors and our new VW buddies in the greater San Diego area...

6) **Jim Wilson** pointed us at the infomercial for **Nathan's** reversible grill and griddle for only **$19.95**.

7) **Hebrew National** has once again resurrected their excellent **Puffy Dogs** ad this season and you just have to like it (the props and humor).

And we also note that **Ball Park Franks** is still using the **Michael Jordan** ads...

8) We had home made corn dogs **(Hoffy's)** for lunch on the **6th**.

DEFT 000063

**208**

9) During National Hot Dog Month, we forwarded several cartoons such as 2 separate ones from Paul Gilligan's "Pooch Cafe"

10) July 13th's "Parade", the magazine insert in Sunday papers all over the country, had an article about competitive eaters ("Hungry to win" by Tom Clavin on page 10), but the web site (www.parade.com) wants to charge to read it so, to lapse into the vernacular, "forget them..."

11) When we were shopping earlier today, we discovered **Dodger Dogs** at the local supermarket. They're long, skinless and dead looking, and wife is refusing to eat one. She also says it'll be impossible to find buns long enough, etc.

12) And we discovered our first addition to the collection since we moved here today, a ceramic plant holder shaped like a hot dog in a bun with mustard and catsup bottles. It had a small Ivy plant in it that needed some care so the wife put it into a larger pot and I may put an artificial plant in it so I don't have to worry about watering it or it dying while the piece is in storage, etc..

13) **The Sausage Smackdown:** All we can say about this is that if any of us hit a woman in a weenie costume with a baseball bat, we'd have been sentenced to 432 years in jail, not a paltry $432 fine...

14) Today (the **12th**), we also picked up our first donation to **The Fabulous Hamburger Harry Collection** since we moved here, a cheeseburger shaped planter to match the hot dog one we found the other day.

Hopefully that'll put us in the running for his annual **Hamburger Helper Awards** again this year (we've gotten one the last 4 years in a row)...

15) Photo Shopping the Hollywood sign (sometimes we do have too much time on our hands...)

16) We also showed you that interesting postcard with the Swiss Wienermobile (Geiser) for sale on Ebay (courtesy of **John Masters**)

17) Our ex-across-the-street-neighbor **Thor** pointed us at **BBQ U** on PBS, where their contribution to **National Hot Dog Month** is their recipe for **Cheese & Jalapeno Stuffed Wieners**.

18) **Dodger Dog Day Afternoon** (we have no shame): Boy liked em, we thought they were grade C at best (made by **Farmer John**)...

19) **Tube Steak TV: Dilbert – Company Picnic**

20) **Let's talk hot dogs:** link courtesy of Alan Pesetsky and the excellent article on **John Fox**

21) We should also mention that we are in the process of making our move for a first location (nothing is concrete yet).

22) John Fox sent us another article (which also mentions him); this time it was "Hot Diggety: In search of the best hot dog".

23) July 24th: Our trip to **Surf Dogs**, plus the WeenieGram we sent with their web site address

24) **July 26th:** We heard back from **Tamara Stephenson**, the owner of **Surf Dogs**, who tells us that she grew up on the beach and that's the reason the place has a surfing decor and that they also plan to open several other outlets elsewhere in the San Diego area.

DEFT 000064

25) July 27th: We had grilled **Nathan's** hot dogs for lunch (on grilled buns) today

**209**

I had 2 kinds of mustard (French's Yellow and Dijon) and chopped purple onions on my first one and mustard, catsup and relish on the second.

Hot Dog!

26) **July 28th: Happy National Drive Thru Day!**

27) Results for the **Hot Dogs in a Cold World** and **Hot Dog Heaven** web searches (the story from **The Daily Nebraskan** and the photo of the wienermobile from **Hot Dog Heaven** in Florida)

28) Link for **Coney Island Hot Dog Sauce** from **The San Diego Union Tribune**

29) **"Frankfurter Sandwiches"**, **"Weenie Roast"** and **"Hot Dog Heart"** three hot dog songs courtesy of **Alan Pesetsky**

I understand that they wouldn't open for many of you (wrong file extension) and **I** corrected it here so I can send them again if you like (plus a really great one sung by Rosemary Clooney and Marlene Dietrich called **"Too old to cut the mustard anymore"**).

You can also fix the problem yourself by "saving as" and adding the **.mpg** extension to them and then your player will recognize their format...

30) We never made it out to have a hot dog at a local stand and tip the guy well (we'll do it twice the next time).

31) And we didn't present **The Frankie Award** this year, the first time ever (let's just say it has been postponed for a while)...

—————————————————————————————————————

**With Relish,**

**Uncle Frank**

DEFT 000065

From:      "Mr.HotDog" <Mr.HotDog@Cox.Net>
Date:      8/6/2007 10:22 PM
Subject:   WeenieGram: The "Frankie" Awards for Hot Dog Excellence 2007

# WeenieGram
## The Frankfurter Chronicle Online

**HAPPY NATIONAL HOT DOG MONTH**

This year, we are pleased to announce that there were a total of **14** nominees (a new record!) and there will be **3** recipients.

The envelope, please:

Our first recipient is **Steve Worth** of the **LA Hot Dog Blog** for his **Outstanding Contribution to Hot Dog History**

He's doing a great job and we urge you to check it out yourself, if you haven't already. ·

See it here: http://www.hotdogspot.com/

Our second recipient is our old friend **Hamburger Harry** of **The International Hamburger Hall Of Fame**.

We've known Harry for approximately **10 years** now and have been happy to contribute to his phenomenal hamburger art collection (and garnered a very impressive **9 Hamburger Helper Awards** for our efforts, thank you very much).

We've also searched for an equivalent award for our own contributors but never came up with one, unfortunately...

Harry has also made numerous and significant contributions to our world class collection of hot dog art, collectibles, cookware, memorabilia, promotionals, toys, etc as well and, what the heck, right back at ya, big guy!

See Harry's web site here: www.burgerweb.com

Our third recipient is **Lucille Miller** (Uncle Frank's mom), who passed away a few months ago.

It's our first posthumous award (and Mom's second **"Frankie"**) and our current project, **The Woodie Weenie Wagon**, would not have been possible without her generous help (see it here: http://lacasaweenie.blogspot.com).

We miss her terribly and always will, but we think about her every day...

**With Relish,**

**Uncle Frank**

**PS:** Six time World Hot Dog Eating Champion **Takeru Kobayashi** was also nominated and voted in, but we have yet to hear back from him...

Finally, another **WeenieGram** to follow shortly after the **Nathan's Hot Dog Eating Contest** at **Coney Island** on the **4th of July**...

DEFT 000066

**211**

**From:**     "Uncle Frank" <hotdog@jccomp.com>
**To:**
**Date:**     10/4/2001 10:39 PM
**Subject:**  WeenieGram: The 1st Annual National Hot Dog Month Online Spectacular
**Attachments:** Start.jpg

The Frankfort Indiana Hot Dog Festival

The Frankfort Indiana Hot Dog Festival will be held over the weekend of
the 29th and 30th of July. Their motto: "Always the last Saturday in July".
As usual, they have a great schedule of events and we urge you to take a
look at their web site (click on the link below).

http://www.accs.net/mainstreet/festival.htm

Our Umpteenth Annual Obligatory National Hot Dog Month Weenie Roast:

By now, most of you have heard about our awesome new gas grill with some
serious accessories. We used it for the first time earlier this afternoon
and you can see some of the new equipment, our menu today (think potato
salad, deviled eggs, etc for the side dishes) in the photo attached.

Needless to say we ate too much (just finished) so it's a good thing I wrote
most of this over the last couple of days. We were going to send a few more
pix but got carried away with how wonderful everything smelled while it was
grilling and soon forgot all about it. Sorry.

We are now researching smokers to go with the new gas grill and will tell
you all about it when we finally make a decision and buy one to replace our
old Weber. So far, we are leaning towards a barrel shaped indirect smoker
from New Braunfels, Texas (home of The New Braunfels Sausage Festival).

We've already told you about National Hot Dog Month, Nathan's 4th of
July Hot Dog Eating Contest at Coney Island (we got a lot of email about
this year's contest), Howard Jonas' great book "On a Roll" (thanks once
again to our friend, Mr. Ken Erdman), the activities over at The National
Hot Dog & Sausage Council, and of course, The 19th Annual Frankie Awards
for Hot Dog Excellence, but we have also celebrated our favorite month in a
number of other ways:

"Whose cuisine reigns supreme?" (from "The Iron Chef" on Food TV)

Every year, we make it a point to go out for a weenie somewhere, wish the
person running the stand "...a Very Happy National Hot Dog Month..." and
leave a fairly big tip, at least $5 or more, depending on the order.

This year we had a weenie at the cart (Curbside Dogs) in front of the local
Home Depot. They serve the quarter pound Miller dog in a sesame seed roll.

We were researching gas grills (and smokers) at the time...

We also visited Dugout Dogs in the mall last week.

DEFT 000067

**212**

And yesterday, we dropped by Jakes Famous Dogs, Squarefield's newest hot dog stand. They use the excellent Casper's Hot Dog and it is our local favorite.

Recently, Mrs. Uncle Frank's cousin, Chris Masterson (AKA Our Correspondent in the Great Northwest) has been urging us to try the McDog at the McDonalds in Wal-Mart. Actually, it was more like he was daring us to try the McDog. Well, we tried to try the McDog today when we were at the local Wal-Mart but this particular one doesn't serve them. Dang...

We also recently told you about sending our friend in the Air Force (and fellow hot rod builder) Sgt. Brian Ennis, on a special mission to Las Vegas, where he taste tested several 14 inch hot dogs for us.

Needless to say, this is also hot rod season and we have been putting in a fair amount of time in the garage as well.

We should also let you know a bit more about our latest small project: The Hot Dog Mail Box with built in neon lights, a speaker and microphone scavenged from an intercom and Its' own alarm system.

It will be bolted (with special anti-theft fasteners) to a steel pole sunk into concrete and constantly under the watchful eye of our 24 hour a day security camera and videotape system  (we call it "Whistler Vision").

I suppose we will have to come up with something snappy to name it, just like we did with The Hot Dog Hot Line back in 1982.

Any ideas out there?

We also observed National Hot Dog Month in a variety of different ways, such as serving Our Not Yet Famous Chili Cheese Dogs, home made corn dogs and of course, 3 Weenie Salad for lunch or dinner during the month.

I realize it isn't like having a hot dog every day of the month (been there, done that), or every day of his life like our friend Charlie Kazan (an amazing feat) or setting some sort of world record but hey, I'm old...

We've made a few small acquisitions for the collection recently (it just keeps coming, thank you very much), met a few new friends, shared a few (sick) hot dog jokes with some of you, passed around a few new hot dog recipes, added a great new hot dog font to the computer and discovered a great "new" old hot dog blues song on the WienerNet.

Nothing to be ashamed of in any month...

We've also gotten a bunch of very nice email feedback from you.

We thought we'd share this one with all of you:

DEFT 000068

**213**

Hey Uncle Frank

I love National Hot Dog month. I've read all your E-mails with relish.

I took the Wiener Bike out for the 4th of July. The Banana Bike Brigade and myself paraded through the streets of Webster.

I should be getting some pictures tonight at the monthly meeting of the BBB.

Several children and young women had their pictures taken astride the Wiener Bike.

Over the weekend I had the pleasure of eating a wienie with onions and kraut while sitting in AB's (Augie Busch's) private box at Busch Stadium.

The Cards beat the Giants 8 to 7.

I love hot dog month!

Chris Koehler  AKA "wiener boy"

Chris owns that cool Hot Dog Bike (as seen in The Frankfurter Chronicles)

And we emailed most of you to tell you about Pink's Famous Chili Dog's new web site.

http://www.pinkshollywood.com/

Pink's was also featured on Food TV's "Extreme Cuisine" recently (we visited Pink's for the first time back in January, on our trip to San Diego).

We also emailed a few of you to tell you about one of Hebrew National's two new commercials. It seems that The Supreme Being now runs a weenie stand at the beach and offers advice to the, shall we say "romantically challenged"?

It's a great commercial, our favorite so far this Sausage Season.

And we should probably warn you that Jeff Potocsnak (Mr. Potato Head to you) has moved back to his old stomping grounds, the Midwest and is getting restless again. We have discussed several great hot dog stands nearby for him to visit and then tell us all about. Be afraid, be very, very afraid...

You can visit Mr. Potato Head's great web site at:

http://www.kingbolo.com/

All in all, it was another great National Hot Dog Month, and we are proud to report that we participated in almost as many hot dog events as we did last year (thirteen). However, this is just too much excitement for old Uncle Frank and he's taking the rest of the month off.

DEFT 000069

**214**

I got them old hot dogs in a cold world blues again:

You will also notice that we did not do any media events this year (other than that Letter to the Editor earlier today and a handful of WeenieGrams to a very, very select email list), for a very good reason.

We are in kind of a Catch 22 situation with our efforts to garner publicity.

We need to attract support to help build The Hot Dog Hall Of Fame but every time we do something, we look over and notice someone ripping us off again.

We always seem to get fair and honest treatment by the media but it also seems to jump up and bite us on the ass every time too and we have foresworn any more coverage, no matter how badly we may need it, at least for now.

Over the last few years we have come to regret being so open about our plans as a few less than ethical individuals out there have taken great advantage of that gesture.

Maybe that's just the price you pay when you are trying to build consensus and introduce yourself and your concepts to, at the very least, several hundred new people a year...

And I guess we should be happy it took them all this long to catch on to what we are doing. We do have a 20 year head start on most of them and all of our wonderful friends and contributors but...

As you may have guessed, this is all making Uncle Frank slightly crazy.

Optimally, we would love to find the right partner and start putting it all together right now. We've figured out how to remove most of the risk and to do it with very little money, so it really is just a matter of time now.

As we mentioned in the last issue of The Frankfurter Chronicles last year, we are doing very well lately. We have put a lot of money into savings in the last year and a half and if nothing too weird happens in the next 6 to 12 months, we may have enough money to finally do it ourselves, without a partner at all (of course we will have a banker on our backs for years to come...).

And, as we mentioned earlier, we have several other projects "under wraps" at the moment (see above item) and we are very excited about one of them in particular, which we hope to be able to tell you all about soon.

I'm sure there were several other things we should mention but you know how the memory is always the first thing to go...

And again, we wish we could thank each and every one of you personally for your continued support and good will.

DEFT 000070

**215**

We really couldn't do this without you.

With Relish,

Uncle Frank

DEFT 000071

From:     "Uncle Frank" <hotdog@abac.com>
Date:     9/19/2005 1:56 PM
Subject:  WeenieGram: The 2005 Frankie Awards for Hot Dog Excellence

## WeenieGram
### The Frankfurter Chronicle Online

**The envelope please...**

It is with great pleasure that we announce this year's recipient: Alan Pesetsky of New York City.

Mr. Pesetsky had been invaluable in his numerous contributions to **"The Frankfurter Chronicles"**.

In just the past **12** issues, we count at least **10** photos, articles, clippings, jokes and web site links he has provided us with as well as serving as our eyes and ears in The Big Apple.

There are also a large number of items not included in **TFC** which are of interest to us but not to you, our readers.

We simply couldn't be the weenie industry's **No. 1** (and only) newsletter without our wonderful contributor's gracious assistance.

Mr. Pesetsky also has a very special collection which he has generously shared with us: food music (including quite a few **Tubesteak Tunes**).

Besides the usual **"Frankie"** Award, this year's package also included a few spare (duplicate) items from the collection including a cool T-Shirt from **The Corn Dog Festival** (thanks to Gwen Kaushagen AKA The Corn Dog Queen), postcards featuring our old friend **Hamburger Harry** (of **The International Hamburger Hall Of Fame**) and his wild **Hamburgermobile** and an **Antenna Weenie** from **Wienerschnitzel**...

And we apologize for taking so long to fulfill our primary **National Hot Dog Month** obligations this year (you can read all about it in the next issue of **"The Frankfurter Chronicles"**, in better email boxes everywhere, sometime around the last day of this month)...

---

**With Relish,**

**Uncle Frank**



www.TheHotDogHallOfFame.com

DEFT 000072

**217**

From:      "Uncle Frank" <hotdog@jccomp.com>
Date:      7/2/2002 12:07 PM
Subject:   WeenieGram: The 21st Annual Frankie Awards for Hot Dog Excellence / Happy National Hot Dog
           Month



**For Hot Dog Excellence**

**The 2002 Frankie Awards for Hot Dog Excellence**

The envelope please:

It is with great pleasure that we announce this year's winner: **Pink's Famous Chili Dogs, The Hot Dog Stand of the Stars.**

As you are aware, Pink's is a veritable hot dog institution, founded in **1939** by **Paul Pink** and currently owned by **Richard** and **Gloria Pink**, second generation hot dog royalty in anyone's book.

Over the last year, we've seen Gloria tirelessly promoting Pink's on a number of TV programs (the **Rosie O'Donnell** show with **Martha Stewart** immediately comes to mind), and unlike the old saying about getting caught chewing gum in class, Gloria did bring enough for everyone...

And you may remember when we stopped by Pink's on our trip to San Diego several years ago. It was a real treat to realize that we were sitting at the same table many of our favorite TV and movie stars had and that we had the same great Pink's product they had also ordered.

Who knows, maybe we were sitting next to an up and coming star and didn't even know it?

We have been wanting to do this in person for quite some time but since we have had to postpone our move to San Diego...

See their web site here: www.pinkshollywood.com

**In other weenie news...**

We should also report the very generous donation from **Pat and Kellye** of a Hot Wheels Micro Wienermobile (we've been looking for several years, one of the few we didn't have). Pat and Kellye live just outside of **Baltimore, Maryland** and collect **Wienermobiles**. Kellye says she is a loyal **Esskay Orioles Frank** fan and Pat's also an old VW hobbyist so we've been exchanging emails, showing each other our projects.

DEFT 000073

**218**

Gotta love eBay when it introduces you to such great people. That's also how we met **Mr. Potato Head** (Jeff Potocsnak), also a very generous guy when he donated **Frankie Frank, Mr. Mustard Head** and a number of other accessories to the collection

And you may also remember us mentioning the new **Ball Park Franks Hot Dog Buns** in a **WeenieGram** recently.

Since then, we've had a chance to sample them several times and they are a step above **Wonder Buns** but that's all we can say for them...

**National Hot Dog Month:**

For the first time in years, we have no other **National Hot Dog Month** activities planned as we are in deep storage now as our move may be eminent (just give us an excuse) and although it's a great change of pace, it feels weird not to be doing the normal cook out / media thing, etc.

We had attempted to loan a local **(Napa)** Food, Wine & Art Museum a few pieces from the collection as a last minute thing but the person responsible for these sorts of exhibitions was on vacation and didn't get back until it was too late to set it up.

Invariably, we'll at least make it a point to visit a favorite hot dog stand somewhere, tip the guy big, and maybe have some **3 Weenie Salad, Baked Beans, Deviled Eggs**, etc sometime later in the month

We are still kicking it about as we should do something else to mark the event and may have the neighbors over for hot dogs on the 4th...

And the **5th** of **July** marks our **26th** year in the weenie racket. I had woken up with a severe hangover from a cook out at our vegetarian friend **John Crawford's** the night before and realized that I was destined to become the weenie man. John (who died of a heart attack a few years ago) had served tofu dogs and that just didn't sit right with me. Who knew...

**Don't forget:**

Don't forget to check out **Nathan's Annual Hot Dog Eating Contest** on **Coney Island** on the **4th of July**.

It's held at **Noon (Eastern)**.

If CNN doesn't cover it live, you will invariably see it on your local evening news (or in the paper the next day).

After last year's astounding **50** hot dogs and buns, we predict no one will even come near that record this time.

And it occurs to us that we could hold our cookout directly after the Nathan's contest is over (sort of a visual appetizer?) but we doubt that very many of our neighbors will be ready for a hot dog at **9:15** in the morning...

And later this month there's the **Hot Dog Safari** in the **Boston** area and **The Frankfort, Indiana Hot Dog Festival** as well...

**Happy National Hot Dog Month!**

DEFT 000074

**219**

**Pink's Famous Chili Dogs**
**709 La Brea Blvd.**
**Los Angeles, Ca. 90038**

DEFT 000075

**220**

**From:** "Uncle Frank" <hotdog@abac.com>
**Date:** 7/16/2004 5:06 AM
**Subject:** WeenieGram: The 23rd Annual Frankie Awards for Hot Dog Excellence I

# WeenieGram
## The Frankfurter Chronicle Online

The envelope, please...

It is with great pleasure that we announce this year's recipient: **Buster's Windy City Dogs** in nearby Sorrento Valley.

As we mentioned in May's **The Frankfurter Chronicles**, Buster's owners, **Celeste McAllister** and **Tom Goslinowski** are ex-Chicagoans who followed their dream of opening a Chicago style weenie stand here in the beautiful San Diego area.

And as we also mentioned, it was named after **Buster**, their Shi Tzu who passed away shortly before their opening last year.

This year, we sneaked up on them and had **Mrs. Uncle Frank** do the presentation.

See the photo in the latest issue of **The Frankfurter Chronicles**, in finer email boxes everywhere, on the last day of the month (or so)...

Good product, great service, clean, well maintained, wonderful people, excellence on every level, a winner all around.

**Note:** We try to hold **The Frankie Awards** on the **1st of July** so as not to get caught up in or overlooked during all of the **4th of July** hoopla but once again our trophy shop guy is unclear on the concept as we ordered the award a full **10** days before the end of the month, plenty of time to make it up and ship it as he has all of the necessary items in stock, and it finally arrived here on the **13th**, a full 24 days later.

When we opened it up, almost everything was wrong so after redoing it all at a local trophy and awards shop, (he is sooo fired!)...

**With Relish,**

**Uncle Frank**



The Frankie Award for Hot Dog Excellence

DEFT 000076

**From:**    "Uncle Frank" <hotdog@abac.com>
**Date:**    7/16/2004 5:04 AM
**Subject:** WeenieGram: The 23rd Annual Frankie Awards for Hot Dog Excellence II

# WeenieGram
## The Frankfurter Chronicle Online



Mrs. Uncle Frank & her fabulous power suit (notice Frankie's onyx base, reverse color scheme on brass tag)...

DEFT 000077

**From:** "Uncle Frank" <hotdog@abac.com>
**Date:** 9/23/2006 10:15 PM
**Subject:** WeenieGram: The 25th Annual "Frankie" Awards for Hot Dog Excellence - The envelope please...



Danny Meyer's Shake Shack in Madison Square Park in NYC: look at that line...

### HOT DOG!

We are proud to announce that this year's recipient is **Danny Meyer's Shake Shack** in the center of **Madison Square Park** in New York City, a beautiful weenie stand in a beautiful location and featuring a great menu as well (see below for a thorough report).

This all came about from an email from Jim Wilson. I mentioned that it was time for nominations for this years' "Frankies" and he told us about NYC restaurant king **Danny Meyer's Shake Shack** there in The Big Apple. Jim had frequently spoke very positively about another of Mr. Meyer's restaurants, "**Blue Smoke**" specializing in BBQ (Jim and I are both serious BBQ freaks)...

And we can't remember if we told you about Jim before as most of our conversations involve cars and weird automotive design, not weenies.

We met Jim 5 or 6 years ago through our old friend **Hamburger Harry** who'd met him through an Ebay transaction.

Jim's an extremely talented guy and was the **Art Director** of the **Mr. Bill** segments on "**Saturday Night Live**", was on the staff of **The National Lampoon** and one of the authors of "**Junk Food**", a fun book we've had in our collection since it first came out, approximately 1980.

Over the years, Jim's also done some very creative commerical work for the likes of **Pizza Hut, Burger King, Ramada Inn,** etc...

Jim's also the king of kustom bikes, a real way gone cat, see his cooool web site here: www.bikerodnkustom.com

One more thing: Jim has built a number of wonderful Bugatti pedal cars over the years, each an absolute work of automotive art, a collectible in the finest sense of the word and I can only wish for the day that I can afford one of them...

Finally, Jim is also from right across the river from Uncle Frank's old home town, **Cave-In-Rock, Illinois.** He's from Marion, Kentucky, less than 20 miles away but we'd never met until Hamburger Harry started telling me about this very creative guy he'd bought a copy of his book from.

DEFT 000078

**223**



Photos also courtesy of **Jim Wilson**

**Jim's initial report:**

I went over to Shake Shack to do some reconnoitering and photos today, during the lunch period, with the aim of returning later with Kas for actual eating, when the line was shorter. We did so at 6 PM, and shot a few more photos.

Unfortunately, when we got to a table, the dogs smelled so delicious that we dived right in, not thinking to shoot the food first.

Oh well, it's a good excuse for me to go back tomorrow.

It's a very well-run and smooth operation.

And very popular, I need hardly add.

Thanks in large part to Mr.Myer's generous financial support of the Madison Square Park Conservancy, the outdoor setting is very attractive, well-maintained and nicely furnished and decorated. The dogs were very tasty, as might be expected. We had them with a delicious creamy fountain root beer, which really took me back to the old days at the Kentucky Lake Dog 'n' Suds. I'm looking forward to trying their other chow.

**Jim**

DEFT 000079

**224**



An instant neighborhood tradition...

**Jim's complete report: The Shake Shack Experience**

My wife and I strolled over to Madison Square Park recently, for our first visit to Danny Meyer's Shake Shack. Along the way, **Kas** entertained me with information about Mr.Meyer she'd gleaned from a bio segment our local news channel had produced about him. I didn't see it, but I had plenty of info on him myself, simply absorbed from the local gestalt. The guy is a local hero and legend of sorts, but in a much nicer way than that other local tycoon, **Donald Trump.**

The list of Mr. Meyer's hugely successful still-ongoing restaurant creations is as long as your arm; but unlike the empire of that other noted NYC restaurateur, **Famous Original Ray,** of pizza fame, all Mr. Meyer's are totally different concepts and cuisines. But they are all great. So, Kas and I were looking forward to experiencing his take on the humble frankfurter.

We're well acquainted with Mr. Meyer's policy of improving the neighborhoods in which he does business. We live adjacent on Broadway to Union Square (between 14th and 16th streets). When we moved here in **1978,** the Union Square area was a desolate wasteland after dark, thanks largely to the park's needle park status, due to obscuring sightlines giving privacy to criminals and deviants in their activities and vices. Unlike conventional businesspeople, Mr. Meyer doesn't pick the hot areas to locate his endeavors. Instead, he picks an area needing help, and improves it; thereby making it hot.

His **Union Square Café**, in the same block as **Andy Warhol's** old Factory studio, was the first serious restaurant on our side of the square. Luchow's was several blocks east. Mr. Meyer donated considerable resources toward raising the ground level within the park, to make everything within its stone-walled borders visible from the street. This was accompanied by new outdoor furniture and a playground and dog run. Almost overnight, families with children took back the park for civilization, and our sidewalks ceased being rolled up at 6 PM. Union Square Café became an almost immediate success, and is still deservedly going strong, in spite of having made our area NYC's high-level restaurant zone, with lots of competition for New Yorkers' dining dollars.

It has since been joined by Mr. Meyer's **Gramercy Tavern** a few blocks further uptown on 20th street. As with all his creations, that one is different from his previous efforts. When a film director friend of ours was in town from California and wanted to take us and some other local friends out to dinner, we suggested Gramercy Tavern, which features fine cuisine in a more casual setting. One of the friends is a graduate chef cum laude, of the **French Culinary Institute,** who specializes in cuisine from Mrs. Beeton's traditional British cookbook for his own dining entertainment at home. After our dinner, **Chef Bob** (who'd had the hare) told me, "That was the finest meal I've ever eaten, anywhere."

We have also enjoyed many fine meals at Mr. Meyer's **Blue Smoke,** his take on the BBQ joint. It's located on 27th street, previously a fairly dead-at-night stretch of mid-town. Realizing that another attraction would help draw more people there, he established a good jazz club (**Jazz Standard**) in the building's basement. Brilliant! Blue Smoke, unlike most takes on the BBQ theme, isn't decorated in southern rural theme park style, ala Cracker Barrel. No barn wood and salvaged window frames, no tin signs for snuff and patent medicines, no odd farm equipment hanging from the walls- just an airy space with industrial-style lighting fixtures and a big greenhouse skylight over the main dining area. And the best damn barbeque you'll find in NYC, of course, since Danny Meyer always has the food as the top priority.

Shake Shack, his take on the hamburger/hot dog stand concept, which fits neatly into the north-south axis between Blue Smoke and Gramercy Tavern, has been making waves in the neighborhood since it opened. It seems to always have a waiting line, in spite of the many other casual/fast food outlets in the immediate area. It's popular because of its ambiance and location in newly-renovated (with much assistance from Danny Meyer, of course) Madison Square Park. And the food, naturally, is a big part of the draw. I have it from reliable sources that the ground meat (sirloin and brisket) for the Shake Shack burgers is from his nearby considerably-higher-end eatery Tabla, at 11 Madison Ave.

For purposes of this occasion, Kas and I limited ourselves to the beef-based frankfurter sandwiches from the Shake Shack menu, although they

DEFT 000080

have a couple of delicious-sounding chicken-based ones as well.

The **Taxi Dog** is a simple, traditional-sized hot dog smothered in home-made saurkraut and tomato-simmered onions. Being something of a traditionalist, I chose to try the kraut version first, and I was impressed. This kraut is by no means saur, as in the case of the usual canned greyish frankfurter garnish. Instead, it's slightly sweet, pinkish, and deliciously aromatic. I could have easily inhaled a half-dozen of these tasty babies, and even at $2.54 a pop, it would be worth it.

The **Chicago Dog**, at $2.77, is based upon the same all-beef Vienna-style frank, in traditional length, but it has considerable entertainment value added by being "dragged through the garden" and served on a sesame-seeded bun. Being a traditionalist, I was initially somewhat dubious about the long list of salad-type stuff added to a simple hot dog: lettuce, tomato, sport peppers, green peppers, pickles, onion, cucumber, and celery salt, in addition to mustard. But, not to worry, although the vast pile of vegetation does distract somewhat from the simple pleasure of the crisp-skinned subtle sausage part of the package, the wild assortment of other taste sensations only adds pleasure to the sensation of eating it, while adding considerably to the nutritional benefits, I'm sure. I could have easily inhaled a half dozen of these, also, but probably not in the same sitting as the same quantity of Taxi Dogs. That would be excessive.

We chose to quaff Shake Shack's rich and creamy fountain root beer with our dogs, for nostalgia's sake; but the beverage menu also includes beers and wines, either of which would have been an excellent choice for the early-evening time slot we chose. Next time for that, though.

While on my earlier photo-recon mission, prior to our actual test-dining mission, I eavesdropped on others' comments. A woman who had obviously been taken there for lunch by a friend made a comment which I found interesting. Typically, one who has been treated to a burger or dog at the usual outlet for that sort of thing would say, "Thanks, that hit the spot!" or something similar. Instead, the lucky lady said, "Thanks, that was just delicious!"

The food, while indeed delicious, is only one part of the Shake Shack dining experience. The setting is of almost equal importance. I presume that the name of the place is taken from the scene of the grand finale of the musical film "Grease", which takes place in a fun house setting, including an earthquake-themed room called "Shake Shack". With that starting reference, a less brilliantly creative restaurateur would have probably set up this kind of establishment as a campy "high skool daze" kind of thing, with a couple of stationary hot rods and carhops on skates adding to that ambiance, with the usual neon and garish signage, with possibly some fiberglass tiki heads and torches. Not Danny Meyer, though. Instead, he chose to go with a tasteful but high-concept Bauhaus/WPA-style structure and 3D signage in raw metal, with foliage garnishing. The physical plant itself would not look out of place inside a (very large) art gallery. And the actual setting: a sylvan oasis a stone's throw from the Flatiron building, makes the experience even richer. You can witness people instantly relaxing as they settle in for a session of good food and prime people-watching en plein air. I found myself smiling all through the experience, and most of the way home. What a delightful dining occasion!

In my opinion, Mr. Meyer, in addition to **The Frankie Award**, would also be a deserving recipient of the Nobel Prize, for adding so much to the quality of life, and cuisine, of Manhattan.

---

**Jim's notes:**

1) We have lived in this neighborhood for almost 30 years, and spent considerable time at Madison Square Park at 23rd and Broadway. Until Danny Meyer became involved with his support of the Madison Square Park Conservancy, we had never seen this fountain in operation. His financial support, for new fencing, park furniture and vastly improved upkeep has made the park a delight to the eye and the other senses.

2) The casual nature of the alfresco dining area surrounding Shake Shack makes it possible for pet owners to dine out with their canine companions. This was probably not the first visit by a canine at a nearby, as the dog was pavlovianly excited as soon as his mistress picked up their food. He got his share under the table, but he could have sat on a chair, and no one would have complained.

3) There is a nicely organized condiment/cutlery station to one side of Shake Shack. The traditional-style menu board under glass seems to be there purely as a design element in the exterior decoration scheme of the hi-styled physical plant, since it would normally only be seen by patrons who have already picked up their orders. There are numerous large freestanding silk-screened menu boards around the building, as well as printed paper menus in a prominent display rack/dispenser.

4) The Shake Shack's immediate landscape, including the table and seating area is paved in loose fine-grained, beige-colored gravel. This is a very good solution, as it doesn't absorb solar heat as macadam paving would, and is much more suitable to heavy foot traffic than the section of lawn which was previously in that location. The immediate area is very lush with trees, shrubs and other greenery, however, which makes for a perception of cool freshness in the dining ambiance.

5) When I arrived at Shake Shack at 1:45 in the afternoon, for some advance photography, there was a waiting line of several dozen people. As the ordering and pickup process is efficiently designed, with a higher staffing ratio, compared to a typical burger stand, the line moved briskly, but I was glad I wasn't there to eat at that time. When Kas and I returned for dining at 6PM, the line was considerably shorter, with maybe 8 people in front of us. After we were seated with our food, I looked over and noticed that the line had grown to just as long as during the lunch hour. I guess we were just lucky and arrived during a lull.

6) The pickup window is on the façade side, which faces the park. The overhang is metal meshwork over beams, with vines and other foliage planted upon it. It reminded me of an old-time brush arbor meeting ground in Kentucky. The architects of the Shake Shack facility are SITE, which is a very cutting-edge, high-profile firm. This is typical of the Danny Meyer attention to all aspects of his restaurant creations, even of something as supposedly prosaic as a burger and hot dog stand.

7) The utilitarian rear side of Shake Shack is also nicely designed, with its own vines and Bauhaus/WPA style dimensional graphics and textures.

8) The nuts and bolts - dumpsters and other functional odds and ends are concealed behind obscuring mesh behind attractive cast-iron fencing. Since Shake Shack has been in Madison Square Park, the grass seems considerably greener than it was before. Perhaps this is just DEF 1000284 watered/fertilized more, but the effect is of appetizing lushness.

For more information, see the Shake Shack's website here: www.shakeshacknyc.com

You can also link to Mr. Meyer's other great restaurants from this site.

Finally, we'd like to thank **Jim Wilson** for the generous donation of his time, his excellent photography and his masterful prose, well done!

From:
To:        "David Schultz" <David.Schultz@winston.com>, <jpc@cotkincollins.com>
Date:      2/18/2008 2:45 PM
Subject:   REQUEST NO. 2 - About our plans to build The Hot Dog Hall of Fame
Attachments:  Why we moved to Squarefield (besides living here when I was in High School)

Besides numerous examples in the newspaper and magazine articles presented, as stated on our website, etc, it's the very reason we contacted Mr. Schuster to begin with, as you can see in our letter to him dated 29 February 2000 and as stated in all of our correspondence to everyone since the late 79's, long before (12 years) we met Mr. Schuster.

It has always been about giving this wonderful collection the permanent home it deserves, for all the world to see and enjoy.

See attached message (notice date) and excerpt from our web site (below)

FROM OUR WEB SITE:

A TALE OF SEVERAL CITIES:

Last year, we told you about being approached by the Mayor of Frankfort, Indiana (Population 16,000 or so) and the Home of The Frankfort Indiana Hot Dog Festival.

They were trying to persuade us to move The Hot Dog Hall of Fame there and since it's not often you get an offer like this, you tend to think long and hard about it but ultimately, nothing came of it...

And you may also remember us being approached by a citizens group from Armour, South Dakota (Population 750) and home of the Armour Hot Dog Factory last fall as well. In the end, nothing came from these negotiations either but it was nice going through the possible scenarios such an offer could possibly entail.

And I should also point out that we've approached The Donald (Trump) about bringing The Hot Dog Hall Of Fame to The Big Apple, we were approached by the Wienerschnitzel chain, we entertained offers or feelers from various other locales such as Chicago, San Francisco, LA and Las Vegas over the years and I'm fairly certain I've forgotten about a few more but...

And The Smithsonian (DC) has already said that they'd take the collection but there's no guarantee it wouldn't end up in permanent storage in the basement there, instead of getting the home that it really deserves...

And recently, I started thinking about how we've spent 30 years doing this and how its time to shift strategies and see if we can come up with something a bit more successful. One of the things I did was think about other possible places where a weenie museum would fit and soon realized that there may be a few more Frankforts around, maybe we should check them out too.

First up was Frankfort, Illinois, a few miles southeast of Chicago, fairly upscale demographically and they never responded to our email.

Then I realized that there's a West Frankfort, Illinois, a place I'm actually familiar with (forgot all about it), and I'd only ever been there once, back in 1968. It's a typical small, Midwestern town, not far from where I went to college (Southern Illinois University in Carbondale) and we'd made a trip up that way to visit a historic recording studio where local Southern Illinois rocker Jerry Lee Lewis once recorded.

I looked at their local paper (online) and I saw a 4 acre spread with barn and 2 small, recently rebuilt houses on the property for the whopping price of $8,000 (that's right, $8K, you're seeing it correctly). I was really starting to want to see something come out of this...

I emailed the Mayor but never heard back from him either.

That's too bad as I have lifelong friends less than 10 miles from there.

It's also less than 60 miles to good old Cave-In-Rock, Uncle Frank's home town.

The I came upon Frankfort, Kentucky, the state capitol.

I emailed the Mayor and simultaneously did a little online demographic research.

Frankfort, Kentucky is twice the size of Frankfort, Indiana and is part of a larger (yet still nicely rural) metropolitan area including Lexington and several other fair sized towns (6 private golf courses in the area) and even though there isn't one, it would be possible to support a serious weenie stand there.

And there are 2 museums in town; The Kentucky Military History Museum and The Kentucky History Center.

I was starting to get excited (Colonel Frank?) but never heard anything after he said his people should have already been in contact with us...

Quote: "Daytime in Frankfort does not overstimulate the average person."

"An American Notebook" - Philip Hamburger

Moving along: Apparently there is no Frankfort, California or Frankfort, Missouri but Frankfort, Iowa appears to be a ring-a-ding-ding kind of place with an annual swinger's convention.

Oh well...

DEFT 000083

**228**

**From:** "Uncle Frank" <hotdog@jccomp.com>
**Date:** 3/4/2002 11:35 AM
**Subject:** Why we moved to Squarefield (besides living here when I was in High School)



*Notice flag pole, palm trees and sign over entryway (see Uncle Frank logo below)*



*Turn-of-the-Century curved brick facade*

DEFT 000084

**229**



*Notice wrought iron grill work, solid oak doors, inlaid tile*



*I loved this beautiful old bar and couldn't wait to properly restore it but...*

This beautiful building is on the main street of Old Suisun. It faces the harbor, which is behind the historical mansion in the small park across the street. Besides the restaurant kitchen, bar, main room with stage and banquet room, the old vault is still functional. It's large enough to set up a good sized office in there. Notice brick archways (reflected in mirror) between main room and bar.

We would have added some roll up awnings and sidewalk seating out front, of course. And a good share of our hot dog collection would be mounted in museum quality display cases. Needless to say, we thought it would be a wonderful home for **The Hot Dog Hall Of Fame.**

All this for only **$180,000** including all restaurant furnishings and hard liquor license (1988). Fortunately we passed on the deal when the guy tried to jerk us around and raise the price or sell it without furnishings or liquor license (that was all we could put together anyway).

DEFT 000085

**230**

After spending millions in street and park renovations, improving the harbor facilities, knocking down old commercial buildings (including an oil yard), forcing out the low rent apartments, building new and expensive faux Victorian houses, building an office complex where a great baseball field once stood and building a new City Hall, business is still almost non-existent in Downtown Suisun. And after a succession of failed business moving in and out over the last 13 years, they are now asking $1Million for the building only. Fat chance!

**With Relish,**

**Uncle Frank**



"You never sausage a deal"

DEFT 000086

**231**

From:        "Mr.HotDog" <Mr.HotDog@Cox.Net>
To:          "David Schultz" <David.Schultz@maslon.com>, <jpc@cotkincollins.com>
Date:        2/18/2008 2:44 PM
Subject:     REQUEST NO. 2 - Newspaper and magazine articles about us
Attachments: Frankly, to big fan, every dog has every day; From Leah Garchik's column in The San
             Francisco Chronicle; From today's Flash News (an internet based media content
             provider); Herb Caen's Column; HE'S WIENERDOM'S TOP DOG; Hot Diggity Dog -
             American Profile Magazine; ON A MISSION FROM DOG; Smithsonian article
             (excerpt)



EXHIBIT
14
Webster

DEFT 000087

**232**

Frankly, to big fan, every dog has every day

January 1, 2004



J. Frank "Uncle Frank" Webster doesn't claim to be the hot dog king, which makes him unusual. Off the top of his head, Uncle Frank can cite a long list of Tsausage Tsars:

John Masters of Kansas, "whose Wienermobile collection is even larger than ours"; Rick Savage of Minnesota; John Fox of New Jersey; Ronald "Weinerman" Green of Alberta, Canada.

"And there's a guy in Ohio who has a hot dog ministry," he said.

Uncle Frank saves, too, but not souls. Last May, he moved his wife and son to El Cajon. Their rental is the temporary home of the Hot Dog Hall of Fame, all 4,000 items and counting.

Now stuffed into boxes lining hallways and filling closets, the Hall includes wiener-shaped piggy banks (doggy banks?). Radios. Music boxes. Squirt guns. Christmas-tree lights. "Frankies," the brass and marble awards Uncle Frank annually bestows on individuals who uphold hot doggery's highest traditions.

In the living room, there's a pedal-powered Oscar Mayer Wienermobile. In the garage, there's the Great American Hot Dog Machine II – GAHDM I, a Harley three-wheeler with a rear-mounted cooker, perished in a 1976 accident. Scattered about the house and back yard are sausage-shaped, molded foam panels, a Fiberglas Porsche body and other parts for Uncle Frank's unfinished masterwork, the Lamborweenie.

His Web site, www.thehotdoghalloffame.com includes reviews of appropriately themed movies and TV shows (remember "The Stick Chicks," Champagne, Autumn and Echo, sexy undercover agents/hot-dog-on-a-stick vendors? Me, neither).

All this makes you wonder if he's ...

"He's unusual," said Chris Masterson, one of Uncle Frank's taste-testers.

Unusual? I was wondering if he's insane.

"I don't think so," Masterson said. "I think he's ... eccentric. He's very into what he's into."

If not a member of the Red-Hot Royalty, he is at least a Top Dog. He's been quoted by Smithsonian magazine and featured in "Weird America," a syndicated TV show. In a 1996 exhibit devoted to halls of fame, the San Francisco Center for the Arts displayed treasures from his collection.

I asked Bruce Kraig, history professor emeritus at Chicago's Roosevelt University and a scholar of hot dog lore, to assess Uncle Frank's place in the world of wieners.

"#1. Frank has one of America's premier, if not THE premier collection," Kraig wrote.

"#2. He's one of the main sources of current events and recent hot dog lore."

"#3. He's one of, if not THE, foremost authorities on the popular culture of modem hot doggery – on memorabilia, events, travel, iconography, etc."

"I have always found the information he sends delightful and useful," Kraig concluded. "Long live the hot dog king."

OK, one more time: Webster does not covet the Tube Steak Throne. Aristocracy ain't his style. I drove out Clairemont Mesa Boulevard to meet Uncle Frank and Darla, "Mrs. Uncle Frank," at Woodie's. Nice place, but hardly Buckingham Palace.

For one thing, the Polish dogs are better. And, when it comes to analyzing these babies, the Franks are more insightful than the Windsors.

"In the Polish," Uncle Frank said, "it's the spices."

"And the texture," Mrs. Uncle Frank said.

"You expect the Polish to have a rough grind," Uncle Frank said.

DEFT 000088

**233**

we moved on to Woodie's regular dog.

"Probably the best dog we've found here," Uncle Frank said. "The flavor, the spicing, the fact is has a skin."

"That pops when you bite it?" Mrs. Uncle Frank asked. "That's the whole trick."

For years, Uncle Frank ran Hot Diggity Dogs in Santa Clara. The 23-seat diner was so small, he could scarcely wedge in a Trophy Case of Fame, let alone a Hall. There was another problem: Santa Clara is a fine place to sell hot dogs. Heck, this quintessential American fast food would find a congenial home anywhere in the United States.

But Santa Clara is not San Diego.

Darla lived here in the 1960s, as a girl. Frank's introduction came a decade later, when he was stationed here as a sailor. Both were smitten. As a couple, they pledged to some day return to San Diego to open a restaurant/museum. This May, they packed their collection into three moving vans and ventured south, their dream within reach.

But not quite realized. They are still scouting locations.

"We're in no hurry," Uncle Frank said.

He's patient and tenacious. Masterson, the taste-tester, remembers when Uncle Frank found a restaurant with the ideal hot dog bun. The proprietor accepted Uncle Frank's praise, then rejected his request to identify the brand.

Uncle Frank would not be denied. "He went into the Dumpster to get the wrappers from the buns," Masterson said.

Uncle Frank is now 55. He's been assembling his Hall for almost 30 years. He's only been in San Diego for seven months, so let's be patient. He is the right man in the right job, with the right attitude.

"The Number One thing about hot dogs," Uncle Frank said, "they are fun. There are foods that take themselves way too seriously."

DEFT 000089

3

**234**

From:        "Uncle Frank" <hotdog@jccomp.com>
To:
Date:        4/26/2000 11:01 AM
Subject:     From Leah Garchik's column in The San Francisco Chronicle

18 June 1997

CREATING A WEINER FOR THE AGES

Direct from Fairfield in Solano County, the latest issue of the Frankfurter
Chronicles tells the tale of Darwin Hiddleson, a Denver man who dreamed of
inventing a circular hot dog.

``Hiddleson said that the inspiration for circular hot dogs happened when he
took his kids to a drive-in for chill dogs," says the Chronicles, ``and
ended up covered in chill. He realized that if the hot dog were shaped like
a doughnut, the condiments could be put in the middle."

When Chronicles publisher-editor J. Frank Webster attempted to contact
Hiddleson, who at last report had been negotiating with a supermarket chain,
a relative told him that the inventor had passed away and that his circular
hot dog machine had been ``abandoned because of mechanical problems."

``She added that Mr. Hiddleson was very inventive, always working on
something, and was buried in Iowa."


WHO SAID WHAT
Culinary Division

1 July 1997

``Sister Timothy Anne is the principal of Christ the King Catholic School in
Pleasant Hill, California and a serious fan of the frankfurter."

News bulletin from the latest issue of The Frankfurter Chronicles.


17 March 1998

--The newsletter Frankfurter Chronicles brings word from the Pickle Packers
Association that National Frankfurter & Sauer Kraut Week has been moved to
July, National Hot Dog Month, ``in order to get more bang for the
advertising buck."


24 June 98

WHO SAID WHAT

``And hello to Dr. Zack Jennings, an Arkansas orthodontist who has a
wonderful Web site that features chinaware from hamburger chain
restaurants."

Lo, the wonders of American culture, a bulletin from the Frankfurter
Chronicles.

DEFT 000090

**235**

From:    "Uncle Frank" <hotdog@abac.com>
Date:    10/1/2005 3:32 PM
Subject: From today's Flash News (an internet based media content provider)

## HOT DOG MUSEUM LOOKING FOR A HOME THAT CUTS THE MUSTARD

EL CAJON, Calif. (Wireless Flash) -- The head of an organization called the "Hot Dog Hall Of Fame" is looking for a permanent home for his wiener collection.

The man -- who calls himself "Uncle Frank" -- has been collecting hot dog memorabilia for 29 years and has a whole warehouse worth of weenie items in his house in El Cajon, California.

Prize items include a six-foot hot dog statue in his living room and a rare coin featuring a sausage that dates back before the Civil War.

Now Uncle Frank wants to turn his collection into a tourist attraction but admits his home won't cut the mustard.

So he's trying to find a permanent location, preferably near San Diego, and a business partner, preferably a celebrity who likes hot dogs such as Christopher Walken who he says "does this hilarious tirade against people who don't like hot dogs."

If Uncle Frank isn't able to get anyone in San Diego to bite on his plan, he says the Smithsonian Institute is interested but worries, "I don't think anybody actually wants to visit Washington, D.C."

CONTACT:
Uncle Frank
(619) 328-5893
www.thehotdoghalloffame.com

DEFT 000091

5

**236**

From:      "Uncle Frank" <hotdog@jccomp.com>
To:
Date:      4/26/2000 10:59 AM
Subject:   Herb Caen's Column

Herb Caen
The San Francisco Chronicle
29 January 1996

ALSO out of the closet, like family obituary writers, are people who have a
passion for hot dogs. My offhand item about the fine Schwarz eight-inchers
at Clown Alley in North Beach brought a flock of nominations of ``best dogs
in town'' (chili dog at Stars, Polish pups off the cart at Eighth and
Townsend) plus the news that Schwarz's product, made at Mission and Sanchez,
is in the Hot Dog Hall of Fame in Fairfield! It's run by Frank Webster, who
looks rather like a jolly hot dog himself and publishes a newsletter called
The Frankfurter Chronicles. When I asked him if Barry Bonds, Rickey
Henderson and Deion Sanders were in the Hot Dog Hall of Fame, he beamed,
``Not yet, but soon, with relish'' . . . Webster, by the way, owns a
hot-dog-in-a-bun sports car he calls his ``Lamborweenie.'' Gotta love it.

DEFT 000092

237

From:      "Uncle Frank" <hotdog@jccomp.com>
To:
Date:      1/25/2002 10:05 AM
Subject:    HE'S WIENERDOM'S TOP DOG

Anita Amirrezvani
The Contra Cost Times
6 December 1996

Call him a hot dog honcho. Fairfield resident J. Frank Webster is the owner of the Hot Dog Hall of Fame, a collection of 2,000 objects with a weenie theme. There's a hot dog phone, a weenie water gun, a string of hot dog Christmas lights and a gag jar that spurts a fake plop of mustard. Most of these items are on display at the "Hall of Fame Hall of Fame" exhibit at the Center for the Arts at Yerba Buena Gardens.

Webster, who changed his name to Frank after people gave him that nickname, never intended to get so deep into hot dogs. Fresh out of the Navy in 1976, he began selling hot dogs off a motorcycle and became a collector by default after people began loading him up with hot dog memorabilia.

Then the idea struck. "One day I'm sitting at Denny's with the wife (Darla) while she worked there, and part of their menu said, Hamburger Hall of Fame,' " says Webster. Thus the idea for a hot dog hall of fame was born.

His next quest was to find the right kind of trophy to give to people who make important contributions to the world of franks. The solution was the Frankie, a cheerful but rather phallic-looking figure who is on display at the exhibit. Award categories include "pushcart personality of the year" and "hot dog excellence."

Webster's next big project is to finish the Lamborweenie, a sports car shaped like a hot dog in a bun. He plans to challenge the Oscar Mayer Wienermobile to a race when he completes it.

Many people think Webster's passion is strange. "We get all kinds of weird remarks," he admits. "Some people look at me and say, What the hell are you doing?' "

But he enjoys being a contrarian. "It's the different drummer syndrome. There's not a lot of money in it, but it's darn amusing."

Webster hopes to open a combined hot dog museum, restaurant and gallery in San Francisco. After all, Americans still eat an average of 59 hot dogs per year.

For more information, call the Hot Dog Hot Line at 1-707-426-4618.

DEFT 000093

**238**

**From:** "Mr.HotDog" <Mr.HotDog@Cox.Net>
**Date:** 8/13/2007 4:33 PM
**Subject:** Hot Diggity Dog – American Profile Magazine

**Hot Diggity Dog**

by Marti Attoun

Sharie Knight clangs the dinner bell at Hillbilly Hot Dogs in Lesage, W.Va. "Three West Virginia dogs!" she hollers. "Come and git it!"

Steam rises from the hot dogs, smothered in homemade chili sauce, mustard, onions and coleslaw.

"They're great. The sauce is just right—not too spicy or I wouldn't like it," says Dora May Gillispie, 62, a regular from nearby Barboursville (pop. 3,183). "The atmosphere here is nostalgic and entertaining."

Childhood memories of his mother's hot dog stand in the 1950s inspired owner Sonny Knight, 59, to build the roadside stand in 1999. He and his wife, Sharie, wondered if customers would find the country stand along the Ohio River.

"We sold 700 hot dogs the first day and ran out of sauce," recalls Sharie, 47. Cars have been lining up two blocks deep ever since.

Hot dog fans also love the come-as-you-are atmosphere at Hillbilly Hot Dogs where "indoor dining" is provided by two retired church buses and weekend customers can enjoy bluegrass music and bid on auction items to benefit neighbors in need.

"It's brought the community together," Sonny says about the hot dog stand. "We're just two people who had an idea." And Mom's secret hot dog sauce.

**From ballparks to backyards**

Americans eat 20 billion hot dogs each year, which they order from roadside stands, purchase off pushcarts, roast over campfires, and savor at ballparks, county fairs and community festivals.

In Frankfort, Ind. (pop. 16,662), hot dog lovers consume 10,000 franks during the Hot Dog Festival the last weekend in July. The event includes a hot dog cooking contest.

"People put hot dogs in casseroles and kabobs and anything you can think of," says Kim Stevens, executive director of Frankfort Main Street, which sponsors the festival.

In Cable, Wis. (pop. 836), hundreds of people bundle up each March for the world's longest weenie roast on Lake Namakagon at Lakewoods Resort. Hot dogs are roasted over charcoal-filled trenches, which extend up to 1,000 feet, on the frozen lake.

Lakewoods owner Kathy Rasmussen and other "weenie queens," as she calls the bunch, pre-poke the wieners on sticks the night before because "everyone's hands are too cold otherwise," she says.

Summertime, though, is hot dog's heyday. On July 4th alone, Americans eat 150 million hot dogs, many of them at family gatherings and backyard cookouts.

"Hot dogs are a convenience food, and Americans are all about convenience," says Ayoka Blandford, public affairs manager for the National Hot Dog and Sausage Council in Washington, D.C. "You don't need silverware. Children enjoy hot dogs, and you can add lots of toppings."

**Cooked & dressed**

Hot dog hounds across the nation have their favorite ways to cook and dress their dogs. They can be grilled, deep-fried, steamed, boiled, dredged in corn batter, fried on a stick, and topped according to taste.

Two hot dog styles—Chicago and New York—dominate in the United States, says hot dog historian Bruce Kraig, a retired professor at Roosevelt University in Chicago. Both are all beef.

DEFT 000094

**239**

In Chicago, a classic steamed hot dog is topped with mustard, green relish, tomatoes, dill pickles, hot peppers and celery salt and served on a steamed poppy seed bun. "Never, ever, ever put ketchup on it," Kraig says.

A New York-style hot dog has a garlicky taste and is cooked on a flat griddle "and rolled around until it's crispy." It's topped with chopped onions, mustard, sometimes sauerkraut, and served on a plain bun. The most famous New York hot dog stand is Nathan's Famous, a Coney Island landmark since 1916 and home to a July 4th hot dog eating contest.

Texans like chili or coney dogs, and Southerners eat nearly as many pork hot dogs as beef, Kraig says.

Beef or pork, a hot dog is a cooked sausage made from a mixture of ground meat (or meat byproducts and cereal filler), water, salt, curing agents and spices. Hot dogs can be made with cellulose casings, which later are removed for skinless hot dogs, or with natural edible intestine casings.

Most hot dog connoisseurs favor edible casings, which adds to the crunchiness. "A good hot dog has a real snap to it when you bite into it," Kraig says.

### Water weenies & Rutt's rippers

In Florida, hog dog fanatics can enjoy a tasty frank without leaving their boats. On the Caloosahatchee River in Cape Coral, Fla., you can order a Chicago-style hot dog from Bearon's Water Weenie Wagon. Former Chicagoan Tom McGowan turned a pontoon boat into a floating hot dog and ice cream stand shaped like a giant ice cream cone. The German sausages and hot dogs are flown in from Chicago.

"We're having a ball doing this," says McGowan, 67, a retired electrical contractor and avid fisherman. "We're on the end of the river, and it's a main drag into the Gulf of Mexico. Boats will be lined up eight, nine, 10 deep."

Hot dog lovers may wait an hour to order at Pink's, a Hollywood, Calif., institution since 1939 and perhaps America's most famous hot dog stand. Celebrity customers at Pink's are as popular as the eatery's 21 varieties of hot dogs.

"Nicolas Cage may show up in jeans and T-shirt and come in with his buddies," says owner Richard Pink, 61. "Bill Cosby's a regular and always orders a chili dog with a hint of mustard."

Pink's late parents, Betty and Paul Pink, borrowed $50 to buy a cart and go into the 10-cent chili dog business. They ran an extension cord to a hardware store a block away. In 1946, Pink built his stand on the spot where he'd parked his cart, Melrose and La Brea, and business has been on a roll ever since. Between 1,500 and 2,000 hot dogs are sold at Pink's daily.

"It's all about consistency; we've never changed suppliers," Pink says, "and also about variety."

It doesn't hurt, either, that Tom Hanks may be waiting in line.

Some vendors have nicknames for the hot dogs they serve. At Rutt's Hut in Clifton, N.J. (pop. 78,672), the deep-fried dogs have been called rippers since 1928.

"We dump them in a vat of oil and deep-fry them. The oil makes the skin rip," explains Gus Chrisafinis, 36, a second-generation owner. Rippers are topped with homemade relish and chili.

"We're 15 minutes from the Newark (N.J.) airport, and people land and come here before they visit their family," Chrisafinis says. "I get people here for rippers for breakfast."

Such hot dog fanaticism sounds reasonable to Frank Webster of El Cajon, Calif., who has visited a thousand hot dog eateries nationwide, collected 4,000 wiener-related items and is scouting a permanent location for his Hog Dog Hall of Fame and Museum.

"I'm living in a wienie warehouse right now," says Webster, 56, of his hot dog memorabilia-filled home, where he publishes The Frankfurter Chronicles, a hot dog newsletter.

### From Frankfurter to Hot Dog

The hot dog may be an American favorite, but it's descended from a centuries-old European sausage-making tradition. Frankfurt am Main, Germany, celebrated the 500th anniversary of the frankfurter in 1987.

Immigrants from many European nations brought their sausage-making skills to America, but Germans were the first to sell their popular dachshund, or little-dog, sausages from pushcarts on New York City streets in the 1860s.

In 1893, sausage vendors popularized the fare at the World's Columbian Exposition in Chicago. Sausages also were served that year at baseball parks, including the St. Louis Browns' ballpark.

The earliest references to "hot dog" appeared in 1890s college humor magazines and most likely began as a joke about the origin of the meat, hot dog historian Bruce Kraig says.

The culinary historian credits the Germans with first serving sausages on rolls, although popular lore has it that concessionaire Anton Feuchtwanger started the practice at the 1904 Louisiana Purchase Exposition in St. Louis. Feuchtwanger began using soft rolls (the precursor to today's bun) after he ran out of gloves to give customers for handling the hot sausages.

In the 1920s and 1930s, marketing by Oscar Mayer with the rollout of the Weinermobile and catchy jingles further linked hot dogs with family and fun.

"Hot dogs have been fun street food from the beginning," Kraig says.

Marti Attoun is a frequent American Profile contributor.

DEFT 000096

**241**

From:        "Uncle Frank" <hotdog@jccomp.com>
To:
Date:        9/30/2001 9:49 AM
Subject:     ON A MISSION FROM DOG

SAN JOSE MERCURY NEWS

ON A MISSION FROM DOG
TO ESTABLISH THE HOT DOG HALL OF FAME IN THE SOUTH BAY

Sunday, July 19, 1998

TRACIE CONE is a staff writer for West.

CONSIDER, for a moment, the classic jingle: ......... ... Oh, I wish I were an Oscar Mayer wiener. That is what I'd truly like to be. 'Cause if I were an Oscar Mayer wiener, everyone would be in love with me.

Why? Because July is National Hot Dog Month and what would a celebration be without a little music. This should rattle around your brain for the rest of the day while we ponder the life of one individual who just can't confine his love of "der Wiener" to a single month, even a long one like July.

"They remind me of my childhood," says J. Frank Webster, whose name really isn't Frank, but if you own what might one day become the Hot Dog Hall of Fame, then what else are you going to call yourself?

Uncle Frank, as he is known through his monthly newsletter "The Frankfurter Chronicles," possesses what might be the largest private collection of hot dog memorabilia in the world, not that anyone keeps tabs on such things. He also maintains a hot dog hot line--(707) 426-4618--and is working on a Web site, www.thehotdoghalloffame.com (not online yet), to honor America's tube steak. (The newsletter offers the latest books devoted to hot dog recipes, gives updates on New York City's hot dog vendor disputes, directs readers to books, such as the most excellent "A Confederacy of Dunces," in which the hot dog is essential to the plot, and, in the June issue, taught readers how to say "hot dog" in American Sign Language.)

"I must have maybe 4,000 pieces," says Uncle Frank, whom you may remember from the restaurant he ran in the '80s, Hot Diggity Dogs on El Camino, when he lived on Franck Avenue in Santa Clara. "People keep sending me things."

Like the hot dog radio, hot dog telephones, hot dog squirt guns, posters, sweaters with wieners actually knitted into the pattern. Well, you get the picture.

So where is all of this going? Into the museum, Frank hopes. And where will that museum be located? If we're lucky, right here in the South Bay, already home to the Barbie Hall of Fame, the Pez Museum, and the Museum of Quilts and Textiles, which seems seriously out of place.

Frank developed his love for franks traveling the country as a military brat. Dad would stop the '52 Packard for a lunch of chili dogs. When the family was transferred to Germany, Frank went dogless, despite the fact that it is home to Frankfurt and one of the regional dishes is sauerkraut.

DEFT 000097

\\

**242**

What this obsession means, according to Denise Harr, owner of Antiquarium in Los Gatos and Roscoe the late (yes, he died) 22-year-old goldfish, is that Frank very likely had a happy childhood. She has developed a theory about people in her 30 years of watching them either indulge themselves in her kitschy collectibles, or run screaming from her store.

"Ya, relatively happy," says Uncle Frank. "My name isn't Menendez."

Right now Uncle Frank and his collection reside in Fairfield, a land of more affordable housing, but he is doggedly pursuing space at this end of the bay. He did enter a contest to win a restaurant in Frisco, vowing to make it the hall, not that he wanted it to be there.

"My hot dog roots are in San Jose," says Uncle Frank. "I started selling hot dogs in 1976 off a three-wheeler. I rode my bike, played hot dog songs from the 1920s on, and sold dogs out of an ice chest. I mostly rode up and down El Camino, stopping at car dealerships."

That was when Frank's name was John, he says, "but the DMV doesn't seem to mind that I changed it. I still have the same initials."

People liked Frank's 'furters and started giving him little hot dog trinkets. When he bought the restaurant, he started displaying them, which invited more gifts.

"I feel bad that all of this stuff now sits in crates," he says. "The world needs to see it."

Frank envisions a restaurant/museum/gift shop/gallery. He'll have daily dog specials, like his favorite chili dog with the longhorn colby cheese he prefers "for its low melting point." Frank, who knows things such as the fact that there are 30,000 Web sites with the word "hot dog" in them, wants a place where the harried people of Silicon Valley can escape the dog-eat-dog world, if only for their lunch hour.

"I want a place where local artists can put their hot dog paintings on the wall," he says, meaning it. "We also have hot dog tapestries people have woven for us that would be nice hanging there."

Frank, who signs his notes "With relish, Frank," plans to start looking actively for a site just as soon as he gets his "Lamborgwienie"--a hot-dog shaped vehicle--up and cookin'.

"If I never pull it off, I'm going to give everything to the Smithsonian," says Frank.

Sometimes a hot dog is just a hot dog. Sometimes it's a fetish.

All content © 1998 SAN JOSE MERCURY NEWS and may not be republished without permission.

DEFT 000098

243

From:       "Uncle Frank" <hotdog@jccomp.com>
To:
Date:       2/17/2001 10:00 PM
Subject:    Smithsonian article (excerpt)

Hot Dogs Are Us

By Donald Dale Jackson
Smithsonian Magazine
June 1999

It's no stretch to say they're more American than apple pie because they link us all together

Despite roots that go back to the wursts and sausages of Europe, hot dogs are an American phenomenon. Indeed, a Coney Island vendor named Charles Feltman is generally credited with being the first visionary to fork a warm sausage into a split roll and offer it with the condiment of choice.

That said, hot dog history, warns author Donald Dale Jackson, is a compendium of myths, guesswork and public relations inundating a scanty dossier of facts. Look at the origin of the name "hot dog," for instance. The product was originally called "dachshund sausage" for its resemblance to the low-slung German dog. One story has it that a newspaper cartoonist drew a picture of barking dachshunds between buns and labeled them "hot dogs" because he couldn't spell "dachshund." Trouble is, no one has ever found the cartoon. The earliest known mention appeared in a story in the Yale Record of 1895 in which students "contentedly munched hot dogs."

Whatever they were called, they had become patriotic fare by the 1920s. "They were Americanized through their association with public events," says scholar Bruce Kraig. "People ate them at baseball games, horse races, fairs and circuses." Today, America is hot dog headquarters, with rival hotbeds in New York and Chicago. One New Yorker declares, "In Chicago, they put an entire salad over the hot dog because they're embarrassed at the way it tastes." But a guide to Chicago fast-food bad-mouths the New York dog as "a little limp wiener drowning in gloppy stewed onions and sauerkraut."

Regional differences aside, the hot dog is a favorite of folks from all walks of life. And if a free spirit called "Uncle Frank" Webster has his way, the thousands of hot dog artifacts he has collected will become part of a hot dog hall of fame, with a museum, gallery and gift shop. And if that fails? "I'll give it to the Smithsonian," he muses.

DEFT 000099

·13

**244**

From:         "Mr.HotDog" <Mr.HotDog@Cox.Net>
To:           "David Schultz" <David.Schultz@maslon.com>, <jpc@cotkincollins.com>
Date:         2/18/2008 2:44 PM
Subject:      REQUEST NO. 3 - Stock Message
Attachments:  Hello from The Hot Dog Hall Of Fame

EXHIBIT
15  WR
Webst V
PENGAD 800-631-6989

DEFT 000100

**245**

From:     "Mr.HotDog" <Mr.HotDog@Cox.Net>
To:       <david.bodamer@penton.com>
Date:     9/26/2007 8:49 AM
Subject:  Hello from The Hot Dog Hall Of Fame

Please be advised that WE are The Hot Hog Hall Of Fame, not that liar, thief and con man Steve Schussler.

We made the mistake of telling him about what we do (since 1976) at a meeting we had with him at the Grand Opening of San Francisco's Fisherman's Wharf Rainforest Cafe in 2000 and he is attempting to usurp, misappropriate and just plain steal our concept(s), good reputation, business name, URL's, etc.

You can read all about it (we've already served him 2 Cease & Desist demand letters) on our web site: www.thehotdoghalloffame.com

Go to "About Us" in the left margin and select the high-lighted (blue underlined) hyperlink in the body of the text portion of that page for "Hot Dogs In A Cold World".

With Relish,

Uncle Frank



www.thehotdoghalloffame.com

DEFT 000101

2

246

From:        "Mr.HotDog" <Mr.HotDog@Cox.Net>
To:          "David Schultz" <David.Schultz@maslon.com>, <jpc@cotkincollins.com>
Date:        2/18/2008 2:44 PM
Subject:     REQUEST NO. 7 - First contact: 29 April 2000
Attachments: Schussler.doc

Please notice the date of this letter attached in Word format.

It is totally consistent with what we have been saying all along but we have yet to find the subsequent email messages Plaintiff and we traded before our meeting at the Grand Opening of The Fisherman's Wharf Rainforest Cafe...

EXHIBIT
16  182
Webster

DEFT 000102

**247**

Mr. Steven Schussler                                              **29 April 2000**
Sr. Vice President of Development
Rainforest Cafe, Inc.
720 South Fifth Street
Hopkins, MN 55343

Dear Mr. Schussler:

We've heard great things about **The Rainforest Café** for several years now. Unfortunately, we do not live close enough to one of your outlets to have had the privilege of visiting one yet. Last week, we got a postcard from a friend visiting your Las Vegas location. He's a career restaurant manager and not easily impressed yet he took the time to send us your postcard. Later that day, my wife **Darla** saw the feature on "**Extreme Cuisine**" explaining how you had converted your house to the prototype of Rainforest Café.

I am writing because that is exactly what we are preparing to do in **San Diego** within the year and you have no idea how much easier that little bit of knowledge has made my job. Just as others had to actually see and experience the Rainforest Café concept to sign onto it, we are facing similar hurdles and can now point to your success to justify the expense of this project.

"**La Casa Weenie**",

Out front will be sausage-link topiary, professional landscaping, our hot dog mailbox and hot dog flag.

The back yard will feature a small miniature golf course with fast food themes for each hole.

The interior will exhibit close to a thousand pieces from the collection and a professional kitchen.

We will soon begin to raise the funds necessary to establish **The Hot Dog Hall Of Fame** as a combination **Hall Of Fame / Museum / Restaurant / Gallery & Gift Shop** to provide a permanent showcase for our collection of approximately 4000 pieces of hot dog advertising, art, collectables, memorabilia, music, promotionals and toys.

Our menu will proudly feature **The World's Best Hot Dog**.

Thank you again and we wish you (and the Rainforest Café) the very best.

> **With Relish,**

# The Hot Dog Hall Of Fame
### PO Box 658 Fairfield, Ca. 94533

DEFT 000103

2

**248**

| | |
|---|---|
| **From:** | "Mr.HotDog" <Mr.HotDog@Cox.Net> |
| **To:** | "David Schultz" <David.Schultz@maslon.com>, <jpc@cotkincollins.com> |
| **Date:** | 2/18/2008 2:45 PM |
| **Subject:** | REQUEST NO. 11 - Hall Of Fame Hall Of Fame |
| **Attachments:** | Hall Of Fame Hall Of Fame (AP); Hall Of Fame Hall Of Fame (The Official Version); Halls of Fame - They're the greatest; Museums that make their mark; Hall Of Fame Hall Of Fame (from our web site) |

I should also point you at Renny Pritikin's remark about who operates halls of fame as this was meant to be our part time, semi-retirment jobs.

If Plaintiff is allowed to simply take our intellectual property, he has stolen our retirement plan and the taxpayers will end up supporting us in our old age.

From Center for the Art's magazine about this show:

"Though exceptions like Cooperstown are the most visible, halls of fame are usually modest affairs, often a small city's attempt to elevate its claim to fame, or of a dedicated fan trying to turn a hobby into a lasting and money-making institution. "Most halls are not nonprofits," Pritikin says. "They're places for retired folks to open on the side of the road to make a living in their old age. They're pretty pure in their innocence."



EXHIBIT
17
Webster
PENGAD 800-631-6989

From:      "Uncle Frank" <hotdog@jccomp.com>
To:
Date:      10/23/2000 9:18 PM
Subject:   Hall Of Fame Hall Of Fame (AP)

Hall of Fame that honors the same has little shame

James O. Clifford
ASSOCIATED PRESS
9 Dec 1996

SAN FRANCISCO -- Fame may be fleeting, but Americans can't get enough of it. There seems to be a hall of fame for everything. Now there's one for fame itself: The Hall of Fame Hall of Fame.

Halls of fame from one end of the nation to the other contributed to the new hall that spotlights the nation's adulation of subjects ranging from the hot dog to outer space.

The items were gathered and put in the Center for the Arts at the Yerba Buena Center for a three-month run that opened recently.

The exhibits include a Pink Floyd stage set from the Rock and Roll Hall of Fame and Museum in Cleveland. The set, based on Roger Waters' performance of "The Wall" in Berlin, is a balloon that looms down and screams away, resembling something out of a Macy's parade.

The Pink Floyd display shares a room with a 1923 Duesenberg Model A sedan from the Automotive Hall of Fame in Midland, Mich. There's also a 1933 Kamp Car on loan from the RV-MH Heritage Foundation Hall of Fame in Elkhart, Ind., which is dedicated to recreational vehicles and mobile homes.

The other rooms contain displays that take up far less space, but still manage to convey the peculiar American passion for honoring just about every field of endeavor.

A hall of fame is a "grass-roots museum that reflects the passions, concerns and beliefs of 20th-century America," said Renny Pritikin, the center artistic director who corralled the exhibits.

Pritikin calls the halls "walk-in textbooks narrating an alternative American cultural history."

According to Pritikin, such museums started to appear in the 1930s, proliferated and today number almost 200. The exhibition could house contributions from only a quarter of them.

"We found out there were a lot of sports halls of fame," he said. "So we had to limit those so they didn't overwhelm the exhibit."

True, the show has lots of sports items, but many are so unusual they are bound to interest even the most jaded sports fan.

How about Bob Lanier's size-22 basketball shoe, on loan from the Naismith Memorial Hall of Fame in Springfield, Mass.? From the Little League Baseball Museum in Williamsport, Pa., we learn that writer George Will, Dan Quayle,

DEFT000105

2

**250**

Kareem Abdul-Jabbar, Tom Selleck and Bill Bradley all played in the Little League World Series.

But it's lesser heralded fields that steal the show.

Quilt-makers have a hall of fame. So do fiddlers, cowgirls and clowns. Even quacks. The Quackery Hall of Fame in Minneapolis contributed several items, including a Spectrochome of the 1930s that promised to cure disease by shining colored lights on the naked body, providing the patient stood in front of the device after midnight.

Size presented problems for some halls of fame, Pritikin said. Some were so small they couldn't lend anything, he said.

"All the Hall of Fame of Famous Indians has are these huge blocks of stone with portrait busts that were too heavy to ship," he said.

One appeal of The Hall of Fame Hall of Fame is the way it cuts across cultural and economic barriers to chronicle the nation's fascination with achievement, said center spokeswoman Holly Krassner.

She recalled the opening night crowd that included J. Frank "Uncle Frank" Webster from the Hot Dog Hall of Fame in the nearby Northern California city of Fairfield, which donated several articles, among them a hot dog machine.

Webster carried a bottle that squirted a yellow puttylike substance to the unwary who asked for mustard.

Copyright Union-Tribune Publishing Co.

DEFT000106

From:        "Uncle Frank" <hotdog@jccomp.com>
To:
Date:        1/7/2002 4:10 PM
Subject:     Hall Of Fame Hall Of Fame (The Official Version)

A carved marble rooster. The skeleton of a racing greyhound. A Brooklyn
Dodgers kimono. A fiddle fashioned from raw pine by a cave-dwelling Indian
using only an axe and broken stones. At a flea market or antique shop these
objects would be collectibles, kitsch, or junk. In their proper homes,
though-at some of America's halls of fame-they are imbued with history and
meaning. Surrounded by kindred memorabilia, they speak of achievement,
excellence, and fame, celebrating sports, hobbies, and vocations from
trapshooting to checkers to law enforcement.

Halls of fame are more than collections of ephemera and plaques: they are a
particular, peculiar kind of museum, in many ways the opposite of
traditional institutions. Part historical society and part tourist
attraction, they commemorate in spectacular detail achievements and
personalities that might otherwise be left to unread books or faulty
memories. While art museums isolate their treasures, putting them on
pedestals and against clean, white walls, halls of fame are more cluttered
places, often hung wall-to-wall-and floor-to-ceiling-with great quantities
of stuff . Wrapped up in lengthy wall texts, their hundreds of artifacts are
parts of larger stories, not individual works.

And halls of fame are uniquely American. Invented in New York in 1901,
they've spread across the country-but only rarely outside it. Today, there
are almost 200 of them, attracting more than 2 million visitors each year.
This is, after all, a nation of Top Tens, Number Ones, Books of Lists, and
countless awards shows. Recognizing and remembering the best is an
obsession.

An exhibition this winter at the Center for the Arts in San Francisco
brought the hall of fame and the art museum together for the first time. In
"The Hall of Fame Hall of Fame," objects from 50 halls of fame from across
the country were displayed in the white-walled spaces of the center, in
artistic director Renny Pritikin's attempt to both broaden the scope of the
museum and explore what makes halls so popular and, to his mind, important.

Halls of fame, Pritikin says, "serve a deep need in our culture" and reveal
a great deal about our ideas of success, fame, and memory. They are also
influential: halls of fame and other "reality-based" museums have helped
popularize the crowd-pleasing features-interactive kiosks, audience
participation, video and audio displays, rooms that re-create actual
environments-that are being adopted by more traditional museums. The U.S.
Holocaust Memorial Museum in Washington, D.C., for example, follows a
carefully scripted presentation supported by a wall-to-wall collection of
artifacts and "environments" such as a German boxcar. At art museums, audio
tours that frame exhibitions in easy-to-digest narratives are becoming
almost ubiquitous. And interactive computer stations have appeared at
institutions ranging from the San Francisco Museum of Modern Art to the
American Museum of Natural History.

DEFT000107

The larger halls of fame aren't resting as their highbrow competition catches up, though. In the past few years, they've become ever more sophisticated in knowing their audience and in using technology. At the Naismith Memorial Basketball Hall of Fame in Springfield, Massachusetts, for example, you can play one-on-one against Bill Walton in a virtual reality booth. And the Rock and Roll Hall of Fame and Museum in Cleveland, which opened in September 1995, has set new standards in HOF architecture and displays. Its $330 million, I.M. Pei-designed building-a high-style cross between the Louvre's pyramid and a Gibson Flying V guitar-is filled with sophisticated electronic displays, boldly designed exhibitions, and audio listening stations, not to mention a wax statue of Alice Cooper.

The first hall of fame was a decidedly more sober affair than these bright, tourist-friendly shrines. In 1901 the Hall of Fame for Great Americans was dedicated at New York University's new campus in the Bronx (now Bronx Community College). A long, Classical colonnade was built to honor 150 of the greatest men-and later, women-of American history. Nominated by the public and elected by a panel of experts, the first 29 honorees, who included Ralph Waldo Emerson, David Farragut, Asa Gray, and Eli Whitney, were remembered with a Tiffany-designed plaque and speeches by the mayor, a senator, and other luminaries.

Its creator, NYU chancellor Henry MacCracken, claimed the Hall of Fame's inspiration was practical: on the university's hilly site, a colonnade was needed to soften the edge of the new library and to connect the neighboring buildings. Voila, the Hall of Fame for Great Americans, designed by Stanford White. The chancellor made no mention of why this was the only, or best, solution. But it's clear he built the HOF with ideals larger than pedestrian convenience, comparing it with the Pantheon, Munich's Temple of Fame, and Westminster Abbey.

The hall was quite popular: 5,000 people showed up for the opening ceremony, and the topic of who would be elected remained news for decades. More important, though, was the idea of the hall of fame, which immediately took root in popular culture. While MacCracken's American Pantheon wouldn't have any built company for almost 40 years, boosters, writers, and historians throughout the country began to build their own halls of fame with words rather than brick and stone. Sportswriters were using the term to denote a collection of baseball greats as early as 1905; The Texas Women's Hall of Fame, a compilation of biographies of frontier women, was published in 1917; and in 1918, a Missourian took it upon himself to enshrine some of the state's eminent citizens, including Mark Twain, Lewis and Clark, and Eugene Field, the "Poet Laureate of Children," into the book Missouri's Hall of Fame.

The Bronx colonnade directly inspired America's second-and much better known-hall of fame, in Cooperstown, New York. In 1934, two men had an idea for increasing tourism in their small, farm-country hometown: a baseball museum, to honor the game's mythical origins there. Coincidentally, Ford Frick, the National League president, had recently visited the Hall of Fame

DEFT000108

for Great Americans; the two ideas met, and the first hall of fame to celebrate a single endeavor was born. Ten thousand came to see the opening of the National Baseball Hall of Fame in 1939; today, more than 400,000 visit each year, and induction is still the greatest honor in the sport.

Though exceptions like Cooperstown are the most visible, halls of fame are usually modest affairs, often a small city's attempt to elevate its claim to fame, or of a dedicated fan trying to turn a hobby into a lasting and money-making institution. "Most halls are not nonprofits," Pritikin says. "They're places for retired folks to open on the side of the road to make a living in their old age. They're pretty pure in their innocence."

For Pritikin, "The Hall of Fame Hall of Fame" was first and foremost an effort to bridge the gap between the art museum—an institution historically associated with privileged classes and high culture—and the more grass-roots, working- and middle-class hall of fame. The Center for the Arts, he explains, has a mandate to work with smaller institutions not usually represented in a large museum; he has collaborated with such local groups as Galeria de la Raza, a community-based gallery for Latino art, and Hospitality House, a shelter for runaway teens.

Inspiration for the show came from this democratic mission and from a fortuitous visit to the tiny San Francisco Fire Department Pioneer Memorial Museum. "I don't know if anyone had been there in a month," Pritikin remembers. "There was an old lady behind the counter and dusty display cases and wonderful artifacts from the turn of the century. I thought, 'I'm working with Galeria de la Raza and these other local organizations, I should think about working with places like this.' " With a small leap of logic, he narrowed this down to a manageable and high-profile group, the halls of fame.

The exhibition began with several trophies on pedestals, mementos of the most transient fame, single victories now mostly forgotten. An electroplated horse from the National Cowgirl Hall of Fame celebrated Nancy Binford's winning cutting horse at the 1949 Tri-State Fair. An ornate silver cup lent by the College Football Hall of Fame provided proof that Cecil Isabell was the most valuable player in the 1938 contest between the College All-Stars and the Washington Redskins. (But enshrinement had not saved these trophies from the years: Isabell's cup was tarnished; Binford's horse had lost the "gold" on its nose, belly, and right flank.)

Around the corner, a lavish display culled from the National Poultry Hall of Fame celebrated fowl husbandry, a mundane subject only to the uninitiated. The collection included several plaques honoring poultry industry greats, such as Kathryn B. Niles, who "released to major U.S. media over 10,000 recipes featuring new ways to use eggs, chicken, and turkey," as well as a beautifully carved marble rooster. In a cavernous, adjoining room stood Pink Floyd's "The Wall," a 34-foot-long symbol of rock greatness borrowed from the Rock and Roll Hall of Fame, as well as one of the world's first recreational vehicles, lent by the RV/MH Heritage Foundation Hall of Fame. Upstairs, things were a bit more cluttered, with smaller artifacts ranging

DEFT000109

from a latched-hook rug depicting a steaming frankfurter (from the Hot Dog Hall of Fame) to Ed "Strangler" Lewis's headlock machine-two half-head-size pieces of wood connected by a heavy spring, borrowed from the National Wrestling Hall of Fame.

The combination of the halls' obscure artifacts and the thoroughly modern Center for the Arts was an odd one. Amid soaring galleries, huge windows, and pristine white walls, the greyhound skeleton, marble rooster, and Bob Lanier's size 22 basketball shoe seemed uneasy, displaced from their real context. And if it sounds like the show was a jumble of disparate objects far from their proper homes, to some extent it was. "When we were taking the stuff out of its boxes," Pritikin recalls, "I got really depressed. I thought, 'This is a bunch of crap.'"

But he insists that while something was lost in bringing the hall of fame to the art museum, something was also gained. An object might have a clearer meaning at its hall of fame home, Pritikin says, but "by building an environment for it and putting text around it, I'm making a bigger statement about it." Part of that statement is simply about how singular the hall of fame is, while part, he explains, is about "how memory works. These places participate in the creation of history, determining what accomplishments are worthy of permanent recollection." Ralph Appelbaum, a New York-based designer whose firm created the exhibitions at the Holocaust Memorial Museum, echoes this concern: "Halls of fame are another battle in the memory wars, over who gets to define history."

Though halls of fame can seem simple places, just collections of artifacts and popular history, they reveal much about our values and our sometimes contradictory attitudes toward achievement. On the one hand is the cherished myth of America as a meritocracy-that anyone can grow up to be president, that with hard work, skill, and a little luck, success is always possible. (And some halls of fame celebrate activities so ordinary-accounting, for example-that it does seem anyone can enter.) On the other hand, Pritikin also sees a Calvinistic belief in being "chosen." "It's a sign from God that you're worthy if you're successful," he explains. Some people are born geniuses." Halls of fame allow regular folks to get close to this greatness, to see the relics of successful people and perhaps understand their drive and personality.

Appelbaum offers another explanation of halls' allure and popularity. "Reality-based institutions [like halls of fame, historic homes, and science museums] are finding themselves in a renaissance because we've been inundated with slickness," he says. "Halls of fame not only focus you on a specific endeavor, but also on role models that connect you to history and heritage." And he explains their concern with a non-elite audience: "Our education system simply has not provided over the last few generations the kind of art appreciation that naturally creates audiences for connoisseurship museums. At the same time, discretionary time and income have grown so dramatically. . . . Halls of fame are simply addressing the needs of the market. One does not need to be a connoisseur to recognize excellence."

DEFT000110

**255**

But even as halls of fame become more popular and numerous, their credibility is waning. In 1939, when the Baseball Hall opened, the term "hall of fame" was already too common to be trademarked. Today, it's as generic as Kleenex or Xerox; and for every "real" hall of fame, there are probably a dozen that exist only as a book, magazine article, TV segment, Web site, or row of glossy pictures in a real estate office. The democratic institution has become too democratic; there are so many places in the hall of fame that thinking of induction as an honor seems a bit naive. And a trip back to the original hall of fame can make all these monuments to celebrity appear futile. Though the Hall of Fame for Great Americans still stands in the Bronx, it is lonely and unvisited, a place moving not because of its inductees' glory, but because most of its heroes-and its way of remembering them-have been forgotten.

DEFT000111

256

From:      "Uncle Frank" <hotdog@jccomp.com>
To:
Date:      5/31/2001 11:53 AM
Subject:      Halls of Fame - They're the greatest
Attachments:      costume.jpg

Halls of Fame:
They're the Greatest

By Megan Rosenfeld
Washington Post Staff Writer
Wednesday, August 12, 1998

The average person who happened to find himself in possession of 28 dead cockroaches dressed in costumes would probably just set them on the mantel and show them off to friends. But Michael Bohdan is no average person. When he found himself with this booty (one of the perks of judging a roach-dressing contest), he thought, "How can I let these beautiful cockroaches go to waste? I should share this great treasure with the world."

So he bought some display cases, put them in the window of his Pest Shop in Plano, Tex., and hung a sign: Cockroach Hall of Fame. And do people come to see the wonders of Marilyn Monroach, Elvis Roachley, and Bohdan's favorite, Liberoachi, dressed in tails and seated at a roach-size piano? You betcha.

"We're not the Smithsonian," the professional exterminator conceded. "But we get about 3,000 visitors a year."

The Burlesque Hall of Fame in Helendale, Calif., gets about 1,000 fewer than that, depending on how hot the weather gets, but it, too, is a labor of love, to honor former strippers. The International Towing and Recovery Hall of Fame and Museum, in beautiful downtown Chattanooga, boasts at least 12,000 visitors a year to its displays of historic tow trucks and photos of men and women "who have made significant contributions to the towing and recovery industry."

Summer is the boom time for halls of fame. All over America people are visiting their friends and family and looking for something to do, or for a way to break the endless interstate journey across the fruited plain. And what better rest stop could there be than to pause in Seymour, Wis., at the Hamburger Hall of Fame, or - if you prefer - in Fairfield, Calif., at the Hot Dog Hall of Fame? Where else could you see more than 2,000 objects shaped like a hot dog?

Halls of fame are Americana at its plainest and purest. This is the real deal. You can take your 80 trillion air-conditioned square feet of stuffed mastodons and Hope Diamonds. Forget those Old Masters in snooty art galleries named after rich people. This is the people's art! Kitsch R Us. Americans revere fame, and they want to institutionalize even the ordinary so that it, and we, will last forever.

Halls of fame are "a populist self-portrait of the century's attitudes towards fame, with implications for understanding ideas in the United States about aging, success, time and, especially, memory," wrote Renny Pritikin of the Yerba Buena Gardens Center for the Arts near San Francisco. She curated an exhibit last year called "The Hall of Fame Hall of Fame," which featured

DEFT000112

**257**

about 50 of them. (The actual number of such halls is a subject of some debate. Hall of Fame Museums: A Reference Guide lists 274, while referring to another estimate of 3,000 that is attributed to a television report.) According to the guide, written by Victor J. Danilov, the number of halls has increased during the last decade, and many older ones have expanded.

"In ancient times you had to be a great warrior to be honored," says Irving Rein, professor of communications studies at Northwestern University and co-author of "High Visibility." "Now you can be a consultant. . . . A lot of this is about giving a sector credibility and not just a person, a way of giving long-lived permanence to a particular occupation or avocation."

Halls of fame can be found in a mammoth reproduction of a fish, in trailers, building lobbies, renovated goat sheds, doctors' offices and actual hallways. At the high end is the multi-million-dollar Rock and Roll Hall of Fame in Cleveland, the Baseball Hall of Fame in Cooperstown, N.Y., and the elegant International Tennis Hall of Fame in Newport, R.I. At the other end is the simple but eloquent display case in the Montpelier, Vt., recreation department that enshrines the winners of the annual "rotten sneaker" contest. The best of the worst, in other words. In order to win, a sneaker should be smellable at 20 feet. It's called the Hall of Fumes. Admission is free.

This year's winner, by the way, is Brian Paton, 15, of Barre, Vt. "My mom makes me keep them outside on the porch," he said in the flush of victory. "They get wet, freeze, and then the toes curl up. The smell gets worse as they thaw out."

We honor Barbie dolls, poultry producers, dog mushers, pickle packers, Route 66, bulls, cowgirls, women bowlers, cars, quilters, jazz musicians, teachers, high school band directors, South Carolina police officers, fiddlers, clowns, miners and recreational vehicles.

We honor athletes more than anything else, with the possible exception of airplanes and aviators. There are 10 halls of fame just for baseball, nine for football. At least 17 states have their own sports halls of fame, often located in arenas or public universities. But there are also halls devoted to beach volleyball, biking, croquet, dog sledding, figure skating, Frisbee, lacrosse, marbles, shuffleboard and trapshooting. Jewish athletes are honored in several halls, and Polish, Italian, African American and Puerto Rican athletes have their own as well.

The oldest hall of fame, according to Danilov, is right here in Washington - Statuary Hall in the Capitol. There you will find a carved stone parade of American notables, many of them utterly unfamiliar. This town is also home to the Chess Hall of Fame and the National Jewish American Sports Hall of Fame, to be located in the B'nai B'rith Klutznick National Jewish Museum as of Oct. 1. The Labor Hall of Fame is in the lobby of the Frances Perkins Building, 200 Constitution Ave. NW. It has its own answering machine.

Another nearby hall, the Poultry Hall of Fame in Beltsville, is not what it used to be. Maintained by the American Poultry Historical Society in the National Agricultural Library, the exhibit once featured attractions like an electric egg in addition to oil portraits of such poultry notables as Fred R. Beaudette (1897-1957), who developed a vaccine to control fowl pox, among other accomplishments. But the library needed the space, so now the

DEFT000113

hall of fame is just that: a hallway on the second floor lined with brass plaques.

Virginia boasts the National Jousting Hall of Fame, at Natural Chimney Park near Harrisonburg. It displays some armor, jousting rings and lances, and of course, the names of accomplished jousters. The state is also home to the United States Slo-Pitch Softball Association Hall of Fame (Petersburg), the Virginia Sports Hall of Fame (Portsmouth) and the Virginia Aviation Hall of Fame (Richmond).

Some states have more halls of fame than others. California and New York, unsurprisingly, have more than a dozen each, but Alabama has almost as many. Talladega alone has six, all sports-related. In fact, they are mostly auto-sports-related: Motorsports, Racing, Quarter Midgets, Western Auto Mechanics and Karting. Wisconsin has another mother lode, showcasing clowns, Green Bay Packers, freshwater fish, paper, snowmobiles and aviation in addition to the aforementioned hamburgers.

Behind every hall of fame is a story – often one of enthusiasm and poignant devotion.

Take Dixie Evans, proprietor of the Burlesque Hall of Fame, also known as Exotic World. (Its T-shirt, emblazoned with a showgirl, reads: "Movers and Shakers of the World.") She tells her story with charming frankness, proud of her role in preserving a nearly dead art.

Evans, 72, was in burlesque from 1949 until 1962, traveling the circuit. She did a Marilyn Monroe act, and indeed will do an imitation for you at the drop of a spangle. But of course Marilyn committed suicide in 1962, and Evans's career kind of went south.

"It was bingo, overnight. No agent would talk to me," she says. "I went into a horrible depression. I was married to a prizefighter – he was the fifth-ranking contender for the middleweight championship. He also sold aluminum siding. He was very handsome – he looked like John Garfield. He wasn't really beat up in the face or anything."

She tried dyeing her hair black, but it didn't help. Then she met a stockbroker who got her a job doing public relations for a hotel in Bimini. After she ran out her string in the tropics, she moved to California, where her sister lived. She got a job as a practical nurse for elderly people.

"It was so depressing. The only way I got through it was by pretending I was rehearsing for a movie."

Then she heard that an old stripping pal, Jennie Lee, who had started a burlesque hall of fame on a goat farm in the desert, had breast cancer. "I came out with a couple of showgirls to visit," Evans recalled. When Lee died in 1990, Evans returned to help out and ended up taking over Exotic World. "It had gone tumbledy-rumbledy down," she recalls. "I remodeled all the goat sheds - all have wall-to-wall carpeting."

She lauds burlesque as a tonic for the average stiff, an unsung alternative to the halls of high culture. "It did provide a wealth of entertainment for the working class during the 1930s and '40s," she says. "It only cost 25 cents in the afternoon. Sometimes 35 cents for a cast of 60 people! . . .

DEFT000114

**259**

The working people did not want a plot to their show." They wanted dance teams, they wanted showgirls in skimpy costumes, they wanted strippers.

The exotic dancers immortalized in this museum include Josephine Baker and Mata Hari. They have Sally Rand's original fans, Gypsy Rose Lee's trunk of costumes from "For the Boys," plus a lot of hats and gloves. There's a skirt Evans used in her Marilyn acts, photographs of her, some "gorgeous gowns" that belonged to Sherry Champagne - and Sherry's ashes in an urn.

Once a year the aging strippers hold a reunion at Exotic World. At the last one, Tempest Storm, now nearing 70, did her striptease to great acclaim.

And whatever happened to Evans's husband, the boxer and aluminum siding salesman?

"We just sort of drifted apart. He had his own crowd. . . . There was too much drinking."

She's seen good times and bum times, as the song goes, and she's still here - in Helendale. Keeping the pink lights burning at the Burlesque Hall of Fame.

Photo Caption: We're not sure what it is. (Hot Dog Hall of Fame)

© Copyright 1998 The Washington Post Company

With Relish,

Uncle Frank

P.S: The object in the photo is our hot dog costume, which was tacked up on the wall by museum staff because they gave the Burlesque Hall Of Fame all of the mannequins.

DEFT000115

**260**



DEFT000116

·13

**261**

From:         "Uncle Frank" <hotdog@jccomp.com>
To:
Date:         4/26/2000 2:44 PM
Subject:      Museums that make their mark

Museums That Make Their Mark
Yerba Buena show brings together the best of -- well, you name it

JERRY CARROLL, Chronicle Staff Writer
26 November1996

It is surprising how many halls of fame there are in this country. Quilt
makers have one, as do fiddlers, anglers, trapshooters, skiers, rivers,
cowgirls, clowns and greyhounds. There is even a Hot Dog Hall of Fame.

But until now there has never been a Hall of Fame for halls of fame. This
oversight is a thing of the past with the three- month exhibition that opens
today at the Center for the Arts at Yerba Buena in San Francisco.

It offers a rich bounty of what experts in various fields have deemed
deserving of their highest acclaim. The National Baseball Hall of Fame sent
a picture of Babe Ruth shading himself from the sun with a parasol in the
outfield when an all-star team toured Japan in 1934.

CHARLIE MCCARTHY MEETS PINK FLOYD

The Radio Hall of Fame sent a hand puppet of Charlie McCarthy, the
International Frisbee Hall of Fame sent notable Frisbees, the Kentucky Derby
Museum sent a silver cup won by Man O'War and the Rock and Roll Hall of Fame
sent the wall Pink Floyd used as a backdrop on stage during a 1980s concert
tour.

``I'm very interested in pop culture," said Renny Pritikin, the center's
artistic director for visual arts. ``After the `Star Wars' show was such a
success I was trying to think of another I could do that would be
interesting intellectually and also have a broad appeal."

His eye fell on the many museums listed in The Chronicle's Pink Section. ``I
was struck by how many odd little museums you never heard of in the Bay
Area." Pritikin's first idea was to put a show together based on their
offerings. ``Then one thing led to another."

His research uncovered about 150 halls of fame scattered across the country.
The center ended up showing work from about 50. ``Some were were so small
they couldn't participate. All the Hall of Fame of Famous Indians has are
these huge blocks of stone with portrait busts that were too heavy to
ship."

BILLY CLUB FROM SOUTH CAROLINA

There were other problems. ``Sometimes they didn't answer the phone. The
International Checkers Hall of Fame agreed to be in the show, but the guy
had a heart attack and couldn't come through." The South Carolina Criminal
Justice Hall of Fame sent a billy club.

``There were some we really wanted that were just not interested because

DEFT000117

**262**

they were suspicious or dubious. The Country Music Hall of Fame wouldn't talk to us. Didn't trust us. I guess they thought: `Those weirdos from San Francisco.' "

There is an Accountants' Hall of Fame in St. Louis, but Pritikin decided to take a pass on that one. The Quackery Hall of Fame sent a phrenology machine for measuring bumps on the head, once considered a reliable guide to personality. Also a machine that cured cancer if a person sat nude in front of it after midnight.

``When you have an idea like this, you cast out on water and see what nets pull in," Pritikin said.

The center's staff has brought a mood of high seriousness to the collection.

``One of the things we've wrestled with with this show is being respectful, taking these people seriously at their level. I don't want to have a big-city attitude of putting them down or making fun of them."

But he had to laugh when he looked at the Oscar-like gold statuette the Hot Dog Hall of Fame awards high achievers in the weenie-with-bun field.

``The guy who runs it signs his letters, `With relish.' "

HALL OF FAME HALL OF FAME

The Hall of Fame Hall of Fame exhibition at the Center for the Arts at Yerba Buena Gardens runs today through February 23. Admission is $6; $3 for senior citizens and students. The center is at 701 Mission St. in San Francisco. Call (415) 978-2710

DEFT000118

HALL OF FAME HALL OF FAME



**The Wall O' Trophies: Notice The "Frankie" Award for Hot Dog Excellence (second from left)**

**Hall Of Fame Hall Of Fame** (The Pop Culture Event of the Year?) was a collection of **54 Halls Of Fame** from all across the United States. The venue was San Francisco's beautiful **Center for the Arts in Yerba Buena Gardens** on Mission Street. The show ran for almost 3 months (**November 24, 1996 to February 23, 1997**) and attracted thousands of visitors. It was our first ever public exhibition and we were very well received (some say we stole the show).

Some of the more off beat participants were The Rock & Roll Hall Of Fame, The Cowgirl Hall Of Fame, Fiddler's Hall Of Fame, The Rodeo Hall Of Fame, The Clown Hall Of Fame and Burlesque Hall Of Fame.

For the sports-minded, there were Halls Of Fame for the usual and the not so usual suspects such as: Croquet, Bay Area Sports, Basketball, Bicycling, Boxing, Figure Skating, Fly Fishing, Football, Fresh Water Fishing, Game Fishing, Gymnastics, Lacrosse, Little League, Polo, Senior Athlete, Softball, Skiing, Ted Williams, Trap Shooting, Tennis and Wrestling.

There were also exhibits from the Astronaut, Automotive, Racing, Recreational Vehicle and Sprint Car Halls Of Fame. If you're an animal lover, there were items from Agriculture, Poultry, Greyhound, Kentucky Derby & Harness Dog Racing Halls Of Fame.

Finally, there were also exhibits from collections harder to classify, such as Checkers, Frisbee, High School Band Directors, Inventors, Poker, Quackery, Quilting, Radio, Rivers, South Carolina Criminal Justice System, Space, Television and Women's Halls Of Fame.



**At Hall Of Fame Hall Of Fame**

DEFT000119

1) The Wall O' Trophies: Notice The "Frankie" Award for Hot Dog Excellence (Second from left)

2) Mrs. Uncle Frank's Hot Dog Costume: The Burlesque Hall Of Fame hogged all of the mannequins...

3) Hot Dog Tapestry also by Mrs. Uncle Frank

4) The Wall O' Fame (from another angle)

5) Mr. Big Bite, an Oscar Mayer / 7-11 promotional

6) A Display Case Full O' Weenies: Squirt gun, Lamborweenie's license plate, hot dog Christmas tree lights, etc.

7) Mrs. Uncle Frank & The Boy on the balcony overlooking The Rock & Roll Hall Of Fame's absolutely huge display from Pink Floyd's "The Wall"



**Postman Bites Dog:** Event poster (3' x 5') features our mail man **Rudy Carabajal**

DEFT000120

17

**265**

From:          "Mr.HotDog" <Mr.HotDog@Cox.Net>
To:            "David Schultz" <David.Schultz@maslon.com>, <jpc@cotkincollins.com>
Date:          2/18/2008 2:45 PM
Subject:       REQUEST NO. 13 - Cease & Desist letters
Attachments:   The Rittenberg / Schussler Cease & Desist Demand Letter (Notice the date):; 10 June
               2007 Cease & Desist II.doc



DEFT 000121

**266**

From:     "Mr.HotDog" <Mr.HotDog@Cox.Net>
Date:     6/18/2007 9:25 PM
Subject:  The Rittenberg / Schussler Cease & Desist Demand Letter (Notice the date):

27 July 2000

Mr. James Rittenberg
State & Hubbard Corp.
5 W. Hubbard St.
Chicago, IL 60610

Dear Mr. Rittenberg:

Apparently you are confused and do not realize that we plan to sue you and Mr. Schussler back into the stone age should this farce of an attempt to usurp our URL, our business concepts and our good name continue.

We know Mr. Schussler could stand to lose a few million one way or the other, but the question you must ask yourself is whether you can stand to lose everything you have worked for all of your life, Mr. Rittenberg.

Abandon the URL's, and the use of our name and our concept immediately or suffer the dire legal consequences.

We did not spend over half of our lives putting this together to roll over and play dead when someone takes a liking to our concept and name and decide to appropriate them for themselves, no matter how much money they may have.

I am, among many other things, a writer Mr. Rittenberg and have friends in high places in major newspapers all over the country (including the Chicago Sun Times). Would you like to see this story on the front page there (ask Dave Hoekstra if he knows Uncle Frank)?

And, having used and vigorously defended the name of The Hot Dog Hall Of Fame for over 20 years, you really don't have a prayer of prevailing, legally. If you insist in continuing this folly, be advised that we plan to first blacken both of your eyes (yours and Mr. Schussler's) professionally, first in the papers and on TV, then we will see you in court.

In this particular instance, we can not only prove what Mr. Schussler knew, but when he knew it.

For example, he registered (through your offices as an employee of a company he holds) these URL's after he had read our material (and before we had met in San Francisco, where he obviously forgot to tell us he was planning on stealing us blind).

By the time this is over, should you continue in this manner, we will be the owners of Gold Coast Hot Dogs and hopefully a substantial share of Rainforest Cafe and maybe even a house or two as well (both yours and Mr. Schussler's).

Is it really worth it to you, Mr. Rittenberg?

Are you going to follow Mr. Schussler into a fight neither of you can win and risk losing everything you have or will you do the right thing, abandon our concept, name and URL and walk away?

You have been warned.

The next time you will hear from us will be through our attorneys.

We won't have a bit of trouble finding a real mean lawyer when they realize how much money is in Mr. Schussler's pocket.

Can you afford the legal bills this may cost you?

Cease and Desist.

J. Frank Webster
President
The Hot Dog Hall Of Fame
PO Box 658
Fairfield. Ca. 94533

DEFT 000122

2.

**267**

The Hot Dog Hot Line
(707) 426-4618

PS: We have already contacted www.register.com and explained that we own the URL www.thehotdoghalloffame.com and that your registering the domain names you did is

A) too similar as to be confusing and essentially the same name and

B) done in Bad Faith as Mr. Schussler had received certain materials from us before that date (we have copies of all of our correspondence with Mr. Schussler to substantiate our position) and that he knew these concepts, names and URL's were our intellectual property.

You will also notice that this message has been sent to multiple addressees.

Some of them are stalwarts within the industry, and others are business writers or television people.

Several copies will follow this via regular mail and Registered Mail with Return Receipt Requested which hereby effectively constitutes legal delivery.

Again, we admonish you Mr. Rittenberg, Cease & Desist.

DEFT 000123

9

**268**

10 June 2007

Dear Mr. Schussler

CEASE & DESIST

This is the SECOND time we've had to advise you that the concept, name, URL and good reputation of **The Hot Dog Hall Of Fame** is solely our intellectual property(s).

To refresh your memory a bit: we met at the Fisherman's Wharf location of The Rainforest Cafe shortly after it opened.

You tried to buy our collection and then, when we mentioned our obligation to the hundreds of contributors that made our World Class collection possible, you told us that you were just going to take our concept.

Shortly after that meeting, we discovered that you had one of your minions from Gold Coast Hot Dogs register several versions of our URL.

We responded with a formal demand that you Cease & Desist at that time.

If your memory is a little hazy, we'd be glad to forward that letter to you and all of the addressees above.

However, if you'd like to eventually fund it all for US, just keep doing what you're doing and we'll turn the lawyers loose on you...

You have been warned, AGAIN!

CEASE & DESIST

With Relish,

Uncle Frank

PS: We've already contacted Host Marriott, Levy Restaurants, Success Magazine, The Hartford Courant, Rocky Mountain News, The Chicago Sun Times, The San Diego Union Tribune and Chain Leader Magazine.

DEFT 000124

| From: | "Mr.HotDog" <Mr.HotDog@Cox.Net> |
| To: | "David Schultz" <David.Schultz@maslon.com>, <jpc@cotkincollins.com> |
| Date: | 2/18/2008 4:43 PM |
| Subject: | REQUEST NO. 2 - About our plans to build The Hot Dog Hall Of Fame |
| Attachments: | Why we moved to Squarefield (besides living here when I was in High School) |

Besides numerous examples in the newspaper and magazine articles presented, as stated on our web site, etc, it's the very reason we contacted Mr. Schussler to begin with, as you can see in our letter to him dated 29 February 2000 and as stated in all of our correspondence to everyone since the late 70's, long before (22 years) we met Mr. Schussler.

It has always been about giving this wonderful collection the permanent home it deserves, for all the world to see and enjoy.

See attached message (notice date) and excerpt from our web site (below)

**FROM OUR WEB SITE:**

EXHIBIT

19

FROIAD 800-631-6989

**A TALE OF SEVERAL CITIES:**

Last year, we told you about being approached by the Mayor of **Frankfort, Indiana** (Population 16,000 or so) and the Home of **The Frankfort Indiana Hot Dog Festival.**

They were trying to persuade us to move **The Hot Dog Hall Of Fame** there and since it's not often you get an offer like this, you tend to think long and hard about it but ultimately, nothing came of it...

And you may also remember us being approached by a citizens group from **Armour, South Dakota** (Population 750) and home of the **Armour Hot Dog Factory** last fall as well. In the end, nothing came from these negotiations either but it was nice going through the possible scenarios such an offer could possibly entail.

And I should also point out that we've approached **The Donald (Trump)** about bringing **The Hot Dog Hall Of Fame** to **The Big Apple**, we were approached by the **Wienerschnitzel** chain, we entertained offers or feelers from various other locales such as Chicago, San Francisco, LA and Las Vegas over the years and I'm fairly certain I've forgotten about a few more but...

And **The Smithsonian (DC)** has already said that they'd take the collection but there's no guarantee it wouldn't end up in permanent storage in the basement there, instead of getting the home that it really deserves...

And recently, I started thinking about how we've spent **30 years** doing this and how it's time to shift strategies and see if we can come up with something a bit more successful. One of the things I did was think about other possible places where a weenie museum would fit and soon realized that there may be a few more Frankfort's around, maybe we should check them out too.

First up was **Frankfort, Illinois**, a few miles southeast of Chicago, fairly upscale demographically and they never responded to our email.

Then I realized that there's a **West Frankfort, Illinois**, a place I'm actually familiar with (forgot all about it), and I'd only ever been there once, back in 1968. It's a typical small, Midwestern town, not far from where I went to college (Southern

Illinois University in Carbondale) and we'd made a trip up that way to visit a historic recording studio where local Southern Illinois rocker **Jerry Lee Lewis** once recorded.

I looked at their local paper (online) and I saw a 4 acre spread with barn and 2 small, recently rebuilt houses on the property for the whopping price of **$8,000** (that's right, $8K, you're seeing it correctly). I was really starting to want to see something come out of this...

I emailed the Mayor but never heard back from him either.

That's too bad as I have lifelong friends less than **10** miles from there.

It's also less than 60 miles to good old **Cave-In-Rock**, Uncle Frank's home town.

The I came upon **Frankfort, Kentucky**, the state capitol.

I emailed the Mayor and simultaneously did a little online demographic research.

Frankfort, Kentucky is twice the size of Frankfort, Indiana and is part of a larger (yet still nicely rural) metropolitan area including Lexington and several other fair sized towns (6 private golf courses in the area) and even though there isn't one, it would be possible to support a serious weenie stand there.

And there are 2 museums in town; **The Kentucky Military History Museum** and **The Kentucky History Center**.

I was starting to get excited (**Colonel Frank**?) but never heard anything after he said his people should have already been in contact with us...

Quote: "Daytime in Frankfort does not overstimulate the average person."

**"An American Notebook"** - Philip Hamburger

Moving along: Apparently there is no **Frankfort, California** or **Frankfort, Missouri** but **Frankfort, Iowa** appears to be a ring-a-ding-ding kind of place with an annual swinger's convention.

Oh well...

2

**271**

**From:**     "Uncle Frank" <hotdog@jccomp.com>
**Date:**     3/4/2002 1:35 PM
**Subject:**  Why we moved to Squarefield (besides living here when I was in High School)



*Notice flag pole, palm trees and sign over entryway (see Uncle Frank logo below)*





272

*Turn-of-the-Century curved brick facade*



*Notice wrought iron grill work, solid oak doors, inlaid tile*



*I loved this beautiful old bar and couldn't wait to properly restore it but...*

This beautiful building is on the main street of Old Suisun. It faces the harbor, which is behind the historical mansion in the small park across the street. Besides the restaurant kitchen, bar, main room with stage and banquet room, the old vault is still

**273**

functional. It's large enough to set up a good sized office in there. Notice brick archways (reflected in mirror) between main room and bar.

We would have added some roll up awnings and sidewalk seating out front, of course. And a good share of our hot dog collection would be mounted in museum quality display cases. Needless to say, we thought it would be a wonderful home for **The Hot Dog Hall Of Fame.**

All this for only **$180,000** including all restaurant furnishings and hard liquor license (1988). Fortunately we passed on the deal when the guy tried to jerk us around and raise the price or sell it without furnishings or liquor license (that was all we could put together anyway).

After spending millions in street and park renovations, improving the harbor facilities, knocking down old commercial buildings (including an oil yard), forcing out the low rent apartments, building new and expensive faux Victorian houses, building an office complex where a great baseball field once stood and building a new City Hall, business is still almost non-existent in Downtown Suisun. And after a succession of failed business moving in and out over the last 13 years, they are now asking $1Million for the building only. Fat chance!

**With Relish,**

**Uncle Frank**



"You never sausage a deal"

**From:**    "Uncle Frank" <hotdog@abac.com>
**To:**    <peter.rowe@uniontrib.com>
**Date:**    12/14/2003 11:48 PM
**Subject:**    WeenieGram: Adios, National Hot Dog Month 2001



From the Ely (Nevada) News, courtesy of Chris Masterson

Or, how we spent National Hot Dog Month 2001:

**July 1st:**

**WeenieGram:** Our yearly National Hot Dog Month Address (some of you received this a day earlier)

**WeenieGram:** The 20th Annual Frankie Awards for Hot Dog Excellence.

**July 3rd:**

**WeenieGram:** The Today Show's hot dog eating contest the day before the Nathan's Coney Island event.

**July 4th:**

**WeenieGram:** Nathan's annual Coney Island Hot Dog Eating Contest (awesome!).

**WeenieGram:** Mustard (recipes, history, etc from The San Diego Union Tribune).

We also had kielbasa for lunch.

July 6th:

Hot dogs for lunch

July 7th:

Chili Cheese Dogs for dinner

July 8th:

Three Weenie Salad, Potato Salad, Deviled Eggs, Baked Beans and Corn on the Cob for dinner

July 11th:

Left over Kielbasa for lunch

July 19th:

WeenieGram: Sausages, Sausages, Sausages (recipes, etc also from The San Diego Union Tribune).

July 22nd:

Rebroadcast of Pink's Famous Chili Dogs on "Extreme Cuisine" on the TV Food Network.

Jimmy Kimmel and Adam Corolla take over a push cart and offer such unique hot dog toppings as whipped cream and Captain Crunch cereal on "The Man Show". They also had a few other cute tricks up their sleeves, such as sneezing and coughing on a customer's hot dog and licking the utensils after using them...

July 23rd:

Family movie night: As it is now permanently Moon's choice because he's seen virtually every movie ever made now (we exaggerate, slightly), he chose "Saving Silverman" which has a rather painful hot dog cooking scene (see it for yourself, we're still too "shocked" to talk about it)...

And when we were grocery shopping today (they were out of that new Kielbasa we tried last week), we picked up a 5 pack of "Top Dogs" by Victor. These are skinless and I probably won't do more than try one but Moon likes this type of dog (large and skinless) so he can finish them off. I put them in the freezer as he is only off on Mondays and Thursdays so it may be next week sometime until we get around to trying them.

July 24th:

Hot Dog! Casper's for lunch today (grilled buns, chopped purple onions, mustard and catsup).

July 28th:

Hamburger Harry reminds us that today is National Hamburger Day and suggests everyone go out for a burger today (we did). As we are approaching geezerhood, we ordered the $1.99 Manager's Special at the local Mc D's (Double Cheeseburger, Small Fries - no salt - and a Small Soda), lunch for $2.13, tax included...

July is also National Ice Cream Month and this is also Frankfort Indiana Hot Dog Festival time, according to their slogan:

"Always the last weekend in July".

**July 29th:**

I had a couple of (frozen) left-over Casper's hot dogs on the gas grill in a left-over hamburger bun for lunch today (with the usual, mustard, catsup and chopped onions), yet another variation on the old hamdogger...

**July 30th:**

According to publicist Vera Babb, Pink's Famous Chili Dogs in LA held their Chili Dogs for Charity event last week to celebrate their 62 years in the hot dog business and to commemorate National Hot Dog Month.

Pink's sold their Famous Hot Dogs for 62 cents for 62 minutes for 6 days at 6 p.m. between July 23 and 28.

Mayor James Hahn, Henry Winkler (The Fonz on "Happy Days") and Honorary Hollywood Mayor Johnny Grant kicked off the first day of the celebration by serving hot dogs from behind the counter at 6:00 p.m. on July 23. Other celebrities included Chick Hearn, Laker Basketball announcer, John Spencer ("The West Wing"), and George Pennochio, entertainment reporter. One hundred percent of the proceeds were donated to a different charity each day.

**July 31st:**

WeenieGram: "Adios National Hot Dog Month"

During National Hot Dog Month this year, we've presented The Frankie Awards, sent half a dozen WeenieGrams, including our National Hot Dog Month Address, one about Nathan's Hot Dog Eating Contest at Coney Island, a great article about mustard, another about sausages, told you about several TV and movie sightings, had hot dogs or sausages a total of seven times and worked on Lamborweenie throughout most of the month (update soon).

For a change, we didn't do any radio, TV or newspaper things (the first time in years), I'm sure there are other things I am forgetting to mention (I remembered something earlier, but). We're taking the rest of the month off...

**With Relish,**

**Uncle Frank**



277

Westlaw.

Not Reported in F.Supp.
Not Reported in F.Supp., 1996 WL 207760 (N.D.Cal.)
(Cite as: Not Reported in F.Supp., 1996 WL 207760 (N.D.Cal.))

Page 1

**H**
Smith v. Airborne Freight Co.
N.D.Cal.,1996.
Only the Westlaw citation is currently available.
United States District Court, N.D. California.
William SMITH, Plaintiff,
v.
AIRBORNE FREIGHT CO., Defendant.
No. C-95-1299 SI.

April 19, 1996.

ORDER GRANTING DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT

ILLSTON, District Judge.
*1 On April 5, 1996, the Court heard argument on the defendant's motion for summary judgment. Having considered the arguments of counsel and the papers submitted, the Court hereby GRANTS the defendant's motion.

BACKGROUND

A. *Factual Background and Procedural History*

Plaintiff William Smith was employed by Airborne as a delivery driver until April of 1993. On April 22, 1993, Airborne accused Smith of stealing a computer. That same day, Smith submitted his resignation upon Airborne's demand. The following day, Smith attempted to rescind his resignation, but Airborne would not accept the rescission. As a result of these events, there was a grievance proceeding at which Smith was unsuccessful. Thereafter, he brought a Title VII lawsuit for unlawful employment discrimination, alleging that he had been forced to resign on the basis of his race.[FN1]

On April 18, 1995, plaintiff William Smith filed a complaint in this Court alleging libel against defendant Airborne Freight Corporation. The complaint was based upon the 1995 publication of an article in Airborne's employee magazine, *Airborne Today,* entitled "The Case of the Wandering Computer."The article was written sometime in October of 1994 by William Gilstrap, the West Coast Security Manager for Airborne Freight. It was then sent through e-mail to Wendy McGraw, Airborne's Manager of Corporate Communications. Ms. McGraw published the article in Airborne's magazine, *Airborne Today,* in February of 1995. Ms. McGraw had not heard of William Smith when she edited the subject magazine article, and has testified that she was unaware of any litigation between Smith and Airborne Freight.

The subject article details the theft of a computer by an Airborne delivery driver, but does not specifically identify Smith. Smith, however, claims that he will be recognized by the details of the article, including the fact that the article recounts that the thief, like Smith, is no longer with the company. The allegedly libelous article was published after the Title VII jury trial.

The complaint in this case alleged no special damage to Smith's business or trade, and he did not contend that he has lost new employment opportunities because of the publication of the article. Rather, he alleged general damage to his reputation, as well as the purchase of over-the-counter headache medication.

On September 15, 1995, Airborne filed a motion for summary judgment, on the grounds that the Grievance Panel's decision against Smith conclusively established that Smith committed the theft and that Smith should be collaterally estopped from litigating the libel claim. This Court denied Airborne's motion on the grounds, inter alia, that the Grievance Panel had made no final or binding determination in the theft question. This Court also denied Airborne's subsequent request for certification for purposes of interlocutory appeal.

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT 13

Not Reported in F.Supp.                                                                    Page 2
Not Reported in F.Supp., 1996 WL 207760 (N.D.Cal.)
(Cite as: Not Reported in F.Supp., 1996 WL 207760 (N.D.Cal.))

Airborne filed the present motion for summary judgment addressing the merits of Smith's claim on March 1, 1996.

B. *Legal Standard*

*2 The Federal Rules of Civil Procedure provide for summary adjudication when "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that here is no genuine issue as to any material fact and that the party is entitled to a judgment as a matter of law."Fed. R. Civ. P. 56(e).

In a motion for summary judgment, "[i]f the party moving for summary judgment meets its initial burden of identifying for the court those portions of the materials on file that it believes demonstrate the absence of any material fact," the burden of production then shifts so that "the nonmoving party must set forth, by affidavit or as otherwise provided in Rule 56, *'specific facts* showing that there is a genuine issue for trial.'" *T.W. Elec. Service, Inc. v. Pacific Elec. Contractors Ass'n,* 809 F.2d 626, 630 (9th Cir. 1987) (citing *Celotex Corp. v. Catrett,* 477 U.S. 317 (1986)); *Kaiser Cement Corp. v. Fischbach & Moore, Inc.,* 793 F.2d 1100, 1103-04 (9th Cir.), *cert. denied,*478 U.S. 949 (1986).

DISCUSSION

A. *Libel Per Se*

Airborne contends that since the article in question does not explicitly refer to Smith by name, and extrinsic evidence would be necessary to enable the average reader of *Airborne Today* to understand that the article is about Smith, the article cannot be considered libelous on its face as a matter of law.FN2 If it is not libel per se, then an allegation of special damages is required, and, defendant argues, Smith's allegation of special damages, consisting solely of "headache medication," is insufficient.

Cal. Civ. Code § 45a provides:

A libel which is defamatory of the plaintiff without the necessity of explanatory matter, such as an inducement, innuendo or other extrinsic fact, is said to be a libel on its face. Defamatory language not libelous on its face is not actionable unless the plaintiff alleges and proves that he has suffered special damage as a proximate result thereof. Special damage is defined in Section 48a of this code.FN3

It is undisputed that the subject article does not explicitly refer to Smith, and that it is Smith's ultimate burden at trial to prove that the defamatory statement was actually "of and concerning" him. Airborne argues that Smith's need to rely on extrinsic evidence in order to identify him as the subject of the article renders this action one for "libel *not on* its face."

In support of its position, Airborne cites to one treatise, *Cal. Civil Practice,* Torts § 21.24 (1992), for the proposition that the "of and concerning" or "colloquium" requirement is essentially the same as the "defamatory meaning" requirement, such that if any extrinsic information is necessary to establish either element, then the statement is not libelous on its face, and a plaintiff must plead special damages. However, this does not accurately reflect California law. The portion of the treatise quoted by Airborne cites to one California case, *Cameron v. Wernick,* 251 Cal.App.2d 890 (1967). But *Cameron* does not address the colloquium requirement; the identity of the defamed individual was not at issue. The discussion in *Cameron* was limited solely to whether, absent explanatory matter, the published statement could reasonably be considered defamatory.

*3 Airborne also cites Witkin, 5 *California Procedure 3d,* Pleading, § 693, but § 693 merely states that if a defamatory statement does not refer to the plaintiff by name, then additional pleading in the complaint is necessary to show that the unnamed individual was in fact the intended target. An earlier section in the same Witkin chapter, § 684, is con-

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Not Reported in F.Supp.
Not Reported in F.Supp., 1996 WL 207760 (N.D.Cal.)
**(Cite as: Not Reported in F.Supp., 1996 WL 207760 (N.D.Cal.))**

trary to Airborne's position. Section 684 sets forth the elements of a cause of action for defamation: 1) publication; 2) inducement (the extrinsic circumstances which show that the statement was understood in its defamatory sense); 3) innuendo (the allegation of defamatory meaning); and 4) colloquium (the allegation that the matter was directed at plaintiff, which is necessary only where the statement does not refer to plaintiff by name). Witkin further notes that special damages "must be pleaded where the matter is not defamatory on its face and requires an inducement and innuendo."There is no mention of the colloquium requirement in the discussion of when an allegation of special damages is necessary. All that is required is that the complaint allege that the published matter was directed at the plaintiff, which Smith has done.

Smith argues that the absence of an explicit reference to his name does not prevent the article from being libelous on its face, citing *Washer v. Bank of America,* 21 Cal.2d 827 (1943), disapproved on other grounds by *MacLeod v. Tribune Publishing Co.,* 52 Cal.2d 536 (1959). There the court stated:

Contrary to the respondents' assertion, the fact that the appellant is not named in the defamatory statement does not preclude words clearly conveying a meaning within one of the statutory classifications of libel and slander from being actionable *per se. Id.* at 829.

The *Washer* case addressed § 460 of the California Civil Code and found that it is not necessary for a defamatory statement to explicitly name the plaintiff for pleading purposes. The purpose of § 460 is to allow the plaintiff to state a claim in general terms. Airborne argues -- relying exclusively on cases addressing the issue of whether extrinsic evidence is necessary to establish the defamatory content -- that the *Washer* case is inapplicable. Since extrinsic evidence is required to prove that the article in question was "of and concerning" the plaintiff, Airborne argues that this vitiates the statement's status as libelous *per se.* The cases cited by Airborne are inapposite, however, because they

only address the issue of defamatory meaning, not identity.[FN4]

Another treatise, *Libel, Slander and Related Problems, 2d Ed.,* by Robert D. Sack and Sandra S. Baron (PLI New York, 1994), makes the distinction articulated in *Washer* that the proof of extrinsic facts necessary to determine whether a statement is defamatory, commonly referred to as "innuendo and inducement," should *not* be confused with the proof of extrinsic facts to establish that a libelous statement is understood to be "of and concerning" a particular plaintiff, also known as "colloquium."

**\*4** If extrinsic proof is required to establish that a communication not specifically referring to the plaintiff was reasonably understood by recipients to refer to him or her, such evidence will be received by the court; *it has no effect on whether special damages need be proved, i.e., whether the communication is libelous or slanderous per se. Id.* at 136 (emphasis supplied).

This distinction is consistent with Witkin, which states that special damages need to be proved when innuendo or inducement is necessary; there is no comparable requirement that a plaintiff plead special damages when colloquium is needed.

Airborne's contention that the claim must fail for lack of special damages is therefore denied.

*B. Qualified Privilege Under § 47(c) of the California Civil Code*

Airborne also argues that even if the case may proceed without pleading special damages, the communication was nonetheless privileged under California Civil Code § 47(c) and is therefore not actionable.

§ 47(c) provides a qualified privilege for communications made without malice in the common interest of the speaker and listener. Section 47(c) provides that a privileged communication is one made:

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Not Reported in F.Supp.
Not Reported in F.Supp., 1996 WL 207760 (N.D.Cal.)
(Cite as: Not Reported in F.Supp., 1996 WL 207760 (N.D.Cal.))

Page 4

[W]ithout malice, to a person interested therein, (1) by one who is also interested, or (2) by one who stands in such a relation to the person interested as to afford a reasonable ground for supposing the motive for the communication to be innocent, or (3) who is requested by the person interested to give the information.

Thus, the publication of a libelous statement is privileged if Airborne and the *Airborne Today* readership shared a common interest in the subject matter of the article, and the publication furthered that interest. Once the defendant meets its burden of establishing that the privilege attaches, it is the plaintiff's burden to demonstrate malice on the part of defendant sufficient to defeat the privilege. *Lundquist v. Reusser,* 7 Cal.4th 1193 (1994).

Airborne argues that the subject article was published by Airborne to promote its employees' awareness of theft, and to promote compliance with Airborne's "standards of business integrity." It is undisputed that the magazine is directed primarily at a readership with a common interest in the operations, policies, and business development of Airborne. Thus, it follows that articles such as "The Case of the Wandering Computer" are the type of communications that the interested persons privilege is designed to protect.

Smith argues that the privilege is inapplicable due to Airborne's "excessive publication." Smith argues that Airborne distributed the publication to a large readership, which included individuals other than those "interested" in the subject. For example, he argues, it is undisputed that the readership of *Airborne Today* is over 14,000, and that the publication "is meant not only for Airborne employees, but also for its customers, vendors, 'friends'" and occasionally public libraries. *See* Pl's. Opp. Br. at 4, citing, exh. 1, Wendy McGraw Deposition.[FN5]Thus, Smith argues that this "excessive publication" destroys the privilege.

*5 Smith presents no authority discussing when a publication becomes "excessive" so as to defeat the privilege. Smith merely states, without any evidentiary support, that the magazine *Airborne Today* was "addressed to the world, including the over 14,000 circulation of the magazine."It appears, however, that where the publication is primarily directed toward an audience which shares a common interest, the privilege attaches; it is then the plaintiff's burden to demonstrate that the privilege is unavailable. The fact that a small percentage of individuals with no relation to Airborne may ultimately see the article does not alone defeat the privilege. *Institute of Athletic Motivation v. University of Illinois,* 114 Cal.App.3d 1 (1980).[FN6]

Airborne cites cases in which the privilege survived even where the readership was large, in some cases including publication in a local newspaper. *See Em-de v. San Joaquin County etc. County,* 23 Cal. 2d 146, 161 (1943) (privilege applied to protect article published in *Stockton Labor Journal,* a newspaper devoted to organized labor interests). Similarly, in *Institute of Athletic Motivation, supra,* the privilege was upheld despite publication having been distributed to numerous athletic organizations and sports magazines. In each of these cases, the publication circulated beyond its targeted readership, as was the case with *Airborne Today,* but the article was directed primarily toward those involved in the particular field or subject of the article.

Having found that the privilege is applicable in the present case, under California law the burden shifts to Smith to prove malice sufficient to defeat the privilege.[FN7]*Lundquist, supra.*Smith argues that William Gilstrap, the original author of the subject article, harbored ill will toward Smith and/or maintained a reckless disregard for whether the allegations of theft were true, especially in light of the Title VII jury trial which found that Smith was discriminated against on the basis of his race.

Airborne argues that Smith's allegations of malice are insufficient to defeat the privilege. First, Airborne argues that the jury verdict in the Title VII case did *not* result in a conclusive determination of theft, and that the verdict alone cannot be used to

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Not Reported in F.Supp.
Not Reported in F.Supp., 1996 WL 207760 (N.D.Cal.)
(Cite as: Not Reported in F.Supp., 1996 WL 207760 (N.D.Cal.))

create an inference of Airborne's malice. This is correct: just as this Court has found that the grievance proceeding cannot be given conclusive collateral estoppel effect on the issue of whether Smith actually stole the computer, the subsequent jury verdict similarly cannot be used as collateral estoppel to prove that he did *not* steal the computer. The jury was not asked to decide that issue.

Second, Airborne argues that even if Smith could demonstrate malice on the part of the original author, William Gilstrap, it is the malice of the speaker/republisher, Wendy McGraw, that is relevant for purposes of overcoming the qualified privilege. In support of its position, Airborne points to a recent case from the Northern District of California, *Vackar v. Package Mach. Co.,* 841 F.Supp. 310, 314 (N.D.Cal. 1993) (Smith, J.), which addresses the issue of malice in the context of the § 47(c) privilege. Specifically, *Vackar* reiterated the general principle that the relevant state of mind for purposes of determining malice is that of the speaker, not that of the source. It is undisputed that at the time of her publishing and editing the article, McGraw had never heard of William Smith, knew nothing about the underlying incident, the grievance proceeding, the alleged forced resignation, or the ensuing jury trial on the issue of employment discrimination. The *Vackar* court pointed out that:

*6 [T]he recklessness standard would be meaningless if ill will on the part of the original source of the communication automatically defeated the privilege. Rather, such ill will defeats the speaker-republisher's privilege under § 47(c) only if it raises an inference that the speaker acted with reckless disregard, for example by republishing the contents of the communication while entertaining doubts about their accuracy. *Id.* at 314 (citations omitted).

The court further noted that under California law, even ill will on the part of the speaker does not defeat the privilege under § 47(c) if the communication was made for a proper purpose. *Id.* at 314, n. 3.

In the present case, particularly where the plaintiff

is not specifically named and there are no other identifying factors such as the date, location, or name of the company who manufactured the computer, no reasonable jury could find Wendy McGraw's failure to check her sources and do her own investigation "reckless." Her conduct may have been negligent, particularly in light of her deposition testimony that she always checks and rechecks her sources, but did not do so in this case. However, the *Vackar* court held that mere negligence in investigating the truth of the allegedly defamatory statements is insufficient to support a finding of malice.

In any event, it is clear that any allegation that Gilstrap was motivated by ill will when he presented the story to McGraw would have to be supported by some evidence in order to defeat the privilege and survive summary judgment. Although plaintiff took Gilstrap's deposition, he points to nothing in that testimony, or elsewhere, which would provide evidentiary support for the claim of malice as against Gilstrap with respect to this publication. Conclusory, speculative testimony in affidavits and moving papers is insufficient to raise genuine issues of fact and defeat summary judgment. *See Anheuser-Busch v. Natural Beverage Distributors,* 69 F.3d 337 (9th Cir. 1995), *citing, Falls Riverway Realty, Inc. v. Niagara Falls,* 754 F.2d 49 (2nd Cir. 1985); *Thornhill Pub. Co., Inc. v. GTE Corp.,* 594 F.2d 730, 738 (9th Cir. 1979). In any event, even if Smith could produce evidence to support his belief that Gilstrap harbored feelings of ill will toward him, that malice cannot be imputed to the publisher-speaker of the alleged defamatory statement, Wendy McGraw, without further proof. *Vackar, supra.*

## CONCLUSION

For the foregoing reasons and for good cause shown, defendant Airborne Corporation's motion for summary judgment is GRANTED.

IT IS SO ORDERED.

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Not Reported in F.Supp.
Not Reported in F.Supp., 1996 WL 207760 (N.D.Cal.)
(Cite as: Not Reported in F.Supp., 1996 WL 207760 (N.D.Cal.))

Page 6

FN1.*Smith v. Airborne Express Inc., et al.,* 94-0166-SAW. On December 14, 1994 a jury found that Smith had been discriminated against because of his race; that case is currently pending before the Ninth Circuit, on Airborne's appeal from the jury verdict and judgment against it.

FN2. Airborne does not dispute that the characterization of an individual as a thief is libel per se. It is undisputed that such a statement does not require any inducement or innuendo to prove that it is defamatory. It is well accepted that where a publication's defamatory meaning is apparent on the face of the communication it will be considered libel per se, i.e., does not require proof of "special damages." No such additional proof is required, because the defamatory statement is so injurious to the plaintiff's reputation that these damages are presumed by the mere fact that these false words were published.

The dispute in the present case is limited -- as is the Court's discussion here -- to the issue of whether the article can be considered defamatory despite the need for extrinsic evidence -- or "colloquium" -- to establish that the article referred to Smith in particular.

FN3.Section 48a of the Civil Code provides that special damages are:

(b) ... all damages which plaintiff alleges and proves that he has suffered in respect to his property, business, trade, profession or occupation, including such amounts of money as the plaintiff alleges and proves he has expended as a result of the alleged libel, and no other.

FN4. For example, after oral argument on its motion Airborne submitted a copy of *MacLeod v. Tribune Publishing Co., supra,*

in support of its interpretation. However, *MacLeod* merely held that language may be libelous on its face even though it may also be susceptible of an innocent interpretation. Like *Cameron, supra,* this case is inapposite as it does not address the precise question presented here. It is elementary that "the language of an opinion must be construed with reference to the facts presented by the case, and the positive authority of a decision is coextensive only with such facts."*Brown v. Kelly Broadcasting Co.,* 48 Cal.3d 711 (1989).

FN5. Ms. McGraw, Airborne's Manager of Corporate Communications and publisher of the magazine, estimated that "a couple of hundred" out of the 14,000-plus magazines go to persons having no relationship with the company. McGraw Deposition, p. 116.

FN6. This is particularly true here, since the article does not mention plaintiff's name. Individuals with no relation to Airborne, if they did read the article, would be unlikely to associate it with plaintiff, even if Airborne employees might have.

FN7. The malice that would be sufficient to defeat the privilege would be either 1) knowledge of falsity or reckless disregard for the truth, or 2) the common law standard of ill will.

N.D.Cal.,1996.
Smith v. Airborne Freight Co.
Not Reported in F.Supp., 1996 WL 207760 (N.D.Cal.)

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Westlaw.**

Slip Copy
Slip Copy, 2007 WL 1750216 (N.D.Cal.)
**(Cite as: 2007 WL 1750216 (N.D.Cal.))**

Page 1

**H**
Guichard v. Universal City Studios, LLLP
N.D.Cal.,2007.
Only the Westlaw citation is currently available.NOT FOR PUBLICATION
United States District Court,N.D. California.
Robert GUICHARD, Plaintiff,
v.
UNIVERSAL CITY STUDIOS, LLLP; Does
1-1,000, Defendants.
No. C 06-6392 JSW.

June 15, 2007.

Robert Guichard, San Francisco, CA, pro se.
Edward A. Ruttenberg, Daniel Mark Mayeda, Leopold Petrich & Smith, Los Angeles, CA, for Defendants.

**ORDER DENYING PLAINTIFF'S MOTION
FOR PRELIMINARY INJUNCTION**

JEFFREY S. WHITE, United States District Judge.
*1 Now before the Court is the motion of Plaintiff Robert Guichard for a preliminary injunction. Having carefully reviewed the parties' papers and arguments and the relevant legal authority, the Court hereby DENIES Plaintiff's motion for a preliminary injunction under both the Lanham Act and Business and Professions Code section 17200*et seq.* on the grounds that Plaintiff has shown neither likelihood of success on the merits of his claims nor irreparable harm.[FN1]

> FN1. Because declarations and evidence supporting an application for a preliminary injunction "need not conform to the standards for a summary judgment motion or to the Federal Rules of Evidence," Defendants' objections to evidence submitted by Plaintiff are HEREBY OVERRULED.*Flynt Distrib. Co., Inc. v. Harvey,* 734 F.2d 1389, 1394 (9th Cir.1984); Schwarzer, et al., *California*

*Practice Guide: Federal Civil Procedure Before Trial,* § 13:167 (2004).

**BACKGROUND**

According to his complaint, Plaintiff is a small independent film producer who owns the registration for the internet domain name whisperoftheblue.com. On February 4, 2006, Plaintiff officially launched his WHISPER OF THE BLUE web presence consisting of his proposed, unproduced screenplay by the same title about an ex-Navy SEAL, who sets out to find the sunken ship of gold, the Yorke, and comes face to face with Blackbeard Junior, the notorious modern-day pirate. (Declaration of Robert Guichard ("Guichard Decl."), Ex. 2 .) The website also contains information about the proposed film project as well as information about the submersible used for filming underwater and for other diving purposes. (*See id.*)

Plaintiff seeks to enjoin defendant Universal City Studios, LLLP from using "Whisper" as the title of its upcoming motion picture, which has been in production since November 2004. Defendants' upcoming film is a supernatural thriller that revolves around the kidnap of a seemingly meek 10-year-old boy whose kidnappers soon realize is far less innocent than he appears, and, while the boy may be quiet, they had better be careful because his whisper "may be the last thing that they hear."(Declaration of Adam Mehr ("Mher Decl."), Ex. B.) Plaintiff maintains that he has gained exclusive control over the use of the word "whisper" in the title of his project because he has acquired a service mark in the website domain name for "providing information, via the intent, in the field of entertainment, namely, the development, production and distribution of motion picture films."(Complaint at ¶ 11.)

The Court will address the specific facts relevant to this motion as they are pertinent to the analysis.

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT 14

Slip Copy
Slip Copy, 2007 WL 1750216 (N.D.Cal.)
**(Cite as: 2007 WL 1750216 (N.D.Cal.))**

Page 2

### ANALYSIS

The standards for obtaining a preliminary injunction are well established. It is appropriate to issue a preliminary injunction if the moving party establishes either (1) a combination of probable success on the merits and the possibility of irreparable injury, or (2) that serious questions are raised and the balance of hardships tips sharply in favor of the moving party.*Stuhlbarg Intern. Sales Co. v. John D. Brush and Co.,* 240 F.3d 832, 839-840 (9th Cir.2001).

In trademark cases, "irreparable injury may be presumed from a showing of likelihood of success on the merits."*GoTo. Com, Inc. v. Walt Disney Co.,* 202 F.3d 1199, 1205 n. 4 (9th Cir.2000)."Because injunctive relief prior to trial is a harsh and extraordinary remedy, it is to be granted sparingly and only in cases where the issues are clear and well defined and the plaintiff has established a reasonable certainty of prevailing at trial."*Watermark, Inc. v. United Stations, Inc.,* 219 U.S.P.Q. 31, 32-33 (C.D.Cal.1982), citing *Dymo Industries, Inc. v. Tapeprinter, Inc.,* 326 F.2d 141 (9th Cir.1964).

### A. Plaintiff Fails to Show Likelihood of Success on his Lanham Act Claims.

*\*2* Plaintiff contends that Defendants' use of a confusingly similar mark constitutes reverse confusion, whereby Defendants' use of the title "Whisper" will cause consumers to believe that Defendants, and not Plaintiff, are the source of the trademarked product, whisperoftheblue.com. *See Dreamwerks Production Group, Inc. v. SKG Studio, d/b/a Dreamworks SKG,* 142 F.3d 1127, 1130 (9th Cir.1998) ("The question in such cases is whether consumers doing business with the senior user might mistakenly believe that they are dealing with the junior user. More specifically, the question here is whether a reasonable consumer attending a Dreamwerks-sponsored convention might do so believing it is a convention sponsored by Dream-Works.") Plaintiff seeks an order directing Defend-

ants to change the title of their upcoming movie.

To prevail on his Lanham Act claim, Plaintiff must show that he has a valid, protectable trademark interest, and that Defendants' use of the title "Whisper" causes a likelihood of confusion in the minds of the relevant consuming public. *See Comedy III Products, Inc. v. New Line Cinema,* 200 F.3d 593, 594 (9th Cir.2000); *AMF Inc. v. Sleekcraft Boats,* 599 F.2d 341, 348-49 (9th Cir.1979). To show that he has a protectable trademark interest, Plaintiff must have been the first to use the mark in the sale of goods or services. *Garden of Life, Inc. v. Letzer,* 318 F.Supp.2d 946, 957 (C.D.Cal.2004) *(quoting Sengoku Works, Ltd. v. RMC Int'l, Ltd.,* 96 F.3d 1217, 1219 (9th Cir.1996))."It is axiomatic in trademark law that the standard test of ownership is priority of use. To acquire ownership of a trademark it is not enough to have invented the mark first or even to have registered it first; the party claiming ownership must have been the first to actually use the mark in the sale of goods or services."*Sengoku,* 96 F.3d at 1219. Next, Plaintiff must demonstrate that his mark is inherently distinctive or that it has acquired secondary meaning. *Glow Industries, Inc. v. Lopez,* 252 F.Supp.2d 962, 977 (C.D.Cal.2002) (citations omitted). Secondary meaning is "the mental association by a substantial segment of consumers and potential consumers between the alleged mark and a single source of the product."*Levi Strauss & Co. v. Blue Bell, Inc.,* 778 F.2d 1352, 1354 (9th Cir.1985) (citations omitted). Marks that are suggestive, arbitrary or fanciful are inherently distinctive, whereas descriptive marks are entitled to protection only upon a showing of secondary meaning. *Glow,* 252 F.Supp.2d at 977. Only after Plaintiff demonstrates that he has a valid, protectable trademark interest does the Court turn to the *Sleekcraft* factors.

### 1. Plaintiff has not established a protectable trademark interest.

The Court finds that Plaintiff has not established

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

likelihood of success on the merits of his Lanham Act claims because his described use of the WHISPER OF THE BLUE mark does not satisfy the "use in commerce" requirement necessary to establish priority of use. *See Garden of Life*, 318 F.Supp.2d at 959. Although Plaintiff alleges that there have been multiple visits to his website since its launch on February 4, 2006, this minimal use does not establish "use in commerce" as required to establish priority. (*See* Guichard Decl., ¶¶ 18-21, Exs. 5-7 (detailing number of hits in recent months)); *but see Garden of Life*, 318 F.Supp.2d at 958-59 (sporadic use of the mark on various goods and services with no evidence of sales held to be insufficient to constitute trademark use for establishing priority). There is no showing that Plaintiff has used his mark in the actual sale or advertising of services in commerce.

*3 Plaintiff's use of the mark does not establish commercial use such that consumers would associate the WHISPER OF THE BLUE mark with Plaintiff's website. *See Panavision Int'l L.P. v. Toeppen*, 141 F.3d 1316, 1324 (9th Cir.1998) (domain name registration does not necessarily constitute use, standing alone, to confer common law trademark rights); *Matrix Motor Co., Inc. v. Toyota Jidosha Kabushiki Kaisha*, 290 F.Supp.2d 1083, 1089 (C.D.Cal.2003) (plaintiff's goals and dreams of selling a high end car under a certain mark do not create trademark rights); *Keane v. Fox Television Stations, Inc.*, 297 F.Supp.2d 921, 936 (S.D.Tex.2004)*aff'dKeane v. Fox Television Stations, Inc.*, 129 Fed. Appx. 874 (5th Cir. March 17, 2005) (unpublished); *Silberstein v. Fox Entertainment Group, Inc.*, 424 F.Supp.2d 616, 633 (S.D.N.Y.2004) (advertisement in attempt to obtain a deal for a motion picture or television series does not constitute use); 2 J. Thomas McCarthy, *Trademarks and Unfair Competition* § 16:11 (4th ed. 2004) ("The mere fact that a party conceived the idea of a trademark and discussed it with others does not establish priority as of the date of those events.").

The earliest point in time that Plaintiff's use of his WHISPER OF THE BLUE mark could constitute "use in commerce" is on February 4, 2006 when he launched his web-site. At that time, however, Defendant had already commenced production of its movie "Whisper" and had invested in excess of $12 million on the project. (*See* Mehr Decl., ¶¶ 3-9, Exs. C-M.) The evidence before the Court does not establish priority of use.

Plaintiff's contentions that he retains a protectable trademark interest by virtue of registration of his service mark as a domain name is unsupported. On reply, Plaintiff argues that he is not asserting trademark rights in the title of his screenplay, Whisper of the Blue, but rather he is "only asserting trademark rights in and to WHISPER OF THE BLUE as used on the whisperoftheblue.com website for services in International Class 41 of 'providing information, via the internet, in the field of entertainment, namely, the development, production and distribution of motion picture films.' " (*See* Reply at 3.) This argument fails for several reasons: first, because Plaintiff seeks not to enjoin the use of a similar domain name as used by Defendants but rather to enjoin the use of one word of his domain name as the title of their film; second, because there is no indication that there is any recognizable commercial use of Plaintiff's domain name for the sale of goods or services; and third, there is no indication that Plaintiff's use of the domain name is anything more than allocating an internet address associated with Plaintiff's project, akin to designating an address to locate goods or services. *See Brookfield Communications, Inc. v. West Coast Entertainment Corp.*, 174 F.3d 1036, 1052 (9th Cir.1999) (holding that registration of a domain name may convey trademark rights even before any goods or services are actually sold, if the use is sufficiently public together with the totality of the domain registrant's prior actions); *see also Data Concepts, Inc. v. Digital Consulting, Inc.*, 150 F.3d 620, 627 (6th Cir.1998) (Merritt, J., concurring) ("When a domain name is used only to indicate an address on the Internet and not to identify the source of specif-

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy
Slip Copy, 2007 WL 1750216 (N.D.Cal.)
(Cite as: 2007 WL 1750216 (N.D.Cal.))

Page 4

ic goods and services, the name is not functioning as a trademark."); *see also Panavision,* 141 F.3d at 1324 (domain name registration does not constitute use, standing alone, sufficient to confer common law trademark rights).

\*4 Based on the foregoing, Plaintiff has not established a likelihood of success on his Lanham Act claim. The Court need not address the additional factor of determining whether Plaintiff's mark is inherently distinctive or has acquired secondary meaning. Plaintiff has failed to establish priority of use and it is unclear whether he is attempting here to protect only the domain name address or the term "whisper" in the title of a product related to the motion picture industry. Regardless, the Court examines the *Sleekcraft* factors and addresses Plaintiff's claims on the merits.

**2. The *Sleekcraft* Factors Weigh Against Granting a Preliminary Injunction.**

Only after Plaintiff demonstrates that he has a valid, protectable trademark interest does the Court turn to the *Sleekcraft* factors. Although Plaintiff fails to demonstrate he has a protectable trademark interest, the Court still turns to the *Sleekcraft* analysis to demonstrate that the Court finds Plaintiffs fails to establish probable success on the merits of his claim.

To evaluate the likelihood of confusion, the Court analyzes the following factors: (1) strength of the mark; (2) relatedness or proximity of goods; (3) similarity in appearance, sound, and meaning; (4) evidence of actual confusion; (5) marketing channels used; (6) degree of care likely to be exercised by the consumer; (7) Defendants' intent in selecting the mark, and; (8) likelihood of expansion of the product lines. *Sleekcraft,* 599 F.2d at 352. The Court need not address all of the factors, nor must Plaintiff establish that each weighs in its favor in order to establish a likelihood of confusion. *Glow,* 252 F.Supp.2d at 986. The first three factors are especially relevant in reverse confusion cases.

*Dreamwerks,* 142 F.3d at 1130. Here, analysis of the *Sleekcraft* factors demonstrates that even if Plaintiff could establish priority of use, he fails to show that the *Sleekcraft* factors weigh in his favor. The similarity of the marks has always been considered the most critical factor in the analysis. *GoTo.com,* 202 F.3d at 1205.

**a. Similarity in Sound, Appearance and Meaning.**

In assessing the similarity of the marks, the Court must examine the sight, sound and meaning of the marks, keeping in mind that the similarities are more important than the differences. *Sleekcraft,* 599 F.2d at 351.

Plaintiff contends that the disputed marks share the initial word in common are and therefore, "effectively identical." (Motion at 14.) Plaintiff further argues that the likelihood of confusion is "further compounded by the fact that as a result of countless observations of people naturally abbreviating the phrase WHISPER OF THE BLUE to WHISPER and using both terms interchangeably."(*Id.* at 15.)In this regard, in addition to his own self-serving declaration, Plaintiff cites two declarations of co-workers who attest generally (and without foundation) that undisclosed "people" were abbreviating the WHISPER OF THE BLUE mark to WHISPER. (*See* Guichard Decl., ¶ 8; Declaration of Gene Prat, ¶ 4; Declaration of Melinda Daugherty, ¶ 3.) In addition, Plaintiff cites a number of cases in which the first, or dominant portion of the mark was sufficiently well-known and considered confusingly similar when used in another trademark. (*See* Motion at 14-15, citing *Century 21 Real Estate Corp. v. Sandlin,* 846 F.2d 1175, 1179 (9th Cir.1988); *Sun Microsytems, Inc. v. Sunriver Corp.,* 1995 WL 390696, \*4 (N.D.Cal.1995).) These cases stand for the limited proposition that there is a danger of customer confusion in instances where strong prominent marks, with distinctive dominant abbreviations, are adopted by a potential infringer. Regardless of the merit

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

of the co-workers' general claims that people may abbreviate the title of Plaintiff's project, there is no evidence before the Court that Plaintiff's mark in this case has gained prominence or distinction by its first word.

**\*5** In addition, consumers in the motion picture industry "expect a title to communicate a message about book or movie, but they do not expect it to identify the publisher or producer."*Mattel, Inc. v. MCA Records, Inc.,* 296 F.3d 894, 902 (9th Cir.2002). Sophisticated consumers of motion pictures are unlikely to confuse the one-word title of a psychological horror film about the kidnapping of a seemingly innocent young boy who turns out to have unexpected powers of control with a multi-word website identifying a proposed and unproduced screenplay about an underwater pirate adventure.

Therefore, although there is similarity in the first word of the disputed marks, this factor weighs in favor of Defendants.

**b. Strength of the Mark.**

In a reverse confusion case, the analysis of the strength of the mark focuses on the strength of the junior user's mark and the ability of the junior user's mark to overpower the senior user's mark. 3 J. McCarthy, *McCarthy on Trademarks and Unfair Competition,* section 23:10 (4th ed.2004). Generally, film titles like WHISPER OF THE BLUE are descriptive and, hence, weak. *Morgan Creek Productions, Inc. v. Capital Cities/ABC,* No. CV-89-5463, 1991 WL 352619 at \*6 (C.D.Cal. October 28, 1991); *Orion Pictures Co., Inc. v. Dell Publishing Co., Inc.,* 471 F.Supp. 392, 395-97 (S.D.N.Y.1979). Here, Defendants' superior financial position enables them to strengthen their otherwise weak mark in the title WHISPER through advertising and marketing. In this way, Defendants have the ability to overpower Plaintiff's mark. Compared to Defendants, Plaintiff's marketing and advertising capabilities are drastically weaker, and

consist mainly of Plaintiff in collaboration with a limited number of people, engaging on a "labor-intensive Internet marketing campaign to generate traffic" for the website. (*See* Guichard Decl., ¶ 17.)

The fact that Defendants may be able to overpower Plaintiff's mark, however, does not mean that this factor weighs in favor of Plaintiff. The WHISPER OF THE BLUE mark is conceptually weak due to the fact that the web-presence was launched just over a year and a half ago. Plaintiff's mark may be gaining strength, as evidenced by the fact that there were apparently 40,354 visits to whisperoftheblue.com website between August 9, 2006 and October 7, 2006. (*See* Guichard Decl., Ex. 5.) Despite this fact, there are several third party uses of the term "Whisper" or variations thereof in literary titles that reduce the chances of consumer confusion, and thus, weaken the mark. (*See* Declaration of Mary Ann Fortuna, ¶¶ 5-8, Ex. A). *See also* 2 J. Thomas McCarthy, *McCarthy on Trademarks and Unfair Competition,* § 11:88 (4th ed.2004) ("evidence of extensive third-party use on a wide range of goods and services does tend to weaken strength and narrow the scope of protection."). Taken together, and notwithstanding Defendants' ability to overpower Plaintiff's mark, the relative weakness of Plaintiff's mark reduces the chance of consumer confusion.

**\*6** This factor therefore weighs in favor of Defendants.

**c. Relatedness or Proximity of the Goods and Marketing Channels.**

The degree of competition and relatedness of the two users' goods or services is relevant to whether the reasonably prudent consumer will be confused by similar marks. The danger of consumer confusion is enhanced when goods are related or complementary. *E. & J. Gallo Winery v. Gallo Cattle Co.,* 967 F.2d 1280, 1291 (9th Cir.1992). To the extent that Plaintiff and Defendants are in the business of

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy

Slip Copy, 2007 WL 1750216 (N.D.Cal.)

(Cite as: 2007 WL 1750216 (N.D.Cal.))

Page 6

creating and producing films, the parties operate in same industry and potentially compete with one another. However, the relatedness or proximity of the goods diverges upon closer examination of each party's mark. Plaintiff maintains that he is not seeking trademark protection in the title of his screenplay (*see* Reply at 3), but only that his mark relates to his "whisperoftheblue.com" web-presence, which encompasses a combination of goods (the WHISPER OF THE BLUE screenplay and related information) and services (*e.g.,* the submersible and related diving experiences offered).

Defendants' mark is limited to the title of their film. While Defendants may promote their film through a website, there is no indication that they offer, or intend to offer, the same type of "web-presence" that represents the central premise underlying Plaintiff's mark. In fact, according to Defendants' counsel at oral argument on this motion, Defendants' film will not be marketed by means of a website with the title, Whisper, in it. In short, the goods and services associated with the marks are not closely related such that consumers would likely be confused.

Based on the foregoing, the Court finds that this factor weighs in favor of Defendants.

#### d. Evidence of Actual Confusion.

Under the Lanham Act, "the ultimate test is whether the public is likely to be deceived or confused by the similarity of the marks."*Two Pesos, Inc. v. Taco Cabana, Inc.,* 505 U.S. 763, 780, 112 S.Ct. 2753, 120 L.Ed.2d 615 (1992). Likelihood of confusion exists when customers viewing the mark would probably assume that the product is associated with the course of a different product identified by a similar mark. *Fuddruckers, Inc. v. Doc's B.R. Others, Inc.,* 826 F.2d 837, 845 (9th Cir.1987). Evidence of actual confusion is persuasive proof that future confusion is likely. *Id.* While "[e]vidence that the use of the two marks has already led to confusion is persuasive proof that future confusion is likely," the converse is not true. *Sleekcraft,* 599

F.2d at 352. Indeed, even where a plaintiff files suit before the defendant began using the allegedly infringing mark, the court may nevertheless find for the plaintiff.*GoTo.com ,* 202 F.3d at 1208, citing *Brookfield Communications, Inc. v. West Coast Entertainment Corp.,* 174 F.3d 1036, 1060 (9th Cir.1999).

Plaintiff does not proffer evidence of actual confusion. Instead, he maintains that at preliminary injunction, there is no requirement that he provide evidence of actual confusion. It is not necessary that Plaintiff show actual confusion to obtain a preliminary injunction in this circuit. *See Cooper v. Revolution Records, Inc.,* 1997 WL 196650, *5 (9th Cir.1997), citing *Academy of Motion Picture Arts,* 944 F.2d 1446, 1456 (9th Cir.1991).

*7 During oral argument on this motion, in an effort to establish possibility of confusion, Plaintiff introduced an exhibit consisting of a number of Google searches he had conducted using the terms "whisper underwater production," "whisper underwater actors," and "whisper underwater 'feature film.' " (Plaintiff's Ex. 1.) The searches pulled up listings that included both the website for Plaintiff's proposed film project and other information and listing with reference to Defendants' upcoming motion picture. However, the search is not probative as the search function calls up any internet listing with the search terms, including any motion picture with the search words in the same listing. The searches are far too broad and not probative as to likelihood of confusion. There is no evidence of actual or likelihood of confusion in the record.

Having determined that the foregoing *Sleekcraft* factors weigh in favor of Defendants, it is not necessary to evaluate the remaining factors. Based on the foregoing analysis, Plaintiff's motion for a preliminary injunction under the Lanham Act is DENIED.

#### C. Plaintiff Fails to Demonstrate a Likelihood of Success on his Section 17200 Claims.

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy                                                                                                                        Page 7
Slip Copy, 2007 WL 1750216 (N.D.Cal.)
(Cite as: 2007 WL 1750216 (N.D.Cal.))

At oral argument on this motion, Plaintiff maintained that he claims Defendants violated California Business and Professions Code section 17200 for unlawful business practices for their alleged conduct in violation of the Lanham Act, and for unfair business practices for effectively erecting a barrier to entry and excluding competitors from the theatrical motion picture market by registering titles with a central title registration bureau made up of six major producers and distributors of motion pictures. The Court does not find that the allegations of Defendants' conduct amounts to a likely violation of the Lanham Act. With regard to the allegations of unfair business practices, the essence of Plaintiff alleges that, by reason of their use and registration of the title "Whisper" before the Title Registration Bureau ("TRB"), Defendants preclude the production and distribution of motion pictures by small, independent film makers because of the restriction on the use of registered titles. However, the TRB Rules only manage, among its own members, the priority of rights allotted to the users of various titles for motion pictures. The Court notes that the TRB Rules grant priority of rights similar, but not identical to, trademark rights, which, as a matter of law, do not harm competition in the market associated with the mark. *See Clorox Co. v. Sterling Winthrop, Inc.,* 117 F.3d 50, 56 (2d Cir.1997) (holding that a trademark is, by its nature, non-exclusionary. And "does not confer a legal monopoly on an good or idea; it confers rights to a name only."); *see also California Packing Corp. v. Sun-Maid Raisin Growers of California,* 165 F.Supp. 245, 250-51 (S.D.Cal.1958) (holding that private agreement limiting use of a certain mark does not prevent competitor from engaging in competitive production and sales in the market, but only restricts the use of the name, and therefore does not raise antitrust concerns).

*8 Plaintiff fails to show a probability of success on his claim for violation of California Business and Professions Code section 17200.

**D. Plaintiff Cannot Establish Irreparable Harm.**

Plaintiff fails to demonstrate that he will be irreparably harmed if the Court does not enter a preliminary injunction enjoining Defendants from using the title "Whisper." Plaintiff contends that irreparable harm is presumed as a matter of law because there is always irreparable injury where there is an infringement of a valid trademark. (*See* Motion at 7, citing *GoTo.com,* 202 F.3d at 1204.) However, because the Court has not found likelihood of trademark infringement, such a presumption does not follow. *See Wham-O v. Paramount Pictures Corp.,* 286 F.Supp.2d 1254, 1264 (N.D.Cal.2003) ("[b]ecause plaintiff has not established a likelihood of success on the merits, moreover, plaintiff is not entitled to a presumption of irreparable injury.")

In the alternative, Plaintiff contends that he will suffer irreparable harm if an injunction is not entered because Defendants' widespread use of the similar mark "will effectively and permanently destroy Plaintiff's WHISPER OF THE BLUE mark, and thereby destroying the WHISPER OF THE BLUE web presence" because: (1) Plaintiff's mark "cannot blossom into its full commercial potential and is effectively foreclosed from its natural zone of expansion"; (2) the goodwill in Plaintiff's mark will be destroyed if "Whisper" is unsuccessful; (3) Defendants' marketing campaign "will launch a literal tidal wave of publicity that will drown Plaintiff's mark and all goodwill"; (4) Plaintiff's business model is based upon the central premise creating a synergy between the WHISPER OF THE BLUE web presence and the WHISPER OF THE BLUE film project; (5) without the web presence, Plaintiff will lose his only path to marketing his "offerings"; (6) without the cachet of the WHISPER OF THE BLUE theatrical motion picture, he will not be able to attract talented people, sponsors and investors to work with him; and (7) Plaintiff has already invested precious limited resources into his unique brand identity. (*See* Motion at 8-9.) The irreparable injuries cited, however, are speculative because Plaintiff has not yet commenced production of his film. *Carribbean Marine Servs. Co. v. Baldrige,* 844 F.2d 668, 674 (9th Cir.1988)

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Slip Copy
Slip Copy, 2007 WL 1750216 (N.D.Cal.)
**(Cite as: 2007 WL 1750216 (N.D.Cal.))**

Page 8

("Speculative injury does not constitute irreparable
injury sufficient to warrant granting a preliminary
injunction.") He identifies no lost customers, talent,
financing, or goodwill as a result of Universal's re-
lease of "Whisper" to warrant granting injunctive
relief. The evidence presented in connection with
his motion demonstrates that due to the differences
in the marks and the goods and services related
thereto, the fate of Plaintiff's web-presence is not
tied to the success or failure of Defendants' film
production, "Whisper."

## CONCLUSION

Having determined that Plaintiff has not demon-
strated likelihood of success on the merits of his
claims or that he will be irreparably harmed, his
motion for preliminary injunction is HEREBY
DENIED.

**\*9 IT IS SO ORDERED.**

N.D.Cal.,2007.
Guichard v. Universal City Studios, LLLP
Slip Copy, 2007 WL 1750216 (N.D.Cal.)

END OF DOCUMENT

© 2008 Thomson/West. No Claim to Orig. U.S. Govt. Works.