1  JAMES P. COLLINS, JR. (SBN 47608)
   COTKIN & COLLINS
2  A PROFESSIONAL CORPORATION
   200 West Santa Ana Blvd., Suite 800
3  P.O. Box 22005
   Santa Ana, CA 92702-2005
4  Telephone:  (714) 835-2330
   Facsimile:  (714) 835-2209
5  Email: jpc@cotkincollins.com

6

7  DAVID T. SCHULTZ (MN NO. 169730)
   JOLYNN M. MARKISON (MN NO. 0386876)
8  JOHN K. DARDA (MN NO. 0388298)
   MASLON EDELMAN BORMAN & BRAND LLP
9  3300 Wells Fargo Center
   90 South 7th Street
10 Minneapolis, MN  55402-4140
   Telephone: (612)672-8200
11 Facsimile:  (612) 672-8397
   Email:   david.schultz@maslon.com
12           jolynn.markison@maslon.com
             john.darda@maslon.com

13 Attorneys for Plaintiffs STEVEN SCHUSSLER
   and SCHUSSLER CREATIVE, INC.

14              UNITED STATES DISTRICT COURT

15            SOUTHERN DISTRICT OF CALIFORNIA

16

17 STEVEN SCHUSSLER and            Case No. 07CV2016IEG (AJB)
   SCHUSSLER CREATIVE, INC.,

18                Plaintiffs,      DECLARATION OF STEVEN
                                   SCHUSSLER IN SUPPORT OF
19      vs.                        PLAINTIFFS' MOTION FOR
                                   SUMMARY JUDGMENT AND FOR A
20 J. FRANK WEBSTER, aka "MR.      PERMANENT INJUNCTION
   HOT DOG," aka "UNCLE
21 FRANK,"
                                   DATE:  August 18, 2008
22                Defendants.      TIME:  10:30 a.m.
                                   COURTROOM: 1
23

24

25

26 ///

27 ///

28 ///

**DECLARATION OF STEVEN SCHUSSLER IN SUPPORT OF**

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**AND FOR A PERMANENT INJUNCTION**

I, Steven Schussler, declare under penalty of perjury and state as follows:

1.    I am an individual Plaintiff in this action. I am also Chairman of the Board and Chief Executive Officer of Schussler Creative, Inc., a Minnesota corporation ("Schussler Creative"), the other Plaintiff in this action. I make this Declaration of my own knowledge, and in support of Plaintiffs' motion for summary judgment and permanent injunction against Defendant J. Frank Webster, aka "MR. HOT DOG," aka "UNCLE FRANK" ("Mr. Webster"). If called to the stand, I could and would testify to the truth of the facts stated herein.

2.    Schussler Creative specializes in the development of innovative concepts for restaurants and entertainment venues. Though we are headquartered in Golden Valley, Minnesota, we conduct business throughout the United States and 23 other countries. For example, we are currently developing business with Tatweer, Inc., in the United Arab Emirates city of Dubai.

3.    With its business partners, Schussler Creative has developed a family of successful restaurant concepts, such as The Rainforest Café, T-Rex, Yak & Yeti, Dynasty, America's Roadhouse, Aerobleu, Sorcerer's Kitchen, Juke Box Saturday Night, and Hot Dog Hall of Fame.

4.    The Rainforest Café was one of the first restaurant concepts I developed. In order to attract investors, I spent over three years building the prototype for the restaurant in my suburban Minneapolis home. I financed the construction of the prototype with my personal funds, completing it in 1989. The prototype featured all the amenities that the first restaurant would have, including tropical birds, tropical fish aquariums, vegetation and retail products. In 1994, Lyle Berman, Chairman of the Board of Grand Casinos, Inc. led a group of investors in financing the construction of the first Rainforest Café at the Mall of America in Bloomington, Minnesota. The Rainforest Café incorporated in 1994 and completed its public offering in April 1995 (Nasdaq: RAIN). Forty-five units of the Rainforest Café have opened in locations throughout the world including a restaurant unit in every Disney theme park. The Rainforest Café still holds records for being the top grossing restaurant concept in the country.

226579-1.wpd

5.    With the success of The Rainforest Café, I began developing additional concepts and in 2000 formed Schussler Creative. Some of the family of concepts, such as Yak & Yeti and T-Rex, have already opened while others such as Hot Dog Hall of Fame and America's Roadhouse are slated to open soon.

6.    In developing the Hot Dog Hall of Fame, Schussler Creative has spent over $200,000 building a prototype of the restaurant at its headquarters in Golden Valley, Minnesota. Attached hereto as Exhibit 1 are true and correct copies of photographs of the prototype described in this paragraph. Potential investors and business partners are invited to a weekly "show" which consists of turning the prototype into a fully functioning restaurant and test menu. Producing each show costs between $750 and $1,000 for labor, food supplies, utilities, set-up and break-down expenses.  Major hot dog and condiment brands such as Chicago based Vienna Beef, Inc. and Hunts, Inc. as well as gourmet brands such as Allen Brothers send complementary products for use in our shows. These companies are negotiating with Schussler Creative in an effort to have their products included on our menu. Schussler Creative also uses these weekly shows to conduct market research by testing menu items on focus groups.

226579-1.wpd

1  Volunteer participants are paid $10 to $20 to sample foods

2  and complete a survey which Schussler Creative and its

3  business partners use to develop its menu.

4

5          7.    In 2005, Schussler Creative hired Cunningham

6  Architects, Inc., headquartered in Dallas, Texas, to assist

7  in the development of the Hot Dog Hall of Fame's trade

8  dress and branding. We engaged in a collaborative design

9  review process, which includes drafting designs of the

10  exterior and interior spaces and developing Hot Dog Hall of

11  Fame characters - anthropomorphic hot dog, mustard and

12

13  ketchup characters designed to appeal to children and

14  strengthen brand identification. These characters will be

15  displayed prominently on building signage and facades, and

16  in our printed material such as brochures, menus and

17

18  advertising. This effort to build brand identity is

19  essential to creating a successful restaurant concept. To

20  date, Schussler Creative has spent $150,783 on design

21  review for the Hot Dog Hall of Fame. Attached hereto as

22

23  Exhibit 2 are a true and correct copies of Cunningham

24  Architects' designs for Hot Dog Hall of Fame.

25          8.    The Hot Dog Hall of Fame will serve gourmet

26  food items including nine varieties of hot dogs, nine

27  varieties of sausage, nine varieties of french fries, and

28

   nine varieties of dumplings. The Hot Dog Hall of Fame will

1   also offer 3,700 varieties of mustard. In order to provide

2   such a large variety, Schussler Creative is negotiating the

3   purchase of the Mustard Museum in Mount Horeb, Wisconsin.

4   Servers will squirt dabs of mustard on an artist's palette

5   and bring them to customers' tables. Customers will apply

6   the mustard to their food with paint brushes. We are

7   calling this mustard feature of the Hot Dog Hall of Fame

8   the "Art of Mustard."

9         9.    Schussler Creative is the original owner of

10  U.S. Trademark Application Serial No. 78591560 for the Hot

11  Dog Hall of Fame trademark for restaurant services, retail

12  stores and wholesale distributorship services, and U.S.

13  Trademark Application Serial No. 77262782 for the Art of

14  Mustard trademark for mustards, dipping sauces and

15  restaurant services for consumption on the premises. These

16  applications have been assigned to my affiliate

17  corporation, Creative Attractions LLC.  Creative

18  Attractions LLC is the Schussler corporation that provides

19  the funding for these ventures.  All Schussler Creative

20  contracts assert that Schussler Creative and/or its

21  affiliate corporations own all rights, trademarks, or

22  patents in the concepts it is developing. Attached hereto

23  as Exhibit 3 are true and correct copies of the U.S.

24  Trademark Applications described in this paragraph.

10. Schussler Creative signed a $100 million partnership agreement with shopping mall developer Red Development, Inc. ("Red Development") in May, 2007. Red Development designs, leases, manages or owns approximately 30 shopping centers throughout the United States. Red Development's shopping malls are known as "shopping and entertainment destinations" in the retail industry because their large scale and variety of retail stores attract large numbers of consumers from across a large geographic region. Hot Dog Hall of Fame is one of ten concepts that Schussler Creative has agreed to develop with Red Development. The partnership agreement also provides for a $20 million line of credit to Schussler Creative in exchange for Schussler Creative"s promise to indemnify Red Development. Together, Red Development and Schussler Creative plan on opening 200 units of the Hot Dog Hall of Fame over the next ten years.

11. The Hot Dog Hall of Fame will open its first store in the summer of 2008 at Red Development's "Legends at Village West" - a $500 million, 1.2 million sq. ft. shopping mall in Kansas City. The Hot Dog Hall of Fame will seat 50 customers in the dining room and will also serve drive-thru customers. The second Hot Dog Hall of Fame will open in 2009 at Red Development's "Legends at Sparks

1   Marina" - an 800,000 sq. ft. outdoor mall just outside of

2   Reno, Nevada. Another Hot Dog Hall of Fame unit will open

3   in 2010 at the "Mohegan Sun Casino" in Uncasville,

4   Connecticut. The Mohecan Sun is the world's second largest

5   casino, attracting 35,000 visitors daily and generating an

6   

7   annual revenue of $1.5 billion. Red Development is

8   currently brokering a contract to install a Hot Dog Hall of

9   Fame unit at the "Meadowlands Xanadu" - a six story, 4.8

10  million sq. ft. shopping and entertainment complex in East

11  Rutherford, New Jersey. Schussler Creative is also

12  currently negotiating with Harrah's Casinos to open Hot Dog

13  

14  Hall of Fame restaurants in its Las Vegas and Biloxi,

15  Mississippi locations.

16          12.  Schussler Creative has contracted with

17  several other well established businesses in developing the

18  

19  Hot Dog Hall of Fame. We have contracted with Levy

20  Restaurants, Inc., ("Levy") to scout locations and market

21  the Hot Dog Hall of Fame to large shopping centers and

22  entertainment venues, as well as to develop the Hot Dog

23  

24  Hall of Fame concept and menu. Levy has prepared a

25  conceptual development booklet for marketing purposes.

26  Attached hereto as Exhibit 4 is a true and correct copy of

27  the booklet described in this paragraph. Levy, a

28  Chicago-based restaurateur and sports concessionaire,

1   generated $1.17 billion in revenues in 2006. Levy and

2   Schussler Creative are currently in license negotiations

3   with Olympia Entertainment, Inc., concessions operator for

4   the Detroit Red Wings at Joe Lewis Stadium and with

5   Delaware North Companies, concession operator for the

6

7   Detroit Tigers at Comerica Stadium to install Hot Dog Hall

8   of Fame restaurants at those locations. Schussler Creative

9   also has contracted with restaurant industry giant Landry's

10  Restaurants, Inc. ("Landry's"). The recently opened T-Rex

11  restaurant is a joint venture between Schussler Creative

12

13  and Landry's. Landry's owns 28 casual dining and specialty

14  restaurant concepts and operates in 35 states earning

15  revenues of $298 million in 2007.

16

17      13. In promoting the Hot Dog Hall of Fame,

18  Schussler Creative has organized a media campaign that has

19  successfully attracted the attention of the industry press

20  and main stream media. Attached hereto as Exhibit 5 are

21  true and correct copies of media articles about Schussler

22

23  Creative as described in this paragraph.

24      14. Our business model is different from other

25  chain restaurants in that the restaurants we design are

26  sought after by shopping mall and entertainment venue

27  developers as "anchor" tenants. They are designed to be an

28

    elaborate attraction and to draw large numbers of

1  consumers, as well as other popular retail stores, to the

2  shopping or entertainment center. Consequently, they are

3  very expensive to build.

4

5      15. Schussler Creative uses tenant allowances to

6  finance its concept restaurants. In a tenant allowance

7  agreement, a developer will cover the cost of building the

8  anchor store by lending the tenant the necessary funds on

9  very good terms, often forgiving the debt entirely.

10

11     16. The developer, in turn, finances the entire

12  shopping center through a complicated system of private and

13  public financing. The public financing requires licensing

14  agreements with the city or municipality in which the

15  shopping center is to be built and is integral to the

16  financing of the entire project.

17

18     17. Approximately ten years ago, my staff and I

19  began developing the concept for a gourmet hot dog and

20  sausage franchise. From the start, Hot Dog Hall of Fame was

21  a name we were considering for the restaurant.

22

23     18. Two years later, in May of 2000, I received a

24  letter from Mr. Webster dated April 29, 2000,  in which he

25  expressed his admiration for how I developed the Rainforest

26  Café and described his hobby of collecting hot dog

27  memorabilia. Attached hereto as Exhibit 6 is a true and

28  correct copy of the letter described in this paragraph.

19. I called Mr. Webster on June 6, 2000 and spoke with about his collection. I called to find out if this collection was something we might be able to use for our new hot dog restaurant concept. The conversation lasted no longer than five minutes.

20. I was going to be in San Francisco preparing for the opening of the Rainforest Café at Fisherman's Wharf on June 21. Mr. Webster lived near San Francisco at the time, and I agreed to meet with him. In the following couple of weeks, Mr. Webster sent me several dozen e-mails and photos of items in his collection. I grew concerned after reading the bizarre content of the e-mails and concluded that Mr. Webster did not operate a business and was not a business man.

21. I met Mr. Webster around noon at the Rainforest Café on June 21. I was accompanied by an outside vendor, Greg Alstad, who was contracted to install the greenery for Rainforest Café at Fisherman's Wharf. In an effort to avoid a protracted conversation, I directly asked Mr. Webster if he was interested in selling his hot dog memorabilia collection. Mr. Webster declined, saying something to the effect that the collection was not his to sell and that concluded our exchange. Our conversation lasted no longer than two or three minutes. That was the

226579-1.wpd

**11**

1  last contact I had with Mr. Webster until he began sending

2  defamatory e-mail messages in June of 2007.

3      22.  Soon after Schussler Creative partnered with

4  Red Development, Mr. Webster sent an e-mail dated June 10,

5  2007, to me as well as to several media organizations and

6  to Schussler Creative's business partners. In the e-mail,

7  writing under the name "Uncle Frank," Mr. Webster claimed

8  that the Hot Dog Hall of Fame concept was his intellectual

9  property, demanded Schussler Creative cease and desist

10  developing the concept, and threatened to file a lawsuit.

11  Red Development also received a copy of this e-mail.

12  Attached hereto as Exhibit 7 is a true and correct copy of

13  the e-mail described in this paragraph.

14      23.  Schussler Creative immediately had its legal

15  counsel, Maslon Edelman Borman & Brand, LLP, contact Mr.

16  Webster via e-mail on June 11, 2007 and inform him of

17  Schussler Creative's legal rights to the Hot Dog Hall of

18  Fame concept. In a letter dated June 11, 2007 attached to

19  the e-mail from the Maslon firm, counsel informed Mr.

20  Webster that Schussler Creative owns the U.S. Trademark

21  application for the Hot Dog Hall of Fame trademark,

22  instructed Mr. Webster on intellectual property law

23  regarding trademarks, and further informed Mr. Webster that

24  his correspondence with the media and hospitality companies

226579-1.wpd

1  with which Schussler Creative has current or prospective

2  economic relationships was defamatory.  The letter closed

3  by requesting Mr. Webster give his assurance that he would

4
5  stop sending defamatory statements, and to take

6  responsibility for the misrepresentations. As counsel was

7  unaware at the time of "UNCLE FRANK's" true identity,

8  counsel addressed the correspondence to the record owner of

9  the domain name http://thehotdoghalloffame.com, Mr. Steven

10
11  Bernier. The correspondence, however, was in fact sent to

12  Mr. Webster's email address. A true and correct copy of the

13  June 11, 2007 e-mail and letter is attached as Exhibit 8.

14  After discovering that "UNCLE FRANK" was in fact Mr.

15  Webster, counsel sent another letter, via e-mail, to Mr.

16  Webster demanding that he cease and desist making

17
18  defamatory statements regarding Schussler Creative and

19  myself.

20          24.  Despite receiving our demands that he cease

21  and desist, Mr. Webster has continued to send defamatory

22  statements regarding Schussler Creative to our contractual

23
24  partners in which Mr. Webster repeatedly states: "Please be

25  advised that we are The Hot Dog Hall of Fame, not that

26  liar, thief and con man Steve Schussler."

27          25.  On June 14, 2007, Mr. Webster sent an e-mail

28  to Red Development containing a copy of his newsletter "The

1  Frankfurter Chronicles (The Newsletter with Relish)" in

2  which he again alleged that Schussler Creative had stolen

3  the concept of the Hot Dog Hall of Fame from him.

4  Apparently, Mr. Webster learned of Schussler Creative's

5  contractual relationships through press releases in trade

6  publications and from searching the internet. In the e-mail

7  sent to Red Development on June 14, Mr. Webster described

8  his plan to contact business associates of Schussler

9  Creative and allege that I have stolen his concept from

10 him. Mr. Webster further states that he "has nothing to

11 lose" and will "poison the well" by defaming Schussler

12 Creative. Attached hereto as Exhibit 9 is a true and

13 correct copy of the e-mail described in this paragraph.

14       26.  Mr. Webster posted an exact copy of his June

15 14 e-mail to Red Development (Exhibit 7) on his website:

16 http://www.thehotdoghalloffame.com. Attached hereto as

17 Exhibit 10 is a true and correct copy of the web page

18 described in this paragraph.

19

20

21

22       27.  On September 18, 2007, Mr. Webster sent e-

23 mails to city officials in Sparks, Nevada, and to Dave

24 Claflin at Red Development again alleging that Schussler

25 Creative has stolen the concept of the Hot Dog Hall of Fame

26 from him. Attached hereto as Exhibit 11 are true and

27 correct copies of the e-mail to the Mayor and City Counsel

28

1  of Sparks, Nevada and to Dave Claflin as described in this

2  paragraph.

3      28.  Since Mr. Webster began his e-mail campaign

4  defaming myself and Schussler Creative, Red Development and

5

6  other business partners of Schussler Creative and city

7  officials in Sparks, Nevada have expressed their concern

8  regarding our business relationship. They are concerned

9  because Mr. Webster's defamatory statements imply that

10  Schussler Creative has breached its contractual

11  representation that it owns the rights to the Hot Dog Hall

12

13  of Fame. Because cities finance Red Development's

14  development projects with public funds they are

15  understandably sensitive to such potential litigation and

16  liability issues. Red Development became concerned that the

17  City of Sparks would refuse to license the shopping mall

18

19  development if city officials believe that litigation will

20  ensue over the rights to the Hot Dog Hall of Fame. In

21  response to Mr. Webster's e-mails, Red Development refused

22  to present Kansas City officials with proposed licensing

23  agreements until I initiated legal action and/or this

24  matter with Mr. Webster was resolved. I was forced to

25

26  commence this action in order to keep my business plans and

27  investments moving forward.  Mr. Webster continued to send

28

226579-1.wpd

1  defamatory messages and contacted the press as recently as
2  October 10, 2007.
3      29.  Schussler Creative has been harmed by Mr.
4  Webster's action. He has caused delay and interfered with
5  this company's contracts, business partners, and potential
6  licensing agreements with cities. The delay caused by Mr.
7
8  Webster threatened to cause Schussler Creative to default
9  on its line of credit with Red Development. In terms of
10  current damages, Red Development refused to proceed until
11
12  this matter was resolved. Because Mr. Webster did not stop
13  sending defamatory e-mails after receiving our demands that
14  he cease and desist, I was forced to file this action
15  against him. Mr. Webster did not remove the defamatory
16
17  materials from his website until after this Court issued a
18  temporary restraining order compelling him to do so.
19  Schussler Creative has incurred $44,296 in legal fees and
20  expenses, and has had to post a $5,000 bond for the
21  preliminary injunction.
22      30.  In terms of damages in the form of lost
23
24  future profits, leasing anchor tenant space is a very
25  competitive enterprise involving a high degree of risk to
26  developers. Schussler Creative has succeeded in the
27  franchise restaurant industry by securing anchor tenant
28  space and the coveted tenant allowances that come with it.

1  This is only possible because of Schussler Creative's

2  excellent reputation as a successful developer of new and

3  original concept restaurant. Because of the prospective

4

5  nature of the industry, developers award tenant allowances

6  based entirely on the reputation of franchises as reflected

7  in the industry press.

8        31.  The industry press has never published a

9  negative article about Schussler Creative. Our reputation

10  has benefitted immeasurably from receiving good press.

11  Conversely, a bad reputation can be devastating to a

12

13  franchise. Mr. Webster's defamatory e-mail campaign has

14  reached many people in the industry and, in terms of

15  damages, has sparked a domino effect. Already, our business

16  is beginning to suffer negative impact on our reputation

17

18  which, if allowed to continue, will affect the quantity and

19  quality of tenant allowances Schussler Creative is capable

20  of securing in the future. If Schussler Creative cannot

21  secure a critical number of leases, it could default on its

22

23  line of credit. If it defaults on its line of credit,

24  Schussler Creative will be unable to open Hot Dog Hall of

25  Fame restaurants. The potential damages caused by Mr.

26  Webster's baseless defamatory e-mail campaign could well

27  exceed $100 million. Because the restaurants are a new

28  concept it is extremely difficult to calculate the full

226579-1.wpd

1  amount of damage Mr. Webster's defamatory actions will

2  cause.

3       32.  I have already spent time, money, and

4  resources responding to inquiries and assuring Schussler

5  Creative's business associates of our rights to the concept

6

7  as provided in our contracts. I have received dozens of

8  calls and e-mails from concerned business associates since

9  Mr. Webster first started sending defamatory messages in

10  June of 2007. Each call represents a negative mark on our

11  reputation which had previously been spotless.

12

13       33.  Many new restaurants fail.  In the restaurant

14  industry, many restaurants operate at a loss for years

15  before becoming profitable because of the massive expense

16  of initially opening and operating the enterprise. Before

17  opening a restaurant, licensing agreements must be

18  negotiated and signed with municipal governments and with

19

20  developers, the restaurant itself must be designed and

21  constructed, staff must be hired and trained, the

22  restaurant must be marketed, promoted and advertised

23

24  locally which requires further contracting with media

25  companies and ad agencies. All these activities must be

26  precisely timed and organized and a delay or interruption

27  in one step of the initial process in opening a restaurant

28  will affect all others. Even once the restaurant is opened

1  its success and profitability are not assured. Service,

2  reputation, food quality and a host of functions will

3  influence whether the restaurant will be profitable and to

4  what degree. The Hot Dog Hall of Fame is a new concept.

5  While we predict its future success, we have not yet opened

6

7  our first store.

8        34. Schussler Creative's reputation and goodwill

9  are invaluable to us and our business partners, and are

10  essential to the continued success of Schussler Creative.

11

12  Mr. Webster's e-mail campaign has damaged the reputation

13  and goodwill of Schussler Creative. Unless a permanent

14  injunction is issued against Mr. Webster, his actions will

15  continue to cause such loss of critical reputation and

16
goodwill.
17

18        FURTHER YOUR AFFIANT SAYETH NAUGHT.

19        I declare under penalty of perjury under the laws

20  of the United States of America that the foregoing is true

21  and correct and that this Declaration was executed this 26

22
day of June, in the City of Golden Valley, County of
23

24  Hennepin, State of Minnesota.

25

26

27  _____

28               Steven Schussler





















EXHIBIT 2





3D Views



Hot Dog Hall of Fame /
Pizza Market



PRELIMINARY
NOT FOR
CONSTRUCTION





CUNINGHAM
G R O U P

A921










R001

Hot Dog Hall of Fame /
Pizza Market

Code Plan and Info

PRELIMINARY
NOT FOR
CONSTRUCTION



28





PRELIMINARY NOT FOR CONSTRUCTION

Hot Dog Hall of Fame / Plaza Market

Reflected Ceiling Plan

A810

CUNINGHAM GROUP

**31**







A310



Building Sections

Hot Dog Hall of Fame /
Pizza Market



PRELIMINARY
NOT FOR
CONSTRUCTION



CUNINGHAM
G R O U P















## Finish Schedule

| Code No. | Material | Manufacturer | Mfr. No./Finish | Color | Remarks / Location |
|---|---|---|---|---|---|
| **CSI #03000 CONCRETE** | | | | | |
| CONC-1 | Cast-In-place Concrete | | | | At exterior patio screen booth finished |
| **CSI #04000 UNIT MASONRY SYSTEMS** | | | | | |
| BRK-1 | Brick | TBD | | TBD | Exterior at Pizza oven |
| **CSI #04100 SIMULATED MASONRY** | | | | | |
| ABR-1 | Artificial Brick | TBD | | TBD | Interior at Pizza Entry/Hood |
| **CSI #06200 ARCHITECTURAL WOODWORK** | | | | | |
| PLAM-1 | Plastic Laminate | TBD | | TBD | |
| PLAM-2 | Plastic Laminate | TBD | | TBD | |
| PLAM-3 | Plastic Laminate | TBD | | TBD | |
| ST-1 | Wood Stain | TBD | | TBD | |
| ST-2 | Wood Stain | TBD | | TBD | |
| **CSI #06600 COMPOSITE ALUMINUM PANELS** | | | | | |
| MPL-1 | Metal Panels | TBD | | Yellow | |
| MPL-2 | Metal Panels | TBD | | Red | |
| MPL-3 | Metal Panels | TBD | | Silver | |
| **CSI #09300 TILE** | | | | | |
| CT-1 | Ceramic Floor Tile | TBD | 1"x1" hexagon | White | Pizza: small service line, display gallery, and restrooms |
| CT-2 | Ceramic Floor Tile | TBD | | Black | Pizza large service line, display gallery, and restrooms |
| CT-3 | Ceramic Wall Tile | TBD | | Red | Running bond at back wall of Pizza Front line |
| CT-4 | Ceramic Wall Tile | TBD | | Black | Pizza small service line, display gallery, and |
| CT-5 | Ceramic Base | TBD | | Black | |
| GR-1 | Grout | TBD | | Black | For CT-1, CT-2 and CT-5-1 |
| GR-2 | Grout | TBD | | White | For CT-3 |
| GR-3 | Epoxy Grout | TBD | | Black | Epoxy for CT-1 and CT-5-1 |
| GR-4 | Epoxy Grout | TBD | | Black | At back of house spaces |
| QT-1 | Quarry Tile | TBD | | TBD | At back of house spaces |
| QTB-1 | Quarry Tile Floor | TBD | | TBD | At back of house spaces |
| **CSI #09500 ACOUSTICAL TILE** | | | | | |
| ACT-1 | Acoustical Tile | TBD | | TBD | At the pizza kitchen front dine area |
| MCT-1 | Metal Ceiling Tile | TBD | | Silver | At the pizza kitchen front dine area |
| **CSI #09600 RESILIENT FLOORING** | | | | | |
| LN-1 | Linoleum Tile | TBD | | Teal | Checker board 9x9 diamond pattern |
| LN-2 | Linoleum Tile | TBD | | White | Checker board 9x9 diamond pattern |
| RF-1 | Resilient Flooring | TBD | | TBD | In Housing dining and retail areas |
| VB-1 | Vinyl Base | TBD | | Black | In Housing dining and retail areas |
| VB-2 | Vinyl Base | TBD | | TBD | In Pizza Dining area |
| **CSI #09900 PAINT** | | | | | |
| PT-1 | Paint | TBD | | TBD | In Pizza retail dine wall |
| PT-2 | Paint | TBD | | TBD | All walls in Housing Dining and retail |
| PT-3 | Paint | TBD | | TBD | In both restrooms above tile |
| PT-4 | Paint | TBD | | TBD | At Back of house walls |
| PT-5 | Paint | TBD | | TBD | Plenum walls in Pizza dining |
| PT-6 | Paint | TBD | | TBD | |
| **CSI #10213 TOILET PARTITIONS** | | | | | |
| TLT-1 | Toilet Partitions | TBD | | TBD | |
| UPH-1 | Vinyl Upholstery | | | Housing Low top chairs |
| UPH-2 | Vinyl Upholstery | | | Housing high top chairs |

PRELIMINARY
NOT FOR
CONSTRUCTION

CUNINGHAM GROUP

Hot Dog Hall of Fame /
Pizza Market

Finish Schedules

**A700**

**United State Trademark Application**

**HOT DOG HALL OF FAME**



Document Description: **Application**    Mail / Create Date: **21-Mar-2005**

You are currently on page `1` of `2`

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

# Trademark/Service Mark Application, Principal Register

### Serial Number: 78591560
### Filing Date: 03/21/2005

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK | HOT DOG HALL OF FAME |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | HOT DOG HALL OF FAME |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **OWNER SECTION** | |
| NAME | Schussler Creative, Inc. |
| STREET | 858 Decatur Avenue North |
| CITY | Golden Valley |
| STATE | Minnesota |
| ZIP/POSTAL CODE | 55427 |
| COUNTRY | United States |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **LEGAL ENTITY SECTION** | |
| TYPE | CORPORATION |
| STATE/COUNTRY OF INCORPORATION | Minnesota |
| **GOODS AND/OR SERVICES SECTION** | |

Trademark/Service Mark Application, Principal Register                    Page 2 of 5

| INTERNATIONAL CLASS | 035 |
|---|---|
| DESCRIPTION | Retail and whole sale distribution of clothing, namely, pants, shirts, hats, sweatshirts, shorts, swimwear, t-shirts, jackets of all types, sports caps, boxer shorts, gloves, sweat pants, tank tops, jerseys, pajamas, sweaters, belts, nightshirts, head bands, wrist bands, shoes and sandals, jewelry, key chains, minerals, stones, figurines, plush animals, puppets, science tools, namely microscopes and metal detectors, toys, namely character toys and branded toys, drinkware, books, music and videotapes, home accessories, body care items, food products,clocks, watches, games, and electronic gadgets |
| FILING BASIS | Section 1(b) |

### GOODS AND/OR SERVICES SECTION

| INTERNATIONAL CLASS | 043 |
|---|---|
| DESCRIPTION | Restaurant services for consmuption on the premises |
| FILING BASIS | Section 1(b) |

### SIGNATURE SECTION

| SIGNATURE | /Steven Schussler/ |
|---|---|
| SIGNATORY NAME | Steven Schussler |
| SIGNATORY DATE | 03/21/2005 |
| SIGNATORY POSITION | Chief Executive Officer |

### PAYMENT SECTION

| NUMBER OF CLASSES | 2 |
|---|---|
| NUMBER OF CLASSES PAID | 2 |
| SUBTOTAL AMOUNT | 650 |
| TOTAL AMOUNT | 650 |

### DOMESTIC REPRESENTATIVE SECTION

| NAME | John W. Provo |
|---|---|
| FIRM NAME | Maslon Edelman Borman & Brand, LLP |
| INTERNAL ADDRESS | 3300 Wells Fargo Center |

Trademark/Service Mark Application, Principal Register                      Page 3 of 5

| STREET | 90 South Seventh Street |
|---|---|
| CITY | Minneapolis |
| STATE | Minnesota |
| ZIP/POSTAL CODE | 55402 |
| COUNTRY | USA |
| PHONE | (612) 672-8331 |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **CORRESPONDENCE SECTION** | |
| NAME | John W. Provo |
| FIRM NAME | Maslon Edelman Borman & Brand, LLP |
| INTERNAL ADDRESS | 3300 Wells Fargo Center |
| STREET | 90 South Seventh Street |
| CITY | Minneapolis |
| STATE | Minnesota |
| ZIP/POSTAL CODE | 55402 |
| COUNTRY | USA |
| PHONE | (612) 672-8331 |
| AUTHORIZED EMAIL COMMUNICATION | No |
| **FILING INFORMATION** | |
| SUBMIT DATE | Mon Mar 21 15:15:15 EST 2005 |
| TEAS STAMP | USPTO/BAS-2042920049-2005 0321151515224387-78591560 -200f4e356fa37d883fb3bc5b be9761cbc46-CC-76-2005032 1151358504478 |

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp xx/xx/xxxx)

## Trademark/Service Mark Application, Principal Register

### Serial Number: 78591560
### Filing Date: 03/21/2005

## To the Commissioner for Trademarks:

**MARK:** (Standard Characters, see mark)

The mark consists of standard characters, without claim to any particular font, style, size, or color.

The literal element of the mark consists of HOT DOG HALL OF FAME.

The applicant, Schussler Creative, Inc., a corporation of Minnesota, residing at 858 Decatur Avenue North, Golden Valley, Minnesota, United States, 55427, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 035: Retail and whole sale distribution of clothing, namely, pants, shirts, hats, sweatshirts, shorts, swimwear, t-shirts, jackets of all types, sports caps, boxer shorts, gloves, sweat pants, tank tops, jerseys, pajamas, sweaters, belts, nightshirts, head bands, wrist bands, shoes and sandals, jewelry, key chains, minerals, stones, figurines, plush animals, puppets, science tools, namely microscopes and metal detectors, toys, namely character toys and branded toys, drinkware, books, music and videotapes, home accessories, body care items, food products,clocks, watches, games, and electronic gadgets
International Class 043: Restaurant services for consmuption on the premises

The applicant hereby appoints John W. Provo of Maslon Edelman Borman & Brand, LLP, 3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota, USA 55402 as applicant's representative upon whom notice or process in the proceedings affecting the mark may be served.

A fee payment in the amount of $650 will be submitted with the application, representing payment for 2 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to

use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Steven Schussler/   Date: 03/21/2005
Signatory's Name: Steven Schussler
Signatory's Position: Chief Executive Officer

Mailing Address:
   John W. Provo
   3300 Wells Fargo Center
   90 South Seventh Street
   Minneapolis, Minnesota 55402

RAM Sale Number: 76
RAM Accounting Date: 03/22/2005

Serial Number: 78591560
Internet Transmission Date: Mon Mar 21 15:15:15 EST 2005
TEAS Stamp: USPTO/BAS-2042920049-2005032115151522438
7-78591560-200f4e356fa37d883fb3bc5bbe976
1cbc46-CC-76-20050321151358504478

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- *General trademark information: Please e-mail TrademarkAssistanceCenter@uspto.gov, or telephone either 571-272-9250 or 1-800-786-9199.*
- *Technical help: For instructions on how to use TDR, or help in resolving technical glitches, please e-mail TDR@uspto.gov. If outside of the normal business hours of the USPTO, please e-mail Electronic Business Support, or call 1-800-786-9199.*
- *Questions about USPTO programs: Please e-mail USPTO Contact Center (UCC).*

*NOTE: Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

Document Description: **ITU Extension Approval**     Mail / Create Date: **26-Feb-2008**





## UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

## NOTICE OF APPROVAL OF EXTENSION REQUEST

### Feb 26, 2008

| | TM106 | ATTORNEY |
| --- | --- | --- |
| John W. Provo | | REFERENCE NUMBER: |
| MASLON EDELMAN BORMAN & BRAND LLP | | |
| 90 S 7TH ST | | 2007-2035 |
| 3300 WELLS FARGO CTR | | |
| MINNEAPOLIS MN 55402 | | |

**SERIAL NUMBER:** 78/591560
**MARK:** HOT DOG HALL OF FAME
**OWNER:** CREATIVE ATTRACTIONS, LLC
**EXTENSION REQUEST NUMBER:** 4     **NOTICE OF ALLOWANCE DATE:** Mar 14, 2006

A Notice of Allowance was issued on Mar 14, 2006 for the trademark application identified above. The FOURTH request for Extension of Time to File a Statement of Use has been approved. Applicant must continue to file extension requests every 6 months calculated from the date the Notice of Allowance was issued until a Statement of Use is filed. Please note that a Statement of Use cannot be filed more than 36 months from the issuance date of the Notice of Allowance.

For further information please check the USPTO web site at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- ***General trademark information:*** *Please e-mail* TrademarkAssistanceCenter@uspto.gov, *or telephone either 571-272-9250 or 1-800-786-9199.*
- ***Technical help:*** *For instructions on how to use TDR, or help in resolving* ***technical glitches,*** *please e-mail* TDR@uspto.gov. *If outside of the normal business hours of the USPTO, please e-*

mail Electronic Business Support, or call 1-800-786-9199.
- **Questions about USPTO programs**: Please e-mail USPTO Contact Center (UCC).

**NOTE:** Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-04-14 16:38:22 ET

**Serial Number:** 77328889 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** HOT DOG HALL OF FAME

**Standard Character claim:** No

**Current Status:** Final review prior to publication has been completed, application will be published for opposition.

**Date of Status:** 2008-03-31

**Filing Date:** 2007-11-14

**The Information will be/was published in the Official Gazette on** 2008-05-06

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 107

**Attorney Assigned:**
LEE YAT SYE I

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2008-03-31

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Creative Attractions, LLC

**Address:**
Creative Attractions, LLC
858 Decatur Avenue N.
Golden Valley, MN 55427
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Minnesota
**Phone Number:** 763-746-3700

---

## GOODS AND/OR SERVICES

**International Class:** 043
**Class Status:** Active
Restaurant services
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "HOT DOG"

**Description of Mark:** The mark consists of hot dog standing on top of the world.

**Design Search Code(s):**
**01.07.01** - Globes with outlines of continents
**02.11.07** - Arms; Fingers; Hands; Human hands, fingers, arms
**02.11.08** - Feet, human; Foot prints, human; Human feet, toes, imprints of feet or toes, legs; Imprints, feet or toes
**04.07.02** - Objects forming a person; Person formed by objects
**08.11.03** - Frankfurters; Hot dogs; Salami; Sausage
**24.09.07** - Advertising, banners; Banners

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-03-31 - Law Office Publication Review Completed

2008-03-31 - Assigned To LIE

2008-03-20 - Approved for Pub - Principal Register (Initial exam)

2008-02-28 - Examiner's amendment mailed

2008-02-28 - Examiner's Amendment Entered

2008-02-28 - Examiners Amendment -Written

2008-02-27 - Assigned To Examiner

2007-11-20 - Notice Of Design Search Code Mailed

2007-11-19 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
John W. Provo

**Correspondent**
JOHN W. PROVO
MASLON EDELMAN BORMAN & BRAND, LLP
90 S. 7TH ST., 3300 WELLS FARGO CENTER
MINNEAPOLIS, MN 55402
Phone Number: 612-672-8331
Fax Number: 612-642-8331

---

# United State Trademark Application

## ART OF MUSTARD

| Document Description: **Application** | Mail / Create Date: **23-Aug-2007** |
|---|---|

You are currently on page 1 of 2

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 77262782**
**Filing Date: 08/23/2007**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77262782 |
| **MARK INFORMATION** | |
| *MARK | ART OF MUSTARD |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | ART OF MUSTARD |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Schussler Creative, Inc. |
| *STREET | 858 Decatur Avenue North |
| *CITY | Golden Valley |
| *STATE (Required for U.S. applicants) | Minnesota |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 55427 |
| PHONE | 763-746-3700 |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | CORPORATION |

Trademark/Service Mark Application, Principal Register

| STATE/COUNTRY OF INCORPORATION | Minnesota |
| --- | --- |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 030 |
| *DESCRIPTION | Mustards and dipping sauces |
| FILING BASIS | SECTION 1(b) |
| *INTERNATIONAL CLASS | 043 |
| *DESCRIPTION | Restaurant services for consumption on the premises |
| FILING BASIS | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| NAME | John W. Provo |
| ATTORNEY DOCKET NUMBER | 2007-428 |
| FIRM NAME | Maslon Edelman Borman & Brand, LLP |
| STREET | 90 S. 7th St., 3300 Wells Fargo Center |
| CITY | Minneapolis |
| STATE | Minnesota |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 55402 |
| PHONE | 612-672-8331 |
| FAX | 612-642-8331 |
| EMAIL ADDRESS | john.provo@maslon.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | No |
| **CORRESPONDENCE INFORMATION** | |
| NAME | John W. Provo |
| FIRM NAME | Maslon Edelman Borman & Brand, LLP |
| STREET | 90 S. 7th St., 3300 Wells Fargo Center |
| CITY | Minneapolis |
| STATE | Minnesota |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 55402 |

Trademark/Service Mark Application, Principal Register

| PHONE | 612-672-8331 |
|---|---|
| FAX | 612-642-8331 |
| EMAIL ADDRESS | john.provo@maslon.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | No |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 2 |
| FEE PER CLASS | 325 |
| *TOTAL FEE DUE | 650 |
| *TOTAL FEE PAID | 650 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Steven Schussler/ |
| SIGNATORY'S NAME | Steven Schussler |
| SIGNATORY'S POSITION | Chief Executive Officer |
| DATE SIGNED | 08/23/2007 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 77262782**
**Filing Date: 08/23/2007**

## To the Commissioner for Trademarks:

**MARK:** ART OF MUSTARD (Standard Characters, see mark)
The literal element of the mark consists of ART OF MUSTARD.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Schussler Creative, Inc., a corporation of Minnesota, having an address of 858 Decatur Avenue North, Golden Valley, Minnesota, United States, 55427, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

International Class 030:  Mustards and dipping sauces
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

International Class 043:  Restaurant services for consumption on the premises
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints John W. Provo of Maslon Edelman Borman & Brand, LLP, 90 S. 7th St., 3300 Wells Fargo Center, Minneapolis, Minnesota, United States, 55402 to submit this application on behalf of the applicant. The attorney docket/reference number is 2007-428.
Correspondence Information: John W. Provo
                90 S. 7th St., 3300 Wells Fargo Center
                Minneapolis, Minnesota 55402
                612-672-8331(phone)
                612-642-8331(fax)
                john.provo@maslon.com (not authorized)

A fee payment in the amount of $650 has been submitted with the application, representing payment for 2 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are

Trademark/Service Mark Application, Principal Register                    Page 5 of 5

punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Steven Schussler/   Date Signed: 08/23/2007
Signatory's Name: Steven Schussler
Signatory's Position: Chief Executive Officer

RAM Sale Number: 254
RAM Accounting Date: 08/24/2007

Serial Number: 77262782
Internet Transmission Date: Thu Aug 23 15:05:57 EDT 2007
TEAS Stamp: USPTO/BAS-204.29.200.49-2007082315055706
4671-77262782-3807f60c11a9a1fb61485932b0
c032223f-CC-254-20070823145832767307

<u>TDR Home</u>

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
<u>FAQ: Are you seeing only the first page of this PDF document?</u>

*If you need help:*

- ***General trademark information:*** *Please e-mail* <u>*TrademarkAssistanceCenter@uspto.gov*</u>*, or telephone either 571-272-9250 or 1-800-786-9199.*
- ***Technical help:*** *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail* <u>*TDR@uspto.gov*</u>*. If outside of the normal business hours of the USPTO, please e-mail* <u>*Electronic Business Support*</u>*, or call 1-800-786-9199.*
- ***Questions about USPTO programs:*** *Please e-mail* <u>*USPTO Contact Center (UCC)*</u>*.*

***NOTE:*** *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

Document Description: **Application**     Mail / Create Date: **23-Aug-2007**

You are currently on page 2 of 2



# ART OF MUSTARD

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page. [required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- ***General trademark information:*** *Please e-mail* TrademarkAssistanceCenter@uspto.gov, *or telephone either 571-272-9250 or 1-800-786-9199.*
- ***Technical help:*** *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail* TDR@uspto.gov. *If outside of the normal business hours of the USPTO, please e-mail* Electronic Business Support, *or call 1-800-786-9199.*
- ***Questions about USPTO programs:*** *Please e-mail* USPTO Contact Center (UCC).

***NOTE:*** *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

Document Description: **Notice of Publication**     Mail / Create Date: **27-Feb-2008**

Side - 1



**NOTICE OF PUBLICATION UNDER §12(a)**
**MAILING DATE: Feb 27, 2008**
**PUBLICATION DATE:  Mar 18, 2008**

The mark Identified below will be published In the Official Gazette on Mar 18, 2008.  Any party who believes they will be damaged by registration of the mark may oppose its registration by filing an opposition to registration or a request to extend the time to oppose within thirty (30) days from the publication date on this notice.  If no opposition is filed within the time specified by law, the USPTO may issue a Notice of Allowance.

To view the Official Gazette online or to order a paper copy, visit the USPTO website at http://www.uspto.gov/web/trademarks/tmog/ any time within the five-week period after the date of publication.  You may also order a printed version from the U.S. Government Printing Office (GPO) at http://bookstore.gpo.gov or 202-512-1800.  To check the status of your application, go to http://tarr.uspto.gov/.

**SERIAL NUMBER:**  **77262782**
**MARK:**     **ART OF MUSTARD**
**OWNER:**     **Schussler Creative, Inc.**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

JOHN W. PROVO
MASLON EDELMAN BORMAN & BRAND, LLP
90 S 7TH ST
MINNEAPOLIS, MN  55402-3903

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2008-04-14 16:40:25 ET

**Serial Number:** 77262782 <u>Assignment Information</u>          <u>Trademark Document Retrieval</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# ART OF MUSTARD

**(words only):** ART OF MUSTARD

**Standard Character claim:** Yes

**Current Status:** Application has been published for opposition.

**Date of Status:** 2008-03-18

**Filing Date:** 2007-08-23

**The Information will be/was published in the Official Gazette on** 2008-03-18

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**Attorney Assigned:**
RAPPAPORT SETH A

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2008-02-08

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Schussler Creative, Inc.

**Address:**

Schussler Creative, Inc.
858 Decatur Avenue North
Golden Valley, MN 55427
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Minnesota
**Phone Number:** 763-746-3700

---

## GOODS AND/OR SERVICES

**International Class:** 030
**Class Status:** Active
Mustards and dipping sauces
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 043
**Class Status:** Active
Restaurant services for consumption on the premises
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Disclaimer:** "MUSTARD"

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2008-03-18 - Published for opposition

2008-03-05 - Assignment Of Ownership Not Updated Automatically

2008-02-27 - Notice of publication

2008-02-08 - Law Office Publication Review Completed

2008-02-08 - Assigned To LIE

2008-01-04 - Approved for Pub - Principal Register (Initial exam)

2007-12-03 - Examiner's amendment mailed

2007-11-30 - Examiner's Amendment Entered

2007-11-30 - Examiners Amendment -Written

2007-11-30 - Assigned To Examiner

2007-08-28 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
John W. Provo

**Correspondent**
JOHN W. PROVO
MASLON EDELMAN BORMAN & BRAND, LLP
90 S 7TH ST
MINNEAPOLIS, MN 55402-3903
Phone Number: 612-672-8331
Fax Number: 612-642-8331

---





# Conceptual DNA Development

March 5, 2008

EXHIBIT 4