



# TABLE OF CONTENTS

CONCEPTUAL DNA DEVELOPMENT

OVERALL CONCEPT DNA......................................................................................page 3

FEEL
• DNA...............................................................................................................page 4
• Mood Board....................................................................................................page 5

DIALOGUE
• DNA...............................................................................................................page 6

TASTE
• DNA...............................................................................................................page 7

CONCEPT STORY...............................................................................................page 8

MARCH 5, 2008 | 2



# OVERALL CONCEPT DNA

- Quick & Convenient
- Celebrate the Art of Mustard
- Crazy for Condiments
- Americana
- Nostalgic, yet Timeless
- All-Time Favorites
- Frankly the Best
- Universal Appeal
- Fun, Fun, Fun

CONCEPTUAL DNA DEVELOPMENT

MARCH 5, 2008 | 3





# FEEL: DNA

**Americana & Retro:**

• Stainless Steel Trimmed Counter and Tables

• Red Glitter Booths

• 50s & 60s Memorabilia

**To Top It Off** – our condiment bar sits smack in the center of the room:

• Abundant displays of fresh toppings and condiments

• Our mustard squirts out of ceiling pumps!

**"HOT" Dogs** – prime views to the grill, your mouth will water as you watch us fire up your dog!

**Relish the Retail** – want your Hot Dog Hall of Fame experience to last? Savor a souvenir:

• "Paint Your Own Wiener" Kits – create a top dog at home!

• Hank the Frank, Molly Mustard and Charlie will find their way onto all kinds of fun take home gifts

• America's favorite collectors items from 50s & 60s













FEEL: MOOD BOARD

CONCEPTUAL DNA DEVELOPMENT

MARCH 5, 2008 | 5






# DIALOGUE: DNA

**We're Always FRANK with You:**

- There's a fine-line between masterpiece and a wreck. We'll provide you with a condiment recipe card for your own protection

**Think Before You Ketchup** – used for fries only. Just don't let us catch any ketchup on your dog!

**Dogs and Mustard. A Legendary Pair:**

- Need help pairing your dog or sausage with the right mustard? We have the largest selection of mustards known to man – we're the experts, so ask us!

**Hank the Frank, Molly Mustard and Charlie** – what a group of characters ...they're sure to top off your visit with some fun!

**Dressed or Naked?** – We'll let you choose whether you want to customize your dog or sausage or taste one of our many signature styles.





CONCEPTUAL DNA DEVELOPMENT



# TASTE: DNA

**Highest Quality Meats** – we only use the best:

- Dogs – All Beef, Steak, and All Beef Foot-long

- Sausages – from Bratwurst to "Frank"-wurst and everything in between – we are the encased meat emporium!

**The Art of Mustard** – 1000's of mustards, masterpieces created daily:

- The only place in America where it's ok to PAINT YOUR OWN WIENER!

- Our selection is spicy, sweet, standard and unique – Bertman Ballpark Mustard, Hit and Run Mustard, Citrus Mustard, Cranberry Mustard, Jalapeno

**Stuffed Dumplings** – portable, street-food favorites:

- Braised Cabbage and Onion

- Ground Beef and Matzo with Egg & Onion

**9-Ways Fries** –All-Star Fry Favorite Line-Up:

- Waffle Fries topped with Blue Cheese and Bacon, Fresh Cut, Skin-On Fries, Tater Tots, etc.

**"Record-Breaking" Condiment Bar** – customize your Dog, create a Legend:

- Pico de Gallo, Sport Pepper, Coleslaw, Shredded Monterey Jack, Diced Sweet Yellow Onion, etc.

**"Doggone" Good Desserts:**

- Split Dog – Angel Food Bun stuffed with sweet surprises!

- Shakes & Malts – featuring Carvelle Soft Serve







CONCEPTUAL DNA DEVELOPMENT







# CONCEPT STORY

CONCEPTUAL DNA DEVELOPMENT

The Hot Dog Hall of Fame: frankly, the best hot dogs, sausages and French fries in the world, is a tribute and all-out celebration of the most iconic dogs of all time. These are the dogs which forever have earned their place in history as TOP DOGS. Defining nostalgic with timeless appeal, these are the dogs that we've have grown up with; born in our cities and towns, on the streets we've traveled down and the ballparks we've frequented - time and time again these are the dogs we relish.

Of course, while we feature a legendary line-up, we believe every dog has its day -so squeeze, season and "paint your own wiener" to create your trophy dog at the Hot Dog Hall of Fame. We've got thousands of condiment combinations that give every dog a chance to be a star!!

None of those condiments cut the mustard? Well, our mustard selection is renowned in itself!. We've got thousands of mustards, straight from the Mustard Museum...sweet hot mustards, fruit mustards, hot pepper mustards, horseradish mustards, even spirit mustards.

Of course, all of these choices can lead to quite a condiment conundrum. Don't know where to start? Ask us, we'll be frank with you! We've got so many suggestions on pairings and condiments One part barbeque sauce and two parts southern slaw makes a North Carolina Dog...one part yellow mustard, one part soy sauce and one part peanut sauce makes an Asian dog...and so many more!

And of course, any top dog knows the support of its team is what leads to taste triumph. So pair yours with some piping hot fries or one of our delicious stuffed dumplings. Shake it up a little bit with our fries: hand-cut, shoestring, waffle fries and tater tots are sprinkled with our shakers full of special seasoning the minute they come out of the fryer! Our dumplings are the perfect hand-held treat to accompany our dogs. Stuffed with cheese or potato, onions and cabbage, beef or chicken, these little pockets of goodness are served with apple sauce and sour cream...so take the plunge!

And, our hearts aren't made up only of sauerkraut and spicy peppers! We do have a sweet side! At Hot Dog Hall of Fame, wrap up your meal with a pie dog or a split dog. A sweet finish!!

# Idea to Rollout: Mustard Makes this Menu

## Steve Schussler's Hot Dog Hall of Fame elevates hot dogs and sausages with a medley of mustards.

**By Monica Rogers, Contributing Editor -- Chain Leader, 11/20/2007**

If **mustard** and pretzels is a centuries-old favorite food pairing—hot dogs and **mustard** is centuries young. Capitalizing on this ever-popular marriage, Steve Schussler's soon-to-come entertainment eatery, the Hot Dog Hall of Fame, makes the most of **mustard**-dabbed dogs. 

**Dog Days**

Featuring nine hot dogs and nine sausages, menus (which also include nine dumpling varieties and nine french fry varieties) will provide a medley of mustards to match. (The numerous nines are in honor of baseball's nine innings.) Hot Dog Hall of Fame will stock 10 to 15 different kinds of **mustard** for daily service, plus 3,600 mustards via catalog-ordering and 100 for purchase through the concept's gift store.

"Yellow—but not an ordinary yellow—horseradish, honey, one or two brown, Dijon , German grainy…we're doing all of them," says Schussler, founder and CEO of Golden Valley, Minn.-based Schussler Creative and Creative Attractions.

**Artistic Touch**

In true Schussler creative style, servers will squirt dabs of each **mustard** onto an artist's palette and bring them to tables with a brush. "This encourages the guest to have a little fun painting the hot dog and encourages people to try mustards they might not be as familiar with," says Schussler. 

Servers are being trained to make suggestions about which **mustard** is the best match with each sausage or hot dog. All dogs and sausages will be grilled and served on whole wheat, plain or poppyseed buns, which will be baked on site.

**Strategic Partnership**

The Levy Restaurant Group, which has partnered with Schussler's Creative Attractions to provide food service for Hot Dog Hall of Fame and nine other new concepts, is still finalizing which dogs, sausages and mustards will make the final list.



The first Hot Dog Hall of Fame opens this summer in Kansas City , Kan. , at <u>The Legends</u>, a mixed-use development where Schussler already has his T-Rex concept. Schussler has contracted for four more Hot Dog Hall of Fames to open in Reno and Sparks , Nev. , and Las Vegas , also in 2008.

# StarTribune Saturday

SEPTEMBER 29, 2007 • STARTRIBUNE.COM ▸ ENJOY AUTUMN'S COLORS • MINNEAPOLIS • ST. PAUL • 50¢

## Schussler has more themed menus in store

Last update:

September 28, 2007 – 6:46 PM



The man who brought a rain forest jungle to diners at the Mall of America says he has a deal in place to launch a slew of themed restaurants, thanks to a recent partner he hired.

If the deal holds together it would be the first major launch in years for Steve Schussler, the businessman who launched the Rainforest Cafe restaurant chain before selling it to Houston-based Landry's restaurants in 2000.

He said Friday that he's hired Chicago-based Levy Restaurants to develop food and menus for the themed restaurants he hopes to open in coming years. The deal, which includes previously announced development partner RED Development, of Kansas City, Mo., calls for 34 restaurant openings over the next 5½ years, using ideas that Schussler developed at his "laboratory," the Golden Valley warehouse he filled with Chinese artifacts, Harley-Davidson motorcycles, robotic dinosaurs and other set pieces for his restaurant ideas.

The partnership so far has plans to open two restaurants next year in Kansas City, Kan., and three more the next year in Reno, Nev., he said.

He added that negotiations continue with the Mall of America for a new restaurant he hopes to open there, a barbecue place called American Roadhouse.

MATT MCKINNEY

© 2007 Star Tribune. All rights reserved.



# NATION'S Restaurant News.

### THE NEWS SOURCE FOR THE FOODSERVICE INDUSTRY

WWW.NRN.COM

September 27, 2007

# Levy, Schussler ink restaurant partnership

**CHICAGO (Sep. 27)** Levy Restaurants has agreed to operate the theme restaurants of Schussler Creative Inc., creator of the Rainforest Cafe and T-Rex concepts, the parties disclosed Thursday morning.

Levy, a Chicago-based restaurateur and sports concessionaire owned by the contract management giant Compass Group, also agreed to craft the menus for Schussler's creations.

Terms of the arrangement were not disclosed.

Earlier this year, Minneapolis-based Schussler entered into a national partnership with RED Development LLC to develop themed restaurants in RED's shopping centers. Those establishments would then be operated by Levy, a one-time partner with film director Steven Spielberg in a submarine-theme restaurant called Dive! in Los Angeles.

Schussler, Levy and RED plan to develop such concepts as Hot Dog Hall of Fame; America's RoadHouse, which will feature barbecue; Aerobleu, which will feature jazz; Sorcerer's Kitchen, a magic-theme place featuring such items as rotisserie chickens, smoked meats, oven-roasted corn on the cob, stone-oven pizzas and steaks; Winter Wonderland, which will feature cold-weather food; Musical Gardens, a white-tablecloth restaurant; and Dynasty, an Asian-fusion concept.

Steven Schussler, chief executive and founder of Schussler Creative, said: "In May 2007, we entered into a partnership with RED Development to create new attractions, restaurant, and retail stores, approaching the endeavor with passion, imagination and creativity. Adding Levy's innovation to this formula is the icing on the cake for us."

Andy Lansing, president and chief executive of Levy Restaurants, said: "We couldn't be more excited to partner with Steve Schussler and his amazing team. Steve is an icon in the industry and we are thrilled to match up our passion and innovation with his."

Levy's portfolio includes restaurants such as Spiaggia, Bistro 110 and Fulton's on the River in Chicago, and Fulton's Crab House, Portobello Yacht Club and Wolfgang Puck's at the Walt Disney World Resort in California. It also manages foodservice operations at such sports venues as Wrigley Field in Chicago; Lambeau Field in Green Bay, Wis.; the Staples Center in Los Angeles; and the American Airlines Arena in Miami.

RED Development LLC, formed in 1995, has co-headquarters in Kansas City, Mo., and Phoenix. It leases, manages or owns more than 30 shopping centers throughout the nation. The company focuses on open-air lifestyle centers and destination retail and entertainment developments.



Go Mobile! Try RGJ mobile today.

**RGJ.com**

September 6, 2007    REN

All ▾    [        ]    SEARCH

HOME | NEWS | SPORTS | LIVING | ENTERTAINMENT | TOURISM | MOMS | PREP SPORTS    Weather  Classifieds  Job
                                                                                Dating

Back one page     Email a friend     Del.icio.us     Printer friendly version

# The Legends at Sparks Marina: 13 new tena announced

**RAY HAGAR**
RENO GAZETTE-JOURNAL
Posted: 9/6/2007
STORY CHAT(read or post comments)

NEWS
Local News
Weather
Obituaries
Nation and World
Today's Photos
2008 Caucus
Special Reports
COMMUNITIES
Neighborhoods
Announcements /
Weddings
Carson Times
Sparks Today
Truckee Times
Fallon Star Press
Mason Valley News
Fernley Leader
Dayton Courier
Douglas Times
SPORTS
Today's Sports
Wolf Pack
NEW High School
Sports
Sierra Golf
Sports Columnists
BUSINESS
Today's Business
Stocks
eTechnology
VOICES
Today's Voices
Your Voice
Columnists
Blogs
Send Letter to the
Editor
ENTERTAINMENT
Today's Entertainment
Events Calendar
Comics
Sudoku
Eating Out
Movies
Music
LIVING

As more than a dozen local dignitaries and politicians looked on, 13 new tenants were announced Wednesday for the 148-acre the Legends at Sparks Marina development.

New retailer include Adidas sports footwear, BCBG women's fashion store, BCB Girls, Cantina Corona specialty food store, Forever 21 teen clothing, Lane Bryant clothing, and Sunglass Station, plus the Harry and David fruit and gourmet food store.

Restaurants will include America's Roadhouse, with a theme of "Bikers Blues and Barbecues," and the Hot Dog Hall of Fame, Hash House a Go Go, Chili's Grill and Bar and the SegaWorld Sports Grille.

The America's Roadhouse restaurant and the Hot Dog Hall of Fame are opening their first locations at the marina project, located at the intersection of Interstate 80 and Sparks Boulevard, developers said.

Most of the new tenants plan to open during the development's grand opening in October 2008.

"We are very excited that the first one will be here in Sparks," developer Steven Schussler, CEO of Schussler Creative said about the Roadhouse restaurant. "It it not going to be good food, it is going to be great food. We'll have a huge barbecue pit on the inside. We will be serving 50 different kinds of beers."

Zoom [+]



DUNN/RENO GA
Steve Schussler, founder of the Rain Forest Caf
custom chopper Wednesday at the Legends at S
Schussler was there to annouce that his restaur
joining the lineup at the new commerical center



Adidas sports footwear is
retailers that will be joining
Legends at Sparks Marir

Today's Living
Food & Drink
Health
RENO Magazine
**OUTDOORS**
Fishing and Hunting
**CUSTOMER SERVICE**
Contact Us
Jobs at RGJ
**MOBILE NEWS & EMAIL**
Email Editions
RSS Headline Feeds
RGJ.com Mobile
Mobile Text Alerts


A Proud Partner of the America's Schools Recycling Program
CLICK HERE TO JOIN



Schussler arrived at the news conference at the site of the development riding a custom motorcycle without wearing a helmet to highlight the decor and theme of the roadhouse restaurant.

"Were are going to have brand new bikes -- choppers like that one and that's a $140,000 custom chopper -- next to antique bikes, 1925 Harley-Davidson bikes. We call it motorcycle art."

Even children too young to ride will enjoy the decor, Schussler said.

"Children will be able to get on their own bike inside the place, and through an interactive television screen, they will be able to pick their own engine, own fenders, own mirrors, then press a button and get a picture of what their custom bike will look like," Schussler said.

"Our idea is that this is a place for the family with the concentration on incredible food," he said.

**Overall plans**

About 40 to 50 retail outlets are expected for the entire development, which will also include a 1,000-room upscale casino-resort and Scheels, a 248,000-square-foot store that developers boast will have the world's largest selection of sporting goods and sportswear in one location.

Previously announced restaurants include the Saddle Ranch Chop House that will feature rides on a mechanical bull and T-Rex: A Prehistoric Family Adventure, where customers come face-to-face with life-like and life-size dinosaurs.

The first T-Rex restaurant opened this year in Kansas City, Mo. The second T-Rex location is


advertisement

EDAWN reduces staff by 40%
Alan Webber to speak at Grand Sierra

Related news from the Web
Life
Motorcycles
Food
Harley-Davidson Motorcycles
Bar-B-Q
Powered by Topix.net


advertisement

expected to open next spring at Disney World in Orlando, Fla.

The uniqueness of the retail outlets should help bring thousands to the development a Sparks city officials said.

"We are expecting more than 800,000 visitors here a year, and that will create a lot of revenue," Sparks Mayor Gino Martini said. "We'll have the largest all-sports sporting g in the world and many new restaurants that are not yet in the Truckee Meadows, and t is most exciting to me. We are creating many new businesses and venues that are no

else in the Truckee Meadows."

The Hot Dog Hall of Fame will include hot dogs, sausages, dumplings, fries and 3,600 mustards, Schussler said.

## Story Chat

| POST A COMMENT | VIEW ALL COMMENTS | IS A COMMENT OVER THE LINE? |

**3600 types of mustard**                                          Thu Sep 06, 2

800,000 visitors a year, huh? That's the same projection we heard for this year's Hot August N

800,000 visitors a year would create a lot of tax revenue, but not for the citizens of Sparks or County. With corporate property tax rebates and a 20-year mortgage paid by local sales tax, t will pour right into the pockets of RED development.

Back one page      Email a friend      Del.icio.us      Printer friendly version

Try home delivery of the Reno Gazette-Journal & get your FREE 20% off dining

Top of page

  **For instant relief from Charter Cable:** **Make the switch to DIRECTV.** DIRECTV

©2007 DIRECTV, INC. DIRECTV and the Cyclone design logo are registered trademarks of DIRECTV, all other trademarks and service marks are the property of

**Neighborhoods:** Reno Central | Sparks Center | Spanish Springs | North Valleys | Northwest Reno | Southw
**Partners:** Jobs: CareerBuilder.com | Cars: cars.com | Apartments: apartments.com | Shopping: ShopLocal.c
Customer Service | Terms of Service | Send Feedback | Subscribe Now
**Reno Gazette-Journal network:** Sparks Today | Fallon Star Press | Mason Valley News | Leader Courier
USA Today | USA Weekend | Gannett Co, Inc | Gannett Foundation

USA TODAY    © Copyright Reno Gazette-Journal, a Gannett Co. Inc. Newspaper.
Use of this site signifies your agreement to the Terms of Service and Privacy Policy, updat



Last chance to win Upsize Business Builder of the Year [page 17]

How to build a bigger small business

# Upsize
## Minnesota

June · July 2007 $2.95     www.upsizemag.com

2007 BUSINESS BUILDER edition

**LEARN HOW TO:**
Create a service culture
Get crisis plan in place
Remove barriers to custo
Make big decisions wise

## LESSONS LEARNED BY 3 TOP CEOs
Caldrea, Compellent and T Rex founders tell all

Write non-competes without loopholes
Hire well with one-page profile
Lean on others to grow
Choose correct management style
Put good words in their mouths
Quit fighting price wars
Perform like a streetactor

HOW **RAINBOW TAXI** BUILDS A REPUTATION
HOW **PARASOLE** GENERATES IDEAS THAT SELL
HOW **SMART LEGAL** BOOSTS STAFF RETENTION

Avoid personal tax risk
Fix biggest tech pains
Guard trade secrets
Pass on family business
Make a small staff mighty
Decide if patent is worth cost

75

# Lessons learned

## Three CEOs tell how they're building their companies

*by Beth Ewen*
*illustration by www.victorgad.com*

**Upsize:** Each of you, please describe where your company is today, and what were some key actions that led to its success so far. I'll ask Monica Nassif of Caldrea to begin.

**Monica Nassif, Caldrea:** I started the company because I had an epiphany about cleaning products. I thought they were actually an insulting purchase. You kind of had to buy them. I grew up in the retail industry, at Target, and I saw these cleaning products and thought, "Why can't it be like Aveda or whatever, your favorite brand of lotions and potions?"

We started in the late 1990s, and we were out raising money and the only ones who were giving money were the high-tech guys. We started Caldrea, named for my two daughters, and when you go against the big gorillas in the mass marketplace, you need a lot of money, which we did not have. We realized very quickly that we had to go to the high-end, luxury category.

We realized quickly we had a concept that was viable. We looked at the data and said 72 percent of all household cleaning products were purchased in grocery stores. We created Mrs. Meyer's Clean

## ABOUT THE PANELISTS

Upsize invited three CEOs to share their stories at a panel discussion in March, and presents an edited version here. Upsize Editor Beth Ewen was moderator.



**Monica Nassif** is president of **Caldrea Co.** in Minneapolis, which makes aromatic cleaning products, including the Mrs. Meyer's Clean Day brand.



**Steven Schussler** is CEO of **Schussler Creative** in Golden Valley, which develops and sells restaurant, retail and entertainment concepts, including T Rex Cafe. He is the founder of Rainforest Café, which he took public in the mid-'90s and sold to the company that operates restaurants for Disney.



**Phil Soran** is CEO of **Compellent Technologies Inc.** in Eden Prairie, which makes data storage systems. He was co-founder of Xiotech, also in data storage, which he took from start-up to a $360 million sale in five years.

Day. That's named after my mother, Thelma Meyer. She's kind of the original earth mother, so we drew a lot of inspiration from her. This is our fastest-growing brand now.

Our play is the very high-end, luxury category with Caldrea, and then Mrs. Meyer's for the mass market, in grocery stores.

Two things made us successful: One, we invested in a quality product. We spent a lot of money on R&D, and we didn't have a lot of money. We own all our own formulas. Not only do we have these beautiful bottles, but this stuff really works.

Two, my background is in brand-building. We wanted to build a brand that you actually would like to buy. We wanted a brand for people to embrace in the grocery aisle, in an aisle you don't typically like going to because you get a headache.

**Upsize:** Phil Soran, tell us about Compellent Technologies.

**Phil Soran, Compellent Technologies:** I always joke in high tech, people start businesses in their garages. In Minnesota it's too cold to start in the garage, so we start in basements.

:: COVER STORY ::



We started in my basement in 2002. We had sold Xiotech and retired for awhile. We quickly decided from being retired, it's like bein in junior high: You go outside and there's no one to play with.

So we started Compellent, and we've been doing real well. We're a venture-backed company. We've raised $53 million in venture capital. We have 145 employees now. We'll do $60 million this year in revenue. The company is across the globe.

One of our reasons for success is, we have good technology. But one of our big

"We invested in a quality product. We spent a lot of money on R&D, and we didn't have a lot of money. We own all our own formulas. Not only do we have these beautiful bottles, but this stuff really works."

— **MONICA NASSIF**,
Caldrea Co.

reasons for success is our culture. We call the culture positive-aggressive. You can picture working for a negative-aggressive company, but ours is positive-aggressive.

**Upsize:** Steve Schussler, founder of the Rainforest Café and T Rex Cafe, tell us about your companies.

**Steve Schussler, Schussler Creative:** Schussler Creative is a creative laboratory, where we create theatrical and entertainment concepts for restaurants and retail stores. Everything we create is a better mousetrap. It's theatrically compelled to draw people, with good food and an entertainment experience.

Strangely enough, research and development is something that not a lot of people spend a lot of time and money on, because they can't afford it. R&D costs a lot of money, and building a brand costs a lot of money. Starting one from scratch,

let alone having 10 or 12 going at the same time, is very hard, especially when you have investors who say, stay focused.

We are focused, but we also think on many levels, and many investors like to see you on one track. And people who think on multi-levels have a good track record, but they need an opportunity to show that they can think on multi-tracks.

That's what we do, we have eight to 10

concepts that we develop at the same time. So if we go to a show in New York or L.A., our reps are not representing one product, they're looking at 10 different concepts that we've created, trying to see the applicable ways .

It's over-sensoried. I tell many people they should bring two aspirins when they visit us, one for on the way in, and one for when they leave.

77

We try to hire inspiring, creative people. I think attitude says it all. We try to do things with a very upbeat and positive attitude. We don't like to say the word no. I think that's what's made us successful. I think successful people have passion, and passion becomes the engine of success.

**Upsize:** I notice you call what you do multi-track thinking. Is that the nicest thing people have said about the way you do things?

**Schussler:** Well, some people call it ADHD, some people call it ADD, but if you talk to any number of entrepreneurs, most entrepreneurs think on multi-levels. They usually have three or four or five things going on at the same time. It's a disservice to tell an entrepreneur that he or she should be focused, because he or she is focused but is thinking on multi-levels. If you have a gift, we should embrace it.

**Upsize:** Monica Nassif, I'm interested in the way you're developing two brands: Caldrea and the high end, and getting into specialty stores, simply because of our competition. We didn't have the money to go after Procter & Gamble, and others, they own the grocery stores. Also, we didn't feel the consumer seven or eight years ago could handle at retail an $8 cleaning product instead of $1.99. We created the Caldrea brand to stay high.

I've been in retail for so long. I learned it's hard to defy gravity. It's hard to go down into discount land, because once you do you have to stay there.

We created Mrs. Meyer's honestly to knock ourselves off before someone else did. And then also as we kept Caldrea high end, that's served us well to test concepts. Some things work, some things are absolute duds. We try to end those duds quickly.

**Upsize:** Phil Soran, you've raised a lot of venture capital for Compellent, and now you're looking at an initial public offering. What are you doing to go after that type of public money, and how is it different?

**Phil Soran, Compellent:** We started with angel money, and then we went into venture capital. It was real hard to raise

venture capital if you've never done it before. They always want you to have been successful somewhere else.

Having been successful, with Xiotech, it's easier. We're going to the public markets for a couple of reasons. One is the valuations you get are just much higher, because tech is back. Once you have venture capitalists, they have one goal, to get liquid, so you have to get them liquid eventually. You almost have no choice but to do this.

The other big reason for us is branding. The brand is very, very important

> "The brand is very, very important whether it's restaurants, soaps or data storage."
>
> — **PHIL SORAN,**
> Compellent
> Technologies Inc.

whether it's restaurants, soaps or data storage. We're storing data all over the country, and they want to know you're going to be around, and that you're going to be surviving. The public markets is actually a good branding move.

**Upsize:** What's different about accessing public markets for capital vs. venture capital?

**Phil Soran:** It's a lot about momentum. If you have the right momentum, the public markets are very excited. V.C.s, venture capitalists, are very skeptical. They're trying to find out what's wrong with you. They always want to say maybe. They don't want to say yes, because they want you to get more desperate, because they'll get more of the company.

Investment bankers are motivated to say yes because they get a commission.

**Upsize:** Steve Schussler, you're known

for generating a lot of creative ideas. What's your process?

**Steve Schussler, Schussler Creative:** The process first is you have to like the idea, and then you have to fully submerge yourself in it. You spend a lot of time in libraries and in books, and then you spend a lot of time and money on the idea. I believe R&D — just like passion is the engine of success — without R&D you can't possibly sell something and be convinced of the brand working and taking it internationally.

We put our own money behind our own ideas. We're in there every day, and we're creating, and when something doesn't work we change it and we change it relatively fast. A lot of companies when they start don't believe in spending the money, and taking the time for R&D at the beginning.

**Upsize:** I want to ask each of you to address a few questions in turn. The first one is: Describe a turning point for each of your companies, something you did or that happened and things started to go much better.

**Phil Soran, Compellent:** For us, we've had a couple of moments. One was due to our PR efforts. Our business is SAN or Storage Area Network, and we were able to get SAN of the year, an award from the largest trade magazine out there. That's a gutsy move to send your product out there and you don't know what they're going to do with it. We did that and outshone the competition.

**Monica Nassif, Caldrea:** A turning point for us was the summer after we started we started private labeling, for Williams Sonoma. People said, "Don't do that." But we didn't have a lot of cash. So it was an instant and monthly case infusion, and it also helped us prove our concept with someone who's much bigger and better at branding than us. It gave notice in our industry that we were a player.

**Steve Schussler, Schussler Creative:** One was a gentleman named Lyle Berman deciding to put his money and get his friends to put their money in Rainforest Café. That opened up a lot of eyes and wallets and thought processes.

The other one was Walt Disney World. I told my investors that Rainforest Café

was an all-American concept. They told me not to go to Disney World because they thought they would steal the concept or turn us down. I decided to go anyway and spent four months pursuing it. And they took it.

**Upsize:** Steve Schussler, how many people did you talk to before convincing Lyle Berman, the gambling entrepreneur, to invest?

**Steve:** Lyle Berman visited my home in St. Louis Park, where I built Rainforest Café, 27 times over I think a 3 1/2 year period, and at one point he brought a bus full of all his employees, because he said, "you really need to see what this nut's created, and how far he's willing to go."

I tell people all over the world, if you truly believe in something — no matter what it is, don't stop. There are many nights when I'd look in the mirror and there were tears coming down my eyes, and I'd start laughing at myself as I was crying. I was really psycho. The bottom line is you really have to believe. They want to see you have a vested interest, and also that you're emotionally invested in it.

**Upsize:** The flip side of a turning point where things went right is of course the dark moments. Was there ever a time when something went terribly wrong?

**Phil Soran, Compellent:** If you're going to have a successful business you're always going to hit a bump. The cornerstone that we've used is when we hit the bumps we go in the basement and try to strategize together. If you met my two partners you'd know we are very different from each other, so if we can all agree we figure we probably have the right strategy. The other piece is, a lot of times you find a culture misfit. The sooner you get rid of that the sooner you'll be successful.

**Monica Nassif, Caldrea:** There are actually a lot of dark days when you start a business, because you have this crazy idea and people across the table will say, 'no way.' One of the memorable things I remember is, we had a very bumpy start. We couldn't get it off the ground. We decided to put some money behind a direct sales team. We invested a lot of money, and got a direct sales force. If you're going to fix it, really fix it. Don't go halfway.

**Steve Schussler, Schussler Creative:** I like to say I never have a dark day; I'm always positive. There's been many storms, many cloudy days. The most memorable black day was the day the DEA showed up at my house, and they had these blue coats with yellow letters. And my neighbors were all watching. They asked me to step outside of my house and said I had the most expensive residential bill in the region, and they thought I was growing marijuana. And they asked me to put my hands on the car.

They searched my house and they

> "I tell people all over the world, if you truly believe in something — no matter what it is, don't stop."
>
> — **STEVEN SCHUSSLER**, Schussler Creative

came out peeing in their pants and said, "We thought we had a drug guy but instead we have a nut. He's growing a tropical rainforest in his house and there are no marijuana plants."

What you have to do is laugh and smile and you have to say I'm building a brand and one day I'm going to be successful.

**Upsize:** I'm wondering what is the most important thing in your view that causes businesses to be successful?

**Steve Schussler:** You're depending on people. That's the biggest asset. Problem: management. Solution: management. You can't depend on yourself only. All three of us would want to clone ourselves, because no one's going to put more passion and time in the business than those who are creating it.

**Phil Soran:** Ditto.

**Monica Nassif:** I have a lot of people

say they want to try this idea. And rarely do I find someone with a thoughtful plan that they can execute. I surrounded myself with very good people who can execute. This was the third company I started and I knew what I wasn't good at. I found people who were very good at what I wasn't good at.

**Steve Schussler:** Ego is a killer. Most entrepreneurs need to have a healthy ego, but you also have to be realistic. That's a very delicate balance.

**Phil Soran:** In the technology space, you go back to Hewlett Packard and Microsoft, and the founders are still involved with the companies. And it's like what Steve said, they have the passion.

**Upsize:** What are the best lessons you've learned about business that you'd like to share with other business owners.

**Monica Nassif:** I have to share something I learned from a guy I went to see. He took one look at the concept and said, "Oh, it's instantly intuitive, this should work." The closer you are to instantly intuitive the less time and money it takes. So whenever I launch a product, launch a brand, I ask myself, "Does it instantly resonate off the shelf?" Because that's the amount of time you have to connect with the customer.

**Phil Soran:** I'd say dealing with people, people are going to do well what they like doing, so find what they like doing and get them doing it. My end of that is, as the head of the company, watch out for the employees. The V.C.s, they don't watch out for the employees. Remember, those are the people who got you there.

**Steve Schussler:** Trust your gut and your instinct. Usually when we feel something, it's right on.

[contact] Monica Nassif, Caldrea Co.: 612.436.7314; monica@caldrea.com; www.caldrea.com. Steven Schussler, Schussler Creative: 763.746.3700; steven@schusslercreative.com; www.schusslercreative.com. Phil Soran, Compellent Technologies: 952.294.3300; www.compellent.com

# NATION'S Restaurant News®

**THE NEWSWEEKLY OF THE FOODSERVICE INDUSTRY**

PERIODICALS

8 • May 28, 2007

NATION'S RESTAURANT NEWS

## NEWS

# Concept innovator Schussler inks $100M development deal

BY RON RUGGLESS



Schussler Creative Inc. of Minneapolis, which created the Rainforest Cafe and T-Rex concepts, has teamed up with a Kansas City, Mo., development group to debut theme restaurants in destination retail complexes across the country.

MINNEAPOLIS — Schussler Creative Inc., the innovator responsible for the Rainforest Cafe and T-Rex dining-entertainment-retail concepts, has partnered with RED Development of Kansas City, Mo., in a $100 million deal to install theme restaurant attractions in destination retail centers nationwide.

Steven Schussler, chief executive of Schussler Creative, said the partnership will feature a unique marketing setup that will support expansion.

"Not only [does RED] plan to put [the new concepts] in their centers," he said, "but they plan to take them to other developers across the nation."

RED Development, which has offices in Kansas City and Scottsdale, Ariz., and has launched more than 30 shopping malls nationwide, will be developing and marketing new concepts that Schussler Creative comes up with in its Minneapolis warehouse and concept incubation lab.

Including projects currently under construction, RED's property portfolio includes more than 16 million square feet of retail space, apparently offering the potential for dozens of Schussler-devised "entertainment" venues.

Schussler said the first concepts, Hot Dog Hall of Fame and America's Roadhouse, are being negotiated for RED's Legends at Village West lifestyle center in Kansas City, Kan. That is the same mall where Schussler and Landry's Restaurants Inc. of Houston last summer debuted T-Rex, a dinosaur-theme restaurant concept.

The new concepts to be launched through the RED deal do not include T-Rex, Rainforest Cafe or Yak & Yeti, an Asian concept under construction at the Disney's Animal Kingdom theme park in Florida.

Landry's now owns the Rainforest Cafe chain, whose 27 branches in 2005 posted estimated U.S. food and beverage sales of $224 million, up nearly 2.8 percent for the year, according to Nation's Restaurant News' most recent Second 100 study. It estimated that the Schussler-devised chain's per-restaurant sales from foodservice were nearly $8.3 million in 2005, excluding gift shop merchandise.

Steve Graham, RED's vice president of destination development, said the group's officials "believe [the new partnership agreement with Schussler] will help drive traffic to our malls."

The deal has the potential for "development synergies," he added.

Schussler said he would hold about a 65-percent stake in the partnership, with RED Development owning the balance.

Graham said: "I think the folks in our leasing group will really help Steve locate these concepts in the top centers in the country. We always want to populate our centers with the top restaurants."

Jeff Green, a retail analyst with Jeff Green Partners in Mill Valley, Calif., called the arrangement "a unique relationship in the retail real estate industry because the Schussler attractions are not proprietary to RED."

Graham said he expects more developers to seek similar deals with concept innovators.

"I believe over time you will see more of this," he said. "You are seeing developers taking a more active role in ensuring the success of the businesses in their developments. We have the ability to attract capital as well."

Graham said RED Development and Schussler Creative have worked well together.

"Steve has the passion, vision and excitement level that works well in restaurants," he said. "As developers, I think we have that common thread that ties our two companies together. We all want dynamic destination developments."

Schussler's next concepts likely will be in RED's Legends project in Sparks, Nev., near Reno, which is expected to open in fall 2008.

Some of the concepts created by Schussler and being considered for development are:

• Aerobleu, patterned after a 1940s Parisian jazz club and featuring such "destination" dining areas as Cuba, New Orleans, Paris, London and New York.

• America's Roadhouse, featuring a truck-stop decor and American cuisines.

• Dynasty, a Chinese-inspired concept.

• Hot Dog Hall of Fame, which features gourmet frankfurters and other hand-held foods.

• Musical Gardens, a seafood and salad concept.

• Sorcerer's Kitchen, which would seek to capitalize on the popularity of the "Harry Potter" books and movies.

• Winter Wonderland, which has a year-round winter theme.

Schussler cited his outlook for his partnership with RED Development, Schussler cited his track record of his development work with Landry's.

"The success of T-Rex in the Legends project has made it an anchor tenant," he said. "In a very short time, just six months, we've seen what it can do to drive traffic."

Dan Lowe, managing partner of RED Development, said, "This strategic partnership allows us to align with the nation's top creator of destination attractions to simultaneously place amazing concepts in our developments as well as those of other top developers." ■

*rruggles@nrn.com*


**WAREHOUSE BLOW-OUT SALE!**
UNIQUE AND ONE-OF-A-KIND INSTRUMENTS, TOO MANY TO NAME THEM ALL! CALL TODAY TO SCHEDULE AN APPOINTMENT!
775.852.7618 • 6015G S. VIRGINIA ST., RENO



Reno Gazette-Journal

Customer Service: Subscribe Now | Pay Bill | Contact Us

HOME | News | Weather | Entertainment | Visitor's Guide | Classifieds | Jobs | Cars | Real Estate | Apartments | Shopping | Dating

**Sparks/Spanish Springs** ▸ Northwest Reno ▸ Southwest Reno ▸ North Valleys ▸ Central/Southeast Reno ▸ South Suburban Reno

RGJ.com / Neighborhoods / Sparks and Spanish Springs

## New eateries headed to Sparks Marina

ZAMNA AVILA
RENO GAZETTE-JOURNAL
Posted: 5/27/2007
**STORY CHAT** (read or post comments)


69°F
Forecast

**Neighborhoods**
> Reno Central
> Sparks Center
> Spanish Springs
> North Valleys
> Northwest Reno
> Southwest Reno
> South Suburban
> Southeast Reno

Email    Del.icio.us    Print friendly

The key developer of the future destination-retail project, "Legends at Sparks Marina," recently announced its partnership with Schussler Creative Inc., a Minnesota-based themed restaurant designer, to conceive new attractions, restaurants, hospitality and shopping venues.

"I am excited to share this incredible industry-changing news with you today," said Steve Graham, vice president of destination development for RED Development LLC, the Kansas City, Mo.

Representatives say the venture, announced May 18, promises to combine restaurant, food development retail and real estate expertise to create history.

Schussler Creative Inc. is known as the Twin Cities-based founder and creator of Rain Forest Cafe, T-Rex and other entertainment attractions.

"We have an entire team devoted to research and development in our creative laboratory," said Steven Schussler, chief executive of Schussler Creative.

"We have numerous concepts under development, many of which we will bring to market as anchor tenants within the next few months, as part of this incredible new team."

The partnership means that, for the first time, a developer is teaming with a creator of dining and entertainment to invest in the rollout of new ventures nationwide for RED Development's and otherwise.

"RED can take any of Schussler's themed restaurant concepts in any of their destination locations," said Joyce Morrison, a spokeswoman for RED Developement. "What makes this concept so unique is RED also going to allow any other developer to use these themes in their development. And that has never happened before."

The partnership also will allow these venues to be unveiled on a faster and grander scale. As a result of the agreement, two eateries have been added to the Legends at Sparks Marina Project: Hot Dog Hall of Fame and America's Roadhouse, both slated to open in late 2008.

"This strategic partnership allows us to align

**TO LEARN MORE**
Visit www.reddevelopment.com and www.schusslercreative.com.

**Story Chat**
This article does not have any comments associated with it
POST A COMMENT    HELP

**I want to...**
» Send in a photo
» Tell us something
» Read today's paper
» Read today's obituaries
» Find a car
» Search for a home
» Find a job
» Place a classified ad
» Subscribe to the paper
» Receive this in an email

**Area Schools**
» Whitehead Elemetary
» Reed High School
» Sparks Middle School
» Sparks High School
» Smith (Kate) Elementary
» Risley Elementary
» Moss Elementary
» Mitchell Elementary
» Mendive Middle School
» Maxwell Elementary
» Lincoln Park Elementary
» Juniper Elementary
» Greenbrae Elementary
» Dunn Elementary
» Drake Elementary
» Dilworth Middle School
» Diedrichsen Elementary
» Legacy Christian High School

**Area Resources**
More than public utilities or local police or fire department links, we're asking you to help us become the source for finding what's special about your neighborhood. From local blogs to community bulletin boards, parenting chat rooms to hacky-sack

Sponsors







groups...if you have a line on a link you want us to post, send it over and we'll make it live to the community.
»Send link.
• City of Sparks

**Related Stories**

▣ Rock Blvd. Elks Lodge gets facelift

with the nation's top creator of destination attractions to simultaneously place amazing concepts in our developments as well as those of other top developers," said Dan Lowe, managing partner at RED Development. "We intend to begin announcing locations for these new venues very soon."

Graham agreed, saying, "We are moving way beyond retail entertainment development. We are creating unique experiences by developing destination attractions for guests who hunger and thirst for new experiences."



A Confidence Inspiring Jewelry Store Since 1915
W.R. Adams & Son
944 Victorian Ave. Sparks
775.358.7287



CLEANERS
Greenbrae Cleaners
358-2921
410 Greenbrae Dr., Sparks



Sierra Window Fashions & Tinting
1660 Greg St. • Sparks
775/877.747.5942
www.SierraWindowFashions.com



United Rentals
790 Glendale Ave. Sparks
775.359.6660
UnitedRentals.com
Rentals • Sales • Service • Supply



Make Mom's Life Easier
Celebrity X
medtech-services.com

Jobs
careerbuilder

Cars
cars.com

Real Estate
Homes & RealEstate

Apartments
apartments.com

Shopping
shopLocal

Classifieds
search the CLASSIFIEDS

Calendar
*Calendar*

Dating
'e Harmony'

Top of page


DELIVERING YOUR THOUGHTS    SAME DAY DELIVERY
THE MODERN FLORIST
FLOWERS FOR ALL OCCASIONS


**Neighborhoods:** Reno Central | Sparks Center | Spanish Springs | North Valleys | Northwest Reno | Southwest Reno | South Suburban | Southeast Reno
**Partners:** Jobs: CareerBuilder.com | Cars: cars.com | Apartments: apartments.com | Shopping: ShopLocal.com
Customer Service | Terms of Service | Send Feedback | Subscribe Now
**Reno Gazette-Journal network:** Sparks Today | Fallon Star Press | Mason Valley News | Leader Courier
USA Today | USA Weekend | Gannett Co, Inc | Gannett Foundation

http://news.rgj.com/apps/pbcs.dll/article?AID=2007705270315    5/30/2007

# StarTribune

MAY 18, 2007 • STARTRIBUNE.COM ▶ MINNESOTA'S TOP NEWS CHOICE • MINNEAPOLIS • ST. PAUL • 50¢

# business

## Something new on the menu



Steven Schussler stood with some of the statues that will be used in Dynasty, one of his restaurant concepts, featuring Chinese cuisine served amid artifacts collected from the Qing dynasty.

RICHARD SENNOTT • rsennott@startribune.com

● Steven Schussler, the eccentric founder of Rainforest Cafe, has risen from the swamp with a $100 million deal to build 30 restaurants.

By CHRIS SERRES
cserres@startribune.com

Steven Schussler, the brash entrepreneur who founded Rainforest Cafe, has not had a winning restaurant concept in more than a decade. But he hasn't lost his ability to shock, entertain and, ultimately, to raise millions of dollars for his fairy-tale-like ideas.

This week, RED Development, a major developer of open-air shopping centers, agreed to build Schussler's themed restaurant concepts in more than 30 locations across the country, in a deal valued at more than $100 million.

Designed to overstimulate the senses, the concepts include a Chinese restaurant with statues from China's Qing dynasty; a Parisian jazz club with a giant airplane descending from the ceiling; a restaurant with Harley-Davidson motorcycles, and a hot dog stand with more than 3,000 types of mustard.

The deal with RED is the biggest in Schussler's 28-year restaurant career — and one that could go a long way toward restoring his reputation as a business visionary after some well-publicized blunders. In 1991, a once-trendy nightclub he founded in downtown Minneapolis known as JukeBox Saturday Night went bankrupt. Then, nine years later, he angered shareholders of Rainforest Cafe when he sold the publicly traded restaurant at a low ebb in its stock.

Now, Schussler is on a roll again. A year ago, he made $7.6 million when he sold 80 percent of his dinosaur-themed restaurant, T-Rex, to Houston-based Landry's Restaurants. And ground has been broken on two of Schussler's restaurants — T-Rex and Asian-themed Yak & Yéti — at Walt Disney World in Orlando.

**Schussler continues:** Warehouse is like a theme park of concepts. D2 ▶

### SCHUSSLER'S RESTAURANT CONCEPTS

**AMERICA'S ROADHOUSE**

A 275-seat restaurant made to replicate classic eateries along Route 66. Decorated with antique jukeboxes and motorcycles and present-day choppers. Menu includes "comfort foods" like meatloaf, pot pies and roasted chicken.

**DYNASTY**

Chinese cuisine served amid vases, statues and artwork collected from the Qing dynasty (1644 to 1912). Guests enter through massive red doors and watch opera dancers perform every 40 minutes.

**HOT DOG HALL OF FAME**

Hot dogs and sausages served with 9,000 types of mustard. Guests can sample pickles,

relishes, horseradishes and peppers from all over the world.

**AEROBLEU**

Food, martinis and jazz mix in a 325-seat nightclub featuring live jazz and an old DC-3. Classic Cuban cars are parked outside, and extra Gibson guitars are available for guests who want to play with the band.

**WINTER WONDERLAND**

Model trains whistle around giant candy canes, gingerbread houses and animated reindeer. There will be lifelike snowboarders and skiers, as well as crackling logs in a fireplace. The menu includes pot pie, mashed potatoes and baked macaroni and cheese.



Detail from Aerobleu, a concept featuring food, martinis and jazz in a 325-seat nightclub featuring live jazz and an old DC-3.

RICHARD SENNOTT • Star Tribune

83

# Something new on the menu

◄ SCHUSSLER FROM D1

Schussler leads regular tours of his offbeat headquarters in Golden Valley, where he has converted a one-story warehouse into a playground for testing his restaurant concepts. Inside, visitors find screeching robot dinosaurs, jungle sounds, Harley-Davidsons, original artwork from 15th-century China and fake mists and snowfalls.

"Nowadays, there are so many shopping centers being built, you've got to stand out," said Dan Lowe, managing partner with RED Development, which is based in Kansas City, Mo. "And Steve's ideas really stand out."

At times, the scene at Schussler's laboratory in Golden Valley resembles a Martin Scorsese movie set. His concepts attract the sort of Donald Trump-like characters who favor the grandiose. Gaming entrepreneur Lyle Berman, an early investor in Rainforest, is a frequent visitor. Raphael Ghermezian, one of the four Ghermezian brothers who developed the Mall of America, will tour the facility next week.

Each tour costs about $5,000 and is carefully choreographed by Schussler, who often recruits magicians to perform and chauffeurs his visitors to and from the airport.

### Yelling his themes

On a recent weekday, six executives with Olympia Gaming, which owns Casino Fandango in Carson City, Nev., stepped into a brightly lit room with a red carpet, gold chandeliers and 8-foot ivory statues of knights from 19th-century China.

Schussler, a Joe Pesci look-alike wearing a designer suit over a purple T-shirt, doesn't speak so much as yell.

"I'm telling ya, you could build a whole casino around this! You could do it!" he shouted in his thick New York accent.

"You know who would really appreciate this is our Asian customer that comes to Vegas," said Gary Goett, chair of Olympic Gaming. "They would love it!"

"Yeah, this is totally off the charts!" Schussler yelled.

Behind each door in the warehouse is a different world. One door leads to a room filled with mechanical dinosaurs. As Schussler talked, a brontosaur tail swiped across the room, knocking one of the casino executives in the shoulder.

Schussler led the group into a jazz club concept, where he explained the marketing benefits of having urinals shaped like saxophones. "Guys, you'll never forget in a lifetime that you peed in a saxophone," he exclaimed.

He talked louder and faster as he introduced the Hot Dog

Hall of Fame. "We should open up one of these in every airport, every stadium, every university around the world!" he yelled.

Schussler's style seemed perfectly suited to these casino executives, who laughed at his jokes and departed with big grins in a Cadillac Escalade.

"That Chinese concept could really work in Vegas," Goett said.

### Short shelf life?

But Schussler has wowed investors before with concepts that didn't pan out as planned.

His JukeBox Saturday Night, with a '57 Chevy sticking out of the front of the building and King Kong climbing up the side, went from lines of people waiting to get in to a bankruptcy court after the novelty faded.

"One problem with themed restaurants is the 'gee-whiz thing' only lasts so long," said Richard Martin, executive editor of Nation's Restaurant News, a trade magazine published in New York. "Take Planet Hollywood. How many times are you going to go in and look at the model of 'The Terminator'?"

After the demise of JukeBox Saturday Night, Schussler retreated to his St. Louis Park home, which he transformed into a prototype of his rainforest-themed restaurant. Schussler spent $400,000 turning every room into a rainforest scene, replete with

jungle birds, waterfalls and a baby baboon named Charley.

At one point, federal agents raided the house, Schussler recounted, because he had the largest electric bill among homeowners in the state. Agents were convinced that he was growing marijuana.

Rainforest went public in 1995, just six months after opening its first restaurant at the Mall of America in Bloomington. Its stock debuted at $6 per share, and within the first 10 weeks, the stock price more than doubled. In the fall of 1996, it was trading at $34 a share.

At the time, Schussler was riding the wave of so-called "entertainment" restaurants and clubs, such as Hard Rock Cafe and Planet Hollywood, that were popping up all over the country. But like many of these concepts, Rainforest expanded before proving diners would come again and again. Landry's bought the chain in 2000 for $3.25 a share. After shrinking the chain, Landry's is expanding it again.

Schussler, however, made about $7 million from the transaction — money that he has poured into his Golden Valley headquarters. And he has no misgivings about the deal. "I'll never forget who brought me to the dance. Never," he said. "Rainforest Cafe gave me credibility."

*Chris Serres • 612-673-4308*

KANSAS CITY EDITION                WWW.KANSASCITY.COM                    FRIDAY, MAY 18, 2007

# THE KANSAS CITY STAR.

## Business

PARTNERSHIP | Developer and restaurant creator



KANSAS CITY STAR FILE PHOTO

No business called T-Rex would be complete without a skeleton of a Tyrannosaurus rex. The restaurant and entertainment attraction opened last year in Kansas City, Kan.

# Not just meals, but experiences

**Far-out dining concepts are to open locally, nationally and globally with KC real estate company's help.**

By JOYCE SMITH
The Kansas City Star

**K**ansas City's **RED Development** is teaming up with the founder of the **Rain Forest Cafe** chain and **T-Rex** to invest in and roll out destination dining and entertainment venues.

RED and **Schussler Creative Inc.,** of Minneapolis, will open new concepts, as well as Schussler's T-Rex, in RED projects. RED also will help place Schussler concepts in other developers' projects throughout the country and internationally. Several may open in the Kansas City area.

"This is the first time a developer has taken such a nonegotistical position," said Steve Schussler, chairman of Schussler Creative.

"What a treat it is to be able to move these across the country in both RED projects and have them as a leader and a voice talking

> "I'm known for that wow factor, but people come once for the wow factor and they come back for the good-quality food."
>
> STEVE SCHUSSLER, CHAIRMAN OF SCHUSSLER CREATIVE INC.

about this with other developers," he added.

Schussler opened the first T-Rex concept in mid-2006 in RED's **The Legends at Village West** in Kansas City, Kan. T-Rex is a $15 million restaurant, shop and entertainment attraction featuring animatronic dinosaurs.

Dave Claflin, spokesman for RED Development, said Schussler is an "incredibly creative person with great business acumen and an incredibly successful track record."

"So that's really what got us together," Claflin said. "Then the success that we had at The Legends with T-Rex, getting the first one

# PARTNERS: KC developer to help open far-out restaurants

FROM C1

in the country there — and the sales have backed up every hope that we had about it."

Along with T-Rex locations, RED and Schussler plan to partner on:

**▌Aerobleu:** Based on a late-1940s Paris jazz club. The 12,000-square-foot operation will feature an airplane coming out of the ceiling. Someone then will walk onto the wing playing a saxophone and dancing. The concept is based on a fictional character who flies between Paris, New Orleans, Cuba, London and New York — the five locales to be reflected in the cuisine. The partners are in negotiations to open in downtown Kansas City, as well as Reno, Nev., and Las Vegas.

**▌America's Roadhouse:** A 10,000-square-foot American cuisine operation featuring an old truck stop decor outside. Inside will be antique jukeboxes, live music, a barbecue pit and mechanics assembling motorcycles. It may open in late summer at The Legends.

**▌Dynasty:** A 12,000-square-foot Chinese fusion restaurant. It will feature Chinese artwork from 1644 to 1912. One is to open in Las Vegas.

**▌Hot Dog Hall of Fame:** A restaurant serving gourmet dogs with a variety of mustards, plus sausages, dumplings, ravioli, wontons, blintzes, french fries, pizza and roasted-in-the-husk corn on the cob. It will open this summer in The Legends, but the concept is intended to be a chain with locations ranging from 500 to 4,000 square feet.

**▌Musical Gardens:** A 10,000-square-foot seafood and salad restaurant. It will feature animatronic insects, bronze statues of children and fairy tale characters, topiary animals, and waterfalls, streams and bridges. It will include a 1,000-square-foot shop. A location could open in Kansas City.

**▌Sorcerer's Kitchen:** A 12,000-square-foot operation inspired by the Harry Potter series. It will serve comfort foods like rotisserie chickens, turkey legs and pastas. The decor will include stained glass windows, gargoyles, wizards and bubbling potions. There will be daily book readings and a book club. Locations are planned for Las Vegas; Orlando, Fla.; California; and Dubai.

**▌Winter Wonderland:** A 13,500-square-foot attraction featuring comfort foods such as meat loaf and chicken pot pie. It will have a year-round winter theme with a sleigh and lifelike reindeer on a track to take customers to their tables, plus falling snow, snowmen, lifelike snowboarders and snowball fights. A section called Marshmallow World will offer hot chocolate drinks. Locations are still being considered.

**▌Yak & Yeti:** An Asian fusion restaurant under construction in Disney's Animal Kingdom in Orlando. It will have a western Himalayan decor.

Schussler has worked on the concepts in his Minneapolis laboratory for seven years.

"It's tens of thousands of man-hours," Schussler said. "We spend a lot of time doing research in libraries, books, TV shows, and incorporating our own ideas after being inspired. We add a twist of creativity and passion that no one else does to give it a flavor that's over the top."

Still, Schussler doesn't plan to skimp on the cuisine. He said he is working with top food companies and hopes to get input from celebrity chefs.

"I'm known for that wow factor, but people come once for the wow factor and they come back for the good-quality food," Schussler said.

**To reach Joyce Smith, call 816-234-4692 or send e-mail to jsmith@kcstar.com.**

86

**101** FASTEST-GROWING FRANCHISES

THE **#1** SALES SKILL YOU NEED NOW

# Entrepreneur ®

## Brian Tracy's

# 7 KEYS to Startup Success

**Hire Smart**
The Best Place to Find Employees

**Web 2.0**
Making It Work for You

**Become a 21st Century Leader**
What Do You Need to Succeed?

**Keep Customers Coming Back**
Simple Ways to Boost Your Sales



FEBRUARY 2007     $4.99U.S.

0 2>

0  74470 02542  3

ENTREPRENEUR.COM     $6.99CAN

87

**FORWARD | INSIGHTS**

# Hear Him Roar

**RAINFOREST CAFE FOUNDER'S ENTREPRENEURIAL ADVENTURES**



**WHAT DOES** it take to make a successful restaurant? Steven Schussler ought to know. As the brains behind Rainforest Cafe, the brassy entrepreneur saw mega-success. But then the chain fell out of favor with investors, and Rainforest sold in 2000 at well below book value to national operator Landry's Restaurants Inc. Now the team at Schussler Creative in Golden Valley, Minnesota, is back with a new high-concept restaurant: T-Rex. The interactive, dinosaur-themed eatery—a hybrid restaurant and museum attraction—opened its first unit last July at The Legends mall in Kansas City, Kansas, with local government footing more than half the $15 million cost. Initial buzz is strong: Before T-Rex debuted, Landry's took an 80 percent stake.

**ENTREPRENEUR:** What did you learn from your experience with Rainforest Cafe?
**STEVEN SCHUSSLER:** We didn't have same-store sales increases because we already had three-hour waits, and I think we did a poor job explaining that to Wall Street. We took our eye off the ball—we opened a T-shirt factory to make our own shirts. We also ignored the educational aspect of the rainforests. I wanted to do things on deforestation and market vegetarian and vegan food.

> **42%** of entrepreneurs launched their first ventures as children (e.g., a lemonade stand, a paper route, etc.).

With T-Rex, we're building something more upscale in terms of food quality, and we're taking the education and entertainment to a different level. Here, everything's interactive—kids can dig for fossils. We're also open earlier so kids can come on field trips, and we have private parties. Rainforest never did either.

**ENTREPRENEUR:** What are the biggest mistakes that would-be restaurant owners make?
**SCHUSSLER:** The biggest mistake they make is ego. The second biggest is underestimating how much time, money and R&D they need to spend to make their concept a reality and take it over the top.

People get caught in their own box. When they hear things that are outside the box, instead of saying "How wonderful would that be?" they say "You're crazy." I take that as a challenge. I hate the word *no*.

Customers are tired of the same old thing. You need to change, whether it's the music or the color palette. How many restaurants have the same menu for five years? It becomes tired and boring. —CAROL TICE

STATISTIC SOURCE: NORTHEASTERN UNIVERSITY'S SCHOOL OF TECHNOLOGICAL ENTREPRENEURSHIP

PHOTO © SAL SESSA

Case 3:07-cv-02016-IEG-AJB    Document 212    Filed 12/12/2008    Page 89 of 90

# RESTAURANT
# FACILITY BUSINESS

**DECEMBER 2006/JANUARY 2007**

How
Schussler Creative
Maintains Its
"Wow" Factor

## inside this issue:

- Fire Control Tips
- Effective Bird Control Tactics
- Can Small Vendor Companies Survive?
- Kitchen Range Hood Fire Suppression Systems
- Worn Wood: Replace Or Refinish?

**RESTAURANT**
**FACILITY BUSINESS**

**FROM THE PUBLISHER**

# Creative Challenge



Every restaurant's maintenance crew has its own unique challenges. But most restaurants don't have animatronic dinosaurs, 5,000-gallon shark tanks and open-hearth ovens to deal with.

On our cover this issue is Schussler Creative, a retail/restaurant/entertainment concept unlike any other. The brainchild of Steven Schussler, this 6-year-old company is known for its one-of-a-kind attractions and restaurants, such as T-Rex (a dinosaur themed restaurant destination) and Rainforest Cafe, which features waterfalls, foliage, fish tanks, mechanical snakes and alligators, and a talking animatronic tree. Rainforest Cafe now has 45 locations nationwide.

At both T-Rex and Rainforest Cafe, facilities managers must juggle the retail and restaurant portions along with the special challenges of the attraction component. To that end, T-Rex and Rainforest Cafe have their own in-house facilities team at each location. To read more about the unique — and I mean, unique — challenges for this company's maintenance team, please turn to page 14.

This issue also features articles on fire protection, bird control, roofing, wood refinishing, kitchen exhaust cleaning, window film and security. I'd also like to point out an interesting article called "Can The Little Guy Survive?" found on page 19. In it, author Rick Peltz discusses the difficulties and hurdles that small independent vendor companies face when competing with "the big boys" of the facilities maintenance world. With fresh perspective, Peltz frankly speaks what's on the minds of many professionals in the industry today.

We also have two real estate reviews on San Francisco-based Forklift Brands (page 49) and on Atlanta-based Arby's, which currently has three Market Fresh restaurants in test mode (page 53).

It's not too late to register for RFMA 2007; details are inside this issue, or go to www.rfmaonline.com. RFMA's first stand-alone conference, which is being held February 25-27, 2007 in Frisco, Texas, will cater specifically to the needs of the restaurant facility professional.

It's also not too late to get involved in our February/March issue, which will be distributed at RFMA 2007. Let us help you gain maximum exposure for your company. To advertise, please contact me at scott@francepublications.com. If you would like to write an article, please contact the editor, Katie Foxworth Lee, at katie@francepublications.com.

I hope everyone has a healthy and happy New Year.

Thanks for your support,

Scott France
Publisher

**RESTAURANT**
**FACILITY BUSINESS**

# Creativity Is The Engine For Success

T-Rex and Rainforest Cafe use in-house facilities teams to make sure that these special combinations of retail, restaurant and attraction are properly maintained.

By Luci Cason

*Staff Writer*

Steven Schussler's themed restaurant and attraction concepts provide an enjoyable experience for diners and visitors, but they present a set of unique challenges for their facilities managers. Not many facilities managers have to confront waterfalls, animatronics and geysers on a regular basis, but for those working in Schussler-created restaurants, it's all in a day's work.

Steven Schussler formed Schussler Creative in 2000 after selling his popular Rainforest Cafe, which now includes 45 nationwide locations, to Landry's Restaurants. Schussler's Golden Valley, Minnesota, headquarters houses a creative laboratory where new concepts and ideas are created, and prototypes are built and tested. But this is no ordinary test kitchen. More akin to Disney Imagineering, it's a place where Schussler and his employees can not only create sample dishes but also craft animatronics and design concepts for future restaurants.

The creative process makes for one-of-a-kind attractions/restaurants, but it takes time and money. The creation of a single concept can take years from the time an idea is first conceived until a location actually opens. For example, in crafting Rainforest Cafe, Schussler says he spent countless hours observing tropical birds, "learning about their environment, deforestation and the plight of endangered exotic animals."

"It costs money to have people research. It costs money to build and



Steven Schussler founded Schussler Creative in 2000 in Golden Valley, Minnesota.





Schussler's newest creative masterpiece is T-Rex. In addition to animatronic dinosaurs, T-Rex features an ice cave, geysers, a fossil dig site, waterfalls and a 5,000-gallon shark tank.

create," he says. "So research and development is ingenuity, but it's also, to a great degree, how much money you spend."

Best known for Rainforest Cafe — which features waterfalls, foliage, fish tanks, mechanical snakes and alligators, and a talking animatronic tree — Schussler's newest creative masterpiece is T-Rex. This July, Schussler and Landry's joined forces again to open the new concept at The Legends in Kansas City, Kansas. Touted as "A Prehistoric Family Adventure: A Place to Eat, Shop, Explore and Discover," the 20,000-square-foot location recreates different environments in which dinosaurs existed. But, notes Schussler, "just because it's called T-Rex doesn't mean it's all about dinosaurs. It's about water, fire, and ice." For example,

in addition to animatronic dinosaurs, T-Rex features an ice cave, geysers, a fossil dig site, waterfalls and a 5,000-gallon shark tank. And that's just the attraction portion of T-Rex. The restaurant portion features the "Kitchen of Fire," an open-air



The restaurant portion of T-Rex features the "Kitchen of Fire," an open-air kitchen with open-hearth ovens, rotisseries and wood-fired grills.

kitchen with open-hearth ovens, rotisseries and wood-fired grills, and a retail portion where children can, among other things, create their own stuffed dinosaurs in the Build A Dino (by Build A Bear Workshop) area.

Since both the Rainforest Cafe and T-Rex feature three different components, their facilities managers must juggle the retail and restaurant portions along with the special challenges of the attraction component. As such, T-Rex and Rainforest Cafe have facilities managers, along with two or three assistants, at each location.

"There aren't many restaurants in the world that have their own in-house facilities team," notes Schussler. "But remember, it's an attraction which just happens to have retail and restaurant in it. All of those components are different and each one has its





*Above:* The Octopus Bar at a T-Rex restaurant.

unique challenges."

This combination of retail, restaurant and attraction also makes for long hours. In addition to normal restaurant business hours, T-Rex is open from 8 a.m. to 11 a.m. for school field trip visits. "We're open 18 hours a day, 7 days a week — forever," says Schussler.

With such long hours and large facilities, preventive maintenance and a well trained staff are of paramount importance. Each location's facilities manager and crew are trained by vendors to handle the myriad challenges that they will face. "They're trained to take care of fish, mists, waterfalls, pumps, motors, lighting equipment, HVAC, all of the theatrical equipment, everything," says Schussler. "It's a pretty comprehensive system."

The advantages of a well trained in-house facilities staff became apparent almost as soon as the first Rainforest Cafe opened. Five months



Outside T-Rex.





To juggle the retail, restaurant and attraction aspects of each location, both T-Rex and Rainforest Cafe have their own facilities managers, along with two or three assistants, at each location.

after the flagship Mall of America location opened in 1994, Schussler received a call at about 4 a.m. on Easter morning informing him that one of the store's fish tanks had exploded and, "all of the fish and merchandise were swimming through the mall," he says. Despite the calamity, the story had a happy ending.

"Because we had such a great facilities team and such great teamwork, we were up and running and open for business at 11 a.m. and no one knew what had happened," he says. "Can you imagine trying to call a vendor at four in the morning to help you fix an exploding fish tank?"

The moral of the story, says Schussler, is that, "it's impossible to predict what is going to happen in a facility. So, by having your own crew, you determine your own destiny."

Although maintenance emergencies can't always be avoided, Schussler points out that a lot of headaches can be sidestepped with foresight and upfront planning. "We get facilities management people involved in the development process and listen to their ideas," he says. "We'll choose what we do with the consideration of making it as simple as possible to maintain. It's the smartest way to build."

The construction of each new location also provides the chance to learn from and correct past mistakes. "It's very important that we continually update, change and fine-tune everything that we do to make sure that our guests are happy and also so that we build the second, third, fourth and twentieth locations with everything we've learned," says Schussler.

And there's plenty more to come from Schussler and his team. There are plans to open the next T-Rex location at Disney World's Animal Kingdom and then roll out seven more locations in the U.S. and 10 internationally. Not one to rest on his laurels, Schussler already has several other concepts in the works that he hopes to open in 2008. He and his team are currently working on an upscale China-themed restaurant that centers on the Qing Dynasty period and features huge ivory and elephant bone figures. Aerobleu, a concept with the tagline "spirit of cool," is based on the Paris nightclub scene circa 1939 to 1959. One of the restaurant's highlights will be a DC-3 airplane, which will be lowered from the ceiling and from which a saxophonist will emerge. Hot Dog Hall of Fame, a brand Schussler hopes to license to stadiums and airports, will feature hot dogs, dumplings, sausages and french fries from all over the world.

"I believe that creativity is the engine of success," says Schussler. "I also believe that only those who will risk going too far can possibly find out how far one can go."

KANSAS CITY EDITION ★    WWW.KANSASCITY.COM    MONDAY, JULY 24, 2006

# THE KANSAS CITY STAR

**T-REX | Village West's dino-mite attraction opens Tuesday**



PHOTOS BY KEITH MYERS | THE KANSAS CITY STAR

**With the opening of T-Rex a week away, Ramiro Hernandez on Tuesday put the finishing touches on a baby T-Rex, one of many dinosaur replicas in the restaurant at The Legends.**

# Colossus lands at Legends

**Backers gamble that the prehistoric-themed restaurant won't go the way of the dinosaur.**

By JOYCE SMITH and MARK WIEBE
The Kansas City Star

Four-year-old Zachary Adams of Lee's Summit threw back his head to take in the 45-foot-high, 125-foot-long Argentinosaurus, one of the largest dinosaurs to walk the earth.

"It's humongous," Zachary said, his eyes wide in wonder at the dinosaur bones arched over the doorway of the new T-Rex attraction that has taken shape over the last few months in Kansas City, Kan.

And that was just the entrance.

Handprints of all sizes dotted the windows of the "prehistoric



**"People will come once for the 'wow' factor, but they will come back for the great food and quality service," says Steve Schussler.**

family adventure" as adults and children alike tried to sneak a peek at the animatronic dinosaurs and other features before it opens Tuesday. At $15 million, T-Rex will be the Kansas City area's most expensive themed restaurant, besting the $8 million Rainforest Cafe in Overland Park.

Thanks to the "enormous welcoming mat" put out by the city, The Legends beat out other tourist destinations to get the first of nine planned T-Rex locations nationwide.

"I wasn't convinced at the beginning that I wanted to be in the city, and I was told not to be a snob," said Steve Schussler, the founder of T-Rex and a partner in the restaurant.

SEE T-REX | A4

95

• KEITH MYERS / THE KANSAS CITY STAR

A giant animatronic octopus looms over the Shark Bar at T-Rex, the latest addition to The Legends shopping and enter-
tainment center in Kansas City, Kan. At $15 million, T-Rex will be the Kansas City area's most expensive themed restaurant.

# T-REX: STAR bonds aided project

FROM A1

"But I obviously did my re-
search on the developer, on
billboard laws, sales at other
area restaurants, which were
No. 1 for some chains, the de-
mographics, the draw of center.
The parking lot at Cabela's was
crowded with cars that had
come from a 300-mile radius,"
Schussler said.

Make no mistake Schussler
also chose Kansas City, Kan., to
introduce his concept because
he was offered $8.5 million in
sales tax revenue bonds to help
build the dinosaurs and other
restaurant attractions. That is a
small percentage of the
roughly $265 million in STAR
bonds that are helping to fi-
nance Village West, but it is a
hefty sum for a single restau-
rant.

Carol Marinovich said she
had no regrets about offering
the incentives when she was
mayor of the Unified Govern-
ment of Wyandotte County
and Kansas City, Kan.

"I felt we needed to do what
we needed to do to get this
here," she said.

T-Rex, which is set to open at
4 p.m. Tuesday, will take cus-
tomers back to a time before
humans walked the earth with
its animatronic dinosaurs amid
cascading waterfalls, ice caves,
bubbling geysers, and sounds
of roaring dinosaurs.

"People will come once for
the 'wow' factor, but they will

## Inside T-Rex

■ There is the Ice Age Room with its woolly mammoth
and theatrical snow, and the Geo Tech Room, where
customers can dine in the belly of a triceratops near
a "lava" flow.

■ A giant animatronic octopus sits atop the Shark Bar
over a 5,000-gallon shark tank. Flames shoot from
all sides of the Kitchen of Fire's brick pizza oven.

■ Would-be paleontologists can practice their skills
at the Discovery Dig, a large sand pit with replicas of
fossil bones that can be uncovered.

■ In partnership with T-Rex, St. Louis-based Build-A-
Bear Workshop Inc. will open its first Build-A-Dino
store at the site.

come back for the great food
and quality service," said
Schussler, the president and
chief executive officer of
Schussler Creative Inc. in
Golden Valley, Minn.

That was a critical concern
because in recent years some
theme restaurants have strug-
gled because they offered too
much flash in the decor and
not enough substance in the
food.

Some concepts have thrived.
Rank Group PLC's Hard Rock
Cafe, for example, has 120 res-
taurants and hotel-casinos
worldwide. Planet Hollywood
went through bankruptcy —
twice.

New ideas keep coming. For
example, the Cordish Co., de-
velopers of downtown Kansas
City's Power & Light District,
have agreed with NASCAR to
develop and operate a line of
stock-car-racing-themed res-

taurant and entertainment ven-
ues called NASCAR Sports
Grille.

Believers also include Lan-
dry's Restaurants Inc., which
recently became an 80 percent
partner in T-Rex. The com-
pany, which previously pur-
chased Rainforest Cafe from
Schussler, has worked on an
extensive menu for T-Rex that
offers such items as Mastodon
Margaritas, Mammoth Mush-
room Raviolis and Macadamia
Nut Crusted Snapper.

Themed restaurants tend to
do better in tourist areas that
bring in a stream of new cus-
tomers. The Legends, a
750,000-square-foot outdoor
shopping and entertainment
lifestyle center at Interstate 435
and State Avenue, is expected
to draw 12 million to 15 million
visitors a year.

Tilman Fertitta, the presi-
dent, chairman and chief exec-

utive officer of Landry's, said T-
Rex will be very successful if it
averages 1,000 visitors a day.

"There are very high num-
bers being done at the Legends,
and we think in years to come
that area will continue to
grow," he said.

T-Rex originally was sched-
uled to open in April, but the
owners did not want to rush it
and went $5 million over bud-
get. For example, Schussler
said, an "ugly" version of the
giant jellyfish was replaced
with a prettier one fit for cou-
ples or a 4-year-old's birthday
party.

"It would be easier to live
with it and say we will do it
better next time," Schussler
said. "But you have to spend a
lot of money to get a return on
your investment. And we owe
Kansas City a first-class,
world-class project."

Mayor Joe Reardon said that
having Schussler behind the
restaurant will further increase
Village West's and the city's
profile.

"For his first new themed
restaurant after Rainforest
Cafe to open in Kansas City,
Kansas, is very special," he
said. "And I think we'll receive
some national attention for
that."

To reach Joyce Smith, call
(816) 234-4692 or send e-mail
to jsmith@kcstar.com.
To reach Mark Wiebe, call
(816) 234-5995 or send e-mail
to mwiebe@kcstar.com.

96

29 April 2000

Mr. Steven Schussler
Sr. Vice President of Development
Rainforest Cafe, Inc.
720 South Fifth Street
Hopkins, MN 55343

Dear Mr. Schussler:

We've heard great things about **The Rainforest Café** for several years now. Unfortunately, we do not live close enough to one of your outlets to have had the privilege of visiting one yet. Last week, we got a postcard from a friend visiting your Las Vegas location. He's a career restaurant manager and not easily impressed yet he took the time to send us your postcard. Later that day, my wife **Darla** saw the feature on "Extreme Cuisine" explaining how you had converted your house to the prototype of Rainforest Café.

I am writing because that is exactly what we are preparing to do in **San Diego** within the year and you have no idea how much easier that little bit of knowledge has made my job. Just as others had to actually see and experience the Rainforest Café concept to sign onto it, we are facing similar hurdles and can now point to your success to justify the expense of this project.

**"La Casa Weenie"**

Out front will be sausage-link topiary, professional landscaping, our hot dog mailbox and hot dog flag.

The back yard will feature a small miniature golf course with fast food themes for each hole.

The interior will exhibit close to a thousand pieces from the collection and a professional kitchen.

We will soon begin to raise the funds necessary to establish **The Hot Dog Hall Of Fame** as a combination **Hall Of Fame / Museum / Restaurant / Gallery & Gift Shop** to provide a permanent showcase for our collection of approximately **4000** pieces of hot dog advertising, art, collectables, memorabilia, music, promotionals and toys.

Our menu will proudly feature **The World's Best Hot Dog.**

Thank you again and we wish you (and the Rainforest Café) the very best.

With Relish,

*Uncle Frank*

# The Hot Dog Hall Of Fame
### PO Box 658 Fairfield, Ca. 94533

EXHIBIT  6

97

## About The Hot Dog Hall Of Fame

Over the last 23 plus years, we have collected approximately **4,000** pieces of hot dog art, collectibles, memorabilia, promotionals and toys.

Many of the items in this delightful collection were donated by hundreds of hot dog lovers from all over the world.

We have tasted hot dogs all across the United States in pursuit of excellence in a bun, probably over **1,000** places including hot dog stands, restaurants and sausage factories.

And we now have over **850** hot dog recipes in our files.

Every July, **National Hot Dog Month**, we present **"The Frankie Awards"** for **Hot Dog Excellence** (since **1982**).

We produce **The Frankfurter Chronicles**, *The Newsletter with Relish* and will soon publish an online version as well.

We have also spent several years working on our book, which we believe will become the definitive work on the subject, **"Hot Dogs In A Cold World"**.

And we are building **Lamborweenie, The Hot Dog Hot Rod** featuring show quality chromed and powder-coated **VW** mechanicals and a fiberglass **Porsche** roadster (convertible) body.

Finally, we will soon begin to raise funds to establish **The Hot Dog Hall Of Fame** as a combination **Hall Of Fame/Museum/Restaurant/Gallery & Gift Shop** which will provide a permanent showcase for this wonderful collection and proudly feature **The World's Best Hot Dog**.

We hope to soon become **A Local Landmark** and **A World Famous Tourist Destination**.

**Some of our Hot Links:**

**Email: hotdog@jccomp.com**

**The Hot Dog Hall Of Fame's** web site (under construction)
**http://209.20.218.176/unclefrank**

Read about us in June's Smithsonian Magazine:
**http://www.smithsonianmag.si.edu/smithsonian/issues99/jun99/hotdogs.html**

**98**

Page 1 of 2

**From:** Mr.HotDog [mailto:Mr.HotDog@Cox.Net]
**Sent:** Sunday, June 10, 2007 1:22 PM
**To:** Steve Schussler
**Cc:** ir@hosthotels.com; reuteman@RockyMountainNews.com; readerep@courant.com; dhoekstra@suntimes.com; peter.rowe@uniontrib.com
**Subject:** Dear Mr. Schussler:

**CEASE & DESIST:**

This is the SECOND time we've had to advise you that the concept, name, URL and good reputation of The Hot Dog Hall Of Fame is solely our intellectual property(s).

To refresh your memory a bit: we met at the Fisherman's Wharf location of The Rainforest Cafe shortly after it opened.

You tried to buy our collection and then, when we mentioned our obligation to the hundreds of contributors that made our World Class collection possible, you told us that you were just going to take our concept.

Shortly after that meeting, we discovered that you had one of your minions from Gold Coast Hot Dogs register several versions of our URL.

We responded with a formal demand that you Cease & Desist at that time.

If your memory is a little hazy, we'd be glad to forward that letter to you and all of the addressees above.

However, if you'd like to eventually fund it all for US, just keep doing what you're doing and we'll turn the lawyers loose on you...

You have been warned, AGAIN!

**CEASE & DESIST**

With Relish,

Uncle Frank

file://C:\Documents and Settings\jdarda\Local Settings\Temp\XPGrpWise\46F7D0E5MAS...  9/27/2007



EXHIBIT 7

The Hot Dog Hall Of Fame

www.thehotdoghalloffame.com

PS: We've already contacted Host Marriott, Levy Restaurants, Success Magazine, The Hartford Courant, Rocky Mountain News, The Chicago Sun Times, The San Diego Union Tribune and Chain Leader Magazine.

NOTE: For those of you who received this as a BCC file (Blind Copy), you can see what Mr. Schussler is attempting to do in this article: http://www.successmagazine.com/article.php?article_id=54

There's another one here: http://www.chainleader.com/web-exclusives/schussler.asp

And Mr. Schussler's web site: www.schusslercreative.com

**From:** John Provo [mailto:John.Provo@maslon.com]
**Sent:** Monday, June 11, 2007 6:02 PM
**To:** Mr.HotDog@Cox.Net
**Cc:** Holod, Doug; Steve Schussler
**Subject:** Response to Demand Letter

Dear Mr. Bernier:

This firm represents Schussler Creative, Inc.  Please see the attached response to your demand regarding our client's "HOT DOG HALL OF FAME" service mark for restaurant services, retail store and wholesale distributorship services.

**John Provo | Partner**
john.provo@maslon.com | bio
(p) 612.672.8331 | (f) 012.642.8331

MASLON
Maslon Edelman Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
www.maslon.com | map/directions
**When it matters most.**

CIRCULAR 230 DISCLOSURE: Pursuant to Circular 230 promulgated by the Internal Revenue Service, if this email, or any attachment hereto, contains advice concerning any federal tax issue or submission, please be advised that it was not intended or written to be used, and that it cannot be used, for the purpose of avoiding federal tax penalties unless otherwise expressly indicated.

CONFIDENTIALITY NOTICE: This e-mail transmission and any attachments accompanying it contain confidential information belonging to the sender that may be protected by the attorney-client or work product privileges. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you have received this transmission in error, please notify the sender by reply e-mail, and then destroy all copies of this transmission.

EXHIBIT 

# MASLON
MASLON EDELMAN BORMAN & BRAND, LLP

p 612.672.8200    3300 WELLS FARGO CENTER
f 612.672.8397    90 SOUTH SEVENTH STREET
www.maslon.com    MINNEAPOLIS, MINNESOTA
                   55402-4140

June 11, 2007

John W. Provo
Direct Phone: (612) 672-8331
Direct Fax: (612) 642-8331
John.Provo@maslon.com

SENT VIA ELECTRONIC MAIL AND CMRRR
Steven Bernier
1030 Whistler Drive
Suisun, CA 94585

     Re:    HOT DOG HALL OF FAME Trademark

Dear Mr. Bernier:

This firm represents Schussler Creative, Inc., the owner of U.S. Trademark Application Serial No. 78/591560 for the "HOT DOG HALL OF FAME" trademark for restaurant services, retail store and wholesale distributorship services. Your e-mail correspondence addressed to Steve Schussler and sent to various media organizations and hospitality companies with which Schussler Creative has current or anticipated future economic relationships have been provided to us for consideration and response.

As the creator of some of the nation's most innovative restaurants, Schussler Creative has great respect for the intellectual property rights of others. After careful review and investigation, however, Schussler Creative cannot agree that you own any rights in the "HOT DOG HALL OF FAME" trademark.

It is well-settled law that trademark rights are established only through use for an actual product or service. Such use must be genuine for products or services offered to the public, and not a mere fantasy or ambition to launch a business at some future date. Similarly, mere self-promotion does not create such rights. Your website consists of personal journal entries and blog entries about cars, movie reviews, people, family members' library cards, etc., rather than a business. While no doubt of personal interest to you, these personal narratives about your hobbies and interests do not provide a legal basis for you to prevent others from pursuing commercial business endeavors.

Your claim ". . . that the concept, name, URL and good reputation of The Hot Dog Hall Of Fame is solely our intellectual property(s).[sic]" vastly overreaches any legitimate rights that you may have. As noted above, ownership rights derive from actual ". . . use [of a trademark] on a commercially realistic scale, in the ordinary course of trade," and not merely as an attempt to appropriate such rights for future use. Sporadic or casual use of a name also creates no enforceable rights. As your website indicates, you have assembled a personal collection of hot dog memorabilia as a hobby, and not as a business. A variety of media sources document the personal, noncommercial nature of your collection.

527926.1

Steven Bernier
June 11, 2007
Page 2

# MASLON

Your correspondence also overlooks the fact that other organizations have and continue to use the slogan "Hot Dog Hall of Fame" for wiener eating contests, promotions and similar events, including the following businesses:

1.      The Corner Bar, Rockford, Illinois, which maintains a "Hot Dog Hall of Fame" consisting of the names of over 5,000 participants in the bar's competitive eating event (see Exhibit A attached).

2.      Vienna Beef Limited, Chicago, Illinois, which maintains a "Vienna Beef Hot Dog Hall of Fame" recognizing delicatessen operators that sell Vienna beef products (see Exhibit B attached).

3.      Lancaster Jet Hawks, Lancaster, California, which offers induction into its "Wienie Wednesday Hot Dog Hall of Fame" to any customer who "buy(s) 15 hot dogs at one time (see Exhibit C attached).

This is an important issue for our client. Your deliberate publication of false and misleading statements to media organizations and companies in the hospitality industry with whom Schussler Creative has either current or anticipated future economic relationships defames Schussler Creative and Steve Schussler individually. To start with, we have two demands:

1.      Your immediate assurance that you will cease and desist sending defamatory statements regarding Schussler Creative or any of its principals or agents; and

2.      Your apology and agreement to take responsibility for all such misrepresentations.

I look forward to hearing from you.

Sincerely,

John W. Provo

JWP/cw
Enclosures

cc:     Doug Holod
        Steve Schussler

527926.1

**103**

Hot Dog Hall of Fame - Rockford Corner Bar



GIFT CARDS
MERCHANDISE
HOT DOG HALL OF FAME
OUR MENU
WHAT'S HAPPENING
CONTACT US
HISTORY
DAILY SPECIALS
LOCATION

## Hot Dog Hall of Fame

The Corner Bar's Hot Dog Hall of Fame was established in 1
Since then, more than 5,000 names have been added to th
Dog Hall of Fame. Our longest-reigning champion was Shar
VanDuinen who ate 42 ½ chili dogs in the four-hour time
allotment in March 1982 - a record that stood for 23 years.

In December 2005, Balinda Gould gulped down 43 hot dogs
pass Sharon and be crowned our Amateur Champion. Then
March 2006, a number of competitors from the Internationa
Federation of Competitive Eating descended to take on wha
perhaps the world's only chili-dog competition. Tim Janus b
Joey Chestnut, Patrick Bertoletti and Hall Hunt to eat 43 1/:
and become the reigning Professional Champion.

**Amateur Champion - Balinda Gould**



**Professional Champion - Tim Janus**



E-newsletter Signup     Email Address

The Corner Bar - 31 N Main St - Rockford, MI 49341 - Restaurant 616.866.9866 - C

©2007 Rockford Corner Bar

Vienna Beef - Hall of Fame                                          Page 1 of 2



**Hot Dog Culture**

History of the Chicago
Hot Dog

Building a Chicago
Style Hot Dog

Vienna Beef Hot Dog
Stand Gallery

Family Fun

Hall of Fame

PRODUCTS    ABOUT US    SHOP    HOT DOG CULTURE

## Hall of Fame

**The Vienna Beef Hot Dog Hall of Fame**

Vienna Beef has been around for over 100 years and has gained a reputation
"Chicago's Hot Dog™". In honor of this, Vienna has started to recognize the F
stands that have been great customers and great friends.

Hot dog and delicatessen operators become eligible for induction into the Hall
based on a variety of criteria including how long they have been representing
Beef products. The youngest of the bunch having been around for about 20 y
the oldest almost 50.

Criteria also considered include the vendor's contribution to their community,
philanthropic leadership and overall commitment to the quality of their produ
satisfaction of their customers.

Click on the pictures below for an in depth look at each Hall of Fame S



Arnies            Bob O's            Chuc

Fratello's        Herm's Palace      Hot I

Hot Dog Island    Mickey's Hot Dogs  Origi

1 2 3 4 | Next >>

HOME    CAREERS    CAFE MENU    VIENNA BEEF LOCATOR    PRIVACY

http://www.viennabeef.com/culture/fame/index.asp            6/11/2007

Lancaster JetHawks - News - Photo Galleries



**NEWS    TICKETS    SCHEDULE    TEAM    STADIUM    FAN**

# HOT DOG HALL OF FAME

Celebrate Weenie Wednesday's by getting hot dogs for just $1 throughout the game. Buy 15 hot dogs at one time, and you'll be inducted into the Weenie Wednesday Hot Dog Hall of Fame!



BECOME A PART OF

From: Mr.HotDog [mailto:Mr.HotDog@Cox.Net]
Sent: Thursday, June 14.2007 7:49 PM
To: Dave Claflin
Subject: PS: From the next issue of "The Frankfurter Chronicles' (The
Newsletter with Relish)

Dear fellow hot dog lovers, family, friends, contributors and
supporters:

As most of you know, we've been working on our book ("Hot Dogs In A Cold
World") for at least the last 15 years now, from before we got our first
PC in 1996. You've seen much of the material in various other forms, but
mainly in our newsletter "The Frankfurter Chronicles" (who'd have ever
thought that I could write about hot dogs for 11 plus years now?). The
part that had eluded us all of this time was the ending, as none of us
can see into the future...

We may now have that ending although it isn't anything we'd have ever
imagined and it's certainly nothing that any of us, including you, our
wonderful fellow hot dog lovers, family, friends, supporters and
contributors, deserve

Back in the Spring of 2000, we became aware of an up-and-coming
phenomena: the Rainforest Cafe.

It combined spectacular design, state-of-the-art animatronics, first
class marketing with mediocre, mostly frozen fare and people were
spending hours waiting in line just to see the place. That wasn't the
main appeal to us however; it was the man behind it all and his
innovative way of making his point. Steve Schussler, the founder, had
spent several hundred thousand dollars to convert his house into a
working model of the chain he hoped to build.

For years, we had resisted doing the same in our house as I'm
claustrophobic just to start with, we'd seen other of our friends go the
same route and besides, who wants to be known as that weirdo who lives

EXHIBIT 9

in a museum?

We emailed Mr. Schussler, telling him how much we respected his
accomplishments, that we were a struggling Hall Of Fame and that we were
looking for a partner to help bring it all to life. To our surprise, Mr.
Schussler responded and we traded slightly over 60 emails in a couple of
weeks. describing who we are and what we do. Then he invited us to meet
him at the Grand Opening of their new location at Fisherman's Wharf in
San Francisco. Needless to say, we were ecstatic (but after years of
similar meetings, so far resulting in absolutely nothing, we were
cautiously optimistic at best). Around the same time, a friend of ours
was just starting his new job at that same Rainforest Cafe location, a
very likable guy who had once been our boss when the wife and I worked
at Denny's. I won't name him at this time but if we ever wind up in
court, he witnessed it all...

The day before the meeting, our son had come down with the flu and I got
hit with it full force the morning of. that meeting, but I was going
anyway. How often do you get to meet a guy worth an estimated half a
billion bucks (at the time) who also seems to appreciate what you do? I
rented a car and drug myself *to* the meeting (. .wild horses and all
**that...**)When we got there, Mr. Schussler wasn't there and I sat around
waiting almost an hour before he finally showed up. I spent much of that
time talking to our friend who worked there and soon discovered that Mr.
Schussler and several of his officers had taken off moments before I had
arrived. When he finally showed up, he almost immediately brushed me
off. He said he was going to build The Hot Dog Hall Of Fame himself;
what does he need me for (then why am I even here)? I left, thinking it
a huge waste of my time and what an arrogant little asshole...

A few weeks later, Chris Masterson in Seattle emailed to say he'd
"Googled" us and that someone had set up several very similar web sites
(www.hotdoghalloffame.com, www.hotdoghalloffame.net &
www.hotdoghalloffame.org).

After a bit of research, we discovered it to be an employee of Mr.
Schussler's chain of weenie stands in the Chicago area, Gold Coast Hot
Dogs, and sent him a "Cease & Desist" demand letter.

We also contacted ICANN, the internet governing body to protest these
infringements and apparently, they eventually abandoned these names and
it was all over, so we thought...

Over the years, we've had to defend a number of our business names and that's a nasty process and we were glad this problem had just went away.

**Fast Forward 7 Years:**

Last Saturday, I "Googled" The Hot Dog Hall Of Fame to see if I could find a link to a local internet news agency that had done several features about us only to discover that Mr. Schussler was back at it again. He'd done interviews in several online and print publications, asserting it was he who had come up with the **name**, concept, URL's, etc and that he had the world's largest collection of hot dog stuff...

I should probably point out a couple of things here:

1) I don't think he has the World's largest collection as we've acquired this stuff since approximately 1977 (besides, that's not really important) as

2) there's a bit more to being *a* true Hall Of Fame than the collection (there are certain PUBLIC obligations, just to start with or have you overlooked that, Mr. Schussler?), and

3) there are at least a dozen other people out there seriously collecting hot dog stuff (just check out the hot dog action on Ebay).

4) One of the ideas he's touting. a veritable wall of mustards from around the world, is a "throw out" concept I gave him during our brief meeting, a tactic the CIA calls "disinformation",which we sometimes use to check someone's trust-worthiness (we've been seriously ripped off before and can show you several other examples of it on certain other web sites) and

5) we long ago donated all of our mustard stuff to the Mount Horab Mustard Museum and they already have the "Wall of Mustard"...

Needless to say, after discovering that he was up to his same old tricks
again, we emailed him another "Cease & Desist"

We also emailed everyone listed in the article as well as the publishers
themselves to say that WE are The Hot Dog Hall Of Fame.

He emailed back, attempting to assert his right to the name, concept,
URL's, etc and threatening to sue US....

Over the next few days, we talked to a number of lawyers and if we
decide to go that route, it generally boils down to whoso wallet is
bigger. We've had a few days to think about it now and we've come to a
decision: we can't possibly hope to prevail in the legal system as he's
far more affluent than we are or ever really hope to be. Instead, we are
going to "poison the well" so to speak. If he thinks he can steal from
us, he has another thing coming. We didn't spend the majority of our
lives doing this, at enormous expense to ourselves, just to roll over
and play dead so he can walk right in and take whatever he *wants*.

In the near future, we plan to add several dozen letters to our web site
which are to / from The Hot Dog Hall Of Fame and The National Hot Dog 8
Sausage Council (1980), the Founder ▮ President of The Doggy Diner
(1981), a letter from Edelman Public Relations (1981), a Cease &
Desist" letter from our attorney. John Pope of San Jose (1982), a letter
to the McFly Restaurant Group, another to David Letterman's head writer
, one from J Michael Zabkar, the Founder / President of Zab's White Hots
in Rochester. New York, a letter to Nolan Bushnell (creator of Pong,
Atari and Pizza Time Theater), a letter to The San Francisco Chronicle, a
letter to "Evening Magazine", a letter from the **Reagan** White House, a
couple from KTEH Channel 54 (PBS) in San Jose, a second letter to The
San Francisco Chronicle, a second letter from The White House, a job
application from our first employee (all from 1983), a letter from
Donald Trump (1990). a letter from the Clinton White House (1995),
numerous mentions in Herb Caen's column in The San Francisco Chronicle
(early 1990's), a letter from author Michael Karl Witzel (1993), a
letter from mega producer Jeffrey Katzenberg and director Steven
Spielberg (1995), a letter to actor Bruce Willis and  numerous letters
from Center for the Arts in San Francisco's Yerba Buena Gardens (1996)
from Hall Of Fame Hall Of Fame. a show featuring exhibits from 54 halls
of fame all across the US (some say we stole the show).

110

I should probably point out that Mr. Schussler was approximately 14 years old in 1980 so I sincerely doubt he can stake any sort of claim that far back...

Then, every time he uses our name, concept, variants of our URL, etc, we will email these individuals the link to the site and point out that they are being conned by a one hit wonder (Rainforest Cafe wasn't all that successful when you look under the financial hood) and that WE are . The Hot Dog Hall Of Fame and have fulfilled all of the duties as The Hot Dog Hall Of Fame for almost 30 years now.

Essentially, he has placed us in the position of having NOTHING to lose now and we welcome him to sue us.

I'm old and have been sick (with numerous serious health issues) for the past 10 years now, I'm unemployed, I'm broke, I don't even have a car at the moment, much less own a house, the wife is only working 2 shifts a week as a part time waitress at a small, downscale, tourist cafe, we have no money, $7000 plus of credit card debt and neither of us are eligible for welfare, unemployment or Social Security.

The only thing keeping us afloat is the fact that our son has been kind enough to loan us a truck and we couldn't even pay our rent without his (and the rest of the family's) help as it costs us twice as much to live here as it did up north, so I'm ready to stare him down to the bitter end (and I'm hoping they are dumb enough to have me arrested).

Talk about a real David-vs-Goliath scenario; The newspapers would love this story, especially if he's foolish enough to stay this course to disaster, legally harassing us after he's already stolen from us (and adding insult to injury)...

And, as many of you know, we had planned on leaving this wonderful collection to The Smithsonian should we fail to give it the home it deserves (they say they'd love to have it) but it could end up in crates in the basement so we're now thinking of giving it to a very well known restaurateur in New York City (and all attendant rights to the name,

concept. URL's etc) so Mr. Schussler will have someone his own size to pick on (if he actually had the balls for it)....

Anyone who knows us can also attest to the fact that we are meticulous record keepers as well (you have to be, with the nature of what we are doing. the business climate in general and our own **personal** finances. etc) but what Mr. Schussler may not be aware of is that we also saved the 60 some messages we sent him (and his replies to them) and can prove what he knew and when he knew it. We will produce them when and if he dares to drag us into court.

With Relish,

Uncle Frank

www.TheHotDogHallOfFame.com

PS. And doesn't this also go to show what this concept is really worth, if a guy with that much to lose is willing to steal it from us and risk everything that he owns (I mean, I'm kind of flattered, but...)?



Airbrush rendering by Joe Roche

"HOT DOGS IN A COLD WORLD" - The Final Chapter?

16 June 2007

Dear fellow hot dog lovers, family, friends, contributors and supporters:

**As** most of you know, we've been working on our book ("Hot Dogs In A Cold World") for at least the last 15 years now, from before we got our first PC in 1996. You've seen much of the material in various other forms, but mainly in our newsletter "The Frankfurter Chronicles" (who'd have ever thought that I could write about hot dogs for 11 plus years now?). The part that had eluded us all of this time was the ending, as none of us can see into the future...

We may now have that ending although it isn't anything we'd have ever imagined and it's certainly nothing that any of us, including you, our wonderful fellow hot dog lovers, family, friends, supporters and contributors, deserve.

Back in the Spring of 2000, we became aware of an up-and-coming phenomena: the Rainforest Cafe.

It combined spectacular design, state-of-the-art animatronics, first class marketing with mediocre, mostly frozen fare and people were spending hours waiting in line just to see the place. That wasn't the main appeal to us however; it was tho man behind it all and his innovative way of making his point. Steve Schussler, the founder, had spent several hundred thousand dollars to convert his house into a working model of the chain he hoped to build.

For years, we had resisted doing the same in our house as I'm claustrophobic just to start with, we'd seen other of our friends go the same route and besides, who wants to be known as that weirdo who lives in a museum?

We emailed **Mr.** Schussler, telling him how much we respected his accomplishments, that we were a struggling Hall Of Fame and that we were looking for a partner to help bring it all to life. To our surprise, Mr. Schussler responded and we traded slightly over 60 emails in a couple of weeks, describing who we are and what we do.

http://www.thehotdoghalloffame.com/page15.htm                               10/4/2007



EXHIBIT 10

Then he invited us to meet him at the Grand Opening of their new location at Fisherman's Wharf in San Francisco.

Needless, to say, we were ecstatic (but after years of similar meetings, so far resulting in absolutely nothing, we were cautiously optimistic at best).

Around the same time, an old friend was just starting his new job at that Rainforest Cafe location, a likable guy who had once been our boss when the wife and I worked at Denny's.

I won't name him at this time but if we ever wind up in court, he did witness it all...

The day before the meeting, our son had come down with the flu and I got hit with it full force the morning of that meeting, bull was going anyway. How often do you get to meet a guy worth an estimated half a billion bucks (at the time) who also seems to appreciate what you do? I rented a car and drug myself to the meeting (...wild horses and all that...). When we got there, Mr. Schussler wasn't there and I sat around waiting almost an hour before he finally showed up. I spent much of that time talking to om friend who worked there and soon discovered that Mr. Schussler and several of his officers had taken off moments before I had arrived. When he finally showed up, he almost immediately brushed me off. He said he was going to build The Hot Dog Hall Of Fame himself; what does he need me for (then why am I even here)? I left, thinking it a huge waste of my time and what an arrogant little asshole...

A few weeks later, Chris Masterson in Seattle emailed to say he'd "Googled" us and that someone had set up several very similar web sites (www.hotdoghalloffame.com, www.hotdoghalloffame.net & www.hotdoghalloffame.org).

After a bit of research, we discovered it to be an employee of Mr. Schussler's chain of weenie stands in the Chicago area, Gold Coast Hot Dogs, and sent him a "Cease & Desist" demand letter (See EXHIBIT A below).

We also contacted ICAKN, the internet governing body to protest these infringements and apparently, they eventually abandoned these names and it was all over, so we thought...

Over the years, we've had to defend a number of our business names and that's a nasty process and we were glad this problem had just went away.

Fast Forward: 7 Years Later

Last Saturday, I "Googled" The Hot Dog Hall Of Fame to see if I could find a link to an internet news agency that had done several features about us only to discover that Mr. Schussler was back at it again. He'd done interviews in several online and print publications, asserting it was he who had come up with the name, concept, URL's, etc and that he had the world's largest collection of hot dog stuff...

I should probably point out a couple of things here:

1) I don't think he has the World's largest collection as we've acquired this stuff since approximately 1977 (besides, that's not really important) as

2) there's a bit more to being a true Hall Of Fame than the collection (there are certain PUBLIC obligations, just to start with or have you overlooked that, Mr. Schussler?), and

3) there are at least a dozen other people out there seriously collecting hot dog stuff (just check out the hot dog action on Ebay).

4) One of the ideas he's touting, a veritable wall of mustards from around the world, is a "throw out" concept I gave him during our brief meeting, a tactic the CIA calls "disinformation", which we sometimes use to check someone's trust-worthiness (we've been seriously ripped off before and can show you several other examples of it on certain other web sites) and

5) we Long ago donated all of our mustard stuff to the Mount Horeb Mustard Museum and they already have the "Wall of Mustard"...

Needless to say, after discovering that he was up to his same old tricks again, we emailed him another "Cease & Desist" (See EXHIBIT B below).

We also emailed everyone listed in the article as well as the publishers themselves to say that WE are The Hot Dog Hall Of Fame.

He emailed back, attempting to assert his right to the name, concept, URL's, etc and threatening to sue US...

Over th next few days, we talked to a number of lawyers and if we decide to go that route, it generally boils down to whose wallet is bigger. We've had a few days to think about it now and we've come to a decision: we can't possibly hope to prevail in the legal system a. he's far more affluent than we are or ever really hope to be. Instead, we are going to "poison the well" so to speak. If he thinks he can steal from us, he has another thing coming. We didn't spend most of our lives doing this, at enormous expense to ourselves, just to roll over and play dead so he can walk right in and take whatever he wants.

After a quick look through our (print) files, we came up with literally hundreds of letters from the years we've been in The Hot Dog Hall Of Fame business. We had planned on adding several dozen of them to this web site but halfway through scanning them all, I saved them to an email message and will show them to anyone who hasn't watched us do what we do for the last 30 years or so..

A partial list:

A letter from The National Hot Dog & Sausage Council (1980)
A letter to the the Founder / President of the Doggy Diner chain (1981)
A letter from Edelman Public Relations (1981)
A "Cease & Desist" letter from our attorney, John Pope of San Jose (1982)
A letter to The McFly Restaurant Group (1983)
A letter to David Letterman's head writer (1983)
A letter from J Michael Zabkar, the Founder / President of Zab's White Hots in Rochester, New York (1983)
A letter to Nolan Bushnell, creator of Pong, Atari and Pizza Time Theater (1983)
A letter to "Evening Magazine" (1983)
A letter to "The San Francisco Chronicle (1983)
A letter from The Reagan White House (1983)
Several letters from KTEH Channel 54 (PBS) in San Jose (1983)
Another letter to "The San Francisco Chronicle" (1983)
A second letter from The Reagan White House (1983)
A letter from Donald Trump (1990)
A letter from The Clinton White House (1995)
Numerous mentions in Herb Caen's column in "The San Francisco Chronicle" (early 1990's)
A letter from author Michael Karl Witzel (1993)
A letter from mega producer Jeffrey Katzenberg and mega director Steven Spielberg (1995)
A letter to actor Bruce Willis (1996) and
Numerous letters from Center for the Arts in San Francisco's Yerba Buena Gardens (1996) from Hall Of Fame Hall Of Fame, a show featuring exhibits from 54 halls of fame all across the US.

Then there are the several hundred newspaper articles, radio spots, tv appearances and promotional stunts we've participated in over the years.

And I should probably point out that Mr. Schussler was approximately 14 years old in 1980 so I sincerely doubt he can stake any sort of claim that far back...

Then, every time he uses our name, concept, variants of our URL, etc, we will email these individuals the link to the site and point out that they are being conned by a one hit wonder (Rainforest Cafe really wasn't all that successful when you look under the financial hood) and that WE are The Hot Dog Hall Of Fame and have fulfilled all of the duties as The Hot Dog Hall Of Fame for almost 30 years now.

Essentially, he has placed us in the position of having NOTHING to lose now and we WELCOME him to sue us

I'mold and have been sick (with numerous serious health issues) for the past 10 years now, I'm unemployed, I'm broke, I don't even have a car at the moment, much less own a house, the wife is only working 2 shifts a week as a pat7 time waitress at a small, downscale, tourist cafe, we have no money, $7000 plus of credit card debt and neither of us are eligible for welfare, unemployment or Social Security. The only thing keeping us afloat is the fact that our son has been kind enough to loan us a truck and we couldn't even pay our rent without his (and the rest of the family's) help as it costs us twice as much to live here as it did up north, so I'm ready to stare him down to the bitter end (and I'm hoping he is dumb enough to have me arrested).

And talk about a real David-vs-Coliatb scenario; the newspapers would love this story, especially if he's foolish enough to stay this course to disaster, legally harassing us after he's already stolen from us (and adding insult to injury)...

And, as many of you know, we had planned on leaving this wonderful collection to The Smithsonian should we fail to give it the home it deserves (they say they'd love to have it) but it could end up in crates in the basement so we're now thinking of giving it to a very well known restaurateur in New York City (and all attendant rights to the name, concept, URL's etc) so Mr. Schussler will have someone his own size to pick on (if he actually had the balls for it).

Anyone who knows us can also attest to the fact that we are meticulous record keepers as well (you have to be, with the nature of what we are doing, the business climate in general and our own personal finances, etc) but what Mr. Schussler may not be aware of is that we also saved the 60 some email messages we sent him (and his replies to them) and can prove what he knew and when he knew it.

We will produce them when and if he dares to *drag* us into court.


With Relish,

Uncle Frank


PS: And doesn't this also go to show what this concept is really worth, if a guy with that much to lose is willing to steal it from us and risk everything that he owns?

I mean, I'm kind of flattered, but...

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

EXHIBIT A:

27 July 2000

Mr. James Rittenberg
State & Hubbard Corp.
5 W. Hubbard St.
Chicagu. IL 60610

Dear Mr. Rittenberg:

Apparently you are confused and do not realize that we plan to sue you and Mr. Schussler back into the stone age should this farce of an attempt to usurp our URL, our business concepts and our good name continue.

We know Mr. Schussler could stand to lose a few million one way or the other, but the question you must ask yourself is whether you can stand lo lose everything you have worked for all of your life, Mr. Rittenberg.

Abandon the URL's, and the use of our name and our concept immediately or suffer the dire legal consequences.

We did not spend over half of our lives putting this together to roll over and play *dead* when someone takes a liking to our concept and name and decide to appropriate them for themselves, no matter how much money they may have.

http://www.thehotdoghalloffame.com/page15.htm                    10/4/2007

I am, among many other things, a writer Mr. Kittenberg and have friends in high places in major newspapers all over the country (including The Chicago Sun Times). Would you like to see this story on the front page there (ask Dave Hockstra if he knows Uncle Frank)?

And, having used and vigorously defended the name of The Hot Dog Hall Of Fame for over 20 years, you really don't have a prayer of prevailing, legally. If you insist in continuing this folly, be advised that we plan to first blacken both of your eyes (yours and Mr. Schussler's) professionally, first in the papers and on TV, then we will see you in court.

In this particular instance, we can not only prove what Mr. Schussler knew, but when he knew it.

For example, he registered (through your offices as an employee of a company he holds) these URL's after he had read our material (and before we had met in San Francisco, where he obviously forgot to tell us he was planning on stealing us blind).

By the time this is over, should you continue in this manner, we will be the owners of Gold Coast Hot Dogs and hopefully a substantial share of Rainforest Cafe and maybe even a house or two as well (both yours and Mr. Schusslers).

Is it really worth it to you, Mr. Rittenberg?

Are you going to follow Mr. Schussler into a fight neither of you can win and risk losing everything you have or will you do the right thing, abandon our concept, name and URL and walk away?

You have been warned.

The next time you will hear from us will be through our attorneys.

We won't have a bit of trouble finding a real mean lawyer when they realize how much money is in Mr. Schussler's pocket.

Can you afford the legal bills this may cost you?

Cease and Desist.

J Frank Webster
President
The Hot Dog Hall Of Fame
PO Box 658
Fairfield, Ca. 94533

**The Hot Dog Hot Line**
**(707) 426-4618**

PS: We have already contacted www.register.com and explained that we own the URL www.thehotdoghalloffame.com and that your registering the domain names you did is

A) too similar as to be confusing and essentially the same name and

B) done in Bad Faith as Mr. Schussler had received certain materials from us before that date (we have copies of all of our correspondence with Mr. Schussler to substantiate out position) and that he knew these concepts, names and URL's were our intellectual properly.

You will also notice that this message has been sent to multiple addressees

Some of them are stalwarts within the industry, and others are business writers or television people.

http://www.thehotdoghalloffame.com/page15.htm                    10/4/2007

Several copies will follow this via regular mail and Registered Mail with Return Receipt Requested which hereby effectively constitutes legal delivery.

Again, we admonish you Mr. Kittenberg, Cease & Desist.

---

**EXHIBIT B:**

**10 June 2007**

Dear Mr. Schussler:

CEASE & DESIST:

'this is the SECOND time we've had to advise you that the concept, name, URL and good reputation of The Hot Dog Hall Of Fame is solely our intellectual property(s).

To refresh your memory a bit: we met at the Fisherman's Wharf location of The Rainforest Cafe shortly after it opened.

You tried to buy our collection and then, when we mentioned our obligation to the hundreds of contributors that made our World Class collection possible, you told us that you were just going to take our concept.

Shortly after that meeting, we discovered that you had one of your minions from Gold Coast Hot Dogs register several versions of our URL.

We responded with a formal demand that you Cease & Desist at that time.

If your memory is a little hazy, we'd be glad to forward that letter to you and all of the addressees above.

However, if you'd like to eventually fund it all for US, just keep doing what you're doing and we'll turn the lawyers loose on you...

You have been warned, AGAIN!

CEASE & DESIST

With Relish,

Uncle Frank

PS: We've already contacted Host Marriott, Levy Restaurants, Success Magazine, The Hartford Courant, Rocky Mountain News, The Chicago Sun Times, The San Diego Union Tribune and Chain Leader Magazine.

http://www.thehotdoghalloffame.com/page15.htm                    10/4/2007

---

**From:** Mayberry, Adam [mailto:amayberry@cityofsparks.us]
**Sent:** Tuesday, September 18, 2007 12:49 PM
**To:** Dave Claflin
**Cc:** Carey, Shaun
**Subject:** FW: Hello from The Hot Dog Hall Of Fame

**Hi Dave - The Mayor received this message from the** noted **individual.**

**Just wanted to let you know about it.  Let me know if you have any additional insight.**

Adam

---

**From:** Mr.HotDog [mailto:Mr.HotDog@Cox.Net]
**Sent:** Tuesday, September 18, 2007 9:10 AM
**To:** Martini, Geno
**Cc:** Chris Masterson
**Subject:** Hello from The Hot Dog Hall Of Fame

18 September 2007

The Honorable Geno Martini
Mayor
Sparks, Nevada

Dear Mayor Martini:

Please be advised that WE are The Hot Hog Hall Of Fame, not that liar, thief and con man Steve Schussler.

We've been doing this since 1976 and he is attempting to steal our concept, good name, business name, URL's, etc.

We made the mistake of telling him about us at a meeting we had with him at the Grand Opening of the Fishermen's Wharf (San Francisco) Rainforest Cafe in 2000.

file://C:\Documents and Settings\jdarda\Local Settings\Temp\XPGrpWise\46F7D0E5MAS...   9/27/2007

EXHIBIT 11

Page 2 of 2

We have also been talking to someone within his organization who tells us that he may not actually own another one of the concepts he's currently touting.

You can read all about it (we've already served him 2 Cease & Desist demand letters) on our web site: www.thehotdoghalloffame.com

Go to "About Us" and select the hyperlink in the body of the text portion of that page for "Hot Dogs In A Cold World".

In the near future, we plan to go VERY public with this situation and are letting your office know about it so that you will be properly prepared to deal with the fallout this will cause

With Relish,

Uncle Frank

PS: Mosr of my wife's family is from Nevada and you may recognize some of their names (previous office holders, car dealership owners, etc).



www.thehotdoghalloffame.com

file:NC:\Documents and Settings\jdarda\Local Settings\Temp\XPGrpWise\46F7D0E5MAS... 9/27/2007

**120**

**From:** Dave Claflin [mailto:dclaflin@reddevelopment.com]
**Sent:** Tuesday, September 18, 2007 1:47 PM
**To:** Steve Graham; Steve Schussler
**Subject:** FW: Again, We are The Hot Dog Hall Of Fame

**From:** Mr.HotDog [mailto:Mr.HotDog@Cox.Net]
**Sent:** Tuesday, September 18, 2007 11:18 AM
**To:** Dave Claflin
**Subject:** Again, We are The Hot Dog Hall Of Fame

Please be advised that WE are The Hot Hog Hall Of Fame, not that liar, thief and con man Steve Schussler.

We've been doing this since 1976 and he is attempting to steal our concept, good name, business name, URL's, etc

We made the mistake of telling him about us at a meeting we had with him at the Grand Opening of the Fisherman's Wharf (San Francisco) Rainforest Cafe in 2000.

We have also been talking to someone within his organization who tells us that he may not actually own another one of the concepts he's currently touting.

You can read all about it (we've already sewed him 2 Cease & Desist demand letters) on our web site: www.thehotdoghalloffame

Go to **"About Us"** and select the hypertink in the body of the text portion of that page for "Hot Dogs In A Cold World"

With Relish,

Uncle Frank