```
 1  JAMES P. COLLINS, JR. (SBN 47608)
    COTKIN & COLLINS
 2  A PROFESSIONAL CORPORATION
    200 West Santa Ana Blvd., Suite 800
 3  P.O. Box 22005
    Santa Ana, CA 92702-2005
 4  Telephone:  (714) 835-2330
    Facsimile:  (714) 835-2209
 5  Email: jpc@cotkincollins.com

 6
    DAVID T. SCHULTZ (Minnesota State Bar #169730)
 7  MASLON EDELMAN BORMAN & BRAND LLP
    3300 Wells Fargo Center
 8  90 South Seventh Street
    Minneapolis, MN  55402-4140
 9  Telephone: (612)672-8200
    Facsimile:  (612) 672-8397
10  Email: David.Schultz@maslon.com

11
    Attorneys for Plaintiffs STEVEN SCHUSSLER
12  and SCHUSSLER CREATIVE, INC.
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHUSSLER and SCHUSSLER CREATIVE, INC.,<br><br>            Plaintiffs,<br><br>     vs.<br><br>J. FRANK WEBSTER, aka "MR. HOT DOG," aka "UNCLE FRANK,"<br><br>            Defendants. | Case No. 07CV2016IEG (AJB)<br><br>**PROOF OF SERVICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND RELATED PAPERS**<br><br>DATE:  August 18, 2008<br>TIME:  10:30 a.m.<br>COURTROOM: 1 |

STATE OF CALIFORNIA,

COUNTY OF ORANGE

   I, SUSAN BYRD, declare under penalty of perjury and state as follows:

   I am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party

-1-

1  to the within action; my business address is 200 West Santa
2  Ana Blvd., Suite 800, Santa Ana, California 92701.
3      I make this Declaration on the basis of my personal
4  knowledge.
5      On June 27, 2008, I served the following documents on
6  the interested parties in this action by placing a true
7  copy thereof, enclosed in a sealed envelope, addressed as
8  follows:

          J. FRANK WEBSTER
          1502 VIA ELISA DRIVE
          EL CAJON, CA  92021

11     1.   PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR
12          SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION;
13     2.   PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES
14          IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT;
15     3.   PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS IN
16          SUPPORT OF MOTION FOR SUMMARY JUDGMENT;
17     4.   DECLARATION OF STEVEN SCHUSSLER IN SUPPORT OF
18          PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FOR A
19          PERMANENT INJUNCTION;
20     5.   DECLARATION OF DAVID T. SCHULTZ IN SUPPORT OF
21          PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FOR A
22          PERMANENT INJUNCTION; and
23     6.   PROPOSED ORDER RE PLAINTIFFS' MOTION FOR SUMMARY
24          JUDGMENT
25     I placed such envelope for deposit in the U.S. Mail
26  for service by the United States Postal Service, with
27  first-class postage thereon fully prepaid.  I am readily
28  familiar with my employer's practice for the collection and

1  processing of mail.  Under that practice, envelopes would
2  be deposited with the U.S. Postal Service that same day,
3  with first class postage thereon fully prepaid, in the
4  ordinary course of business.  I am aware that on motion of
5  the party served, service is presumed invalid if the postal
6  cancellation date or postage meter date is more than one
7  day after the date of deposit for mailing shown in this
8  proof of service.
9      I declare that I am employed in the office of a member
10 of the court at whose direction this service was made.
11     I declare under penalty of perjury under the laws of
12 the State of California that the foregoing is true and
13 correct and that this document was executed on June 27,
14 2008, at Santa Ana, California.

                                        */s/ Susan Byrd*
                                        SUSAN BYRD