# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHUSSLER and SCHUSSLER CREATIVE, INC., et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>J. FRANK WEBSTER,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 07cv2016<br><br>**ORDER RE: BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Doc. No. 32.] |

　　　Plaintiffs have filed a motion for summary judgment. (Doc. No. 32.) The Court will hear oral argument on the motion on **August 18, 2008, at 10:30 a.m.** Pursuant to the Local Rules of Civil Procedure, defendant may file an opposition to the motion on or before **August 4, 2008.** Plaintiffs may file a reply on or before **August 11, 2008.**

**IT IS SO ORDERED.**

**DATED: June 30, 2008**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**IRMA E. GONZALEZ, Chief Judge**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Court**