cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHUSSLER; SCHUSSLER CREATIVE, INC.,<br><br>　　　　　Plaintiff,<br>v.<br><br>J. FRANK WEBSTER, aka, MR. HOT DOG, aka, UNCLE FRANK,<br><br>　　　　　Defendant. | Civil No.07cv2016 IEG (AJB)<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

　　　On June 24, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were James Collins, Esq. and David Schultz, Esq. on behalf of plaintiff; Dave Webster, on behalf of defendant.

　　　Plaintiffs are about to file the summary judgment motion previously contemplated. It will be filed this week and could be dispositive of the entire case or at least limit the number of issues for trial. After discussion, both sides agree to hold off final scheduling until the motion is resolved. This will avoid the necessity of expensive discovery or expert witness proceedings in the interim.

　　　Based on the foregoing, the Court sets a telephonic Case Management Conference for *August 25, //*

*//*

*//*

1  *2008 at 9:30 a.m.*  Plaintiff's counsel will initiate the call at that time.

2       IT IS SO ORDERED.

4  DATED:  June 30, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court