1  JAMES P. COLLINS, JR. (SBN 47608)
   COTKIN & COLLINS
2  A PROFESSIONAL CORPORATION
   200 West Santa Ana Blvd., Suite 800
3  P.O. Box 22005
   Santa Ana, CA 92702-2005
4  Telephone:   (714) 835 - 2330
   Facsimile:    (714) 835 - 2209
5  Email: jpc@cotkincollins.com

6  DAVID T. SCHULTZ (MN NO. 169730)
   JOLYNN M. MARKISON (MN NO. 0386876)
7  MASLON EDELMAN BORMAN & BRAND LLP
   3300 Wells Fargo Center
8  90 South 7th Street
   Minneapolis, MN 55402-4140
9  Telephone (612) 672-8200
   Facsimile (612) 672-8397
10 Email: david.schultz@maslon.com
           jolynn.markison@maslon.com
11

12 Attorneys for Plaintiffs STEVEN SCHUSSLER
   and SCHUSSLER CREATIVE, INC.
13

14                UNITED STATES DISTRICT COURT

15                SOUTHERN DISTRICT OF CALIFORNIA

16 
   STEVEN SCHUSSLER                          Case No. 07CV2016IEG AJB
17 and SCHUSSLER CREATIVE, INC.,

18                              Plaintiffs,  SUPPLEMENTAL DECLARATION OF
                                             STEVEN SCHUSSLER IN SUPPORT OF
19              vs.                          PLAINTIFFS' MOTION FOR
                                             SUMMARY JUDGMENT AND FOR A
20 J. FRANK WEBSTER, aka "MR. HOT            PERMANENT INJUNCTION
   DOG," aka "UNCLE FRANK,"
21
                                Defendants.
22

23

24
   ///
25

26

27

28                              -1-

# SUPPLEMENTAL DECLARATION OF STEVEN SCHUSSLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION

I, Steven Schussler, declare under penalty of perjury and state as follows:

1. I am an individual Plaintiff in this action. I am also Chairman of the Board and Chief Executive Officer of Schussler Creative, Inc., a Minnesota corporation ("Schussler Creative"), the other Plaintiff in this action. I make this Declaration of my own knowledge, and in support of Plaintiffs' motion for summary judgment and permanent injunction against Defendant J. Frank Webster, aka "MR. HOT DOG," aka "UNCLE FRANK" ("Mr. Webster"). If called to the stand, I could and would testify to the truth of the facts stated herein.

2. Schussler Creative, Inc. will open its first Hot Dog Hall of Fame restaurant on Wednesday, August 13, 2008 at the Mohegan Sun Casino at Pocano Downs, Wilkes-Barre, PA.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this eleventh day of August, in the City of Orlando, County of Orange, State of Florida.

/s/
Steven Schussler

08/11/2008 13:24 FAX 7637463701    SCI Fax                                   ☒003/003
From:WHITING-TURNER/T-REX     407 938 9669        08/11/2008 13:29  #168 P.004/005

08/11/2008 10:40 FAX 7637463701    SCI Fax                                   ☒004/004
Maslon Law Firm      8/11/2008 10:10:47 AM    PAGE    3/003    Fax Server

# SUPPLEMENTAL DECLARATION OF STEVEN SCHUSSLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION

I, Steven Schussler, declare under penalty of perjury and state as follows:

1. I am an individual Plaintiff in this action. I am also Chairman of the Board and Chief Executive Officer of Schussler Creative, Inc., a Minnesota corporation ("Schussler Creative"), the other Plaintiff in this action. I make this Declaration of my own knowledge, and in support of Plaintiffs' motion for summary judgment and permanent injunction against Defendant J. Frank Webster, aka "MR. HOT DOG," aka "UNCLE FRANK" ("Mr. Webster"). If called to the stand, I could and would testify to the truth of the facts stated herein.

2. Schussler Creative, Inc. will open its first Hot Dog Hall of Fame restaurant on Wednesday, August 13, 2008 at the Mohegan Sun Casino at Pocono Downs, Wilkes-Barre, PA.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this eleventh day of August, in the City of Orlando, County of Orange, State of Florida.

_____
Steven Schussler

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, SUSAN BYRD, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action; my business address is 200 West Santa Ana Blvd., Suite 800, Santa Ana, California 92701.

On August 11, 2008, I served the foregoing **SUPPLEMENTAL DECLARATION OF STEVEN SCHUSSLER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND FOR A PERMANENT INJUNCTION** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

J. FRANK WEBSTER                    DEFENDANT
1502 VIA ELISA DRIVE                mr.hotdog@cox.net
EL CAJON, CA   92021                619 328-5893

| ✓ | **BY FIRST CLASS MAIL:**  I placed such envelope for deposit in the U.S. Mail for service by the United States Postal Service, with first-class postage thereon fully prepaid.  I am readily familiar with my employer's practice for the collection and processing of mail.  Under that practice, envelopes would be deposited with the U.S. Postal Service that same day, with first class postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown in this proof of service. |
|---|---|
|  | **BY FACSIMILE:**  I caused the document to be transmitted by a facsimile machine compliant with Rule 2003 of the California Rules of Court to the offices of the addressees at the telephone numbers shown on the service list. |
|  | **BY HAND DELIVERY:**  I caused such envelope to be delivered by hand to the offices of the addressees. |
|  | **BY FEDERAL EXPRESS:**  I am readily familiar with my employer's practice for the collection and processing of FedEx packages.  Under that practice, packages would be deposited with FedEx that same day, with overnight delivery charges thereon fully prepaid, in the ordinary course of business. |
| X | **(Federal Courts Only)**  I declare that I am employed in the office of a member of the court at whose direction this service was made. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and

-3-


1 | correct and that this document was executed on August 11, 2008, at Santa Ana, California.
2 |
3 |                                     _____
                                         SUSAN BYRD