# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHUSSLER and SCHUSSLER CREATIVE, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>J. FRANK WEBSTER,<br><br>　　　　　Defendant. | CASE NO. 07cv2016 IEG (AGB)<br><br>**ORDER TO SUPPLEMENT THE RECORD** |

On August 18, 2008, the Court heard oral argument on plaintiffs' motion for summary judgment. Defendant represented at oral argument that he could provide the Court with copies of his e-mail or other written correspondence with Mr. Schussler in or around the year 2000.

Defendant is hereby ORDERED to file those documents (or a substantial portion thereof) with the Clerk of the Court by **August 29, 2008.** Defendant shall title his submission "Response to Order to Supplement the Record."

IT IS SO ORDERED.

**DATED: August 19, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

- 1 -    07cv2016