The Hot Dog Hall Of Fame
1502 Via Elisa
El Cajon, Ca. 92021

FILED

08 AUG 28 AM 10: 52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:_____

1

2

3

4              United States District Court

5            Southern District of California

6

| | |
|---|---|
| 7  Steven Schussler and Schussler Creative, | Case No.: No. 07 CV 2016IEG |
| 8  Inc, | **Response To Order To Supplement The Record** |
| 9              Plaintiff, | |
| 10      vs. | |
| 11  J Frank Webster, Mr. Hot Dog, Uncle Frank, | |
| 12              Defendant | |

13

14    Attached are one Microsoft Word format letter dated 29 February 2000 (**Exhibit A**) and the 73 email messages to

15  Plaintiff from 6 June 2000 through 18 June 2000, a couple of days before Plaintiff met with us (at his invitation) at

16  the Grand Opening of The Rainforest Café at San Francisco's Fisherman's Wharf.

17    That very first message, the letter in Word format, spelled it all out in detail; we are working on putting together a

18  combination Hall Of Fame / Museum / Restaurant / Gallery & Gift Shop, the same way our newsletter states that it

19  is "The Official Organ" of The Hot Dog Hall Of Fame on the front page of the very first issue.

20    All of the email messages are in order, arranged by their Date / Time Group with one exception, **Exhibit B**, an

21  email message titled "Hello from The Hot Dog Hall Of Fame" (DTG 9:13 AM 6 June 2000) which was sent in a

22  batch of numerous other messages that morning.

23    This was our standard way of introducing ourselves before we got the web site up and running; a series of

24  somewhere between 35 and 75 email messages, depending on how receptive the person we approach was.

25    These documents demonstrate what Plaintiff knew and when he knew it, that he invited us to this meeting (we

26  would have known nothing about it if he hadn't told us himself), that he did not, at any point in this period, mention

27  that he had came up with the concept 3 years earlier, despite his current sworn claim of having done so, and, in fact,

28  everything since derives from our initial interactions with Plaintiff during this brief period.

1    Areas of significance have been highlighted in yellow marker to make it easier to locate them.

2    A brief overview of the timeline shows that this all happened during 3 weeks in June of 2000, with Plaintiff

3    responding to our letter by phone on 6 June 2000, our several batches of email messages up to the 18th, punctuated

4    by several more phone calls from Plaintiff, several email messages from Plaintiff or his secretary, leading up to the

5    meeting on 21 June 2000 (**Exhibit C**).

6    **Exhibit D** shows that we reported the various usages of the name Hot Dog Hall Of Fame or The Hot Dog Hall Of

7    Fame to Plaintiff on 11 June 2000, virtually repeated word for word in Plaintiff's subsequent filings.

8    **Exhibit E** responds to Plaintiff's phone call to us on the 11 June 2000.

9    **Exhibit F** is from Plaintiff's secretary to confirm our appointment with him in San Francisco.

10   **Exhibit G** confirms the appointment on 21 June 2000.

11   **Exhibit H** points at the approximate time Plaintiff became aware of our web site, URL, etc.

12   We should also mention that we speak for Hamburger Harry of The International Hamburger Hall Of Fame in

13   Daytona Beach, Florida and he has been considering moving to the San Diego area as well as it would make it easier

14   to give both of our world class collections the permanent homes that they deserve by combining both under one

15   roof. That is why our first series of messages to Plaintiff focused on Harry's hamburger collection, etc.

16   During Discovery, we submitted a total of 125 pieces of evidence including the 74 listed here plus 5 newspaper

17   articles about Hall Of Fame Hall Of Fame, 8 newspaper articles about The Hot Dog Hall Of Fame, 9 letters about

18   The Hot Dog Hall Of Fame using and defending our concept, name, etc, dating all the way back to 1978, 13 copies

19   of the newsletter submitted out of 80 plus in our files (from 1995 to the present), and 14  WeenieGrams submitted

20   out of slightly over 200 in the archives (from the late 90's to the present), an additional 51 more items not shown

21   here, including the 2 Cease & Desist demand letters (already shown).

22   Finally, we have recently found at least one more relevant message in our files which was not located in time to

23   submit into evidence during the Discovery period. This message was sent shortly after our meeting in San Francisco

24   (after I drove home) and is very likely the most accurate record of the events of that day. If the court would like to

25   see this message as well, please let us know.

26

27

28

Dated this 26th day of August, 2008

M. Crale Webster

Mr. Steven Schussler                                                    **29 April 2000**
**Sr. Vice President of Development**
**Rainforest Cafe, Inc.**
**720 South Fifth Street**
**Hopkins, MN 55343**

Dear Mr. Schussler:

We've heard great things about **The Rainforest Café** for several years now. Unfortunately, we do not live close enough to one of your outlets to have had the privilege of visiting one yet. Last week, we got a postcard from a friend visiting your Las Vegas location. He's a career restaurant manager and not easily impressed yet he took the time to send us your postcard. Later that day, my wife **Darla** saw the feature on **"Extreme Cuisine"** explaining how you had converted your house to the prototype of Rainforest Café.

I am writing because that is exactly what we are preparing to do in **San Diego** within the year and you have no idea how much easier that little bit of knowledge has made my job. Just as others had to actually see and experience the Rainforest Café concept to sign onto it, we are facing similar hurdles and can now point to your success to justify the expense of this project.


**"La Casa Weenie"**.

Out front will be sausage-link topiary, professional landscaping, our hot dog mailbox and hot dog flag.

The back yard will feature a small miniature golf course with fast food themes for each hole.

The interior will exhibit close to a thousand pieces from the collection and a professional kitchen.

We will soon begin to raise the funds necessary to establish **The Hot Dog Hall Of Fame** as a combination **Hall Of Fame / Museum / Restaurant / Gallery & Gift Shop** to provide a permanent showcase for our collection of approximately **4000** pieces of hot dog advertising, art, collectables, memorabilia, music, promotionals and toys.

Our menu will proudly feature **The World's Best Hot Dog**.


Thank you again and we wish you (and the Rainforest Café) the very best.

**With Relish,**


# The Hot Dog Hall Of Fame
**PO Box 658 Fairfield, Ca. 94533**

EXHIBIT A

## Darla Webster

**From:** "Uncle Frank" <hotdog@jccomp.com>
**To:** "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:** Tuesday, June 06, 2000 8:09 AM
**Attach:** tihhof.JPG
**Subject:** The International Hamburger Hall Of Fame

Designed by Architect Eugene Tsui of Emeryville, California.

Mr. Tsui is well known for his innovative design and unorthodox construction techniques.

Other examples of his wonderful work can be found on his web site at:
http://www.tdrinc.com.

(If you visit his site, be sure to see "The Fish House" in Berkeley).

Features include a spiral walkway from the ground level to the top floor which will house Harry's collection of hamburger art and memorabilia, folding side panels which retract in good weather and a circular glass-walled elevator with waterfall.

Living quarters will be located in the upper level, a small cafe will be on the ground level and offices, mechanical plant, loading area and parking facilities will be located in the basement (underground) level

With Relish,

Uncle Frank



**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 8:11 AM |
| **Attach:** | harryha.JPG |
| **Subject:** | The Hamburger Mobile |

This is $114K worth of Hamburger Harley.

The fiberglass burger was fabricated by the same master craftsmen who built nearby Disney World.

The top bun hinges up hydraulically for mechanical access.

Entrance is through an electric Honda sunroof in the top bun.

The stereo system plays the sound of sizzling burger meat.

There are blue neon lighting effects underneath.

There is even a steam system with outlets beneath the bottom bun at the push of a button.

The attention to detail is awesome.

Hamburger Harry's web site: http://www.burgerweb.com

Photo by Harrod Blank ("Wild Wheels").

With Relish,

Uncle Frank



## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 8:13 AM |
| **Attach:** | Goodburger.JPG |
| **Subject:** | The Good Burger Mobile |

This car was featured in the movie "Good Burgers"

Yes, it is an AMC Pacer!


The Good Burger Mobile was given away as a stunt to promote the movie.


It took Harry quite some time to track the owner down.

It took him even more time to persuade him to sell it to him.


The crinkle cut french fry windshield wiper blades are missing.

So are the onion and tomato slice wheel covers.

The filming of the movie inflicted some damage to the car.

It's rough and will need a lot of work, but Harry shouldn't have any problem
with it...


With Relish,

Uncle Frank



**The Good Burger Mobile**

**Hamburger Harry's Latest Acquisition**

**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 8:14 AM |
| **Attach:** | fm4d.JPG |
| **Subject:** | Burger Bucks |

I did these for our friend Hamburger Harry (similar to our Hot Diggidy Dollars).


With Relish,

Uncle Frank

---



## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 8:15 AM |
| **Attach:** | Trailer.jpg |
| **Subject:** | From the Hamburger Harry Collection |

To the left of the Burger Mobile is Harry's collection of classic American car grilles and bumpers  and some of his roadside items like the traffic light and signs, etc.

Also notice the ring of neon signs around the top of the entire room.

Nice stuff, eh?


With Relish,

Uncle Frank

---



## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 8:26 AM |
| **Attach:** | mrw4.JPG |
| **Subject:** | Mr. Wiener 1 |

One of our latest acquisitions (in the living room of La Casa Weenie).

Another message to follow.


With Relish,

Uncle Frank



**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 8:30 AM |
| **Attach:** | mrw3.JPG |
| **Subject:** | Mr. Wiener 2 |

We bought this from an importer in LA who found it in the Philippines.

It's made out of fiberglass and is just over 6 feet tall.

It cost us $700 and that is the most we have ever paid for anything in the collection (except Lamborweenie).

Fortunately, we have a great bunch of readers and contributors or we would never have gotten this far along.

With Relish,

Uncle Frank



**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 8:34 AM |
| **Attach:** | frankie2.JPG |
| **Subject:** | The Frankie Awards for Hot Dog Excellence |

The "Frankie" Awards for Hot Dog Excellence have been presented every July,
National Hot Dog Month, since 1982.


The "Frankie" Awards have been held in a number of venues over the years.

Our first year's awards were presented at our restaurant, Hot Diggidy Dogs
in Santa Clara.

In subsequent years, we have held the ceremonies in various locations,
sometimes featuring a cook out, sing along, food, drink, games,
entertainment and a small custom car show several times.

One ceremony even included an attempt to beat The Guinness World Record for
Hot Dog Eating.

At other times we presented The "Frankie" Award in person at the recipient's
place of business.

When extreme distance or convenience was a factor, we sometimes simply
mailed them.


Past recipients include (this message is not yet finished and is incomplete
in places):


Herb Caen, of The San Francisco Chronicle columnist extraordinaire and
friend of the hot dog

Jerry Strahan, Author of "Managing Ignatius" and General Manager of New
Orlean's famous Lucky Dogs

Donald Dale Jackson who wrote for Smithsonian Magazine until his recent
retirement.


Media Excellence:

Norman Davis

Tom Mix

8/22/2008

Design Excellence:

Top Dog of San Jose, Ca.


For Hot Dog Excellence:

Fabulous Franks of Vacaville, Ca.

Paradise Hot Dogs of Kaui, Hawaii


Frankette of the Year:

Melissa Garbiras

Amy Wheeler

Annette Haas


Artist of the Year:

Terry Axelson

Mick Grey

John Brennan

Lead Penny Airbrush Studios

Ray Nelson


Pushcart Personality:

Sherry Stewart


The World's Best Hot Dog:

Schwarz Sausage Compamy of San Francisco, Ca.


The World's Best Hot Dog Bun:

Toscana Bakery of Oakland, Ca.

The World's Most Beautiful Hot Dog Restaurant:

Franks For The Memories of San Francisco, Ca.


For Outstanding Contribution to Hot Dog History:

Charlie Kazan

Professor Bruce Kraig of Roosevelt University, who teaches a course on Food
History and is the author of several papers regarding our favorite
comestible. Professor Kraig also has a slide show about the History of the
Hot Dog and was featured in a recent Discovery Channel program called
"American Eats-History on a Bun".

Jeff Potocsnak

Joe Pena

David G. Bettini

Chris Masterson

Tammy Kaiser

John Crawford

Moon Webster

Darla Webster

James Webster

Lucille Miller


With Relish,

Uncle Frank

_____



## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 8:36 AM |
| **Attach:** | ff&mmh.JPG |
| **Subject:** | WeenieGram (1999 Frankie Awards) |

The 17th Annual "Frankie" Awards for Hot Dog Excellence


The envelope please...

We are pleased to announce that our first "Frankie" goes to Mr. Jeff Potocsnak for his very generous donation of Frankie Frank and several other wonderful contributions to The Frankfurter Chronicles over the past year.

Mr. Potocsnak is a serious Mr. Potato Head collector and has a great web site featuring his extensive collection.

He recently donated Mr. Mustard Head, Frankie Frank's companion piece (see photo).

After receiving Wienerdom's most prestigious (and only) award, Mr. Potocsnak says that it has changed his life, that he gets recognized everywhere he goes, that women now seem to find him irresistible, that when he was recently pulled over for speeding, the cop let him go when he recognized him, that there is now talk of the Governorship and he just signed a record deal worth millions...


And it is with great pleasure we announce that our second "Frankie" this year goes to Professor Bruce Kraig of Roosevelt University in Chicago.

Professor Kraig was recently featured in "American Eats-History on a Bun" as well as the great article in the recent issue of Smithsonian Magazine (June 1999).

Professor Kraig also has a slide show presentation of The History of the Hot Dog and has published several papers on our very favorite comestible.

Professor Kraig says his "Frankie" shares the fireplace mantle with his wife's Emmy Awards (she is a TV producer).


"Hot Dogs Are Us"

Finally, we are proud to present our third "Frankie" to Mr. Donald Dale Jackson who wrote that great article about our favorite food for Smithsonian Magazine.

8/22/2008

We are deeply honored to have been included in this wonderful article.

Mr. Jackson, a former Bay Area resident who now lives in Connecticut, will soon retire and says he was proud to make this article his last feature for Smithsonian.

With Relish,

Uncle Frank

---





## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 8:38 AM |
| **Attach:** | 50.jpg |
| **Subject:** | 50 Hot Dogs, 50 States, 50 Days Part I |

Tell us what you think:


50 Hot Dogs in 50 States in 50 Days

(We can already see that on a T-shirt).


We would be attempting to set a Guinness World Record for Hot Dog Eating.

The Guinness people do not accept fast eating records anymore (for legal liability reasons).

They will accept this one, however, as I am in no way endangering myself.

I will eat 50 hot dogs, 1 at a time, in 50 states, over a total period of 50 days (an average of 1 hot dog per day). .


Of course, we will film and tape the entire trip, which will provide us with a great documentary and companion book.

It will be a book, a documentary and a Guinness World Record Attempt all in one!


It will make a great story even if I don't pull it off.


We would start out in Maine and try to cover most of the original 13 Colonies in a few days (a little gratuitous hot dog history lesson thrown in won't hurt anyone).


I don't fly, so it would be a combination of rental cars, maybe the train and a rented RV for certain parts of the trip.

Certain of the support crew (camera, sound, etc) could fly ahead at certain parts of the trip.

Others won't be with us on certain parts of the trip (it will be a basic "skeleton" crew on the Alaska segment (in a fast rented V-8 car with a good heater) and the Hawaii piece (as a matter of financial prudence).

8/22/2008

If we could make good time and get in at least one state, sometimes 2 in a day and (hopefully) most of New England in 3 days, we would accumulate a surplus of time on the rear end of the schedule, a necessity, since I don't fly and would have to get to Alaska and Hawaii within the 50 days allotted.

Then there are certain places like the 4 Corners area where Utah, Colorado and 2 other states meet (we could save 3 days right there). We would stand in one state, eat a hot dog, then move over to the next one, etc. And there are a couple more of those areas around the country, so we might be able to save a couple of weeks doing it that way

For the Alaska segment, we would drive up in good weather (late Spring to early Summer).

They say it can be done in about 3 days from Seattle if you drive in shifts (a total of 6 days plus round trip).

Approximately 100 miles from the border, we would place a hot dog in a bun inside of tin foil and put it on the engine to cook.

The minute we hit the state line, we will stop in front of the "Welcome to Alaska" sign, squirt a little mustard on that dog, eat it, turn around and head south (that should tell you what I think of snow).

The Hawaii segment will be the last (the boat takes 3 to 5 days, depending).

As long as we pull into port on the 50th day, it'll be cool.

For that matter, I could even be eating the hot dog as the boat pulls into the harbor.

If we have any budget left over, hey, think of it as a free vacation, in Hawaii, no less...

If there's enough money left over, we may even stay 2 weeks!

And it will give us an excuse to visit a number of our friends all across the country, as well as shooting some great roadside film. We will also visit a few shrines to the almighty tubesteak and other forms of fast food mutations, like having a genuine cheese steak (or 2) in Philadelphia.  And we will make it a point to visit our friend Hamburger Harry down in Florida.

As we will be in a great hurry, think of it as having lunch with 50 or so of our close personal friends...

8/22/2008

In short, we will incorporate parts of "Hot Dogs In A Cold World" they missed, plus the places and people you absolutely have to include. You know them already, so we won't bore you by reciting a list of them now.

Since it is a Guinness World Record Attempt and we won't be tied to any one particular hot dog brand, we can get sponsorship from any number of different sources, making it much, much easier to fund.

I am going to start writing a complete proposal now, even though it may be many months before we can spare the time.

I am also going to have it professionally printed in full color and put toge ther a web site to support it.

With all of the recent advance in modern communications technology, I can see a media tour on the run, with internet and live cell phone interviews from The Wienerbago as we pass through town.

It'll be great fun!

Tell us what you think.

Got any ideas for us?

Know anyone we should know?

With Relish,

Uncle Frank

Part II to follow

---



## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 8:40 AM |
| **Subject:** | 50 Hot Dogs, 50 States, 50 Days Part II |

FEEDBACK:

We've been getting some great feedback about this potential new project.

Bob Westenberg, Publisher of "The Imp" (The World's Smallest Newsletter), suggests we write ahead and invite a few celebrities to share a hot dog with us on the trip.

That was also part of the plan on "Hot Dogs In A Cold World".

We hope to retain the concept as well as meet a number of you for a hot dog along the way.

Dave Major of Benton, Kansas and Fred Hardin in Georgia also suggested we stop by for a visit.

Film maker Harrod Blank ("Wild Wheels", "Wild Wheels 2") writes to make sure Guinness will carry it as a record after he and "The Button King" were only rated an Honorable Mention.

We had the same problem with them when Darla attempted to set a World Record for Waitressing.

(She waited on 39,132 customers in one year, approximately 103 per day, with only 5 days off the entire time).

If we have our druthers, Harrod would go with us to shoot the whole thing.

Jeff Potocsnak (Mr. Potato Head to you!) says we absolutely have to do this project.

He also says we should do a sequel, traveling to other countries.

He suggests we dress in the local garb while we travel as it is guaranteed to offend as many people as possible.

Chris Masterson of Seattle says we should replace the stars in an American flag with a hot dog every time we do it in another state.

Page 2 of 8

Actually, we plan to stamp a hot dog on the side of the "Wienerbago" (World War II fighter pilot style) although that won't work for the Alaska and Hawaii segment...

Speaking of The Wienerbago: We will lease this vehicle for the 2 months this project takes.

Above the windshield, down the sides and across the rear, it will say: "50 Hot Dog 50 States 50 Days".

The lettering should be as large as possible.

Of course these will be removable magnetic signs, which will not damage the RV.

There will also be ample room for sponsor's logos and our web site address will be displayed prominently.

We will also formulate an Official T-shirt design, which we will all wear during the trip.

We also plan to make them commercially available to help finance the project.

We are open to suggestions about other forms of merchandising this concept as well.

John from The White Cat Book Company way up in Canada asks if we will limit ourselves to only one hot dog a day?

Actually, when we do The 4 Corners, we will have to eat 4 hot dogs in about an hour (taking time between each one to move the camera into another state and set it up).

And Sarah X. Kenney of Albuquerque points out that there is only one 4 Corners, not several as I had heard (maybe I should look at the map myself) and several 3 Corners across the country (where we will eat 3 in less than an hour).

"Great idea, be sure to look us up when you are in town!"
Stan Moffett
The Frankfurter
Seattle

"You'll have the most fun circling around Tenn., since 11 states abut it, I
believe".
Harvey Kaplan
Santa Fe, New Mexico


Paul Fitzgerald, owner of Woofies Hot Dogs in St. Louis invites us to stop
by and offers to help with the local media.


Mr. Ken Erdman, President and Founder of The Business Card Museum in
Erdenheim, Pa. also spends a good share of his time in Hawaii each Spring
and says he'll meet us at the dock in Honolulu to share the last hot dog of
the trip with us.


Uncle Frank,

Just my $.02:

Living in Florida, I know that the panhandle is quite close to many other
states, vs. the main body of Florida, which is quite remote. With the right
location, you could probably get to Florida, Georgia, Alabama, Mississippi,
and Louisiana all in about a 4-hour drive, if you were not to stop. Of
course, you will, but to cover this many states in that short a drive-time
is your best course.

Let me know when you guys are in this fair State of Sunshine, and I'll come
get a Franklin Furter with you! I-10 is the quickest way, with some minor
sidetracking to go North-South for those states which are in that relation
to each other.

Another side note: A trivia book I once read said the quickest way to go
from the Atlantic Ocean beaches to the Pacific Ocean beaches is I-10. Could
help in cutting-out some drive time, if you plan your course effectively!

OK, that was about $.04--with inflation factored in for the amount of time
it took to read.

Best of luck!

Larry "RPM" Rambach


Homepage: http://www.geocities.com/MotorCity/9088/


Uncle Frank:

Wichita is not too far from Benton (commuting distance), so maybe we'll get

to meet when you pass through. I'll check the local eateries for a truly
gourmet tube steak.

I counted the Wienermobile collection yesterday. There are a total of 36
different examples, not counting key chains, rubber stamps, pictures, and
yes, even a cast iron frying pan with the Wienermobile cast into it. Would a
video picture of one of the World's Largest Wienermobile Collections fit in?
It can be arranged!

Keep me posted on the progress. I might even be able to come up with a route
proposal, if you need it.

John Masters


Frank:

I like your plan and it sounds fun.

As you know, I am from Toledo. Are you planning anything with Tony Packo's
for your trip? I know you would like to stop by and see their pictures and
souvenirs, as well as look for the places you mentioned that you used to
know here.

My VW Club GTVWC (Greater Toledo Volkswagen Club)
http://www.glasscity.net/users/gtvwc/main.htm, has a winter meeting at Tony
Packo's and we have contact with a the management (the owner of Packo's
bought his son a Beetle and they are in the club.) Our club meeting is held
February 13th. I will try to take some pics of the place along with any VW's
that may show. I don't own a digital camera, but I just bought a scanner.


Will you be considering stopping by Toledo, or Tony Packo's during your
trip? Also, Toledo is 60 miles or so from a 3 corners (Mich, Ind, Oh) so it
will be on your way thru, I think.

I am enclosing a picture from my trip cross-country in my 77 Fury, towing my
66 Beetle, taken somewhere between Nevada and Wyoming. I can't remember
because I drove home in two straight shifts (24 hours, and 30 hours). The
trip went well except for a minor wheel bearing seizure on the Fury in the
middle of the Great Continental Divide, 35 miles from the nearest phone!.

Two days later (my friend drove out from Ohio) I was on my way for my second
shift of straight thru driving. I had to get home for a wedding. Well, talk
to ya later. I will be looking forward to hearing more about your trip....


Jon Stombaugh


Tony Packo's is Corporal Max Klinger's (from the TV series M*A*S*H) favorite

hot dog stand. As many of you know, we lived in Toledo for a number of years and Moon was born there. Of course we will stop by...

Dear Uncle Frank:

Sounds like a whirlwind tour. I am certain that it would be fun.

When the book "Managing Ignatius" came out I thought about pushing a Lucky Dog cart from coast to coast.

I was going to elicit the help of college kids and anyone else crazy enough to join in the trek. Time would have been my problem so I never attempted it.

I would recommend that you also look to condiment suppliers for funding. Hunts or Heinz ketchup and one of the big mustard manufacturers might get behind the project. For the right price put their logo on your shirt like race car drivers do.

Good luck and let me know if you decide to do it.

Jerry

PS: Has anyone ever eaten a hot dog at every major league baseball ballpark during the same season?

Or for that matter every major league baseball and football stadium during the same season.

Loads of promotion in that package with cameras already on location.

You could be the John Madden and Charles Kuralt of Wienerdom.

I could see Ballpark Franks sponsoring you.

Dear Jerry:

Alas, if it wasn't for that damnable lack of a sporting gene...

Actually, I couldn't handle it.

The game doesn't do a thing for me and I hate crowds. I know there probably aren't enough games in a season to see all of the stadiums, but over a couple of years at most, it could be done. Also, it's beyond me financially as getting into these games nowadays seems to be a rich man's hobby, especially when you factor in plane tickets, hotel rooms. etc. As I don't

Page 6 of 8

fly, it would take way too much time and be even more cost prohibitive.

Why don't you do it?

You'd be a natural (hell, you've already been to China, so what are a few ballparks?).

It would also make a great book...

With Relish,

Uncle Frank

Jerry Strahan is the boss at New Orlean's famous Lucky Dogs.

For those of you unfamiliar with Lucky Dogs, their beautiful carts are shaped like giant fiberglass hot dogs.

He is also the author of "Managing Ignatius", a wonderful book about his career in the hot dog business.

Uncle Frank:

Benton to Wichita. Depends on which side of town you are on. Wichita is the largest city in Kansas and has around 300,000 population. (Most of Kansas City is in Missouri.) Benton is east of Wichita about 10 miles on the north side. We live on the southwest corner of town. From our house to Benton is 25-30 miles. We have the plus of being about 5 miles from the turnpike, accessible by interstate less than 1 mile from the house.

Easy access to and from.

I have met Dave and seen the Aerocar in person. (Not sure if I would recognize him though, it has been a while.) He should remember the Olds also.

We have been in a few parades and shows together.

May I propose having everyone meet here? I'll get the charcoal fired up and we can grill the weenies for everyone. Having the entourage here for a couple hours should drive the neighbors nuts, but we live in a very friendly area. Everyone looks out for everyone else.

New neighbors don't stay unknown for long.

Sounds like party time!

John

Uncle Frank:

One more thing, since the Olds has a max speed of about 20 mph, I have to truck it to shows, parades, etc. Loading and unloading takes a while. In addition to the Olds, I would have to wrap and load 36 weenie wagons and cram them in the truck too. Sure would be easier and take less time to do it here.

Thanks!

John

Dear John:

Sounds like fun.

We'll buy the weenies.

You could always invite a few of the neighbors if you want (hey, they're your neighbors).

John Masters own a great Wienermobile Collection (as seen in The Frankfurter Chronicles) and has an absolutely beautiful Turn-Of-The-Century "Curved Dash" Oldsmobile which he restored to mechanical perfection.

He also is the author of a "How To" Book on this project.

Dave Majors has a couple of beautiful late 1950's BMW Isetta 600's.

Uncle Frank,

This sounds fine.

I didn't know you knew John Masters. I met him quite a while back. May have been in a St. Pats Parade.

It's a small world.

I live on the west side of the Benton Airport. Four miles straight south of us is the Andover Exit of the Kansas Turnpike. The SW side of Wichita is only 30 min. from here.

This is getting to sound like fun.

8/22/2008

Dave

Hi Uncle Frank.

I like your idea of fifty dogs in fifty states. Let me know when and where
you'll be in Missouri or Illinois and I will do whatever takes to be there
with the wiener bike. I live in St. Louis and don't know of too many great
places to get a hot dog. If you get time maybe you could send me a short
list. Best of luck on your move.
Wiener boy

Wiener Boy (AKA Chris Koehler) is one of the founders of The Banana Bicycle
Brigade in St. Louis and has a pretty cool hot dog shaped bike (as seen in
The Frankfurter Chronicles).

Dear Uncle Frank:

The 4 Corners area in New Mexico has a number of vendors and you can stand
in three states at once.

Harvey J. Goodhart
The Sausage Man of Albuquerque, New Mexico

With Relish,

Uncle Frank

Part III to follow

## Darla Webster

**From:**     "Uncle Frank" <hotdog@jccomp.com>
**To:**       "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:**     Tuesday, June 06, 2000 8:42 AM
**Subject:**  50 Hot Dogs, 50 States, 50 Days Part III

ADDENDUM

We also plan to incorporate in a number of stops from "Hot Dogs In A Cold World", our original proposal.

The Original Nathan's at Coney Island
Tail O' The Pup in Los Angeles
Pink's Famous Chili Dogs in Los Angeles
Dick's Hot Dogs in Wilson, North Carolina
Oscar Mayer company headquarters in Madison, Wisconsin
The mansion and grave site of Oscar Mayer in Chicago
Coney Island Hot Dogs in Longmont, Colorado, another hot dog shaped diner
The Cheeseburger Monument in Denver
The Other Hot Dog Hall Of Fame and Rosie's Diner in Rockford, Michigan
The Lady Luck Casino in Las Vegas, Home of The 22 Inch Long, 16 Ounce Hot Dog


More Places To Go & People To Meet:

The recently renovated kinetic neon Heinz Catsup Sign in Pittsburgh.
Cheese Steaks at Pat's and Geno's in Philadelphia
Meet John Russ, the Internet Cheese Steak King
Meet Mr. Potato Head (Jeff Potocsnak) and see his great collection
Tour the Business Card Museum in Erdenheim, Pa. and meet the Founder, Mr. Ken Erdman
Visit the Pickle Packers of America
See The World's Largest McDonalds
See The Catsup Bottle Water Tower
Meet The Hot Dog Professor
Sam's World Famous Hot Dogs Weenie Van
Mr. Charlie Kazan, a serious hot dog eater
Mr. Harvey J. Goodhart, The Sausage Man of Albuquerque, New Mexico


We also plan to meet a large number of others in this business (who are not yet mentioned here), some of our wonderful readers (of The Frankfurter Chronicles) and some of our old, old friends.


Additionally, we have a large number of other plans which are not concrete enough to mention yet, but we will tell you about each of them as they are confirmed.

Some of the potential additions are:

Super Duper Dogs in Fairfield, New Jersey

Usinger's Sausages in Milwaukee

Super Dawgs in Chicago


MORE 50 HOTDOGS, 50 STATES, 50 DAYS

Uncle Frank:
I indeed have read your ambitious plans to visit 50 states and consume 50
dogs in 50 days. I am impressed with your idea, and would love to have the
opportunity to meet you when you come into Minnesota. I see you are planning
to visit in Madison, Wisconsin, and we are about 5 1/2 hours from there. The
only problem for you here is that we are located about 100 miles north of
the Iowa border. I certainly would make it a point to meet you wherever your
plans take you in the state of Minnesota.

I know the logistics and planning for the trip are going to be challenging.
I can already tell by all the other things you want to do could make your
trip much longer than the 50 days. I was also thinking that since you don't
fly, what about 48 days 48 states and 48 dogs? It would obviously take a lot
of pressure off, and in my opinion would be much more achievable and still
very significant. Alaska and Hawaii seem like foreign countries anyhow. By
the way, make sure the Midwest portion of your journey is in the summer
months. The winters in this part of the country can be tough and
unpredictable. I look forward to hearing more about your plans and wish you
the best of luck. By the way, I have acquired the two toughest colors of
Armour coins thanks to Ebay. I now the a gold and silver coin, and would
love to show them to you. These two coins are the crown jewels of Armour
coin collecting!

Yours truly,
Rick


We have to do the entire 50 states if for no other reason than to make it
that much more likely Guinness will accept it and to make it that much more
difficult should anyone want to challenge it.

(We figure this may cost as much as $100K, but what would it cost to fly to
all 50 states in 50 days, especially if you factor in at least a camera and
sound man as well?).

That's about the only way we can see someone else ever challenging it and
they would spend even more than we did.

8/22/2008

We're talking Extreme Film here...

The Wife and Boy will only be on a couple of parts of the trip (to Ohio and

Illinois and the Hawaii segment).

The rest of the trip it will only be me, the camera man, maybe a sound guy
and a production assistant/second driver/spokesman (a relative who can
afford to take the time off).

We will use the RV from town to town but stay in hotels and motels at least
every other night or so.

We will be looking for a hotel sponsor, of course, besides a car rental
sponsor, maybe an airlines sponsor, as well as the usual suspects (the hot
dog companies, mustard and catsup companies, Coca Cola and maybe the TV Food
Network or The Travel Channel).

We are also considering producing a small line of merchandising to help
support this project, sold through the web site we will put together, and
maybe even asking for pledges (a dollar per state?).

If you consider that we will attempt to visit the original 13 colonies in 3
days or so (a savings of 9 or 10 days right there), stop at several 3
Corners and the one 4 corners (covering another 10 states in only 3 actual
days), we will gain a total of 15 to 17 extra days in just those stops
alone, we should have some leeway and be able to stop by for a brief visit.

We haven't actually started studying the maps yet, but we plan on rolling
almost 24 hours at a time, except when we are filming.

Many of the states aren't really known for the quality of their sausage
products, so we will also carry a freezer full onboard so we can shoot
certain scenes at our convenience, even if it means whipping out a can of
Sterno in the parking lot in front of Mount Rushmore at midnight.

We will have to spend more than one day in several states because of the
sheer amount to be covered, but there are also a number of usable  photos
and a few film clips in our collection already, which can be inserted during
post production.

In other places, we plan on meeting several of our friends at the same time
and place (such as the Kansas and Seattle segments).

For instance, when we do the Philadelphia Cheese Steak segment, the 2
locations are directly across the street from each other and we plan on

meeting John Russ, The Internet Cheese Steak King in front and have lunch with him at both places.

Overall, we are optimistic about being able to achieve all of our goals.

We hope to start shooting around late Spring (May 15th or so), hopefully to be done before it really gets hot out.

That way, the road up to Alaska might be thawed out by the time we are ready for that leg of the trip.

If we include only one day of filming during July, National Hot Dog Month, that will be enough for us to cover all the bases.

As I said, this is approximately 18 months away yet, so we have a lot of time to massage the schedule and fit it all in.

We look forward to meeting you.

Got a favorite local hot dog stand (or brand)?

And congratulations on your recent acquisitions.

We can't wait to see your entire collection.

Please let us know if you have any suggestions for this list.

We appreciate the feedback and ideas.

Please keep them coming.

With Relish,

Uncle Frank

## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 8:48 AM |
| **Attach:** | hofhof1.JPG |
| **Subject:** | Hall Of Fame Hall Of Fame |

Hall Of Fame Hall Of Fame

The Pop Culture Event of the Year

Hall Of Fame Hall Of Fame was a collection of 54 Halls Of Fame from all across the United States.

The venue was San Francisco's beautiful Center for the Arts in Yerba Buena Gardens.

The show ran for almost three months (November 24, 1996 to February 23, 1997) and attracted thousands of viewers.

There were over 50 articles written about this show and some are available online by request.

It was our first ever public exhibition and we were very well received (some say we stole the show).

Some of the more off beat participants were The Rock & Roll Hall Of Fame, The Cowgirl Hall Of Fame, Fiddler's Hall Of Fame, The Rodeo Hall Of Fame, The Clown Hall Of Fame and The Burlesque Hall Of Fame.

For the sports-minded, there were Halls Of Fame for the usual and the not so usual suspects such as: Croquet, Basketball (2), Bay Area Sports, Bicycling, Boxing, Figure Skating, Fly Fishing, Football, Fresh Water Fishing, Game Fishing, Gymnastics, Lacrosse, Little League, Polo, Senior Athlete, Softball, Skiing, Ted Williams, Tennis, Trapshooting and Wrestling.

There were also Astronaut, Automotive, Racing, Recreational Vehicle and Sprint Car Halls Of Fame.

If you are an animal lover, there were exhibits from the Agriculture, Poultry, Greyhound, Kentucky Derby and Harness Dog Racing Halls Of Fame.

Finally, there were also exhibits from collections a little harder to classify, such as the Checkers, Frisbee, High School Band Directors, Inventors, Poker, Quackery, Quilting, Radio, Rivers, South Carolina Criminal Justice System, Space, Television and Women's Halls Of Fame.

Photo:

Poster for the event featuring our mail man, Rudy Carabajal.

They were 3 feet by 5 feet and could be seen blocks away on Mission Street.

With Relish,

Uncle Frank



## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 8:50 AM |
| **Attach:** | 3weenie..JPG |
| **Subject:** | Three Weenie Salad |

This recipe was given to us by Jeff Smith, The Frugal Gourmet and has quickly become one of our favorites.

You can use just about any three of your favorite sausages for this dish, it's entirely up to you.

We mix them up according to flavor, texture and coloring.

We generally use Casper's Hot Dogs, Hillshire Farms All Beef Kielbasa and either a knockwurst or bockwurst, but mainly whatever we can find at the time.

We prefer to boil the sausages lightly (just enough to make sure they come up to temperature), although you can grill them instead, if that is your preference.

We then slice them into thin (or sometimes thick) rounds.

We've also sliced them diagonally, for that special occasion.

This is also one of those dishes that is even better the next day...


Basic Fennel Dressing

1/2 cup olive oil
1/2 cup peanut oil
1/2 cup red wine vinegar
1/2 cup white wine vinegar
1 Tsp sugar
1 Tbs dry mustard
1 Tsp ground fennel seed
2 Tbs lemon juice
1/8 cup chopped dried parsley

Combine oils and vinegars, add sugar, mustard and fennel.

Add lemon juice and parsley.

Salt and pepper to taste.

Add cooked and sliced sausages and allow to chill for at least a couple of hours before serving.

Hot Dog Platter courtesy of Hamburger Harry.

With Relish,

Uncle Frank

---



# Three Weenie Salad

## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 8:53 AM |
| **Attach:** | seal.JPG |
| **Subject:** | HE'S WIENERDOM'S TOP DOG |

Anita Amirrezvani
The Contra Cost Times

Call him a hot dog honcho. Fairfield resident J. Frank Webster is the owner of the Hot Dog Hall of Fame, a collection of 2,000 objects with a weenie theme. There's a hot dog phone, a weenie water gun, a string of hot dog Christmas lights and a gag jar that spurts a fake plop of mustard. Most of these items are on display at the "Hall of Fame Hall of Fame" exhibit at the Center for the Arts at Yerba Buena Gardens.

Webster, who changed his name to Frank after people gave him that nickname, never intended to get so deep into hot dogs. Fresh out of the Navy in 1976, he began selling hot dogs off a motorcycle and became a collector by default after people began loading him up with hot dog memorabilia.

Then the idea struck. "One day I'm sitting at Denny's with the wife (Darla) while she worked there, and part of their menu said, Hamburger Hall of Fame,' " says Webster. Thus the idea for a hot dog hall of fame was born.

His next quest was to find the right kind of trophy to give to people who make important contributions to the world of franks. The solution was the Frankie, a cheerful but rather phallic-looking figure who is on display at the exhibit. Award categories include "pushcart personality of the year" and "hot dog excellence."

Webster's next big project is to finish the Lamborweenie, a sports car shaped like a hot dog in a bun. He plans to challenge the Oscar Mayer Wienermobile to a race when he completes it.

Many people think Webster's passion is strange. "We get all kinds of weird remarks," he admits. "Some people look at me and say, What the hell are you doing?' "

But he enjoys being a contrarian. "It's the different drummer syndrome. There's not a lot of money in it, but it's darn amusing."

Webster hopes to open a combined hot dog museum, restaurant and gallery in San Francisco. After all, Americans still eat an average of 59 hot dogs per year.

For more information, call the Hot Dog Hot Line at 1-707-426-4618.



**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 9:13 AM |
| **Attach:** | ufwy.jpg |
| **Subject:** | Hello from The Hot Dog Hall Of Fame |

Dear Mr. Schussler:

It was a pleasure speaking to you this morning.

I called Hamburger Harry and told him about our conversation.

I also sent you approximately a dozen messages, enough for you to see some of our other projects and concepts.

Have a safe trip and let me know when you have had time to go through what I sent you this morning.

And again, it was a pleasure speaking with you this morning.

With Relish,

Uncle Frank

---






**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 9:38 AM |

PS: Not to put too fine of a point on it (or to come off as a Chamber of Commerce booster), but with over a million tourists a year, it does seem to me that San Diego would also be a wonderful location for a Rainforest Cafe, perhaps out near the Zoo (we recently visited it for the first time since the early 70's and it is now three times the size it was back then).

The locals seem to share a lifestyle compatible with Rainforest Cafe's vision as well.


With Relish,

Uncle Frank

**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 2:24 PM |
| **Attach:** | Fb1.jpg |
| **Subject:** | If Hamburger Harry and I were to go into business? |

I forgot to mention that Harry has his own memorabilia merchandising company, Cruising International.

He sells Route 66 items, license plate frames, T-shirts, belt buckles, that sort of thing, hits most of the trade shows (finds us stuff for the collection) and does a serious one in Germany every year.

That's what the "Uncle Ham" suit is all about.


I was a military brat, on the other hand, (and in fact, lived here in the late 50's / early 60's, when my dad was stationed here) which is where the white suit and "Uncle Frank" thing came from (besides being raised by Bilko).


With Relish,

Uncle Frank



## Darla Webster

**From:** "Uncle Frank" <hotdog@jccomp.com>
**To:** "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:** Tuesday, June 06, 2000 2:24 PM
**Attach:** Cabinet.jpg
**Subject:** More from The Hamburger Harry Collection

Several more photos of Harry's collection to follow.

With Relish,

Uncle Frank



## Darla Webster

**From:** "Uncle Frank" <hotdog@jccomp.com>
**To:** "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:** Tuesday, June 06, 2000 2:24 PM
**Attach:** Closeup.jpg
**Subject:** More Hamburger Harry II

A close up view.

With Relish,

Uncle Frank



## Darla Webster

**From:**      "Uncle Frank" <hotdog@jccomp.com>
**To:**        "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:**      Tuesday, June 06, 2000 2:24 PM
**Attach:**    Shelf.jpg
**Subject:**   More Hamburger Harry III

One more to follow.


With Relish,

Uncle Frank



## Darla Webster

**From:** "Uncle Frank" <hotdog@jccomp.com>
**To:** "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:** Tuesday, June 06, 2000 2:24 PM
**Attach:** Shelf2.jpg
**Subject:** More Hamburger Harry IV

With Relish,

Uncle Frank

---



## Darla Webster

**From:** "Uncle Frank" <hotdog@jccomp.com>
**To:** "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:** Tuesday, June 06, 2000 2:24 PM
**Attach:** tjburger.JPG
**Subject:** Tijuana Burger

When we first met Harry (about three years ago), we gave him all of our hamburger stuff.

He has been more than generous in adding to our collection as well.

This is a plaster burger approximately a foot and a half tall that we found in Tijuana when we were there in February.

We had fun showing it to the guys at Customs...

With Relish,

Uncle Frank



8/22/2008

**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 2:26 PM |
| **Attach:** | bananabike.JPG |
| **Subject:** | The Banana Bike |

And I probably should show you this.

It belongs to an old friend of ours, Terry Axelson.

You may have seen another example of his work if you happened to own the album with the King Tut mask by The Tubes in the late 70's.

Terry also built The Hot Dog Hot Line for us back in the early 80's (photo to follow).

We have discussed motorizing the Banana Bike a number of times (I'm a gearhead) in exchange for some help on Lamborweenie's body work but Terry hasn't made his mind up about it, yet.

Terry also owns a cool banana yellow semi-custom 59 Chevy to tow this with and a great gorilla costume to round out the look.

Terry has been collecting banana art for a number of years now (at least 20 as he won the first "Artist of the Year" Frankie Award back in 1982).

We must have donated at least several hundred pieces of banana art to his collection over the years.

Another photo to follow.

With Relish,

Uncle Frank

8/22/2008



## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 2:28 PM |
| **Attach:** | phone.JPG |
| **Subject:** | The Hot Dog Hot Line |

One of three versions.

With Relish,

Uncle Frank

---



**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 2:28 PM |
| **Attach:** | Bananarama.JPG |
| **Subject:** | Bananarama |

We tried to persuade the girl group Bananarama to take us away to some place warm to shoot a video one winter.

We sent them a color photo of this album cover art, a few T-shirts with "The Wild Bunch" logo and a BananaGram, asking for them to have "their bunch get in touch with our bunch", so to speak...

It would have been a natural (and fun).

With Relish,

Uncle Frank



## Darla Webster

**From:**     "Uncle Frank" <hotdog@jccomp.com>
**To:**       "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:**     Tuesday, June 06, 2000 2:29 PM
**Attach:**   HOTDOGLIGHT.jpg
**Subject:**  Hot Dog Lamp

This hot dog lamp is another recent acquisition (and made by those same guys in the Philippines).

One of our other readers does gigantic fiberglass sculptures, such as an 80 foot dinosaur and a life sized UFO (which appears to have crashed into the roof of the building it was installed in/on).

With Relish,

Uncle Frank



**<u>Darla Webster</u>**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 06, 2000 2:29 PM |
| **Attach:** | chuey3.JPG |
| **Subject:** | Too much time on our hands... |

Frankie Frank's South of the Border relative Chuey the Chorizo.

The serape and sombrero are from a tequila bottle..


With Relish,

Uncle Frank

---





## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | <zipglitz@snet.net>; "Will Lennan" <whil@webtv.net>; "White Cat Books" <whitecat@sk.sympatico.ca>; "Wes Evans" <weslio@community.net>; "Thomas Vaughan" <BUGRACER99@email.msn.com>; "The Frankfurter" <frusa@mindspring.com>; "The Fairy Gourdmother" <fairy@lbm.net>; "Tammy Kaiser" <tk2000@pacbell.net>; "Sarah Kenny" <sxkenny@aol.com>; "Raymond Robinson" <zuluman993@hotmail.com>; "Ray Nelson" <guitcycle@aol.com>; "Paul Fitzgerald" <WOOFIESLTD@aol.com>; "Norman Davis" <seguer@ozline.net>; "Mr. Stosh Wychulus" <stoshw@hotmail.com>; "Mr. Steven Schussler" <sschussler@rainforestcafe.com>; "Mr. Steven A. Shaw" <steven_a_shaw@email.msn.com>; "Mr. Rick Savage" <armourcoin@aol.com>; "Mr. Lance Hoffman" <lytmaster@aol.com>; "Mr. Ken Erdman" <kerdman@aol.com>; "Mr. Jerry Strahan" <Jstrahan@aol.com>; "Mr. Jerry Berta" <rosies@rosiesdiner.com>; "Mr. Harvey Kaplan" <rt66jewelry@earthlink.net>; "Mr. Dick Riemann" <topdogbk@slipnet.com>; "Mr. Dave Bettini" <davidbettini@compuserve.com>; "Mr. Chuck Cirino" <cirino@primenet.com>; "Mr. Bob Westenberg" <rjwesten@sedona.net>; "Mr. Bob Novello" <rfn@vesrv.com>; "Mike Fox" <mike.fox@infoseek.com>; "Michael Karl Witzel" <witzelwords@yahoo.com>; "Matt Pachetti" <lizard@solanobiz.net>; "Leah Garchik" <leahg@sfgate.com>; "Larry Rambach" <afn53615@afn.org>; "Larry Powers" <lpowers@larryandkitty.com>; "Kendrick Bangs Kellogg" <okeanos@pacbell.net>; "Jon Stombaugh" <jstombaugh@hotmail.com>; "John Russ" <johnruss@mnsinc.com>; "John Masters" <masters77@rocketmail.com>; "Jeff Potocsnak" <kingbolo@pipeline.com>; "Janet Riley" <jriley@meatami.org>; "J Funk Weber" <jfunkweber@usa.net>; "Harvey Goodhart" <h.goodhart@worldnet.att.net>; "Harrod Blank" <excentrix@aol.com>; "Hamburger Harry" <harry@burgerweb.com>; "Fred Hardin" <hardinsav@aol.com>; <Dkbkaz@aol.com>; "Demian Mochary" <Scubadubaman@earthlink.net>; "Dave Majors" <mmajor@feist.com>; <Christopher.Koehler@mostlo.ang.af.mil>; <Chris@SpeedOfLightUSA.Com>; "Chad & Tanya" <lifeofplay@aol.com>; "Catsup Soup Productions" <catsup@san.rr.com>; "Bruce Kraig" <bkraig@roosevelt.edu>; "Bob" <bugsy1@quixnet.net>; "Alan Pesetsky" <apesetsky@nyc.rr.com>; "Al Newman" <al.notax.newman@juno.com>; "Al Bernal" <PH2OCRAFT@aol.com>; "Adam Evans" <AJEVANS120@Yahoo.com> |
| **Sent:** | Tuesday, June 06, 2000 2:51 PM |
| **Attach:** | Bottle&clouds.jpg |
| **Subject:** | It's Sausage Season again |

World's Largest Catsup Bottle Bash!

Gear up now for the 2nd Annual World's Largest Catsup Bottle Birthday Bash and Custom 'n' Classic Car 'n' Truck Show! This family style street festival will be held on Main Street in downtown Collinsville, Illinois on Sunday, July 2, 2000 from 8:00 am 'til 5:00 pm. Music, food, & fun for everyone! Children's activities area, games, contests, special celebrity guests, attendance prizes, and more will highlight the day.

Help celebrate the "50-oneth" anniversary of the world-famous Brooks Catsup Bottle water tower.

What could be better than a red, white & blue 4th of July weekend party for this incredible example of 20th century roadside America?

A nationwide, grassroots community effort saved this landmark from demolition
and in 1995 it was restored to its original glory.

Everyone is invited and urged to get involved!

This event is presented by Pieces of History Auto Club and the Illinois Main Street office of Downtown Collinsville, Inc.

For more information about downtown Collinsville please log on to http://www.downtowncollinsville.com .

For more info on the World's Largest Catsup Bottle please log on to http://www.catsupbottle.com today!

Volunteers:

Volunteers are still needed to help with in variety of areas.
Please call Judy at 618-345-5598 if you'd like to lend a hand.

Car & Tuck Owners:

Registration is from 8:00 am to 12 noon. Dash plaques to the first 20 entries and there are 38 classes. Call Marilyn at 618-344-6768 for more details.

Vendors:

Space is still available! For an application and more info call Gail at 618-344-6279.

Sponsorship:

Corporate sponsorship of banners, signage, and promotional material still available. Call Rocky at 618-345-8666 or 618-659-9151.

Donations:

Small promotional items to be used as game prizes, and larger items for attendance prize giveaways are still being accepted. Call Judy at 618-345-5598.

Media:

Pre-event and day-off coverage is very much appreciated. Organizers are available for photos and/or video for print, radio, or television interviews. Call Judy at 618-345-5598.

Contact:
Judy DeMoisy 618-345-5598
Fax: 618-345-5699
Email: ctspbottle@aol.com


With Relish,

Uncle Frank



## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Sunday, June 11, 2000 8:44 AM |
| **Attach:** | trike2.JPG |
| **Subject:** | The Great American Hot Dog Machine I |

The Original Great American Hot Dog Machine

Or: How we got into the hot dog business

Before we built this in 1976, I had never even changed a spark plug.

It took us only 5 months to raise the money ($5300) and finish this machine
(including several false starts).

The engine was a 750 Honda mated to a Harley Police Trike rear axle assembly
in
an AEE custom frame.

The front end was a 36" over stock Harley Wide Glide.

Hot dog steamer and condiment rack were custom made stainless steel.

Other features were an ice chest, air horn and AM/FM/Cassette player (for
playing the hot dog music we had collected).

Unfortunately, it was wrecked after only a few days and there is only one
other
photo left.

It was the best photo ever taken of this machine but features a nude female.

If you would like to see it, please let us know.

First of several messages.


With Relish,

Uncle Frank



**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Sunday, June 11, 2000 8:44 AM |
| **Attach:** | trike3.JPG |
| **Subject:** | The Great American Hot Dog Machine II |

With Relish,

Uncle Frank



**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Sunday, June 11, 2000 8:44 AM |
| **Attach:** | baby1b.JPG |
| **Subject:** | The Great American Hot Dog Machine III |

With Relish,

Uncle Frank





## Darla Webster

**From:**      "Uncle Frank" <hotdog@jccomp.com>
**To:**        "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:**      Sunday, June 11, 2000 8:44 AM
**Attach:**    gahdmii.JPG
**Subject:**   Datsuns I

The Great American Hot Dog Machine II

These followed the 750 Honda trike.

We bought 4 Datsun pick ups, a 1976, 77, 78 and 79.

Interior featured 3 large ice chests, 2 deep steamers, shelves for potato
chips,
stereo and opaque white roof panel.

The hot dog on the roof is a photo mockup.

We commissioned a piece for the roof but it was unacceptable and we never
found
anyone to build what we wanted.

The side and rear doors flipped up, with sandwich board menus on the inside.

We still have the last one (violet pearl over white paint, lowered, etc).

Photos feature Head Frankette Amy Wheeler (1980).

Another photo to follow.


With Relish

Uncle Frank



The Great American Hot Dog Machine III

## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Sunday, June 11, 2000 8:44 AM |
| **Attach:** | amy.JPG |
| **Subject:** | Datsuns II |

With Relish

Uncle Frank



## Darla Webster

**From:** "Uncle Frank" <hotdog@jccomp.com>
**To:** "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:** Sunday, June 11, 2000 8:45 AM
**Attach:** beast2.JPG
**Subject:** The Beast I

We abandoned this project when we realized we had to build Lamborweenie.

I have driven it just the way the photo shows for over 15 years now (got my money out of it and then some).

We still use the trike to break in our new motors.

We may finish it one day, just for the heck of it.

See second message.


With Relish,

Uncle Frank



**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Sunday, June 11, 2000 8:45 AM |
| **Attach:** | Beast.JPG |
| **Subject:** | The Beast II |

Sunroof would have been smoked plexiglass, fiberglass model "T" rear fenders,
brass carriage lamps, etc.

Signs would have been 6 inch brass letters applied to sides of polished aluminum
body.

Rear compartment will hold huge stainless steel ice bin for sodas and 3 steamers
for hot dogs.

Fold-up side doors and fold-out butcher block shelves, stereo, cell phone, air
horn, etc.

Show-quality powder coated and chromed Type III motor and transaxle, dual 'baby'
Weber carbs, etc.


With Relish,

Uncle Frank



**The Great American Hot Dog Machine III**

## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Sunday, June 11, 2000 8:45 AM |
| **Attach:** | Lmbomotr.JPG |
| **Subject:** | Lamborweenie 1 |

This is the motor and transaxle for Lamborweenie (The Hot Dog Hot Rod).

Motor is shown in trike (where we break in all of our motors).

Notice all chrome sheet metal, red powder coat accents, chromed oil pump cover.

Also notice polished 009 distributor and dual, dual 40 mm Dell Orto carbs.

Like all of our motors, all fasteners are either black anodized or polished stainless steel Allen head bolts.


With Relish,

Uncle Frank

---



**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Sunday, June 11, 2000 8:45 AM |
| **Attach:** | trans.JPG |
| **Subject:** | Lamborweenie 2 |

Notice black powder coat transaxle case, chrome axle tubes, backing plates, red
powder coated bearing cups.


With Relish,

Uncle Frank



Powder Coat & Chrome Transaxle

**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Sunday, June 11, 2000 8:45 AM |
| **Attach:** | pan.JPG |
| **Subject:** | Lamborweenie 3 |

We have a powder coated Type III pan (frame) leaning against the bedroom wall for this project.


With Relish,

Uncle Frank



**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Sunday, June 11, 2000 8:45 AM |
| **Attach:** | tank.JPG |
| **Subject:** | Lamborweenie 4 |

We also have a great digital stereo, and a chromed Bug gas tank as well.

With Relish,

Uncle Frank



**Darla Webster**

**From:**     "Uncle Frank" <hotdog@jccomp.com>
**To:**        "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:**      Sunday, June 11, 2000 8:45 AM
**Attach:**    lambo.JPG
**Subject:**   Lamborweenie 5

Body is a fiberglass Porsche roadster body with hot dog and mustard stripe
to be molded down the center. Wheel wells will be opened up for "flares".


With Relish,

Uncle Frank

---



## Darla Webster

**From:** "Uncle Frank" <hotdog@jccomp.com>
**To:** "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:** Sunday, June 11, 2000 8:46 AM
**Attach:** lweenie.JPG
**Subject:** Lamborweenie 6

We are currently working on the front beam (suspension) assembly (chroming
and powder coating).


With Relish,

Uncle Frank

---



**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Sunday, June 11, 2000 8:46 AM |
| **Attach:** | franx4u.JPG |
| **Subject:** | Lamborweenie 7 |

Lamborweenie's License Plate (Franks for You).

With Relish,

Uncle Frank

---



## Darla Webster

**From:**      "Uncle Frank" <hotdog@jccomp.com>
**To:**        "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:**      Sunday, June 11, 2000 8:46 AM
**Attach:**    wiener.JPG
**Subject:**   A Close Personal Friend

Uncle Frank & Der Wienerschnitzel's Wiener Dog (1981).

Photo courtesy of Chris Masterson.


With Relish,

Uncle Frank



## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Sunday, June 11, 2000 8:46 AM |
| **Attach:** | DoggieDiner.JPG |
| **Subject:** | Wiener Island |

We have chased at least half a dozen Doggy Diner Dog Heads over the years.

We also know the whereabouts of at least that many more (there were only about 30 of them).

But we have yet to obtain one for our collection.

We have a great stunt planned, if we ever get our hands on one (even if we can only borrow it for a while).

We plan to take a mold from it and produce about a dozen light weight, water proof copies in resin foam.

We will then seal them with a light coat of polyurethane, paint them (with polyurethane paint), float them out to a local island in the middle of the night, erect them in rows on the beach, like the Moai (Stone Heads) of Easter Island.

They will all be in place when the sun comes up the next morning.

We are hoping to find a small island close enough to a freeway or populated area for the commuters to enjoy the scene.

We want to do this anonymously, at least until it is all over.

We call this project "Wiener Island".

It is our considered opinion (and just plain wild-assed stray lunatic theory) that the stone heads on Easter Island were merely the ancient predecessors of the Dog Heads, and were, in fact, the original fast food icons of pre-history.

Take a close look at the Stone Heads, particularly the later ones, who appear to be wearing chef's hats.

We have spent a lot of time researching Easter Island (too much time on our hands, obviously).

We will rent a few boats, ferry out several hundred of our friends, media, etc just before dark and hold an elaborate hot dog cook out in front of the foam dog heads that evening (as ceremonial feasts were held in front of the Stone Heads), take lots of pictures and maybe present a few "Frankie" Awards for Hot Dog Excellence.

We will clean the whole mess up and float the dog heads away late that night, under cover of darkness.

The next day, it will be gone, as if it never happened.

It'll be a kind of a costume party/weenie cookout/performance art thing...

With Relish,

Uncle Frank

---





## Darla Webster

**From:**      "Uncle Frank" <hotdog@jccomp.com>
**To:**        "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:**      Sunday, June 11, 2000 8:47 AM
**Attach:**    Tt3.jpg
**Subject:**   Tubesteak Towers

From his spacious luxury condo in the sky, Frankfurter Magnate Extraordinaire, reclusive philanthropist and multi-trillionaire J. Frank Webster oversees a vast empire of weenie stands...

No?

OK, would you believe La Casa Weenie, (behind the mobile home park, out near the edge of town)?

Actually, we'd like to "borrow" a skyscraper for a few hours one warm summer night  (July is National Hot Dog Month.), cover all the right windows, leave the lights on in other rooms, maybe present a few "Frankie" Awards for Hot Dog Excellence and hold a great Weenie Roast in the Sky for several hundred of our closest friends up on the roof...

It would be one heck of a cook out.

With Relish,

Uncle Frank

---



## Darla Webster

**From:**      "Uncle Frank" <hotdog@jccomp.com>
**To:**        "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:**      Sunday, June 11, 2000 8:48 AM
**Subject:**   Our Media Resume

Newspapers and Magazines

"The Great American Hot Dog Machine"
Nightwire
The De Anza College Newspaper
by Beth Peters
March 1977
Our first exposure to the media.
No print or online copy available.

"San Jose's Great Wiener War is just heating up"
The San Jose Mercury News
by Mark Saylor
1978 (?)
Uncle Frank (before he was Uncle Frank) mediates hot dog dispute in attempt
to curb negative publicity surrounding this war (which we call
"Wienergate"). One yellow, deteriorating newsprint copy in our files.

"Fairfield Hot Dog King-This man's wild about franks"
The Daily Republic
by Cathy Pool
July 1988
Great article, best one to date.
Good photo of Uncle Frank.
We can xerox you a copy.

"Flash: Man bites dog"
The Daily Republic
by Debbie Minnema
15 February 1989
Several page food feature with several parts to the article including photo
a great photo of Uncle Frank,  another, smaller photo of Postman Bites Dog,
recipes, history and trivia.

Article above was also printed in "The Tempest", Solano Community College's
newspaper 9 Feb 1989

"Hot Doggin'"
The Daily Republic
Small photo feature with caption to announce PBS TV feature
Date/writer uncertain (file photo).
Uncle Frank invites you over for a kraut dog served on a silver platter

"Hot Diggity"

'Another frankfurter eatery to open soon'
The Vacaville Reporter
by Cynthia Roberts
Reporter Business Editor
10 July 1989
Fabulous Franks in Vacaville
"Frankie" Award presented during the interview.
Great photo and smaller one above the header on section front page


Hall Of Fame Hall Of Fame Articles

At last count, there were over 50 articles (and a piece for CNN) done about
this wonderful show but so far, we have only seen the following:

"Museums That Make Their Mark"
The San Francisco Chronicle
by Jerry Carroll
22 November 1996
*Online copy available

"Hot Dog Hall Frankly Fantastic"
The Daily Republic
by Matt Peiken
30 November 1996
Color photo (smaller version above the header on front page), good article

"Hall Monitor"
The Oakland Tribune
by Susan Young
November 1996 (?)

"Alternative Culture Revisited"
The Associated Press
December 1996 (?)

"Their 15 Minutes of Fame" /  "He's Wienerdom's Top Dog"
by Anita Amirrezvani
Contra Costa Times
6 December 1996
Our very favorite article (sidebar) about us.
*Online copy available (minus color photos).

"Hall of Fame that honors the same has little shame"
by James O. Clifford
The Associated Press
9 December 1996
*Online copy available

"Bay City Best"
San Francisco Examiner Magazine

by George Powell
5 January 1997


More articles

"A place to relish... The Hot Dog Hall Of Fame"
"Out West"
The newspaper that roams
by Chuck Woodbury, Editor
Winter 1997

Two other Out West articles:

"He's a Hog for Dogs" (?)
"Weenie News Hot Off The Grill" (?)

"On a Mission from Dog"
by Tracie Cone
The West
The San Jose Mercury News Sunday Magazine
19 July 1998
Extremely funny article, great color photos.
*Online copy available

"Halls of Fame: They're the Greatest"
The Washington Post
By Megan Rosenfeld
12 August 1998
*Online copy available

"Online auction popular way to collect"
by Pat King
The Daily Republic
Date uncertain (early 1999)
Article about eBay with large color photo of Uncle Frank wearing his hot dog
apron and surrounded by a large number of items from the collection.
Front Page Saturday Edition in color. Can't beat that!

"Hot Dogs Are Us"
by Donald Dale Jackson
Smithsonian Magazine
July 1999
We are deeply honored to have been included in Mr. Jackson's last article
before he retired.
This article traced the history of the hot dog and mentioned most of the
current players.
Nine full pages, a large number of photos.
*Online excerpt (no photos) available.

Radio Appearances and Promo Stunts (all dates approximate)

"KSJO Eats It Week" (1978)

Our First Guinness World Record Attempt (1979)

Our Second Guinness World Record Attempt (1979)

"National Frankfurters & Sauer Kraut Week" (1980)

"National Hot Dog Month" (1980)

"KFAT / KSJO Softball Tournament & Weenie Roast" (1981)


Television

"Mark Thompson's Neighborhood Weather"
Channel 11
San Jose, Ca.
July 1983 (?)
5th Annual Frankie Awards & Cook Out at our friend John Crawford's house.
We have a photo of this event but missed taping it on the TV.
Mark Thompson is the guy on the Guinness World Records program if the name
seems familiar.

KTEH
Channel 54
San Jose
(PBS)
Fundraising Week
1985 (?)
Catered the entire week and manned the phone bank the last day.
We have this on tape somewhere.

"Weird TV"
Fox Television Network
1991 (?)
Chuck Cirino brings his quirky style of video to La Casa Weenie.
"Not for the faint of heart..." Roger Ebert
Chuck's most recent series was The Mr. Potato Head Show (also on Fox)

"Best of the Worst"
Network
1993 (?)
Program cancelled shortly after segment was shot and it never aired.

"Hall Of Fame Hall Of Fame"
CNN
December 1996
We missed this one entirely but a friend in Nevada told us about seeing it.

"Neat Stuff"
At the Hall Of Fame Hall Of Fame
Oregon Public Broadcasting (PBS)
Shown on The Learning Channel
May 1997
We have a several copies of this on videotape


Other:

"The American Drive In"
by Michael Karl Witzel
Motorbooks International
1994
We provided the basic research for the hot dog segment.
This great book is still available in stores, online and by mail order.


Addendum:

We have to mention Herb Caen, the beloved columnist for The San Francisco
Chronicle for 58 years, until his death a couple of years ago. Mr. Caen was
an avid hot dog lover and was kind enough to mention us favorably in his
wonderful column a number of times. We have recently located a few of his
columns, which are available online.

We have also been mentioned in columns in a number of newspapers over the
years, such as Leah Garchik's daily segment in The San Francisco Chronicle
and a number of others which elude us at the moment. During a recent search,
we located a number of columns mentioning us, which are also available
online.

And there are invariably several items that we have simply forgotten or are
too insignificant to bring up (photo ops, etc), but this is a fairly
complete overview of our media portfolio.

If we remember anything else, we will add it to the list later.

Addittionally, we have provided research materials for a number of other
media projects including English and Japanese television, major US
newspapers (Boston Globe, Chicago Sun Times, etc), several other smaller
book projects and several magazine articles as well..

We have also done a large number of publicity stunts on our local radio
stations over the years.


With Relish,

Uncle Frank

**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Sunday, June 11, 2000 8:52 AM |

Dear Mr. Schussler:

I spoke with Hamburger Harry a few minutes ago.

He was at Mc Donalds (with his son Karl) at the time and has no idea what his schedule looks like for the 21st.

He will call me and let me know as soon as he gets home.


With Relish,

Uncle Frank

## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Sunday, June 11, 2000 2:00 PM |
| **Attach:** | Banana2.JPG |
| **Subject:** | Hot Dogs In A Cold World |

A few more thoughts:


1) Harry hasn't gotten back to me yet.

I imagine he is still out with Karl (his only kid).

When I spoke to him earlier, he was using his cell phone and the signal was horrible, so I did not get a chance to tell him that you wanted to schedule a conference call for this evening.


I emailed him to finish the message but haven't heard back from him (yet).

I have a number of things to do this afternoon and will be out of touch for a while (Uncle Frank also does not do pagers or cell phones).

When I get back, I will call him again.


2) By the way, those guys importing the stuff from the Philippines also have these monkeys-with-banana available.


3) Also, we have plans for several other hot dog machines, such as a hot dog in a bun side car on a motorcycle.

At one point, I had acquired everything (including a new bike and a costume) except the fiberglass hot dog body, but eventually traded it for something else.


Have you ever seen that hot dog boat (not ours) that used to be a promo vehicle for the San Francisco Boat & RV Show every Spring?


Hamburger Harry is also considering building a smaller version of the Hamburger Mobile, maybe based on a go cart, so Karl (Burger Junior) can drive it.


Finally, the guy with the hot dog bicycle has promised to donate it to us when he figures out what he wants to build the next time out.



**4) Hot Dogs In A Cold World: The Short Version.**

We moved up here 12 years ago with the intention of buying a beautiful Turn Of The Century, curved front brick bank building (wrought iron grilles for the windows and doors, ceiling fans, hand carved antique bar, etc) to give the collection a permanent home.

The guy was asking a measly $180K, a drop in the bucket compared to the Silicon Valley prices we were used to.

Included were all the furnishings and a hard liquor license (it was a bar and grill before).

After we scraped it all together (every penny we had or could borrow), he got greedy, tried to change the deal and we walked away from it.

The bank foreclosed and there have been a succession of failed businesses in the building ever since.

I am ecstatic the deal fell through now as it would have bankrupted us.

Only one other deal has grabbed our attention here since and it also fell through (the owner of the Nation's chain is one of our readers and he was preparing to foreclose on a drive in right next to the high school if they guy didn't come up with all of the money he owed him).

Fortunately (for him) he came up with it at the last moment.

Oh well.

Like you, we are also debt free and plan to stay that way.

We own everything (but this house) and, for the first time in years, we actually have a little money in the bank

Our son has every electronic toy he could possibly want, a new truck, great credit, money in the bank and paid his own way through college working as a bus boy in high school and as a waiter in college.

My wife is a career waitress and we have rigid financial controls in place, an absolute necessity when the bulk of your income is in cash.

We can tell you (exactly to the penny) what we have earned and what we have spent over the last 20 years.

Decent jobs are very scarce here and we went through some pretty hard times in the last 10 years.

I was unemployed, broke, sick (almost three years) and gained way too much weight.

My son and wife were rear ended in a traffic accident and that case drug on for years and cost us thousands of dollars.

Then she had a serious problem with her employer (Dennys) and that also drug on for almost three years.

Soon after that was over (she won, of course) her other employer (Chevy's Mexican Restaurants) was sold and it started all over again (age discrimination, unfair hiring and firing, favoritism, etc) .

A businessman who owns the Liquor Cheaper chain once called this place Soviet Fairfield and we never really understood what he meant until all of her troubles with Denny's and Chevy's started.

These people think they can do anything they want and you have to put up with it because jobs are so hard to come by around here.

This time, however, we were prepared and thoroughly documented it all (we are also meticulous record keepers).

Last week, we handed it all over to the lawyers and we anticipate them (the company) making us a serious offer soon (it even spilled over onto CNN).

See a bit of it here:

http://www.cnn.com/2000/US/02/09/workplace.bullies/index.html.

Click on the appropriate video player link (middle of the page) for your machine to see a short segment of the interview.

She is an award winning, star performer and no company has the right to treat her (or anyone else) the way they have.

I am sorry I tend to go on and on about this but I acted as her paralegal through the entire thing (drafting letters, "Cease & Desists", etc and am finally relieved to have turned it over to the big dogs now.

8/22/2008

We are finally back on our feet and doing fairly well now.

I am starting to get very healthy again (I was never sick a day in my life before all of this) and things are looking up all around.

Our son will graduate from college with a BS in Industrial Engineering this summer and the wife is doing very, very well in her career (she manages a local private country club's coffee shop).

We are moving to prevent the things that have happened to us from every happening again.

(And we had always intended to go to San Diego when we came back here from Illinois and Ohio 25 years ago, but...)

I spent months in a wheel chair and had to learn to walk all over again about 5 years ago.

I have had some other serious health problems (mold spore infections in my lungs two winters in a row, pneumonia last winter and back problems).

I am over all of that now, I am starting to make some good money (in spite of living here) and am well on my way back to full recovery.

There were a great number of great things that also happened while we were here, but this place has become so inextricably linked to all of the bad stuff that we have to get out of here.

As I mentioned on the phone, I am now doing computer graphics and web site design work.

Our only client is AT&T (in Seattle).

We recently built a fully functional web site for a prototype of their Internet in the Sky project.

I can work at home and put in as many hours as I want (which also means I can move to just about anywhere on the planet to do what I do.

My wife's cousin is the family computer guru with the link to AT&T.

He also works out of his house in Seattle but used to work directly for them after he spent 15 years with Microsoft.

In spite of the recent positive turn of events, I have a few lingering

8/22/2008



effects of the bad times we had here and sometimes find myself viewing good things in a very skeptical manner (most people think I am disgustingly optimistic, normally).

Please excuse me for that remnant of attitude, I am sure a change of location will cure most of that in the near future (great beaches and wonderful weather in San Diego, what's not to like?).

I look forward to the day when I will soon be in the best shape of my life.

You have probably noticed the recurrent theme of "Hot Dogs In A Cold World" throughout much of what I have written.

This is a very appropriate metaphor for what we have went through and is how we now think of our time here, just as artists are known to have certain phases in their careers, we figure that this was meant to be our "Blue Period"...

And I, for one, am very glad to see it go.

5) Other Hot Dog or Hamburger Halls Of Fame out there (short version):

There is a bar in Rockford, Michigan that has a brass plaque on the wall that says Hot Dog Hall Of Fame.

To qualify, you have to eat a certain number of their hot dogs within a certain time.

We have used the name "The Hot Dog Hall Of Fame" nationally and (in the media) for 22 years now and they certainly have no claim to it.

We also own the URL "THEHOTDOGHALLOFFAME.COM" (it isn't linked to the temporary site yet).

There are also a small number of web sites that use it in a less formal manner, such as a grade school in Iowa that rewards the students by giving away hot dogs in the cafeteria.

Finally, there is/was a Microsoft site for card players that was using it as a listing of their winners.

I have asked them to discontinue the practice and they had reworded it the last time I looked, several months ago.

There were several Hamburger Museums (Seymour, Wisconsin and Hamburg, New York) but Harry bought the collection from the one in Wisconsin and is the only Hall Of Fame.

6) One more thing: I am getting ready to phase out Uncle Frank, at least as far as anyone other than his favorite nephew (me) hearing from him every once in a while, during his fabulous trips here and abroad.

I will still do the white suit thing for the necessary photo things and an occasional personal appearance but you will, curiously, never see his nephew Frank Webster at the same time you see him, kind of a Clark Kent/Superman thing.

---



## Darla Webster

**From:**    "Uncle Frank" <hotdog@jccomp.com>
**To:**      "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:**    Monday, June 12, 2000 6:12 AM

I just heard from Harry.

He will be out of the country from the 21st to the 24th of June (family vacation).


He isn't shy about traveling so maybe he can come up there to see you after they get back?


I will be out at the local college for that computer class until just after
1 PM our time (3 PM Central).

Perhaps we can all talk then (at your convenience)?


With Relish,

Uncle Frank

EXHIBIT E

## Darla Webster

**From:** "Uncle Frank" <hotdog@jccomp.com>
**To:** "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:** Monday, June 12, 2000 4:55 PM
**Subject:** The Disney of Dining

When I first wrote to you, I meant exactly what I said: we thank you for showing us the way.

For years, we had fought doing exactly that (who wants a Museum in their house anyway?).

Then we looked over and saw how spectacularly well it worked for you.

We can do it too and for a lot less money as our plan is fairly modest in scale.

(By the way, we have a number of toys and other items which, properly displayed, could be great interactive fun).

The major point here is that you speak fluent Conceptualese, a skill sorely missing in most people (especially around here).

It's like a breath of fresh air and is much more valuable to us than your money could ever be.

You are speaking in a language that we understand.

And you gave already climbed the mountain and slain the dragon once, something we only aspire to do.

Long ago I learned that some people will never "get it" (a very hard lesson for me).

You obviously get enough of it not to have tossed us into the trash.

We appreciate that and we can truthfully say that we have nothing but admiration for you and your accomplishments.

We were not looking for money (realistically, that's at least 6 months away).

And the likelihood is that we may never actually do any business together.

We appreciate the thought, however.

On the other hand, you will probably discover that, as time goes by, you will begin to like us more and more.

For some really weird reason, we seem to grow on (some) people.

What I didn't get to tell you the other day was that when I built that first trike (having never even changed a spark plug before), it was because I grew frustrated with trying to explain it to others so that they might build it for me.

I should thank you for mentally bitch-slapping me upside-the-haid and reminding me of that fact.

I do look forward to meeting you and getting the Creator's Eye View of the Rainforest Cafe.

That has to be invaluable in itself and I am flattered that you would take the time.

With Relish,

Uncle Frank

8/22/2008

## Darla Webster

**From:**     "Uncle Frank" <hotdog@jccomp.com>
**To:**       "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:**     Monday, June 12, 2000 4:56 PM
**Subject:**  One more thing...

By the way, we don't eat hot dogs for every meal around here and it just
occurred to me that you might like a few of our favorite recipes (one or two
to follow).

And what do you lust for, mechanically?

I know you have to be fairly mechanical to have accomplished what you have,
but what spins your wheels, car wise?

Besides the hot dog and car, bike and trike things, we spent 16 years in
Silicon Valley (but managed to avoid actually working for a computer company
for most of our time there).

I was a teletype repairman initially and became a free lance technical
illustrator/writer eventually.

An Amusing Uncle Frank/Silicon Valley Anecdote:

I met Nolan Bushnell long before he came up with Atari (much less Pizza Time
Theater).

He and I were just two guys in blue smocks cleaning used equipment in the
alley behind the shop.

I was a serious Pong fan and recognized the name on his delivery truck.

I made it a point to introduce myself.

Sometimes I wonder if he got the idea for his home entertainment system
(Atari) from me when I tried to buy the workings of one of his used machines
to hook up to my TV.

I could not afford to pop for the full $900 for a rebuilt machine with a
wife and year old baby at home.

Call me Frank, Frank Gump...

And Darla (the Wife, AKA "SuperWaitress) was Steve Job's (and Wozniak's)
regular waitress at The Good Earth, a natural food restaurant just around

the corner from Apple in its' hey-day, for what that's worth...

We were friends of the founder and his family, who eventually sold out to General Mills for $200,000,000.

We still use a few of their wonderful recipes.

We will send you a variation of one of them that you might like as much as we do (at one point I had sent my Mom to work for them as a cook, the Wife as a waitress and my Sister In Law as the salad queen).

I had met his daughter Lisa as she was on her way (on her motorcycle) to buy a bottle of wine for her dad, who was in town to set up another new store (on the El Camino Real in Santa Clara).

One night, after having dinner with us, Lisa and her boyfriend left, saying they might catch a movie.

A few minutes later, someone knocked on the door.

It was her dad, Bill Galt.

He had heard what great home made pizza we make and invited himself over when he discovered that there was still some left.

That was funny, him coming over to my house to eat.

I tell you all of this to explain the finale of the third part of my allegedly fabulous high tech career.

I also built, tested and repaired Desk Top Work Stations for Convergent Technologies (now Unysis) under half a dozen brand names, then jumped ship to work for the Hindenberg of the Lap Top World, Gavilan Computers, who pissed away a solid three year lead on the nearest competition and $50,000,000 in no time at all and without ever getting the product out of the door.

After that, I swore I'd never touch a computer again but a few years ago, my partner in the kit car/bike/trike thing persuaded me to take a year of CAD (Computer Assisted Drafting) classes at the local JC, which eventually led to The Frankfurter Chronicles, which ultimately led me here...

With Relish,

Uncle Frank

**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Tuesday, June 13, 2000 5:27 AM |
| **Attach:** | zippy.jpg |
| **Subject:** | Our most recent acquisition |

We are extremely pleased to announce our latest acquisition: Original artwork from Bill Griffith's well known comic strip, "Zippy the Pinhead".

Zippy coined the phrase "Are we having fun yet" (which can actually be found in Bartlett's Quotations).

The daily strip is syndicated nationally.

This particular strip contains three separate versions of the Oscar Mayer Wienermobile.

It will be featured on 30 June 2000 (the day before the start of National Hot Dog Month) in papers all across the country.

We have been fans of the Zipster since the early 70's and own most of his underground comics.

You can see more of Zippy at:

http://www.zippythepinhead.com.

If you do take a peek, plus tell 'em that Uncle Frank sent you.

With Relish,

Uncle Frank



## Darla Webster

| | |
|---|---|
| **From:** | "Steve Schussler" <SSchussler@rainforestcafe.com> |
| **To:** | "'Uncle Frank'" <hotdog@jccomp.com> |
| **Sent:** | Tuesday, June 13, 2000 1:25 PM |
| **Subject:** | RE: Our most recent acquisition |

Uncle Frank,

Hello, Steve would like to confirm that you are meeting him on Wednesday,
June 21, possibly along with Hamburger Harry in San Francisco.  Please let
us know at your earliest convenience.  Thank you.  Kari

> -----Original Message-----
> From: Uncle Frank [SMTP:hotdog@jccomp.com]
> Sent: Tuesday, June 13, 2000 7:28 AM
> To: Mr. Steven Schussler
> Subject: Our most recent acquisition
>
> We are extremely pleased to announce our latest acquisition: Original
> artwork from Bill Griffith's well known comic strip, "Zippy the Pinhead".
>
> Zippy coined the phrase "Are we having fun yet" (which can actually be
> found
> in Bartlett's Quotations).
>
> The daily strip is syndicated nationally.
>
>
> This particular strip contains three separate versions of the Oscar Mayer
> Wienermobile.
>
> It will be featured on 30 June 2000 (the day before the start of National
> Hot Dog Month) in papers all across the country.
>
>
> We have been fans of the Zipster since the early 70's and own most of his
> underground comics.
>
>
> You can see more of Zippy at:
>
>  http://www.zippythepinhead.com.
>
> If you do take a peek, plus tell 'em that Uncle Frank sent you.
>
>
> With Relish,
>
> Uncle Frank << File: zippy.jpg >>

EXHIBIT F

## Darla Webster

**From:** "Uncle Frank" <hotdog@jccomp.com>
**To:** "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:** Wednesday, June 14, 2000 5:33 AM
**Subject:** Meeting on 21 June

# WeenieGram

We would not pass up the chance to meet **Mr. Schussler** for all the mustard in America, frankly.

I will indeed be there although we will have to synchronize our watches as to the exact time.

We live **50** miles from the City and the morning traffic makes it prudent for us to wait until **9 AM** to hit the highway.

That will put us into the City sometime after **10 AM**, depending on the back-up at the Bay Bridge.

After driving around the Fisherman's Wharf/Pier 39 area long enough to find a parking space, we estimate that we wll finally get there at approximately **11 AM**.

Is this convenient for Mr. Schussler?

**Hamburger Harry**, however, will be out of the country on that date and will not be able to make it.

**With Relish,**

**Uncle Frank**

Page 1 of 2

## Darla Webster

**From:**      "Steve Schussler" <SSchussler@rainforestcafe.com>
**To:**        "'Uncle Frank'" <hotdog@jccomp.com>
**Sent:**      Wednesday, June 14, 2000 1:56 PM
**Subject:**   RE: Meeting on 21 June

Uncle Frank,

11 a.m. on Wednesday, June 21, will be great.  You can meet Steve at the
site just go directly to our elephant hostess station and have Steve paged.
The site address is 145 Jefferson Street, Suite 400, Wax Museum Building,
and the phone number is 415-440-5610.

If you have any additional questions, please let me know.  Thank.  Kari

> -----Original Message-----
> From: Uncle Frank [SMTP:hotdog@jccomp.com]
> Sent: Wednesday, June 14, 2000 7:33 AM
> To: Mr. Steven Schussler
> Subject: Meeting on 21 June
>
> WeenieGram
>    _____
>
>
> We would not pass up the chance to meet Mr. Schussler for all the mustard
> in America, frankly.
>
>
> I will indeed be there although we will have to synchronize our watches as
> to the exact time.
>
>
> We live 50 miles from the City and the morning traffic makes it prudent
> for us to wait until 9 AM to hit the highway.
>
> That will put us into the City sometime after 10 AM, depending on the
> back-up at the Bay Bridge.
>
> After driving around the Fisherman's Wharf/Pier 39 area long enough to
> find a parking space, we estimate that we wll finally get there at
> approximately 11 AM.
>
>
> Is this convenient for Mr. Schussler?
>
>
> Hamburger Harry, however, will be out of the country on that date and will
> not be able to make it.
>

8/22/2008

> _____
>
>
> With Relish,
>
> Uncle Frank



**Darla Webster**

**From:** "Uncle Frank" <hotdog@jccomp.com>
**To:** "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:** Thursday, June 15, 2000 6:11 AM
**Attach:** sidecar.JPG

The other day I mentioned several other hot dog vehicles I may build.

As I said, I had assembled almost all of it (including a new bike) before I pulled the plug on it, at least for now.

I am rebuilding my web site in the class I am taking out at the local JC.

(I am a little weak in my HTML).

I have been going through all of the past 3 years' newsletters, looking for photos and articles to add to the revised site.

This attached photo is the side car rig I told you about.

The steamer and ice chest will fit in the sidecar.

They will lift out and a seat for a passenger can be added for parades, etc.

Hot Dog Boat photo tomorrow.

With Relish,

Uncle Frank

**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Mr. Steven Schussler" <sschussler@rainforestcafe.com> |
| **Sent:** | Thursday, June 15, 2000 6:33 AM |
| **Attach:** | Lckydog1.JPG |
| **Subject:** | Too smart by half... |

Of course the minute you begin to think you have the death grip on a concept, something comes along to show you how smart you really aren't.

To wit: I came up with the concept of a side car steamer rig in the early 80's but Lucky Dogs in New Orleans actually did it in the 50's.

With Relish,

Uncle Frank





## Darla Webster

**From:** "Uncle Frank" <hotdog@jccomp.com>
**To:** "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:** Thursday, June 15, 2000 6:44 AM
**Attach:** SalsTopDog.jpg

Here's another one you may appreciate.

This is Sal and he used to own a popular hardware store and equipment rental in San Jose.

This vehicle was originally a school bus but Sal tossed the body and built a 16 seat mobile hot dog restaurant.

The kitchen equipment is all in the driver's area and the seats are in the rear.

Sal had heart problems and only operated this a few times until he had to give it up.

I haven't seen it (the vehicle) in 13 years now.


With Relish,

Uncle Frank

---



8/22/2008

## Darla Webster

**From:**     "Uncle Frank" <hotdog@jccomp.com>
**To:**       "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:**     Thursday, June 15, 2000 6:50 AM
**Attach:**   Boat.jpg

Found the photo earlier than I thought.


Time to start getting ready for my web page class (we normally get up around
4 AM).


More weird weenies tomorrow.


With Relish,

Uncle Frank



## Darla Webster

**From:** "Uncle Frank" <hotdog@jccomp.com>
**To:** "Mr. Steven Schussler" <sschussler@rainforestcafe.com>
**Sent:** Thursday, June 15, 2000 7:02 AM
**Attach:** Golf.jpg

Time for one more.

This is the fast food miniature golf course behind Rosie's Diner and The Diner Store (they make diner art there) in Rockford, Michigan.

Rockford is also home to The Corner Bar, that place with the plaque on the wall that calls itself the Hot Dog Hall Of Fame if you eat a prescribed number of their hot dogs.

Notice the hot dog, hamburger, eggs sunny side up with sausage links, ice cream sundae, tea pot, spilled cup o' coffee, etc.

With Relish,

Uncle Frank



## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Will Lennan" <whil@webtv.net>; "Wes Evans" <weslio@community.net>; "Thomas Vaughan" <BUGRACER99@email.msn.com>; "Tammy Kaiser" <tk2000@pacbell.net>; "Raymond Robinson" <zuluman993@hotmail.com>; "Pete Perez" <pperez@jps.net>; "Paul Fitzgerald" <WOOFIESLTD@aol.com>; "Mr. Steven Schussler" <sschussler@rainforestcafe.com>; "Mr. Dick Riemann" <topdogbk@slipnet.com>; "Matt Pachetti" <lizard@solanobiz.net>; "Jon Stombaugh" <jstombaugh@hotmail.com>; "Jeff Potocsnak" <kingbolo@pipeline.com>; "Hamburger Harry" <harry@burgerweb.com>; <Chris@SpeedOfLightUSA.Com>; "Chad & Tanya" <lifeofplay@aol.com>; "Bob" <bugsy1@quixnet.net>; "Al Bernal" <PH2OCRAFT@aol.com>; "Adam Evans" <AJEVANS120@Yahoo.com> |
| **Sent:** | Friday, June 16, 2000 5:51 PM |
| **Attach:** | FJ.jpg |
| **Subject:** | Famous Jake and the Magic Hot Dog Steamer |

This is Famous Jake of Jake's Famous Hot Dogs, Fairfield's first decent hot dog stand (just about the time we pack up to leave town).

Jake serves the Mighty Casper's Hot Dog and is doing a great job.

I shot this when I was there for lunch today (after my computer class).

The new web site is coming along nicely (my final project for the class).

With Relish,

Uncle Frank

PS: For those of you in Solano County, it's next to the new Raley's on North Texas Street (where the Drive-in theater used to be before that storm knocked the screen down).

Drop by, have a Jake's Famous Dog and tell him Uncle Frank sent you!

---



---

## Darla Webster

**From:** "Uncle Frank" <hotdog@jccomp.com>
**To:** "Will Lennan" <whil@webtv.net>; "White Cat Books" <whitecat@sk.sympatico.ca>; "Wes Evans" <weslio@community.net>; "Thomas Vaughan" <BUGRACER99@email.msn.com>; "The Frankfurter" <frusa@mindspring.com>; "The Fairy Gourdmother" <fairy@ibm.net>; "Tammy Kaiser" <tk2000@pacbell.net>; "Sarah Kenny" <sxkenny@aol.com>; "Raymond Robinson" <zuluman993@hotmail.com>; "Ray Nelson" <guitcycle@aol.com>; "Pete Perez" <pperez@jps.net>; "Paul Fitzgerald" <WOOFIESLTD@aol.com>; "Norman Davis" <seguer@ozline.net>; "Mr. Stosh Wychulus" <stoshw@hotmail.com>; "Mr. Steven Schussler" <sschussler@rainforestcafe.com>; "Mr. Steven A. Shaw" <steven_a_shaw@email.msn.com>; "Mr. Rick Savage" <armourcoin@aol.com>; "Mr. Lance Hoffman" <lytmaster@aol.com>; "Mr. Ken Erdman" <kerdman@aol.com>; "Mr. Jerry Strahan" <Jstrahan@aol.com>; "Mr. Jerry Berta" <rosies@rosiesdiner.com>; "Mr. Harvey Kaplan" <rt66jewelry@earthlink.net>; "Mr. Dick Riemann" <topdogbk@slipnet.com>; "Mr. Dave Bettini" <davidbettini@compuserve.com>; "Mr. Chuck Cirino" <cirino@primenet.com>; "Mr. Bob Westenberg" <rjwesten@sedona.net>; "Mr. Bob Novello" <rfn@vesrv.com>; "Mike Fox" <mike.fox@infoseek.com>; "Matt Pachetti" <lizard@solanobiz.net>; "Larry Rambach" <afn53615@afn.org>; "Jon Stombaugh" <jstombaugh@hotmail.com>; "John Masters" <masters77@rocketmail.com>; "Jeff Potocsnak" <kingbolo@pipeline.com>; "Janet Riley" <jriley@meatami.org>; "J Funk Weber" <jfunkweber@usa.net>; "Harvey Goodhart" <h.goodhart@worldnet.att.net>; "Harrod Blank" <excentrix@aol.com>; "Hamburger Harry" <harry@burgerweb.com>; "Fred Hardin" <hardinsav@aol.com>; "Demian Mochary" <Scubadubaman@earthlink.net>; "Dave Majors" <mmajor@feist.com>; <CtspBottle@aol.com>; <Christopher.Koehler@mostlo.ang.af.mil>; <Chris@SpeedOfLightUSA.Com>; "Chad & Tanya" <lifeofplay@aol.com>; "Catsup Soup Productions" <catsup@san.rr.com>; "Bruce Kraig" <bkraig@roosevelt.edu>; "Bob" <bugsy1@quixnet.net>; "Alan Pesetsky" <apesetsky@nyc.rr.com>; "Al Newman" <al.notax.newman@juno.com>; "Al Bernal" <PH2OCRAFT@aol.com>; "Adam Evans" <AJEVANS120@Yahoo.com>
**Sent:** Friday, June 16, 2000 6:36 PM
**Attach:** boat2.jpg
**Subject:** A better view of that hot dog boat.


With Relish,

Uncle Frank

---



## Darla Webster

**From:**      "Uncle Frank" <hotdog@jccomp.com>
**To:**         "Will Lennan" <whil@webtv.net>; "White Cat Books" <whitecat@sk.sympatico.ca>; "Wes Evans"
               <weslio@community.net>; "Thomas Vaughan" <BUGRACER99@email.msn.com>; "Tammy
               Kaiser" <tk2000@pacbell.net>; "Sarah Kenny" <sxkenny@aol.com>; "Raymond Robinson"
               <zuluman993@hotmail.com>; "Ray Nelson" <guitcycle@aol.com>; "Pete Perez"
               <pperez@jps.net>; "Paul Fitzgerald" <WOOFIESLTD@aol.com>; "Norman Davis"
               <seguer@ozline.net>; "Mr. Stosh Wychulus" <stoshw@hotmail.com>; "Mr. Steven Schussler"
               <sschussler@rainforestcafe.com>; "Mr. Steven A. Shaw" <steven_a_shaw@email.msn.com>;
               "Mr. Rick Savage" <armourcoin@aol.com>; "Mr. Lance Hoffman" <lytmaster@aol.com>; "Mr. Ken
               Erdman" <kerdman@aol.com>; "Mr. Jerry Berta" <rosies@rosiesdiner.com>; "Mr. Harvey Kaplan"
               <rt66jewelry@earthlink.net>; "Mr. Dick Riemann" <topdogbk@slipnet.com>; "Mr. Dave Bettini"
               <davidbettini@compuserve.com>; "Matt Pachetti" <lizard@solanobiz.net>; "Jon Stombaugh"
               <jstombaugh@hotmail.com>; "John Masters" <masters77@rocketmail.com>; "Jeff Potocsnak"
               <kingbolo@pipeline.com>; "J Funk Weber" <jfunkweber@usa.net>; "Harvey Goodhart"
               <h.goodhart@worldnet.att.net>; "Harrod Blank" <excentrix@aol.com>; "Hamburger Harry"
               <harry@burgerweb.com>; "Dave Majors" <mmajor@feist.com>; <CtspBottle@aol.com>;
               <Christopher.Koehler@mostlo.ang.af.mil>; <Chris@SpeedOfLightUSA.Com>; "Chad & Tanya"
               <lifeofplay@aol.com>; "Catsup Soup Productions" <catsup@san.rr.com>; "Bruce Kraig"
               <bkraig@roosevelt.edu>; "Bob" <bugsy1@quixnet.net>; "Alan Pesetsky"
               <apesetsky@nyc.rr.com>; "Al Newman" <al.notax.newman@juno.com>; "Al Bernal"
               <PH2OCRAFT@aol.com>; "Adam Evans" <AJEVANS120@Yahoo.com>
**Sent:**      Friday, June 16, 2000 6:47 PM
**Subject:**   Lucky Dog

If you've ever been to The French Quarter in New Orleans, you will recognize
this Lucky Dog cart.

Photo courtesy of Jerry Strahan, Manager of Lucky Dogs (and author of
"Managing Ignatius").

Gotta Love it!


With Relish,

Uncle Frank

## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Will Lennan" <whil@webtv.net>; "White Cat Books" <whitecat@sk.sympatico.ca>; "Wes Evans" <weslio@community.net>; "Thomas Vaughan" <BUGRACER99@email.msn.com>; "Tammy Kaiser" <tk2000@pacbell.net>; "Sarah Kenny" <sxkenny@aol.com>; "Raymond Robinson" <zuluman993@hotmail.com>; "Ray Nelson" <guitcycle@aol.com>; "Pete Perez" <pperez@jps.net>; "Paul Fitzgerald" <WOOFIESLTD@aol.com>; "Norman Davis" <seguer@ozline.net>; "Mr. Stosh Wychulus" <stoshw@hotmail.com>; "Mr. Steven Schussler" <sschussler@rainforestcafe.com>; "Mr. Steven A. Shaw" <steven_a_shaw@email.msn.com>; "Mr. Rick Savage" <armourcoin@aol.com>; "Mr. Lance Hoffman" <lytmaster@aol.com>; "Mr. Ken Erdman" <kerdman@aol.com>; "Mr. Jerry Berta" <rosies@rosiesdiner.com>; "Mr. Harvey Kaplan" <rt66jewelry@earthlink.net>; "Mr. Dick Riemann" <topdogbk@slipnet.com>; "Mr. Dave Bettini" <davidbettini@compuserve.com>; "Matt Pachetti" <lizard@solanobiz.net>; "Jon Stombaugh" <jstombaugh@hotmail.com>; "John Masters" <masters77@rocketmail.com>; "Jeff Potocsnak" <kingbolo@pipeline.com>; "J Funk Weber" <jfunkweber@usa.net>; "Harvey Goodhart" <h.goodhart@worldnet.att.net>; "Harrod Blank" <excentrix@aol.com>; "Hamburger Harry" <harry@burgerweb.com>; "Dave Majors" <mmajor@feist.com>; <CtspBottle@aol.com>; <Christopher.Koehler@mostlo.ang.af.mil>; <Chris@SpeedOfLightUSA.Com>; "Chad & Tanya" <lifeofplay@aol.com>; "Catsup Soup Productions" <catsup@san.rr.com>; "Bruce Kraig" <bkraig@roosevelt.edu>; "Bob" <bugsy1@quixnet.net>; "Alan Pesetsky" <apesetsky@nyc.rr.com>; "Al Newman" <al.notax.newman@juno.com>; "Al Bernal" <PH2OCRAFT@aol.com>; "Adam Evans" <AJEVANS120@Yahoo.com> |
| **Sent:** | Friday, June 16, 2000 6:50 PM |
| **Attach:** | LD.jpg |
| **Subject:** | Oops! |

Might be easier to see if I attached the photo.

Sorry.


With Relish,

Uncle Frank

---



## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Will Lennan" <whil@webtv.net>; "White Cat Books" <whitecat@sk.sympatico.ca>; "Wes Evans" <weslio@community.net>; "Thomas Vaughan" <BUGRACER99@email.msn.com>; "Tammy Kaiser" <tk2000@pacbell.net>; "Sarah Kenny" <sxkenny@aol.com>; "Raymond Robinson" <zuluman993@hotmail.com>; "Ray Nelson" <guitcycle@aol.com>; "Pete Perez" <pperez@jps.net>; "Paul Fitzgerald" <WOOFIESLTD@aol.com>; "Norman Davis" <seguer@ozline.net>; "Mr. Stosh Wychulus" <stoshw@hotmail.com>; "Mr. Steven Schussler" <sschussler@rainforestcafe.com>; "Mr. Steven A. Shaw" <steven_a_shaw@email.msn.com>; "Mr. Rick Savage" <armourcoin@aol.com>; "Mr. Lance Hoffman" <lytmaster@aol.com>; "Mr. Ken Erdman" <kerdman@aol.com>; "Mr. Jerry Berta" <rosies@rosiesdiner.com>; "Mr. Harvey Kaplan" <rt66jewelry@earthlink.net>; "Mr. Dick Riemann" <topdogbk@slipnet.com>; "Mr. Dave Bettini" <davidbettini@compuserve.com>; "Matt Pachetti" <lizard@solanobiz.net>; "Jon Stombaugh" <jstombaugh@hotmail.com>; "John Masters" <masters77@rocketmail.com>; "Jeff Potocsnak" <kingbolo@pipeline.com>; "J Funk Weber" <jfunkweber@usa.net>; "Harvey Goodhart" <h.goodhart@worldnet.att.net>; "Harrod Blank" <excentrix@aol.com>; "Hamburger Harry" <harry@burgerweb.com>; "Dave Majors" <mmajor@feist.com>; <CtspBottle@aol.com>; <Christopher.Koehler@mostlo.ang.af.mil>; <Chris@SpeedOfLightUSA.Com>; "Chad & Tanya" <lifeofplay@aol.com>; "Catsup Soup Productions" <catsup@san.rr.com>; "Bruce Kraig" <bkraig@roosevelt.edu>; "Bob" <bugsy1@quixnet.net>; "Alan Pesetsky" <apesetsky@nyc.rr.com>; "Al Newman" <al.notax.newman@juno.com>; "Al Bernal" <PH2OCRAFT@aol.com>; "Adam Evans" <AJEVANS120@Yahoo.com> |
| **Sent:** | Friday, June 16, 2000 7:10 PM |
| **Attach:** | Wnemobl1.jpg |
| **Subject:** | Not The Oscar Mayer Wienermobile |

These guys built this and had plans for several others in the late 70's/early 80's.

They actually functioned as catering trucks and could be found along Venice Beach in Santa Monica.

I lost touch with them and have no idea what happened to these machines.


With Relish,

Uncle Frank



## Darla Webster

**From:**      "Uncle Frank" <hotdog@jccomp.com>
**To:**        "Will Lennan" <whil@webtv.net>; "White Cat Books" <whitecat@sk.sympatico.ca>; "Wes Evans"
            <weslio@community.net>; "Sarah Kenny" <sxkenny@aol.com>; "Paul Fitzgerald"
            <WOOFIESLTD@aol.com>; "Norman Davis" <seguer@ozline.net>; "Mr. Stosh Wychulus"
            <stoshw@hotmail.com>; "Mr. Steven Schussler" <sschussler@rainforestcafe.com>; "Mr. Steven
            A. Shaw" <steven_a_shaw@email.msn.com>; "Mr. Rick Savage" <armourcoin@aol.com>; "Mr.
            Jerry Berta" <rosies@rosiesdiner.com>; "Mr. Harvey Kaplan" <rt66jewelry@earthlink.net>; "Mr.
            Dick Riemann" <topdogbk@slipnet.com>; "Matt Pachetti" <lizard@solanobiz.net>; "Jon
            Stombaugh" <jstombaugh@hotmail.com>; "John Masters" <masters77@rocketmail.com>; "Jeff
            Potocsnak" <kingbolo@pipeline.com>; "Janet Riley" <jriley@meatami.org>; "J Funk Weber"
            <jfunkweber@usa.net>; "Harvey Goodhart" <h.goodhart@worldnet.att.net>; "Dave Majors"
            <mmajor@feist.com>; <Christopher.Koehler@mostlo.ang.af.mil>;
            <Chris@SpeedOfLightUSA.Com>; "Bob" <bugsy1@quixnet.net>; "Alan Pesetsky"
            <apesetsky@nyc.rr.com>; "Al Newman" <al.notax.newman@juno.com>; "Al Bernal"
            <PH2OCRAFT@aol.com>
**Sent:**      Friday, June 16, 2000 7:17 PM
**Subject:**   Hamdoggers (Courtesy of Hamburger Harry)

Sent to Harry by a friend:


They aren't my original idea. They are a product produced by Cardinal meats
out of Canada http://www.hamdogger.com/

But since I live in Alabama I can't get them. So I make my own. Before I
rattle on about the recipes we've tried, I hope you don't mind that I put
your image on my website with a link to your homepage. OK?
http://sites.netscape.net/reonionusa/homepage

Basic Hamdoggers must be made from 80% ground beef, not the ground steak
stuff (not enough fat to hold together). We mixed up about a pound with a
raw egg, salt and pepper, a splash of Worcestershire, a couple pinches of
dried onion, anything you like on your simplest burger.

Now the hard part, not really hard, just different from what us burger
mashers are use to, take 1/3 to 1/4 lb of the meat mixture and from the
usual ball shape begin a rolling motion on your counter-top. The finished
roll (hot dog shape) should be about 8 inches long and 3/4 inch in diameter.
I imagine the real Hamdogger is thinner but they use a casing, I'm sure.
Separate all the rolls with wax paper and freeze.

Dress regular hot dog buns for the basic Hamdogger like you would a hot dog.
Mustard, catsup, grated cheddar cheese, relish, chopped onion, etc.

From the freezer, place your Hamdoggers on a hot grill and immediately start
rolling them as they sear on the grill. Roll them perpendicular to the wire
of the grill. Expect some chunking and droppage but they'll hold up pretty
well. I use two tools to push and pull them on the grill so I'm not
stressing the dogs to break.

After a few minutes they become firm but juicy, just like a real burger.

They're ready! Place them on the dressed buns. Pour a tall cold one and enjoy! Beer in one hand and a delicious Hamdogger in the other, what a perfect combination.

Our other variation is a bit Mexican. This time mix the meat and raw egg with regular taco mix powder. Roll, freeze, etc. But instead of buns prepare large flour tortillas with a spoon, or two, of hot salsa, grated cheese(s), a dash of refried beans, grated lettuce and onion and green chilies. When the dogs are ready roll them shut in the stuffed tortilla just like a beef burrito. AND, you guessed it, pour a tall cold cervesa and enjoy!

Whachathink?

With Relish,

Uncle Frank



## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Will Lennan" <whil@webtv.net>; "White Cat Books" <whitecat@sk.sympatico.ca>; "Wes Evans" <weslio@community.net>; "Thomas Vaughan" <BUGRACER99@email.msn.com>; "Tammy Kaiser" <tk2000@pacbell.net>; "Sarah Kenny" <sxkenny@aol.com>; "Paul Fitzgerald" <WOOFIESLTD@aol.com>; "Mr. Steven Schussler" <sschussler@rainforestcafe.com>; "Mr. Steven A. Shaw" <steven_a_shaw@email.msn.com>; "Mr. Rick Savage" <armourcoin@aol.com>; "Mr. Ken Erdman" <kerdman@aol.com>; "Mr. Jerry Berta" <rosies@rosiesdiner.com>; "Mr. Harvey Kaplan" <rt66jewelry@earthlink.net>; "Mr. Dick Riemann" <topdogbk@slipnet.com>; "Mr. Dave Bettini" <davidbettini@compuserve.com>; "Matt Pachetti" <lizard@solanobiz.net>; "Jon Stombaugh" <jstombaugh@hotmail.com>; "John Masters" <masters77@rocketmail.com>; "Jeff Potocsnak" <kingbolo@pipeline.com>; "J Funk Weber" <jfunkweber@usa.net>; "Harvey Goodhart" <h.goodhart@worldnet.att.net>; "Harrod Blank" <excentrix@aol.com>; "Hamburger Harry" <harry@burgerweb.com>; <Chris@SpeedOfLightUSA.Com>; "Bob" <bugsy1@quixnet.net>; "Alan Pesetsky" <apesetsky@nyc.rr.com>; "Al Bernal" <PH2OCRAFT@aol.com> |
| **Sent:** | Friday, June 16, 2000 8:25 PM |
| **Attach:** | Dearborn.jpg |
| **Subject:** | Fix the Wallaby's Weenie... (Rocko's Modern Life) |

When I sent those pix out earlier, Dave Majors sent us this one from the
Henry Ford Museum in Dearborn, Michigan (Uncle Frank's birthplace).

It's a completely restored 1952 model.


With Relish,

Uncle Frank

---





## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Will Lennan" <whil@webtv.net>; "White Cat Books" <whitecat@sk.sympatico.ca>; "Wes Evans" <weslio@community.net>; "Thomas Vaughan" <BUGRACER99@email.msn.com>; "Tammy Kaiser" <tk2000@pacbell.net>; "Sarah Kenny" <sxkenny@aol.com>; "Paul Fitzgerald" <WOOFIESLTD@aol.com>; "Mr. Steven Schussler" <sschussler@rainforestcafe.com>; "Mr. Rick Savage" <armourcoin@aol.com>; "Mr. Jerry Strahan" <Jstrahan@aol.com>; "Mr. Jerry Berta" <rosies@rosiesdiner.com>; "Mr. Harvey Kaplan" <rt66jewelry@earthlink.net>; "Mr. Dick Riemann" <topdogbk@slipnet.com>; "Mr. Dave Bettini" <davidbettini@compuserve.com>; "Matt Pachetti" <lizard@solanobiz.net>; "Jon Stombaugh" <jstombaugh@hotmail.com>; "John Masters" <masters77@rocketmail.com>; "Jeff Potocsnak" <kingbolo@pipeline.com>; "J Funk Weber" <jfunkweber@usa.net>; "Harvey Goodhart" <h.goodhart@worldnet.att.net>; "Harrod Blank" <excentrix@aol.com>; "Dave Majors" <mmajor@feist.com>; "Bob" <bugsy1@quixnet.net>; "Alan Pesetsky" <apesetsky@nyc.rr.com>; "Al Bernal" <PH2OCRAFT@aol.com> |
| **Sent:** | Friday, June 16, 2000 8:51 PM |
| **Attach:** | Ballpark.jpg |
| **Subject:** | While we are doing weird weenies... |

With Relish,

Uncle Frank





## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Will Lennan" <whil@webtv.net>; "White Cat Books" <whitecat@sk.sympatico.ca>; "Wes Evans" <weslio@community.net>; "Thomas Vaughan" <BUGRACER99@email.msn.com>; "Tammy Kaiser" <tk2000@pacbell.net>; "Sarah Kenny" <sxkenny@aol.com>; "Paul Fitzgerald" <WOOFIESLTD@aol.com>; "Mr. Steven Schussler" <sschussler@rainforestcafe.com>; "Mr. Rick Savage" <armourcoin@aol.com>; "Mr. Jerry Strahan" <Jstrahan@aol.com>; "Mr. Jerry Berta" <rosies@rosiesdiner.com>; "Mr. Harvey Kaplan" <rt66jewelry@earthlink.net>; "Mr. Dick Riemann" <topdogbk@slipnet.com>; "Mr. Dave Bettini" <davidbettini@compuserve.com>; "Matt Pachetti" <lizard@solanobiz.net>; "Jon Stombaugh" <jstombaugh@hotmail.com>; "John Masters" <masters77@rocketmail.com>; "Jeff Potocsnak" <kingbolo@pipeline.com>; "J Funk Weber" <jfunkweber@usa.net>; "Harvey Goodhart" <h.goodhart@worldnet.att.net>; "Harrod Blank" <excentrix@aol.com>; "Dave Majors" <mmajor@feist.com>; "Bob" <bugsy1@quixnet.net>; "Alan Pesetsky" <apesetsky@nyc.rr.com>; "Al Bernal" <PH2OCRAFT@aol.com> |
| **Sent:** | Friday, June 16, 2000 8:53 PM |
| **Attach:** | Bryan.jpg |
| **Subject:** | One more |

With Relish,

Uncle Frank



## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Thomas Vaughan" <BUGRACER99@email.msn.com>; "Sarah Kenny" <sxkenny@aol.com>; "Mr. Steven Schussler" <sschussler@rainforestcafe.com>; "Matt Pachetti" <lizard@solanobiz.net>; "Jeff Potocsnak" <kingbolo@pipeline.com>; <Chris@SpeedOfLightUSA.Com>; "Alan Pesetsky" <apesetsky@nyc.rr.com>; "Al Newman" <al.notax.newman@juno.com>; "Al Bernal" <PH2OCRAFT@aol.com> |
| **Sent:** | Saturday, June 17, 2000 2:26 PM |
| **Attach:** | sams.jpg |
| **Subject:** | Random hot dog links |

I know most of you have probably seen this but...

http://www.tail-o-the-pup.com


Check this one out too

http://www7.123greetings.com/events/hot_dog_day/


Click the link to Internic and see what they think they will get for selling
this domain name:

http://www.hotdog.com/


Another guy with a hot dog on the roof (also see photo attached)

http://www.silcom.com/~ricky/surfdog.htm


With Relish,

Uncle Frank

---



## Darla Webster

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "White Cat Books" <whitecat@sk.sympatico.ca>; "Tammy Kaiser" <tk2000@pacbell.net>; "Sarah Kenny" <sxkenny@aol.com>; "Norman Davis" <seguer@ozline.net>; "Mr. Steven Schussler" <sschussler@rainforestcafe.com>; "Mr. Jerry Berta" <rosies@rosiesdiner.com>; "Mr. Harvey Kaplan" <rt66jewelry@earthlink.net>; "Mr. Dave Bettini" <davidbettini@compuserve.com>; "Matt Pachetti" <lizard@solanobiz.net>; "Jon Stombaugh" <jstombaugh@hotmail.com>; "John Masters" <masters77@rocketmail.com>; "Jeff Potocsnak" <kingbolo@pipeline.com>; "J Funk Weber" <jfunkweber@usa.net>; "Harrod Blank" <excentrix@aol.com>; "Hamburger Harry" <harry@burgerweb.com>; "Dave Majors" <mmajor@feist.com>; <Chris@SpeedOfLightUSA.Com>; "Alan Pesetsky" <apesetsky@nyc.rr.com>; "Al Bernal" <PH2OCRAFT@aol.com> |
| **Sent:** | Saturday, June 17, 2000 5:36 PM |
| **Subject:** | Diners |

There's a program coming on tomorrow morning on the TV Food Network well worth watching.

It is on at 8 AM Pacific Daylight Time (check your local listings) satellite channel 231 (TVFN).

The program is "The Best Of..." and their focus is diners in the 1 hour episode (normally 30 minutes).

There's a great interview with Jerry Berta, who restored Rosie's Diner (the paper towel commercial with Nancy Walker), built The Diner Store (which sells wonderful Diner Art), has that great fast food miniature golf course out back and recently added two more diners to the collection he now calls Diner City.

Read more about Jerry and his rapidly expanding diner empire at:

http://www.rosiesdiner.com/

Tell him Uncle Frank sent you!


With Relish,

Uncle Frank



**Darla Webster**

| | |
|---|---|
| **From:** | "Uncle Frank" <hotdog@jccomp.com> |
| **To:** | "Will Lennan" <whil@webtv.net>; "White Cat Books" <whitecat@sk.sympatico.ca>; "Wes Evans" <weslio@community.net>; "Thomas Vaughan" <BUGRACER99@email.msn.com>; "Sarah Kenny" <sxkenny@aol.com>; "Mr. Steven Schussler" <sschussler@rainforestcafe.com>; "Matt Pachetti" <lizard@solanobiz.net>; "John Masters" <masters77@rocketmail.com>; "Jeff Potocsnak" <kingbolo@pipeline.com>; "J Funk Weber" <jfunkweber@usa.net>; "Harrod Blank" <excentrix@aol.com>; "Dave Majors" <mmajor@feist.com>; "Alan Pesetsky" <apesetsky@nyc.rr.com>; "Al Bernal" <PH2OCRAFT@aol.com> |
| **Sent:** | Sunday, June 18, 2000 11:42 AM |
| **Attach:** | Express.JPG |
| **Subject:** | While we are in the Trains and Boats and Planes mode... |

I did this as a gift for a new hot dog stand's Grand Opening about 15 years ago and gave them a color version, which they never used for anything other than to hang on the wall.


With Relish,

Uncle Frank

---

