1 | JAMES P. COLLINS, JR. (SBN 47608)
COTKIN & COLLINS
2 | A PROFESSIONAL CORPORATION
200 West Santa Ana Blvd., Suite 800
3 | P.O. Box 22005
Santa Ana, CA 92702-2005
4 | Telephone: (714) 835-2330
Facsimile: (714) 835-2209
5 | Email: jpc@cotkincollins.com

6

DAVID T. SCHULTZ (Minnesota State Bar #169730)
7 | MASLON EDELMAN BORMAN & BRAND LLP
3300 Wells Fargo Center
8 | 90 South Seventh Street
Minneapolis, MN  55402-4140
9 | Telephone: (612)672-8200
Facsimile:  (612) 672-8397
10 | Email: David.Schultz@maslon.com

11

Attorneys for Plaintiffs STEVEN SCHUSSLER
12 | and SCHUSSLER CREATIVE, INC.

13 |                UNITED STATES DISTRICT COURT

14 |              SOUTHERN DISTRICT OF CALIFORNIA

15

| STEVEN SCHUSSLER and | Case No. 07CV2016IEG AJB |
| SCHUSSLER CREATIVE, INC., | |
| Plaintiffs, | DECLARATION OF PLAINTIFFS' COUNSEL, JAMES P. COLLINS, JR., REQUESTING LEAVE TO FILE BRIEF RESPONDING TO DOCUMENTS FILED WITH THE COURT BY DEFENDANT ON OR ABOUT AUGUST 28, 2008 |
| vs. | |
| J. FRANK WEBSTER, aka "MR. HOT DOG," aka "UNCLE FRANK," | |
| Defendants. | (Proposed Order submitted concurrently herewith) |

        I, JAMES P. COLLINS, JR., declare:

        1.   I am an attorney at law duly licensed to practice

in the State of California and admitted to practice in the

Southern District of the United States District Court.  I

am a shareholder, officer, and director of Cotkin &

Collins, a professional corporation, counsel for plaintiffs

1  STEVEN SCHUSSLER and SCHUSSLER CREATIVE, INC. in this

2  action.   If called to the stand, I could and would

3  competently testify to the truth of the following facts.

4       2.   On August 18, 2008, this court took under

5  submission the Motion for Summary Judgment filed by

6  plaintiffs.

7       3.   Thereafter, the court asked defendant to file

8  certain additional documents and defendant did so on or

9  about August 28, 2008.

10       4.   Declarant asks that plaintiffs be given leave to

11  file a brief responding to the materials filed with this

12  court by Defendant WEBSTER.   Plaintiffs ask that they be

13  given to and including September 8, 2008 within which to

14  file such a brief.

15       I declare under penalty of perjury under the laws of

16  the United States of America that the foregoing is true and

17  correct and that this Declaration was executed this 2nd day

18  of September 2008, in the City of Santa Ana, County of

19  Orange, State of California.

20

21                     _____
                       JAMES P. COLLINS, JR.

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF ORANGE

3      I, SUSAN BYRD, am employed in the aforesaid County,
State of California; I am over the age of 18 years and not
4  a party to the within action; my business address is
200 West Santa Ana Blvd., Suite 800, Santa Ana, California
5  92701.

6      On September 2, 2008, I served the foregoing
**DECLARATION OF PLAINTIFFS' COUNSEL, JAMES P. COLLINS, JR.,**
7  **REQUESTING LEAVE TO FILE BRIEF RESPONDING TO DOCUMENTS**
**FILED WITH THE COURT BY DEFENDANT ON OR ABOUT AUGUST 28,**
8  **2008** on the interested parties in this action by placing a
true copy thereof, enclosed in a sealed envelope, addressed
9  as follows:

10

J. FRANK WEBSTER                    DEFENDANT
11  1502 VIA ELISA DRIVE                mr.hotdog@cox.net
EL CAJON, CA  92021                 619 328-5893

12

| | |
|---|---|
| ✓ | **BY FIRST CLASS MAIL:**  I placed such envelope for deposit in the U.S. Mail for service by the United States Postal Service, with first-class postage thereon fully prepaid.  I am readily familiar with my employer's practice for the collection and processing of mail.  Under that practice, envelopes would be deposited with the U.S. Postal Service that same day, with first class postage thereon fully prepaid, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing shown in this proof of service. |
| | **BY FACSIMILE:**  I caused the document to be transmitted by a facsimile machine compliant with Rule 2003 of the California Rules of Court to the offices of the addressees at the telephone numbers shown on the service list. |
| | **BY HAND DELIVERY:**  I caused such envelope to be delivered by hand to the offices of the addressees. |
| | **BY FEDERAL EXPRESS:**  I am readily familiar with my employer's practice for the collection and processing of FedEx packages.  Under that practice, packages would be deposited with FedEx that same day, with overnight delivery charges thereon fully prepaid, in the ordinary course of business. |
| X | **(Federal Courts Only)**  I declare that I am employed in the office of a member of the court at whose direction this service was made. |

27      I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and
28  ///

1  correct and that this document was executed on September 2,
   2008, at Santa Ana, California.

2

3  _____
                SUSAN BYRD

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28