UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHUSSLER and SCHUSSLER CREATIVE, INC.,<br><br>       Plaintiffs,<br><br>   vs.<br><br>J. FRANK WEBSTER, aka "MR. HOT DOG," aka "UNCLE FRANK,"<br><br>       Defendants. | Case No. 07CV2016IEG AJB<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR LEAVE TO FILE BRIEF RESPONDING TO DEFENDANT'S DOCUMENTS FILED WITH THE COURT ON OR ABOUT AUGUST 28, 2008** |

The court, having read and considered plaintiffs' request to file a brief responding to materials filed by the defendant on or about August 28, 2008, and good cause appearing therefore,

It is ordered that plaintiffs may file such a responsive brief by no later than close of business on September 8, 2008.

**DATED: September 3, 2008**

_____
**IRMA E. GONZALEZ, Chief Judge
United States District Court**

-1-