# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHUSSLER and SCHUSSLER CREATIVE, INC., et al.,<br><br>                     Plaintiffs,<br><br>    vs.<br><br>J. FRANK WEBSTER,<br><br>                    Defendant. | CASE NO. 07cv2016 IEG (AGB)<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**[Doc. No. 71.]** |

On March 9, 2009, the Court entered an amended declaratory judgment in favor of Plaintiffs, and granted Plaintiffs' motion for a permanent injunction consistent with the declaratory judgment. (Doc. No. 70.)  Presently before the court is Plaintiffs' notice of voluntary dismissal of the remaining claims (Counts I-IV) of the complaint pursuant to Fed. R. Civ. P. 41(a)(2). (Doc. No. 71.) Defendant does not oppose the motion.[1]  The Court accordingly finds good cause and GRANTS Plaintiffs' motion to dismiss this matter without prejudice, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

**DATED:  April 30, 2009**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

---

[1] On April 13, 2009 Defendant filed a "Statement of Non-Opposition to Plaintiffs' Motion for Voluntary Dismissal of Defendant's Counterclaim." (Doc. No. 73.) However, Plaintiff has not filed a motion for dismissal of Defendant's counterclaim.  In fact, no counterclaim has been filed in this case.  The Court therefore construes Defendant's Statement of Non-Opposition as a response to Plaintiff's Notice of Voluntary Dismissal of Counts I-IV of the complaint.